**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 0 4 2019 ★

BROOKLYN OFFICE

CR 19-576

1. Title of Case: <u>United States v. Genaro Garcia Luna</u>

2. Related Magistrate Docket Number(s): N/A_____

3. Arrest Date: _N/A

DEARIE, J.

4. Nature of offense(s):  ☒ Felony
LEVY, M.J.
☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local
E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:  Less than 6 weeks  ☒
More than 6 weeks  ☐

7. County in which crime was allegedly committed: Kings_____
(Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case
pending or initiated before March 10, 2012.[1]   ☐Yes ☒ No

9. Has this indictment/information been ordered sealed?   ☒ Yes ☐ No

10. Have arrest warrants been ordered?   ☒ Yes ☐No

11. Is there a capital count included in the indictment?   ☐Yes ☒ No

RICHARD P. DONOGHUE
United States Attorney

By:   _Erin Reid _____
Erin Reid
Assistant U.S. Attorney
718-254-6361

---

[1]    Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12