

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 9, 2019

<u>By E-mail</u>

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Garcia Luna
               <u>Criminal Docket No. 19-576 (BMC)</u>

Dear Judge Levy:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                               Respectfully submitted,

                               RICHARD P. DONOGHUE
                               United States Attorney

                    By:        /s/
                              Ryan C. Harris
                              Assistant U.S. Attorney
                              (718) 254-6489

Enclosure

cc:    Clerk of Court (by Email)

RCH
F.# 2019R00927

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

GENARO GARCIA LUNA,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 19-576 (BMC)

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Ryan C. Harris, for an order unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:  Brooklyn, New York
         12/10, 2019

_____
HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK