UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

       - versus -                  19-CR-576 (RJD)

GENARO GARCIA LUNA,

       Defendant.

- - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Michael P. Robotti from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Michael P. Robotti
> United States Attorney's Office (Criminal Division)
> 271 Cadman Plaza East, 5th Floor
> Tel:  (718) 254-7576
> Fax: (718) 254-6321
> Email: michael.robotti@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Michael P. Robotti at the email address set forth above.

Dated:   Brooklyn, New York
        December 11, 2019

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

                        By:    /s/Michael P. Robotti
                                      Michael P. Robotti
                                      Assistant U.S. Attorney

cc:   Clerk of the Court (RJD)