

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MPR
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 11, 2019

By ECF

The Honorable Raymond J. Dearie
United States District Judge
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Brian M. Cogan
United States District Judge
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Douglas C. Palmer
Clerk of the Court
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Genaro Garcia Luna
       Criminal Docket No.19-CR-576 (RJD) (E.D.N.Y.)

Dear Judge Dearie and Judge Cogan:

  The government encloses the relation letter that it hand delivered to the Court on Monday, December 9, 2019. As the case in now unsealed, the government is electronically

filing the letter.  Additionally, as the defendant has been arrested, there is no longer a basis to seal the relation letter, so the government is publicly filing it.

                                              Respectfully submitted,

                                              RICHARD P. DONOGHUE
                                              United States Attorney

By:      /s/_____
          Michael P. Robotti
          Ryan Harris
          Erin Reid
          Assistant U.S. Attorneys
          (718) 254-7000

Enclosure

cc:     Clerk of Court (by ECF)