UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                     19-CR-576 (BMC)

GENARO GARCIA LUNA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Ryan C. Harris from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

>Assistant U.S. Attorney Ryan C. Harris
>United States Attorney's Office (Criminal Division)
>271A Cadman Plaza East
>Brooklyn, New York 11201
>Tel:  (718) 254-6489
>Email: ryan.harris2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Ryan C. Harris at the email address set forth above.

Dated:  Brooklyn, New York
        December 13, 2019

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Ryan C. Harris
      Ryan C. Harris
      Assistant U.S. Attorney

cc:    Clerk of the Court (BMC)