## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Peggy Kuo                                              DATE: 01/03/2020

DOCKET NUMBER: 19 CR 576 (BMC)                                    LOG #: 2:33pm - 2:41pm

DEFENDANT'S NAME: Genaro Luna Garcia
✓ Present    ___ Not Present       ✓ Custody    ___ Bail

DEFENSE COUNSEL: Cesar deCastro  for arraignment purposes until Financial Affidavit is completed.
___ Federal Defender    ✓ CJA    ___ Retained

A.U.S.A: Ryan Harris & Erin Reid                CLERK: E. Williams

INTERPRETER: Maristela Verastegui   (Language) Spanish

✓ Defendant arraigned on the: ✓ indictment  ___ superseding indictment  ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ✓ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 01/03/2020  Stop 01/21/2020

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 01/21/2020 @ 9:45am before Judge Cogan

Other Rulings: _____