

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 18, 2020

By ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Genaro Garcia Luna,
                  Criminal Docket No. 19-576 (BMC)

Dear Judge Cogan:

        The government respectfully submits, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, a stipulated protective order that limits the disclosure of certain sensitive material in the above-referenced case. Due to the nature of the conduct at issue in this matter, unrestricted disclosure of certain information could create a safety risk for potential witnesses. Accordingly, the government and counsel for the defendant have jointly agreed to a stipulated protective order, which is attached hereto.

        For the foregoing reasons, the government respectfully requests that the Court so-order the attached stipulated protective order.

                                        Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

                By:    /s/ Ryan C. Harris
                      Ryan C. Harris
                      Assistant U.S. Attorney
                      (718) 254-7000