**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

     -against-

GENARO GARCIA LUNA,

           Defendant.

19 Cr. 576 (BMC)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record, with César de Castro, Esq., for defendant Genaro Garcia Luna in the above-captioned matter.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
      February 21, 2020

Valerie A. Gotlib

GOTLIB LAW, PLLC
225 Broadway, Suite 2815
New York, New York 10007
(917) 536-8171 (phone)
valerie@gotliblaw.com

*Attorney for Defendant Genaro Garcia Luna*