## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Robert M. Levy**                                              DATE:   **2/27/20**

DOCKET NUMBER:   **19CR576(BMC)**                                LOG #:  **11:28-11:57**

DEFENDANT'S NAME:   **Genaro Garcia Luna**
                   ✓ Present   ___ Not Present           ✓ Custody   ___ Bail

DEFENSE COUNSEL:   **Cesar De Castro**
                   ___ Federal Defender   ✓ CJA   ___ Retained

                   *Erin Reid*
A.U.S.A:   **Ryan Harris**                                              CLERK:   **Felix Chin**

INTERPRETER:   *Mario Michelena*                (Language)   *Spanish*

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: *Dfse counsel presented a bail package, gov't opposed; court reserved decision on bail. Order of detention remains in effect.*