MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Robert M. Levy                         DATE:  2/28/20

DOCKET NUMBER:   19CR576(BMC)                              LOG #:  3:00 - 3:41
                                                                    4:32 - 4:36
DEFENDANT'S NAME:   Genaro Garcia Luna
                    ✓ Present    ___ Not Present     ✓ Custody   ___ Bail

DEFENSE COUNSEL:    Cesar De Castro
                    ___ Federal Defender    ✓ CJA     ___ Retained

A.U.S.A:  ~~Erin Reid~~ Michael Robotti       CLERK:  Felix Chin

INTERPRETER:  Mario Michelena        (Language) Spanish

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.    ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start_____  Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings:  Defense presented bail package, Gov't opposed. Order of detention remains in effect. Court denied bail application.