# Exhibits A through J

(exhibits filed under seal)