# Exhibit K

# DR. ENRIQUE HERRERA ASCENCIO
### Cirugía general - Laparoscopia

24-MARZO-2020

A QUIEN CORRESPONDA:
PACIENTE: ING. GENARO GARCIA LUNA
ASUNTO: Constancia de Atención Médica.

Por este conducto se hace constar que el 26 de Junio del 2015, Atendí en el consultorio del suscrito al **ING GENARO G,** Por un cuadro respiratorio caracterizado por tos, expectoración escasa blanquecina, leve dificultad respiratoria y sibilancias ocasionales, lo refiere posterior a la exposición al aire acondicionado: se precribieron Broncodilatadores: Bromuro de Ipatropio por 3 dias (*Atrovent*) y Aclidinium por 6 semanas (*Eklira Genuair*) además de sintomáticos (Ibuprofeno y Vartalon).

Se extiende la presente a solicitud de su esposa, como constancia de atención del suscrito por cuadro respiratorio.

*A t e n t a m e n t e*

*herreraeha@yahoo.com*

**Hospital Angeles Del Pedregal**      **D.G.P: 1384907**
**Camino a Santa Teresa # 1055**       **CEDULA DE ESPECIALIDAD 15396**
**Torres Angeles Consultorio 810**
**56-52-17-10 y 56-52-18-37**          **Celular 044 55 5101 5935**

# DR. ENRIQUE HERRERA ASCENCIO GENERAL
*SURGERY - LAPAROSCOPY*

MARCH 24, 2020

TO WHOM IT MAY CONCERN:
PATIENT: ING. GENARO GARCIA LUNA
SUBJECT: Evidence of Medical Care.

Through this channel, it is stated that on June 26, 2015, I examined ING GENARO G in the office of the undersigned below, for a respiratory condition characterized by cough, scant whitish expectoration, mild respiratory distress and occasional wheezing, I referred him after exposure to air conditioning: Bronchodilators were prescribed: Ipatropium Bromide for 3 days (Atrovent) and Aclidinium for 6 weeks (Eklira Genuair) as well as symptomatic (Ibuprofen and Vartalon).

This is extended at the request of his wife, as proof of care of the undersigned for respiratory symptoms.

*Sincerely*

*herreraeha@yahoo.com*

**ANGELES DEL PEDREGAL HOSPITAL**          **D.G.P: 1384907**
**Road to Santa Teresa # 1055**            **SPECIALTY ID 15396**
**Torres Angeles Office 810**
**56-52-17-10 and 56-52-18-37**            **Cellular 044 55 5101 5935**