## Harris, Ryan (USANYE) 1

| | |
|---|---|
| **From:** | Albert Z Levin |
| **Sent:** | Thursday, March 26, 2020 9:07 PM |
| **To:** | Harris, Ryan (USANYE) 1 |
| **Cc:** | Robotti, Michael (USANYE); Reid, Erin (USANYE) |
| **Subject:** | Re: GJ Subpoena served upon |

Hi Ryan- Meant to respond earlier. My client is not able to serve as a surety on any bond. He is of minimal assets and in no position to co sign any bond for Mr. Luna. I'm still working on his response to your GJ subpoena. Let me know if you are ok with this. Thanks.

Albert Z Levin, P.A.