# Exhibit A



Valerie Gotlib <vgotlib@cdecastrolaw.com>

# Fwd: Luna Bond
1 message

**Cesar de Castro** <cdecastro@cdecastrolaw.com>  Mon, Mar 30, 2020 at 5:08 PM
To: Valerie Gotlib <vgotlib@cdecastrolaw.com>

César de Castro
The Law Firm of César de Castro, P.C.
7 World Trade Center, 34th Floor
New York, New York 10007
646.200.6166 (main)
646.285.2077 (mobile)
646.839.2682 (fax)
cdecastrolaw.com

This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law.  If you are not the intended recipient, you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, or distribution of this communication, or the taking of any action based on it, is strictly prohibited.

Begin forwarded message:

> **From:** Albert Z Levin <albert@albertlevinlaw.com>
> **Date:** March 30, 2020 at 3:06:27 PM EDT
> **To:** cdecastro@cdecastrolaw.com
> **Cc:** cesar giraldo <cesarg@potenzahrc.com>
> **Subject: Luna Bond**
>
> Hi- Mr Giraldo will serve as a suretor on the bond for Luna. Prosecutors have requested to speak with him tomorrow. FYI
>
> Albert Z Levin, P.A.
> 40 N.W. 3rd Street Suite 200
> Miami, Fl. 33128
> 305-379-7101