# Exhibit B



**Valerie Gotlib <vgotlib@cdecastrolaw.com>**

## Fwd: Questions Re: Genaro Garcia Luna
1 message

**Cesar de Castro** <cdecastro@cdecastrolaw.com>  Mon, Mar 30, 2020 at 3:51 PM
To: Valerie Gotlib <vgotlib@cdecastrolaw.com>

César de Castro
The Law Firm of César de Castro, P.C.
7 World Trade Center, 34th Floor
New York, New York 10007
646.200.6166 (main)
646.285.2077 (mobile)
646.839.2682 (fax)
cdecastrolaw.com

This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, or distribution of this communication, or the taking of any action based on it, is strictly prohibited.

Begin forwarded message:

> **From:** CARLOS VILLAR SR
> **Date:** March 30, 2020 at 3:45:34 PM EDT
> **To:** Cesar de Castro <cdecastro@cdecastrolaw.com>
> **Subject: Re: Questions Re: Genaro Garcia Luna**
>
> Hello Counselor. In answer to your question, Genaro and I speak frequently and looking back we e-mail a minimum of once a month. In 2019, we have 14 e-mails going back and forth. The last time I was with Genaro was in January 2019. I can tell you, he is one of the best friends I have ever had. When I was shot in Mexico while I was the Acting FBI Legal Attache, Genaro immediately placed guards around my room as we did not know why I had been shot. After I was released from the hospital and returned to my apartment, Genaro would send someone to my apartment on a daily basis to check up on me. My son was also with me and Genaro's men would take him grocery shopping. My own ambassador did not even come to the hospital not check up on me. Genaro has been to my house here in Park City, Utah on several occasions. When I saw Genaro and his family, I was saddened to see him living in a small two bedroom apartment which he was renting in Aventura. With the New Mexican administration, he had los several contracts and was struggling financially. I really don't know what to tell you, except that Genaro is a true and dear friend. I trust him 100 percent. My wife and I have no problem putting up our properties for his release. He will not flee. He would never do anything to hurt his children or wife. I pray that the judge will see him as I do and give him the opportunity to prove himself innocent.
>
> The USA's office called me and my wife, I was a little put off when she told me they were asking her about how much she made and how much I made. She was afraid that she had not answered the questions correctly and was freaking out believing she may have put herself in legal problems. I explained to her that she need not worry about that as the USA's office have our tax returns and that speaks for itself.
>
> The last e-mail I received from Genaro was on Thanksgiving Day where he expressed some beautiful words for me and my family.
>
> Carlos Villar

On Mar 30, 2020, at 1:27 PM, Cesar de Castro <cdecastro@cdecastrolaw.com> wrote:

Good afternoon Mr. Villar. When was the last time you saw Genaro Garcia Luna? When was the last time you spoke with him? How often would you speak or stay in contact with him via telephone and/or email? Thank you.

Best,

César de Castro
The Law Firm of César de Castro, P.C.
7 World Trade Center, 34th Floor
New York, New York 10007
646.200.6166 (main)
646.285.2077 (mobile)
646.839.2682 (fax)
cdecastrolaw.com

This communication (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, or distribution of this communication, or the taking of any action based on it, is strictly prohibited.