

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MPR/RCH/EMR  *271 Cadman Plaza East*
F. #2019R00927  *Brooklyn, New York 11201*

July 24, 2020

By FedEx

Cesar DeCastro, Esq.
7 World Trade Center, 34th Floor
New York, NY 10007

      Re: United States v. Genaro Garcia Luna
           Criminal Docket No. 19-576 (BMC)

Dear Counsel:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed discovery contains Protected Material and should be handled consistently with the Protective Order. The government also requests reciprocal discovery from the defendant.

I.     The Government's Discovery

      Enclosed please find:

- Financial and Business Records, Bates-numbered 0000091419-0000104426 and 0000146910-0000152284;
- Files from Mexican law enforcement, Bates-numbered 0000104427-0000146500;
- Statements of the defendant, Bates-numbered 0000146501-0000146909;
- Intercepted communications, Bates-numbered 0000152285-0000154348.

      The government is in possession of the following drug evidence that it may introduce at trial. Should the government locate any other such evidence, it will notify you promptly. You may examine physical evidence discoverable under Rule 16, including original documents, electronic devices, drug evidence and other tangible objects, when available, by arranging a mutually convenient time with the government.

- 43.86 kilograms of cocaine seized on May 24, 2002 in Brooklyn, NY;
- 20.04 kilograms of cocaine seized from the Gatun vessel off the coast of Panama on March 18, 2007; and
- 22 kilograms of cocaine and 4.03 kilograms of heroin seized on July 14, 2009 in Palisades, NJ.

II. <u>Expert Witnesses</u>

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion.

The government anticipates calling experts at trial to testify regarding (1) the forensic chemical analysis of drug evidence; (2) the means and methods of laundering the proceeds of international narcotics trafficking; and (3) the translation of the Spanish language into English. The government will provide the identity, qualifications and bases for the conclusions of each expert it intends to call at trial when they become available. As the government identifies additional experts, it will provide appropriate notice.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By: /s/
Michael P. Robotti
Ryan C. Harris
Erin M. Reid
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of Court (BMC) (via ECF)