# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>GENARO GARCIA LUNA,<br><br>     Defendant. | 19 Cr. 576 (BMC)<br><br>[PROPOSED] ORDER |

In order to permit the defendant to meaningfully review the construction and implementation of the Master Jury Wheel and Qualified Jury Wheel that was used to select the Grand Jurors who returned the superseding indictment in this case on July 30, 2020, pursuant to 28 U.S.C. §§ 1867(a) and (f), and for the reasons set forth in the declaration of Jeffrey Martin, the Clerk of the Eastern District of New York is hereby ordered to make available all data listed in Attachment 1 to Mr. Martin's declaration within 14 days of this Order.

Dated: New York, New York
   August ___, 2020

                SO ORDERED

                _____
                The Honorable Brian M. Cogan
                District Judge, United States District Court
                Eastern District of New York