

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MPR/RCH/EMR
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 29, 2020

By FedEx

Cesar DeCastro, Esq.
7 World Trade Center, 34th Floor
New York, NY 10007

      Re:    United States v. Genaro Garcia Luna
               Criminal Docket No. 19-576 (BMC)

Dear Counsel:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed discovery contains Protected Material and should be handled consistently with the Protective Order. The government also requests reciprocal discovery from the defendant.

I.      The Government's Discovery

      Enclosed please find:

- Videos and video translations, Bates-numbered 00000172455-00000172477;
- Certified public records, Bates-numbered 00000172478-00000172529;
- Intercepted communications, Bates-numbered 00000172530-00000174024;
- Search warrants, Bates-numbered 00000174025-00000176289;
- Files from Mexican law enforcement, Bates-numbered 00000176290-00000176703;
- Mutual Legal Assistance Treaty requests and responses, 00000176704-00000178008;
- Ledgers and Business and Financial Records, Bates-numbered 00000178009-00000183240, 00000183464-00000189364; and
- Statements of the defendant and related documents, Bates-numbered 00000183241-00000183463.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

        Very truly yours,

        SETH D. DuCHARME
        Acting United States Attorney

By:   /s/
        Michael P. Robotti
        Ryan C. Harris
        Erin M. Reid
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures

cc:    Clerk of Court (BMC) (via ECF)