

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MPR/RCH/EMR
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 15, 2020

By FedEx

Cesar DeCastro, Esq.
7 World Trade Center, 34th Floor
New York, NY 10007

      Re:    United States v. Genaro Garcia Luna
             Criminal Docket No. 19-576 (BMC)

Dear Counsel:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also requests reciprocal discovery from the defendant.

I.    The Government's Discovery

    Enclosed please find:

- Financial Records, Bates-numbered 0000955722-0000973147; 0000973148-0000973351; 0000973352-0000973517; and 0000973518-0000974990;
- Intentionally Left Blank, Bates-numbered 0000974991-0000975362; and
- Files from Mexican law enforcement, Bates-numbered 0000975363-0000975373; and 0000975374-0000980432.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

          Very truly yours,

          SETH D. DuCHARME
          Acting United States Attorney

By:   /s/
          Michael P. Robotti
          Ryan C. Harris
          Erin M. Reid
          Assistant U.S. Attorneys
          (718) 254-7000

Enclosures

cc:    Clerk of Court (BMC) (via ECF)