UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                           19-CR-576 (S-1) (BMC)

GENARO GARCIA LUNA,
LUIS CARDENAS PALOMINO and
RAMON PEQUENO GARCIA,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Philip Pilmar from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Philip Pilmar
        United States Attorney's Office (Criminal Division)
        271 Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6106
        Email: Philip.Pilmar@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Philip Pilmar at the email address set forth above.

Dated: Brooklyn, New York
       January 4, 2021

                                    Respectfully submitted,

                                    SETH D. DUCHARME
                                    Acting United States Attorney

                         By:   /s/ Philip Pilmar
                                    Philip Pilmar
                                    Assistant U.S. Attorney

cc: Clerk of the Court (BMC)