U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

HDM/RCH/PP/MD
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 19, 2021

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Genaro Garcia Luna
     Criminal Docket No. 19-576 (BMC)

Dear Judge Cogan:

  On August 16, 2021, the Court scheduled a status conference in this case for Tuesday, October 26, 2021 at 9:30 a.m. The government respectfully requests that the Court reschedule the status conference to another date that week when the Court has availability because the Metropolitan Detention Center can only accommodate video court appearances on Mondays, Wednesdays, or Fridays at 9:00 a.m., 10:30 a.m. or 12:00 p.m.

           Respectfully submitted,

           JACQUELYN M. KASULIS
           Acting United States Attorney

      By: /s/
        Hiral D. Mehta
        Ryan Harris
        Philip Pilmar
        Marietou Diouf
        Assistant U.S. Attorneys
        (718) 254-7000

cc: Cesar de Castro, Esq.
   Clerk of the Court (BMC) (by ECF)