THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street – 602
New York, New York 10038
631.460.3951 Main
646.285.2077 Mobile
646.839.2682 Fax
cdecastrolaw.com

November 19, 2021

*Via* **ECF**

The Honorable Brian M. Cogan
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Luna et al.,* 19 Cr. 576 (BMC)

Dear Judge Cogan,

I write to provide the Court with notice of my firm's change of address and request that the docket reflect that address. The Firm's new contact information (as noted above) is the following:

    César de Castro
    The Law Firm of César de Castro, P.C.
    The District
    111 Fulton Street – 602
    New York, NY 10038
    631.460.3951 (Office)
    646-285-2077 (Mobile)
    646-839-2682 (Fax)
    [cdecastro@cdecastrolaw.com](mailto:cdecastro@cdecastrolaw.com) (E-Mail)
    cdecastrolaw.com (Website)

Respectfully submitted,

    /s/

César de Castro

cc:    All Counsel of Record (*via* ECF)