

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

RCH/HDM/EMR/PP/MD
F. #2019R00927

December 1, 2021

By FedEx

Cesar DeCastro, Esq.
7 World Trade Center, 34th Floor
New York, NY 10007

      Re:    United States v. Genaro Garcia Luna
                Criminal Docket No. 19-576 (BMC)

Dear Counsel:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed discovery contains Protected Material and should be handled consistently with the Protective Order. See Dkt. No. 19. The government also requests reciprocal discovery from the defendant.

I.    The Government's Discovery

      Enclosed please find:

- City National Bank records, Bates-numbered 0001068113 to 0001068742;
- JPMorgan Chase Bank records, Bates-numbered 0001068743 to 0001070840;
- Letter dated February 7, 2020, Bates-numbered 0001070841;
- Folder containing video recordings, audio recordings, and draft transcript, Bates-numbered 0001070842;
- Audio recording designated as Protected Material and Bates-numbered 0001070843; and
- Letters designated as Protected Material and Bates-numbered 0001070844 to 0001070851.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/_____
Ryan C. Harris
Hiral D. Mehta
Erin M. Reid
Philip Pilmar
Marietou Diouf
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:     Clerk of Court (BMC) (via ECF) (without enclosures)