# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-Cr-576(BMC) |
| Genaro Garcia-Luna | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Genaro Garcia-Luna

Date: December 1, 2021

*Attorney's signature*

Shannon Michael McManus 588-1750
*Printed name and bar number*
The Law Firm of Cesar de Castro, P.C.
The District
111 Fulton Street - 602
New York, New York 10038
*Address*

SMcManus@cdecastrolaw.com
*E-mail address*

201.572.9234
*Telephone number*

646.839.2682
*FAX number*