UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                              19-CR-576 (BMC)

GENARO GARCIA LUNA,
LUIS CARDENAS PALOMINO and
RAMON PEQUENO GARCIA,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Saritha Komatireddy from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Saritha Komatireddy
> United States Attorney's Office (Criminal Division)
> 271-A Cadman Plaza East
> Brooklyn, New York 11201
> Tel: (718) 254-6054
> Email: Saritha.Komatireddy@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Saritha Komatireddy at the email address set forth above.

Dated: Brooklyn, New York
        January 27, 2022

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Saritha Komatireddy
Saritha Komatireddy
Assistant U.S. Attorney

cc: Clerk of the Court (BMC)