

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| RCH/SK/EMR/PP/MED | *271 Cadman Plaza East* |
| F. #2019R00927 | *Brooklyn, New York 11201* |

February 11, 2022

By FedEx

Cesar DeCastro, Esq.
7 World Trade Center, 34th Floor
New York, NY 10007

   Re: United States v. Genaro Garcia Luna
     Criminal Docket No. 19-576 (BMC)

Dear Counsel:

   Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed discovery contains Protected Material and should be handled consistently with the Protective Order. See Dkt. No. 19. The government also requests reciprocal discovery from the defendant.

I.  The Government's Discovery

 Enclosed please find:

| | |
|---|---|
| 0001070852-0001071558 | Documents received from Mexican Government |
| 0001071559-0001071581 | Documents received from J. Castro & Associates |
| 0001071582-0001072050 | Documents received from Capote & Capote, PA |
| 0001072051-0001072058 | Documents received from Stephan Cohen, Esq. |
| 0001072059-0001072119 | Documents received from Kahane & Associates |
| 0001072120-0001072377 | Documents received from Alliance Title Escrow Group, LLC |
| 0001072395-0001072692 | Documents received from Carlton Fields PA |

| | |
|---|---|
| 0001072693-0001073017 | Documents received from Chemtov Mortgage Group |
| 0001073018-0001073040 | Documents received from First American Title |
| 0001073041-0001073167 | Documents received from Lisa I. Glassman, Esq. |
| 0001073168-0001073168 | Documents received from Marrero & Associates |
| 0001073169-0001073315 | Documents received from Serber & Associates |
| 0001073316-0001073331 | Documents received from Smith Hawks, PL |
| 0001073332-0001073798 | Documents received from Bank of America |
| 0001073799-0001081308 | Documents received from Citibank |
| 0001081309-0001081610 | Documents received from Truist Bank |
| 0001081611-0001081920 | Documents received from Kapital Management |
| 0001081921-0001081961 | Documents received from University of Miami |
| 0001081962-0001082053 | Certified Immigration Documents |
| 0001082054-0001082286 | Files from the defendant's Apple laptop |
| 0001082287-0001119209 | Documents received from Mexican Government |
| 0001119210-0001127096 | Documents received from Sabadell United Bank |
| 0001127097-0001127428 | Documents received from Greenberg Traurig LLP |
| 0001127429-0001127430 | Emails and WhatsApp communications |
| 0001127431-0001127465 | Documents received from Angelo & Banta PA |

| 0001127466-0001130995 | Documents received from Wells Fargo |
| 0001130996-0001135199 | Documents received from Rennert Vogel Mandler & Rodriguez PA |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By: /s/
Ryan C. Harris
Saritha Komatireddy
Erin M. Reid
Philip Pilmar
Marietou E. Diouf
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of Court (BMC) (via ECF) (without enclosures)