

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/RCH/EMR/PP/MD
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 3, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Genaro Garcia Luna
Criminal Docket No. 19-576 (BMC)

Dear Judge Cogan:

The parties respectfully submit this written status update to the Court in the above-captioned matter, in advance of the upcoming status conference scheduled for March 4, 2022. The parties agree that an order of excludable delay following the upcoming status conference is appropriate based on the Court's previous complex case designation in this matter.

In addition, the parties respectfully write to update the Court on the following issues:

- Discovery

    o The government continues the process of collecting and reviewing discovery for production to the defendant on a rolling basis.

    o The government also is awaiting responses from outstanding subpoenas, including subpoenas to the defendant and his companies. In addition, the government has submitted MLAT requests for evidence in the possession of several foreign governments. Although the government has received some responsive information, it is awaiting additional MLAT responses.

    o To date, the government has produced more than one million pages of documents and voluminous intercepted communications. The government has produced the majority of the discoverable material in its possession. It expects

to make smaller productions on a rolling basis as it receives additional discoverable materials and/or identifies such material in its possession.

- The Parties' Jointly-Proposed Pre-Trial Schedule

    o As the parties indicated in their most recent status letter to the Court, filed on February 14, 2022, the parties have conferred regarding a proposed pre-trial schedule. The parties respectfully submit the following jointly proposed pretrial schedule in advance of trial, which is scheduled to begin on October 24, 2022:

        ▪ Mid-June 2022: Government and Defense Initial Motions in Limine Due, with a date for responses and replies to be set by the Court;

        ▪ September 23, 2022: Government 3500, Government and Defense Witness Lists and Exhibits Due.

- Jury Selection Procedures

    o At the upcoming status conference, the parties wish to discuss the Court's anticipated jury selection procedures, including the number of jurors that the Court intends to call in to complete questionnaires, the timing of when the parties should submit a jointly-proposed juror questionnaire, and the expected timing of jury selection.

Respectfully submitted,

BREON PEACE
United States Attorney

By: \_\_\_/s/_____
Saritha Komatireddy
Ryan C. Harris
Erin M. Reid
Philip Pilmar
Marietou Diouf
Assistant U.S. Attorneys
(718) 254-7000

cc: Cesar de Castro, Esq.
    Clerk of the Court (BMC) (by ECF)