U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/RCH/EMR/PP/MED

F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 10, 2022

By ECF

Cesar DeCastro, Esq.
The Law Firm of César de Castro, P.C.
The District
111 Fulton Street - 602
New York, New York 10038

        Re:    United States v. Genaro Garcia Luna
                  Criminal Docket No. 19-576 (BMC)

Dear Counsel:

        The government writes to memorialize its production earlier today of information related to expert witnesses that the government intends to call during its case-in-chief at trial. This information is designated PROTECTED MATERIAL and is governed by the Protective Order previously entered by the Court (ECF No. 19).

                                            Very truly yours,

                                            BREON PEACE
                                            United States Attorney

                          By:    /s/_____
                                            Saritha Komatireddy
                                            Ryan C. Harris
                                            Erin M. Reid
                                            Philip Pilmar
                                            Marietou E. Diouf
                                            Assistant U.S. Attorneys
                                            (718) 254-7000

Enclosures