RCH/SK/EMR/PP
F.#2019R00927

CISO: [signature]
Date: 5/20/22

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

v.

GENARO GARCIA LUNA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**FILED EX PARTE,
IN CAMERA AND UNDER SEAL**

19-CR-576 (S-1) (BMC)

## GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS CLASSIFIED EX PARTE, IN CAMERA MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

BREON PEACE
United States Attorney
Eastern District of New York

Saritha Komatireddy
Ryan Harris
Erin Reid
Philip Pilmar
Marietou Diouf
Assistant U.S. Attorneys
Eastern District of New York