

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| RCH/SK/EMR/PP/MED<br>F. #2019R00927 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

May 24, 2022

<u>By E-mail and ECF</u>

Cesar DeCastro, Esq.
111 Fulton Street - 602
New York, NY 10038

       Re:   <u>United States v. Genaro Garcia Luna</u>
              <u>Criminal Docket No. 19-576 (BMC)</u>

Dear Counsel:

       Pursuant to 18 U.S.C. § 3500, the government is disclosing to you the enclosed material related to 15 potential law enforcement witnesses. This production is marked "Protected Material" and is subject to the terms of the Court's February 18, 2020, Protective Order. <u>See</u> Dkt. No. 19. Some of this material is duplicative of material produced to you on March 10, 2022, regarding potential expert witnesses. The government will disclose additional § 3500 material related to these witnesses as it becomes available and will produce § 3500 material regarding other witnesses sufficiently in advance of trial.

                          Very truly yours,

                          BREON PEACE
                          United States Attorney

           By:   /s/
                          Ryan C. Harris
                          Saritha Komatireddy
                          Erin M. Reid
                          Philip Pilmar
                          Marietou E. Diouf
                          Assistant U.S. Attorneys
                          (718) 254-7000

cc: Clerk of Court (BMC) (via ECF)