

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F. #2019R00927

271 Cadman Plaza East
Brooklyn, New York 11201

June 25, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Genaro Garcia Luna, et al.
              Criminal Docket No. 19-576 (S-1) (BMC)

Dear Judge Cogan:

      The government hereby provides notice that earlier this week it filed—via the Classified Information Security Officer—a supplemental submission in support of its previously filed ex parte, classified motion for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1).

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
      Saritha Komatireddy
      Ryan C. Harris
      Erin M. Reid
      Phillip Pilmar
      Marietou Diouf
      Assistant U.S. Attorneys
      (718) 254-7000

cc:     Counsel for Defendants (by ECF)
        Clerk of Court (BMC) (by ECF)