U.S. Department of Justice

United States Attorney
Eastern District of New York

SK/RCH/EMR/PP/MD
F. #2019R00927

271 Cadman Plaza East
Brooklyn, New York 11201

June 27, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Genaro Garcia Luna
            Criminal Docket No. 19-576 (BMC)

Dear Judge Cogan:

      The government writes to respectfully request that the attached proposed stipulation be so ordered by the Court. The government anticipates that it may produce a limited amount of material pursuant to 18 U.S.C. § 3500 that only defense counsel and their staff can review. A proposed stipulation regarding this Attorneys' Eyes Only material, which has been signed and agreed to by the government and defense counsel, is respectfully enclosed for the Court's consideration.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
      Saritha Komatireddy
      Ryan C. Harris
      Erin M. Reid
      Philip Pilmar
      Marietou Diouf
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Cesar de Castro, Esq. (by ECF)
       Clerk of the Court (BMC) (by ECF)