

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH/SK/EMR/PP/MED
F. #2019R00927

271 Cadman Plaza East
Brooklyn, New York 11201

July 5, 2022

By E-mail and ECF

Cesar DeCastro, Esq.
111 Fulton Street - 602
New York, NY 10038

      Re:    United States v. Genaro Garcia Luna
             Criminal Docket No. 19-576 (BMC)

Dear Counsel:

      Pursuant to 18 U.S.C. § 3500, the government is disclosing to you the enclosed material related to two potential witnesses. This production is marked "Protected Material" and is subject to the terms of the Court's February 18, 2020, Protective Order. See Dkt. No. 19. The government will disclose additional § 3500 material related to these witnesses as it becomes available and will produce § 3500 material regarding other witnesses sufficiently in advance of trial.

                        Very truly yours,

                        BREON PEACE
                        United States Attorney

         By:    /s/
                        Ryan C. Harris
                        Saritha Komatireddy
                        Erin M. Reid
                        Philip Pilmar
                        Marietou E. Diouf
                        Assistant U.S. Attorneys
                        (718) 254-7000

cc: Clerk of Court (BMC) (via ECF)