

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/RCH/EMR/PP/MD
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 25, 2022

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Genaro Garcia Luna
       <u>Criminal Docket No. 19-576 (BMC)</u>

Dear Judge Cogan:

    The government respectfully submits this letter in response to the Court's July 15, 2022, Order that the government provide the approximate volume of 18 U.S.C § 3500 material. To date, the government has already produced more than 6,100 pages of § 3500 material. Based on materials currently in the government's possession, the government anticipates that it will produce an additional 7,500 pages of § 3500 material, as well as

approximately five electronic devices of a cooperating witness and approximately 4,900 audio recordings of another cooperating witness.[1]

                          Respectfully submitted,

                          BREON PEACE
                          United States Attorney

By:    /s/
        Saritha Komatireddy
        Ryan C. Harris
        Erin M. Reid
        Philip Pilmar
        Marietou Diouf
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Cesar de Castro, Esq.
        Clerk of the Court (BMC) (by ECF)

---

[1] The government notes that although it does not believe the audio recordings of this witness are likely § 3500 material because they will not "relate[] to the subject matter as to which the witness has testified," the government intends to produce this material in an abundance of caution.