

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 3, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Genaro Garcia Luna, et al.
      Criminal Docket No. 19-576 (S-1) (BMC)

Dear Judge Cogan:

   The government hereby provides notice that earlier today it filed—via the Classified Information Security Officer—a supplemental submission in support of its previously filed ex parte, classified motion for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1).

                Respectfully submitted,

                BREON PEACE
                United States Attorney

          By: /s/
              Saritha Komatireddy
              Ryan C. Harris
              Erin M. Reid
              Phillip Pilmar
              Marietou Diouf
              Assistant U.S. Attorneys
              (718) 254-7000

cc: Counsel for Defendants (by ECF)
   Clerk of Court (BMC) (by ECF)