

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/RCH/EMR/PP/MD
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 29, 2022

By ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Genaro Garcia Luna
     Criminal Docket No. 19-576 (BMC)

Dear Judge Cogan:

   The parties respectfully submit this letter regarding the jury selection process in this case. At the July 15, 2022, status conference, the Court set a schedule for the submission, completion, and review of jury questionnaires assuming an October 24, 2022, trial date. On August 15, 2022, the Court adjourned the trial to January 9, 2023. Accordingly, the parties respectfully propose the following schedule for the jury questionnaires.

- Joint Jury Questionnaire Submitted to the Court – November 18, 2022
- Jury Questionnaire Distributed to Juror Pool – Week of November 28, 2022
- Parties Submit Their Proposed Pool to the Court – December 19, 2022
- Jury Selection and Trial – January 9, 2023

         Respectfully submitted,

         BREON PEACE
         United States Attorney

     By:  /s/
         Saritha Komatireddy
         Ryan C. Harris
         Erin M. Reid
         Philip Pilmar
         Marietou Diouf
         Assistant U.S. Attorneys
         (718) 254-7000

cc: Defense Counsel (by ECF)