

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK/RCH/EMR/PP/MED
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 31, 2022

By FedEx

César de Castro, Esq.
The Law Firm of César de Castro, P.C.
The District
111 Fulton Street - 602
New York, New York 10038

>Re: United States v. Genaro Garcia Luna
>Criminal Docket No. 19-576 (BMC)

Dear Counsel:

Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed discovery contains Protected Material and should be handled consistently with the Protective Order. See Dkt. No. 19. The government also requests reciprocal discovery from the defendant.

I.  The Government's Discovery

Enclosed please find:

| | |
|---|---|
| 0001165188–0001165201 | Documents received from The Clearing House |
| 0001165202–0001165202 | Files from the defendant's Apple desktop computer |
| 0001165203–0001165326 | Documents received from Mexican Government |
| 0001165327–0001165338 | Mexican Property Records received from Mexican Government |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/
Saritha Komatireddy
Ryan C. Harris
Erin M. Reid
Philip Pilmar
Marietou E. Diouf
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:     Clerk of Court (BMC) (via ECF) (without enclosures)