UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                                                              **NOTICE OF MOTIONS**

                    vs.

                                                              Case No. 19 Cr. 576 (BMC)

GENARO GARCIA LUNA,

                                        Defendant.

_____

      **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law,

attached exhibits, and all prior papers and proceedings herein, the defendant, GENARO

GARCIA LUNA, will move before the Honorable Brian M. Cogan, United States District

Court Judge for the Eastern District of New York, for an order:

      1.      Dismissing Counts one through four of the superseding indictment as

barred by the statute of limitations;

      2.      Directing the government to provide the defense with a bill of particulars;

and

      3.      Granting such further relief as this Court deems just and proper.

Dated: October 14, 2022

Respectfully Submitted,

_____

César de Castro
Valerie Gotlib
Shannon McManus
The Law Firm of César de Castro P.C.
111 Fulton Street – 602
New York, NY 10038
(631)-460-3951
cdecastro@cdecastrolaw.com
vgotlib@cdecastrolaw.com
smcmanus@cdecastrolaw.com

Florian Miedel, Esq.
MIEDEL & MYSLIWIEC LLP
80 Broad Street, Suite 1900
New York, New York 10004
212-616-3042
fm@fmamlaw.com

*Attorneys for Defendant,*
*Genaro Garcia Luna*

TO:    Clerk of the Court, EDNY

         All Counsel (ECF)