U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MD
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 28, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Genaro Garcia Luna
           Criminal Dkt. No. 19-576 (S-1)(BMC)

Dear Judge Cogan:

      The parties respectfully submit this letter to request that the Court enter the following schedule in connection with the defendant's motion to dismiss, filed on October 14, 2022. See ECF No. 123. The parties have conferred and jointly request the following deadlines:

- November 4, 2022 – deadline for the government's response
- November 9, 2022 – deadline for the defendant's reply
- November 16 or 18, 2022 – oral argument should the Court desire it

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
      Saritha Komatireddy
      Erin M. Reid
      Philip Pilmar
      Marietou Diouf
      Assistant U.S. Attorneys
      (718) 254-7000

cc:     Clerk of the Court (BMC) (by ECF)
         All counsel of record (by ECF)