

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MED  *271 Cadman Plaza East*
F. #2019R00927  *Brooklyn, New York 11201*

November 17, 2022

By FedEx

César de Castro, Esq.
111 Fulton Street - 602
New York, New York 10038

Florian Miedel, Esq.
80 Broad Street, Suite 1900
New York, New York 10004

   Re: United States v. Genaro Garcia Luna
     Criminal Docket No. 19-576 (BMC)

Dear Counsel:

  Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed discovery contains Protected Material and should be handled consistently with the Protective Order. See Dkt. No. 19. The government also requests reciprocal discovery from the defendant.

I. The Government's Discovery

 Enclosed please find:

| | |
|---|---|
| 0001166391-0001166397 | Sept. 13, 2008, Seizure documents |
| 0001166398-0001166416 | March 18, 2007, Seizure documents |
| 0001166417-0001166419 | Jan. 28, 2003, Seizure documents |
| 0001166420-0001166439 | August 16, 2002, Seizure documents |
| 0001166440-0001166441 | May 24, 2002, Seizure documents |

| 0001166442-0001166446;<br>0001166479-0001166514 | Feb. 22, 2012, law enforcement raid documents |
| --- | --- |
| 0001166447-0001166466 | Letters and draft translations |
| 0001166467-0001166478 | Birth Certificate Records |
| 0001166515-0001166526 | Intentionally Left Blank |
| 0001166527-0001167463 | Immigration Documents |
| 0001167464-0001167602 | Flexi Demonstrative |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By: /s/
Saritha Komatireddy
Erin M. Reid
Philip Pilmar
Marietou E. Diouf
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of Court (BMC) (via ECF) (without enclosures)