

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK/EMR/PP/MD
F. #2019R00927

271 Cadman Plaza East
Brooklyn, New York 11201

November 18, 2022

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Genaro Garcia Luna
               Criminal Docket No. 19-576 (BMC)

Dear Judge Cogan:

      On August 30, 2022, the Court ordered the parties to submit a joint proposed jury questionnaire on November 18, 2022, for potential jurors to complete the week of November 28, 2022, on a date to be determined by the Court.  The parties respectfully submit the attached joint proposed jury questionnaire.  The parties have conferred and agree with respect to all the questions included in the attached proposed questionnaire except for minor disagreements on pages three and 24.  On page three, the defendant requests the Court include the language highlighted in blue and the government objects to its inclusion.  On page 24, the government requests the language highlighted in yellow and the defendant requests the language highlighted in blue.  In addition, the parties are continuing to confer on Attachment A to the questionnaire (names the jurors may hear during the trial) and respectfully request permission to submit a proposed Attachment A to the Court on Monday, November 21, 2022.

                                      Respectfully submitted,

                                      BREON PEACE
                                      United States Attorney

                       By:     /s/
                              Saritha Komatireddy
                              Erin M. Reid
                              Philip Pilmar
                              Marietou Diouf
                              Assistant U.S. Attorneys
                              (718) 254-7000

cc:    Defense Counsel (by ECF)