

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MED
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 23, 2022

<u>By E-mail and ECF</u>

César de Castro, Esq.
111 Fulton Street - 602
New York, New York 10038

Florian Miedel, Esq.
80 Broad Street, Suite 1900
New York, New York 10004

        Re:    <u>United States v. Genaro Garcia Luna</u>
                  <u>Criminal Docket No. 19-576 (BMC)</u>

Dear Counsel:

        Please find enclosed an initial production of the government's trial exhibits. The government will continue to produce exhibits on a rolling basis and reserves the right to revise the materials enclosed herein.

                                      Very truly yours,

                                      BREON PEACE
                                      United States Attorney

By:    /s/_____
       Saritha Komatireddy
       Erin M. Reid
       Philip Pilmar
       Marietou E. Diouf
       Assistant U.S. Attorneys
       (718) 254-7000

cc: Clerk of Court (BMC) (via ECF)