

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 29, 2022

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Genaro Garcia Luna
           Criminal Docket No. 19-576 (S-1) (BMC)

Dear Judge Cogan:

      The government respectfully submits this letter in advance of the status conference scheduled for tomorrow at 2:15p.m. The U.S. Marshals Service ("USMS") has advised the government that it is unable to transport the defendant for an in-person appearance tomorrow. Should the defendant consent to waiving his in-person appearance, the government will attempt to arrange the defendant's appearance from the MDC by video or telephone.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
     Saritha Komatireddy
     Erin M. Reid
     Philip Pilmar
     Marietou Diouf
     Assistant U.S. Attorneys
     (718) 254-7000

cc:   Clerk of Court (BMC) (by ECF)
      All counsel of record (by ECF)