

November 29, 2022

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: <u>United States v. Genaro Garcia Luna,</u> 19-Cr-576 (BMC)

Your Honor:

  In light of the government's letter, filed earlier this evening, stating that the marshals cannot produce Mr. Garcia Luna to court for tomorrow's conference, we write to notify the Court that we will waive Mr. Garcia Luna's physical appearance if the government can procure his appearance via video conference.

  Thank you for your consideration.

              Sincerely,

              /s/

              Florian Miedel

Cc: All Counsel (ECF)

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com