

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MED
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 4, 2022

By E-mail and ECF

Cesar DeCastro, Esq.
111 Fulton Street - 602
New York, NY 10038

>   Re:   United States v. Genaro Garcia Luna
>         Criminal Docket No. 19-576 (BMC)

Dear Counsel:

      Pursuant to 18 U.S.C. § 3500, the government is disclosing to you the enclosed material related to five potential witnesses. This production is marked "Protected Material" and is subject to the terms of the Court's February 18, 2020, Protective Order. See Dkt. No. 19. The government will disclose additional § 3500 material related to these witnesses as it becomes available and will produce § 3500 material regarding other witnesses sufficiently in advance of trial.

>   Very truly yours,
>
>   BREON PEACE
>   United States Attorney
>
>   By:   /s/
>   Saritha Komatireddy
>   Erin M. Reid
>   Philip Pilmar
>   Marietou E. Diouf
>   Assistant U.S. Attorneys
>   (718) 254-7000

cc: Clerk of Court (BMC) (via ECF)