

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MED
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 9, 2022

<u>By E-mail and ECF</u>

César de Castro, Esq.
111 Fulton Street - 602
New York, New York 10038

Florian Miedel, Esq.
80 Broad Street, Suite 1900
New York, New York 10004

    Re: United States v. Genaro Garcia Luna
       <u>Criminal Docket No. 19-576 (BMC)</u>

Dear Counsel:

    Pursuant to 18 U.S.C. § 3500, the government is disclosing to you the enclosed material related to 19 potential witnesses, including additional material for three witnesses whose § 3500 material was previously produced. This production is marked "Protected Material" and is subject to the terms of the Court's February 18, 2020, Protective Order. <u>See</u> Dkt. No. 19. In addition, three folders of material are marked as "Attorney's Eyes Only" and are subject to the Court's June 27, 2022, Protective Order. <u>See</u> Dkt. No. 102. The government will disclose additional § 3500 material related to these witnesses as it becomes available and will produce § 3500 material regarding other witnesses sufficiently in advance of trial.

The government also notes that there remain two potential cooperating witnesses whose materials are not included in today's production. The government will provide their § 3500 material to the defense as soon as practicable.

Very truly yours,

BREON PEACE
United States Attorney

By: /s/
Saritha Komatireddy
Erin M. Reid
Philip Pilmar
Marietou E. Diouf
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (BMC) (via ECF)