

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MED
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 9, 2022

<u>By E-mail and ECF</u>

César de Castro, Esq.
111 Fulton Street - 602
New York, New York 10038

Florian Miedel, Esq.
80 Broad Street, Suite 1900
New York, New York 10004

      Re:   <u>United States v. Genaro Garcia Luna</u>
              <u>Criminal Docket No. 19-576 (BMC)</u>

Dear Counsel:

      Pursuant to 18 U.S.C. § 3500, the government is disclosing to you the enclosed material related to a potential witness. This production is marked "Protected Material" and is subject to the terms of the Court's February 18, 2020, Protective Order. <u>See</u> Dkt. No. 19. The government will disclose additional § 3500 material related to this witness sufficiently in advance of his/her testimony and will produce § 3500 material regarding other witnesses sufficiently in advance of trial.

                                              Very truly yours,

                                              BREON PEACE
                                              United States Attorney

                By:   /s/
                       Saritha Komatireddy
                       Erin M. Reid
                       Philip Pilmar
                       Marietou E. Diouf
                       Assistant U.S. Attorneys
                       (718) 254-7000

cc: Clerk of Court (BMC) (via ECF)