

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MED　　　　　　　　　　　　　　*271 Cadman Plaza East*
F. #2019R00927　　　　　　　　　　　　　　*Brooklyn, New York 11201*

December 21, 2022

By FedEx

César de Castro, Esq.
111 Fulton Street - 602
New York, New York 10038

Florian Miedel, Esq.
80 Broad Street, Suite 1900
New York, New York 10004

　　　　　　Re:　United States v. Genaro Garcia Luna
　　　　　　　　　Criminal Docket No. 19-576 (BMC)

Dear Counsel:

　　　　Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Please note the enclosed discovery contains Protected Material and should be handled consistently with the Protective Order. See Dkt. No. 19. The government also requests reciprocal discovery from the defendant.

I.　　The Government's Discovery

　　Enclosed please find:

| | |
|---|---|
| 0001167805-0001167805 | Files recovered from the defendant's Apple desktop computer, which was previously produced and made available to the defendant |
| 0001167806-0001168467 | Ledgers |
| 0001168468-0001168482 | Photographs |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/
Saritha Komatireddy
Erin M. Reid
Philip Pilmar
Marietou E. Diouf
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:     Clerk of Court (BMC) (via ECF) (without enclosures)