

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MED
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 24, 2022

<u>By E-mail and ECF</u>

César de Castro, Esq.
111 Fulton Street - 602
New York, New York 10038

Florian Miedel, Esq.
80 Broad Street, Suite 1900
New York, New York 10004

      Re:    United States v. Genaro Garcia Luna
              <u>Criminal Docket No. 19-576 (BMC)</u>

Dear Counsel:

      Please find enclosed a supplemental production of the government's trial exhibits. The government will continue to produce exhibits on a rolling basis and reserves the right to revise the materials enclosed herein.

      Very truly yours,

      BREON PEACE
      United States Attorney

By:   /s/
     Saritha Komatireddy
     Erin M. Reid
     Philip Pilmar
     Marietou E. Diouf
     Assistant U.S. Attorneys
     (718) 254-7000

cc: Clerk of Court (BMC) (via ECF)