

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

SK/EMR/PP/MED/AA  *271 Cadman Plaza East*
F. #2019R00927  *Brooklyn, New York 11201*

January 3, 2023

By ECF

Cesar DeCastro, Esq.
111 Fulton Street - 602
New York, NY 10038

Florian Miedel, Esq.
80 Broad Street, Suite 1900
New York, New York 10004

      Re:   United States v. Genaro Garcia Luna
             Criminal Docket No. 19-576 (BMC)

Dear Counsel:

      Pursuant to Federal Rule of Criminal Procedure 7(f), the government hereby writes to provide you with a bill of particulars relating to venue for Count Two of the Superseding Indictment. Specifically, the government intends to show that Count Two is properly tried in this District because the offense was committed within the extraterritorial jurisdiction of the United States, the Eastern District of New York, and elsewhere. See 18 U.S.C. §§ 3237(a), 3238.

      The government also hereby provides you with written notice that it intends to introduce the following business records and public records through the certifications produced therewith, pursuant to Federal Rule of Evidence 902(1)-(4), (11), (13)-(14) and 18 U.S.C. § 3505: GX 108, GX 209-7 through GX 209-17, GX 506, GX 816 through GX 823, GX 827, GX 828, GX 881, GX 882, and GX 1111.

Please do not hesitate to contact us regarding any questions or requests.

Very truly yours,

BREON PEACE
United States Attorney

By: /s/
Saritha Komatireddy
Erin M. Reid
Philip Pilmar
Marietou E. Diouf
Adam Amir
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (BMC) (by ECF)