UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-                                <u>VERDICT SHEET</u>
                                                    19 CR 576 (S-1) (BMC)

GENARO GARCIA LUNA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


**<u>Count Two</u> (International Cocaine Distribution Conspiracy)**

<u>Verdict on Count Two:</u>

    Guilty _____                            Not Guilty _____

    <u>Answer the following question only if you have found the defendant guilty of this count.</u>

        Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

        Yes _____                         No _____


**<u>Count Three</u> (Cocaine Distribution and Possession Conspiracy)**

<u>Verdict on Count Three:</u>

    Guilty _____                            Not Guilty _____

    <u>Answer the following question only if you have found the defendant guilty of this count.</u>

        Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

        Yes _____                         No _____

**Count Four** (Cocaine Importation Conspiracy)

<u>Verdict on Count Four:</u>

    Guilty _____                  Not Guilty _____

    <u>Answer the following question only if you have found the defendant guilty of this count.</u>

        Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

        Yes _____                  No _____


**Count One** (Engaging in a Continuing Criminal Enterprise)

<u>Verdict on Count One:</u>

    Guilty _____                  Not Guilty _____

<u>Answer the following question only if you have found the defendant guilty of this count.</u>

Indicate below which three or more offenses you have unanimously found beyond a reasonable doubt were part of a continuing series:

    Count Two

        Proven _____                  Not Proven _____

    Count Three

        Proven _____                  Not Proven _____

    Count Four

        Proven _____                  Not Proven _____

    Violation One (International Distribution of Cocaine – approximately 5,000 kilograms – September 13, 2008)

        Proven _____                  Not Proven _____

Violation Two (International Distribution of Cocaine – approximately 23,000 kilograms – October 30, 2007)

      Proven _____            Not Proven _____

Violation Three (International Distribution of Cocaine – approximately 19,000 kilograms – March 18, 2007)

      Proven _____            Not Proven _____

Violation Four (Distribution of Cocaine – approximately 1,997 kilograms – January 28, 2003)

      Proven _____            Not Proven _____

Violation Five (Distribution of Cocaine – approximately 1,925 kilograms – August 16, 2002)

      Proven _____            Not Proven _____

Violation Six (Distribution of Cocaine – approximately 1,923 kilograms – May 24, 2002)

      Proven _____            Not Proven _____

**Count Five (Making a False Statement)**

Verdict on Count Five:

      Guilty _____            Not Guilty _____

Dated: Brooklyn, New York
      March \_\_, 2023      _____
                                      Foreperson