

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MED
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 4, 2023

<u>By E-mail and ECF</u>

César de Castro, Esq.
111 Fulton Street - 602
New York, New York 10038

Florian Miedel, Esq.
80 Broad Street, Suite 1900
New York, New York 10004

      Re:    <u>United States v. Genaro Garcia Luna</u>
             <u>Criminal Docket No. 19-576 (BMC)</u>

Dear Counsel:

      Pursuant to 18 U.S.C. § 3500, the government is disclosing to you the enclosed material related to 11 potential witnesses and supplemental material related to 13 potential witnesses whose § 3500 material was previously produced. This production is marked "Protected Material" and is subject to the terms of the Court's February 18, 2020, Protective Order. <u>See</u> Dkt. No. 19. The government will disclose additional § 3500 material related to these witnesses as it becomes available and will produce § 3500 material regarding other witnesses sufficiently in advance of their testimony.

                                      Very truly yours,

                                      BREON PEACE
                                      United States Attorney

                By:    /s/
                          Saritha Komatireddy
                          Erin M. Reid
                          Philip Pilmar
                          Marietou E. Diouf
                          Assistant U.S. Attorneys
                          (718) 254-7000

cc: Clerk of Court (BMC) (via ECF)