THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

January 9, 2023

*Via* **ECF**

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Garcia Luna* 19 Cr. 576 (BMC)

Dear Judge Cogan:

We write, as instructed by Your Honor's Deputy, to respectfully request that the Court permit the members of Mr. Garcia Luna's defense team to bring the below listed electronic devices and accessories with them into the Courtroom for the pendency of his trial, which commences January 17, 2023, and is anticipated to last approximately two months.

| Defense Team Member | Permitted Electronic Devices and Accessories |
|---|---|
| César de Castro | 1. Laptop<br>2. iPad<br>3. Cellphone<br>4. Chargers |
| Valerie Gotlib | 1. Laptop<br>2. iPad<br>3. Cellphone<br>4. Chargers |
| Florian Miedel | 1. Laptop<br>2. Cellphone<br>3. Chargers |
| Shannon McManus | 1. Laptop<br>2. Cellphone<br>3. Chargers |
| Austin Dean | 1. Laptop<br>2. Cellphone<br>3. Chargers<br>4. HDMI Adapter |
| Kimberly Tabares | 1. Laptop<br>2. Cellphone<br>3. Chargers |

Accordingly, we respectfully ask that the Court permit the defense team members to bring the above-listed electronics and accessories into the Courtroom beginning on January 17, 2023, through the pendency of the trial, which is anticipated to last approximately two months. We thank the Court for its attention to this matter.


Respectfully submitted,

    /s/

César de Castro
Valerie Gotlib
Shannon McManus
Florian Miedel