

January 12, 2023

**VIA ECF**
The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Genaro Garcia Luna*, 19 Cr. 576 (BMC)

Dear Judge Cogan:

      I represent Genaro Garcia Luna in the above-captioned case. Jury selection is scheduled to begin on January 17, 2023.

      I write respectfully to request that the Court issue an Order directing the Metropolitan Detention Center, where Mr. Garcia Luna is housed, to accept civilian clothing for Mr. Garcia Luna and to make it available for him to wear at the beginning of each day of the trial in this case. A proposed Order relating to this request is attached hereto as Exhibit A.

      Thank you for the Court's consideration of this request.

                                              Respectfully submitted,

                                              /s
                                        Florian Miedel, Esq.
                                        Miedel & Mysliwiec LLP
                                        80 Broad Street, Suite 1900
                                        New York, NY 10004
                                        *Attorney for Genaro Garcia Luna*

CC:     Counsel of record
           *via ECF*