UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA

                -*v.*-

                                                      Case No. 19 Cr. 576 (BMC)

GENARO GARCIA LUNA,

               Defendant.                                    ORDER
-----------------------------------------------------X

BRIAN M. COGAN, United States District Judge:

       The Metropolitan Detention Center, located at 80 29th Street, Brooklyn, New York, 11232, is directed to accept the following civilian clothing for the Defendant in the above-captioned case, Genaro Garcia Luna 59745-177, and to make this clothing available for the Defendant to wear at the beginning of each day of the jury trial in the above-captioned matter.

- Two (2) navy blue blazers
- Two (2) navy blue dress pants
- Two (2) white dress shirts
- Two (2) light blue dress shirts
- Four (4) white undershirts
- Three (3) neckties
- Four (4) pairs of socks
- One (1) belt
- One (1) pair of black shoes

Dated: Brooklyn, New York
           ____ day of January 2023

                                                           IT IS SO ORDERED.

                                                           _____
                                                           BRIAN M. COGAN, U.S.D.J.