U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MED/AA
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 13, 2023

<u>By ECF</u>

The Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Genaro Garcia Luna
                 <u>Criminal Docket No. 19-576 (S-1) (BMC)</u>

Dear Judge Kuo:

       In accordance with the Court's order dated January 3, 2023, the government respectfully submits a list of jurors whom both sides believe should be excused and a list of those whom should appear.

                                              Respectfully submitted,

                                              BREON PEACE
                                              United States Attorney

                     By:    <u>  /s/              </u>
                                              Saritha Komatireddy
                                              Erin M. Reid
                                              Philip Pilmar
                                              Marietou E. Diouf
                                              Adam Amir
                                              Assistant U.S. Attorneys
                                              (718) 254-7000

cc:    Clerk of Court (by ECF)
        Defense Counsel (by ECF)

## Jurors Who Should Be Excused

| 1 | 5 | 16 | 20 | 24 |
|---|---|---|---|---|
| 25 | 39 | 42 | 43 | 47 |
| 51 | 52 | 54 | 57 | 58 |
| 60 | 63 | 65 | 66 | 69 |
| 71 | 72 | 74 | 79 | 82 |
| 92 | 95 | 96 | 104 | 106 |
| 115 | 118 | 119 | 127 | 132 |
| 135 | 139 | 140 | 152 | 155 |
| 157 | 161 | 163 | 164 | 166 |
| 167 | 174 | 176 | 179 | 180 |
| 186 | 187 | 188 | 189 | 190 |
| 192 | 194 | 200 | 201 | 202 |
| 208 | 209 | 210 | 217 | 218 |
| 219 | 223 | 225 | 227 | 228 |
| 229 | 235 | 245 | 247 | 249 |
| 255 | 257 | 262 | 263 | 264 |
| 265 | 266 | 268 | 274 | 275 |

**Jurors Who Should Appear**

| | | | | |
|---|---|---|---|---|
| 2 | 3 | 4 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 17 | 18 |
| 19 | 21 | 22 | 23 | 26 |
| 27 | 28 | 29 | 30 | 31 |
| 32 | 33 | 34 | 35 | 36 |
| 37 | 38 | 40 | 41 | 44 |
| 45 | 46 | 48 | 49 | 50 |
| 53 | 55 | 56 | 59 | 61 |
| 62 | 64 | 67 | 68 | 70 |
| 73 | 75 | 76 | 77 | 78 |
| 80 | 81 | 83 | 84 | 85 |
| 86 | 87 | 88 | 89 | 90 |
| 91 | 93 | 94 | 97 | 98 |
| 99 | 100 | 101 | 102 | 103 |
| 105 | 107 | 108 | 109 | 110 |
| 111 | 112 | 113 | 114 | 116 |
| 117 | 120 | 121 | 122 | 123 |
| 124 | 125 | 126 | 128 | 129 |
| 130 | 131 | 133 | 134 | 136 |
| 137 | 138 | 141 | 142 | 143 |
| 144 | 145 | 146 | 147 | 148 |
| 149 | 150 | 151 | 153 | 154 |
| 156 | 158 | 159 | 160 | 162 |
| 165 | 168 | 169 | 170 | 171 |
| 172 | 173 | 175 | 177 | 178 |
| 181 | 182 | 183 | 184 | 185 |
| 191 | 193 | 195 | 196 | 197 |
| 198 | 199 | 203 | 204 | 205 |
| 206 | 207 | 211 | 212 | 213 |
| 214 | 215 | 216 | 220 | 221 |
| 222 | 224 | 226 | 230 | 231 |
| 232 | 233 | 234 | 236 | 237 |
| 238 | 239 | 240 | 241 | 242 |
| 243 | 244 | 246 | 248 | 250 |
| 251 | 252 | 253 | 254 | 256 |
| 258 | 259 | 260 | 261 | 267 |
| 269 | 270 | 271 | 272 | 273 |
| 276 | | | | |