UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                         :
                                                 :
                                                 :
          - against -                            :       19 - CR - 576 (BMC)(PK)
                                                 :
GENARO GARCIA LUNA                               :
                                                 :
                                                 :
------------------------------------------------------------x

## CONSENT TO HAVE A JURY SELECTION PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States District Judge who will preside at my trial has asked whether I will agree that a United States Magistrate Judge may preside over the selection of the jury that will decide my case.

The assigned United States District Judge has explained to me that, while I have a right to have a United States District Judge preside over the selection of the jury that will decide my case, I may consent to have my jury selection proceed before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will preside over my jury selection.

After having discussed this matter fully with my counsel, I hereby waive my right to have my jury selection proceed before a United States District Judge and I consent to have my jury selection proceed before a United States Magistrate Judge.

_____
Defendant

By: _____                _____
    Assistant United States Attorney                Attorney for Defendant

Dated: __1/17/23__                                  *Peggy Kuo*
       Brooklyn, New York                           U.S. MAGISTRATE JUDGE