**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SK/EMR/PP/MED/AA
F. #2019R00927

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 18, 2023

<u>By E-mail and ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Genaro Garcia Luna
            <u>Criminal Docket No. 19-576 (S-1) (BMC)</u>

Dear Judge Cogan:

      The government respectfully requests that the four court-certified Spanish language interpreters who will be interpreting witness testimony at trial be permitted to bring their smartphones, laptops, and tablets into the courtroom to assist them during the trial.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
     Saritha Komatireddy
     Erin M. Reid
     Philip Pilmar
     Marietou E. Diouf
     Adam Amir
     Assistant U.S. Attorneys
     (718) 254-7000

cc:   Clerk of Court (by ECF)
      Defense Counsel (by ECF)