

U.S. Department of Justice

United States Attorney
Eastern District of New York

SK/EMR/PP/MD/AA  
F. #2019R00927

271 Cadman Plaza East  
Brooklyn, New York 11201

February 7, 2023

By ECF

The Honorable Brian M. Cogan  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: United States v. Genaro Garcia Luna  
Criminal Docket No. 19-576 (BMC)

Dear Judge Cogan:

The government writes regarding tomorrow's trial schedule. The government intends to call four witnesses to testify tomorrow but the government does not anticipate that this testimony will last for the entire trial day. Because of a logistics issue with the government's next significant witness after the conclusion of these witnesses, the government respectfully requests that the Court adjourn trial early tomorrow. The defense consents to this request. In addition, the government anticipates it will likely rest its case-in-chief by Tuesday morning.

Respectfully submitted,

BREON PEACE  
United States Attorney

By:   /s/  
Saritha Komatireddy  
Erin M. Reid  
Philip Pilmar  
Marietou Diouf  
Adam Amir  
Assistant U.S. Attorneys  
(718) 254-7000

cc: Defense Counsel (by ECF)