UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

USA

                         **Plaintiffs**

      -against-

Genaro Garcia Luna

                **Defendant.**

ORDER OF SUSTENANCE

19-CR-0576 (BMC)

- - - - - - - - - - - - - - - - - - -X

COGAN, D.J.

It is ORDERED that the Marshal supply proper sustenance to the eighteen (18) jurors empaneled in the above entitled case.

Dated:    Brooklyn, New York
            February 17, 2023

/S/

Brian M. Cogan, U.S.D.J.