UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

UNITED STATES OF AMERICA,

                       Plaintiff,

      - against -

GENARO GARCIA LUNA,

                       Defendant.

----------------------------------------------------------- X

**VERDICT SHEET**
19-cr-576 (BMC)

**Count Two (International Cocaine Distribution Conspiracy)**

Verdict on Count Two:

    Guilty __✓__          Not Guilty _____

Answer the following question only if you have found the defendant guilty of this count.

Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

    Yes __✓__          No _____

**Count Three (Cocaine Distribution and Possession Conspiracy)**

Verdict on Count Three:

    Guilty __✓__          Not Guilty _____

Answer the following question only if you have found the defendant guilty of this count.

Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

    Yes __✓__          No _____

**Count Four** (Cocaine Importation Conspiracy)

<u>Verdict on Count Four:</u>

    Guilty __✓__                   Not Guilty _____

    <u>Answer the following question only if you have found the defendant guilty of this count.</u>

        Has the government proved beyond a reasonable doubt that the offense involved five kilograms or more of cocaine?

        Yes __✓__                   No _____


**Count One** (Engaging in a Continuing Criminal Enterprise)

<u>Verdict on Count One:</u>

    Guilty __✓__                   Not Guilty _____

    <u>Answer the following question only if you have found the defendant guilty of this count.</u>

Indicate below which three or more offenses you have unanimously found beyond a reasonable doubt were part of a continuing series (though, you must select "Proven" or "Not Proven" for each of the three counts and six violations):

    Count Two

        Proven __✓__                 Not Proven _____

    Count Three

        Proven __✓__                 Not Proven _____

    Count Four

        Proven __✓__                 Not Proven _____

    Violation One (International Distribution of Cocaine – approximately 5,000 kilograms – September 13, 2008)

        Proven __✓__                 Not Proven _____

2

Violation Two (International Distribution of Cocaine – approximately 23,000 kilograms – October 30, 2007)

Proven ✓         Not Proven _____

Violation Three (International Distribution of Cocaine – approximately 19,000 kilograms – March 18, 2007)

Proven ✓         Not Proven _____

Violation Four (Distribution of Cocaine – approximately 1,997 kilograms – January 28, 2003)

Proven ✓         Not Proven _____

Violation Five (Distribution of Cocaine – approximately 1,925 kilograms – August 16, 2002)

Proven ✓         Not Proven _____

Violation Six (Distribution of Cocaine – approximately 1,923 kilograms – May 24, 2002)

Proven ✓         Not Proven _____

**Count Five** (Making a False Statement)

Verdict on Count Five:

Guilty ✓         Not Guilty _____

Dated: Brooklyn, New York
February 21, 2023

Juror # 1
Foreperson

3

Violation Two (International Distribution of Cocaine – approximately 23,000 kilograms – October 30, 2007)

Proven ✓       Not Proven _____

Violation Three (International Distribution of Cocaine – approximately 19,000 kilograms – March 18, 2007)

Proven ✓       Not Proven _____

Violation Four (Distribution of Cocaine – approximately 1,997 kilograms – January 28, 2003)

Proven ✓       Not Proven _____

Violation Five (Distribution of Cocaine – approximately 1,925 kilograms – August 16, 2002)

Proven ✓       Not Proven _____

Violation Six (Distribution of Cocaine – approximately 1,923 kilograms – May 24, 2002)

Proven ✓       Not Proven _____

**Count Five** (Making a False Statement)

Verdict on Count Five:

Guilty ✓       Not Guilty _____

Dated: Brooklyn, New York
February 21, 2023

Juror # 1
Foreperson