If Possible, We will like to come in on Friday)

COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2/15/2023

**COURT'S**
EXHIBIT NO. X
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2/16/2023

Juror # 1

Can we please review the picture the board of the identified parties gov't presented in court? ease!

Juror #1

Grande's testimony around the payments between the Cartel and Law Enforcement around the MANZANILLO port.

The transcript from Grande about the motorcycle gift from ARTURO

The defense + Prosecution statements around the monthly payments between Garcia Luna + The Cartel

The transcript From of El Grande and Oscar Valenica about Garcia Luna's company.

El Grandes testimony about how he received his AFI badge and credentials.

Testimonies From Grande where Garcia and ~~Luna~~ PALOMINO had ~~interactions~~ meetings with Cartel.



Juror #1

Requesting transcript from Israel Avila (IA) about
- testimony of how IA assisted in the creation of the ledgers
- testimony of recorded payments to Tartamudo listed in the ledgers/spreadsheets
- payments in Cabesa de Vaca to Luna

~~Trasesp~~
~~Trasspep~~
Transcript of Rey's testimony that he encountered a young man/accountant with Arturo during a payment/meeting.

COURT'S EXHIBIT NO. 4
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2/16/2023

COURT'S EXHIBIT NO. 5 IDENTIFICATION/EVIDENCE DKT. # 21/7/2023 DATE:

Juror #1

Pg. 1 of 2

1. Requesting the testimony of Miguel Madrigal in relation to Bayardo going to Rey Zambado's house and the video evidence he'd previously possessed

2. testimony of Madrigal when he spoke to El Grande hours after his arrest about interactions with Luna

3. testimony of Madrigal about what he overheard in relation to a conversation with Garcia Luna on speaker phone/device

4. testimony of Madrigal in relation to his experience at Champs Elysees

5. Madrigal's testimony that any high profile cartel arrests had to be in connection with ~~the feds~~ ~~help~~ multiple or other agencies

6. Requesting the testimony of Francisco Zavaleta in relation to the kidnapping of Luna (direct, cross and redirect) at both Locations 1 and 2.

7. The testimony of Conejo in relation to Luna's kidnapping

8. Testimony of a Hector Villareal of payment to El Universo on behalf of Garcia Luna

9. Testimony of 'Rey' Zambada in relation to payment of Garcia Luna at Champs Elysees (direct and cross)

pg. 2 of 2

10. Requesting Rey Zambada's testimony about Luna's nephew recieving payments

11. Rey's testimony of the phone calls to/from Luna after the payments were made confirming protection would be provided.

12. Requesting Veytia's testimony of stand off between police (local and federal) related to a Black Suburban

13. Veytia's testimony of a phone call from Luna after the stand off, thanking him

Can the Jurors please be provided attendance Letters for 2/13 - 2/17, 2023 to submit to their employers.

COURT EXHIBIT
6

We are finished deliberating for today. We will return on Tuesday, February 21, 2023 at 9:00 AM.

Juror #1

COURT'S
EXHIBIT NO. 7
IDENTIFICATION/EVIDENCE
DKT. # 19 CR 0576
DATE: 2/17/23

Requesting the testimony of Conejo in relation to a Submarine Seizure by the Coast Geuard

Requesting the testimony of Rey in relation to a Submarine Seizure

Juror # 1

COURT'S EXHIBIT NO. 8
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2/21/2023

We have reached a verdict

Juror #1

COURT'S EXHIBIT NO. 9
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2/21/23

We have reached a verdict.

Juror #1



COURT'S
EXHIBIT NO. 10
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 2/21/23