# Exhibit A



April 5, 2023

**VIA ELECTRONIC TRANSMISSION**

Breon Peace
United States Attorney
Eastern District of New York

César De Castro
Attorney for Genaro Garcia Luna

Dear Mr. Peace and Mr. De Castro:

    Please provide the discovery from *United States of America v. Genero Garcia Luna*, 1:19CR00576. Your production should include information produced pursuant to obligations imposed by:

- Federal Rule of Criminal Procedure 16
- 18 U.S.C. § 3500
- *Brady v. Maryland*, 373 U.S. 83 (1963)
- *Giglio v. United States*, 405 U.S. 150 (1972)

This information is relevant to the oversight of foreign law enforcement operations which are subject to presidential budget requests and funded by Congressional appropriations.  Please provide these materials no later than May 4, 2023.

                                Sincerely,

                                Charles E. Grassley