Exhibit B



**United States Senate**

WASHINGTON, DC 20510

February 22, 2023

**VIA ELECTRONIC TRANSMISSION**

The Honorable Anne Milgram
Administrator
U.S. Drug Enforcement Administration

The Honorable Christopher Wray
Director
Federal Bureau of Investigation

Dear Administrator Milgram and Director Wray:

Genero García Luna worked with the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI) at the time that he funneled roughly 103,000 pounds of cocaine into the United States.[1] On January 17, 2023, his trial for conspiracy to distribute cocaine internationally, conspiracy to distribute and possess cocaine, conspiracy to import cocaine, continuing criminal enterprise, and making false statements began in the Eastern District of New York. There, witnesses testified that García Luna used law enforcement personnel and equipment to help the Sinaloa Cartel transport shipments of cocaine.[2] They also testified that García Luna helped Alturo Beltran Leyva—the leader of the Beltran Leyva Organization—evade arrest. Yesterday, the jury found García Luna guilty on all counts.

As part of the scheme, Jesus Zambada—a Sinaloa Cartel boss—explained that the cartel would receive cocaine at the airport in Mexico City and then García Luna's officers would unload the cocaine, place it in patrol cars, and deliver it to the cartel.[3]  Reportedly, the U.S. government donated these vehicles and further trained and equipped García Luna's officers.[4]

---

[1] *United States v. Garcia Luna*, 1:19-cr-00576, Dkt. 123-2 at 7-8 ( E.D.N.Y. Oct. 14, 2022); USA v. Garcia Luna, episode 2: the Mexican Hoover (Dec. 9, 2022), USA v. Garcia Luna, Episode 2: the Mexican Hoover (Dec. 9, 2022), Episode 2: The Mexican Hoover - USA v. García Luna - Omny.fm
[2] USA v. Garcia Luna, Episode 9: The DEA Tapes, (Feb. 17, 2023)  Podcast: The DEA Tapes. Episode 9, USA v. García Luna - Futuro HinojosaFuturo Hinojosa (futuroinvestigates.org)
[3] *Id*.
[4] *Id*.

Another witness, Sergio Villarreal Barragán, saw García Luna accept money from the cartel.[5]  He was arrested in Mexico in September 2010. Upon arrest, DEA Assistant Special Agent in Charge Miguel Madrigal stated that Barragán cooperated within hours and told the DEA that García Luna had been working with the cartels.[6]

This was not surprising news. According to reports, the U.S. government already knew that García Luna was corrupt.

For example, according to journalists, a Mexican police commander reported García Luna's corruption to the U.S. Embassy in 2008.[7] U.S. Embassy officials responded to the commander that they were already investigating García Luna.[8] One week later, García Luna's officers arrested and tortured the commander.[9] He remained in Mexican custody for four years before Mexico declared him innocent.[10]

The safety and success of U.S. law enforcement efforts depends on the proper stewardship of U.S. law enforcement assets and information, which are dependent upon resources provided by the taxpayer. To that end, I request the following information no later than March 22, 2023.

1) Please provide all recordings of García Luna.[11] For each recording, please list the date the recording was made and the date that your agency became aware of it.

2) Please provide all reports, notes, or other documents relating to García Luna's criminal activity.

3) Upon his arrest, García Luna gave U.S. law enforcement access to his cell phone and laptop. Please provide the content from García Luna's cell phone and laptop.

4) Please explain what each of your agencies knew about García Luna's corruption and criminal activity, when your agencies learned the information, and how your agencies learned the information. Please identify the individuals to whom your agencies communicated that information and the dates on which each piece of information was communicated.

---

[5] Keegan Hamilton, Vice News, How the Sinaloa Cartel Corrupts Mexican Cops and Operates With Impunity, (Jan. 24, 2023), https://www.vice.com/en/article/epze4n/how-the-sinaloa-cartel-corrupts-mexican-cops-and-operates-with-impunity

[6] Redacció FM, Almomentö, DEA knew links of the Sinaloa Cartel and Luna since 2010, say Miguel Madrigal, (Feb. 3, 2023), DEA knew links of the Sinaloa Cartel and Luna since 2010, says Miguel Madrigal - Almomento | News, national and international information

[7] USA v. Garcia Luna, Episode 2: the Mexican Hoover (Dec. 9, 2022), Episode 2: The Mexican Hoover - USA v. García Luna - Omny.fm

[8] Id.

[9] Id.

[10] Id.

[11] A source reported to investigative journalists that, while visiting a DEA facility in the United States, the source listened to recordings of conversations between García Luna and Arturo Beltran Leyva. Podcast: The DEA Tapes. Episode 9, USA v. García Luna - Futuro HinojosaFuturo Hinojosa (futuroinvestigates.org)

5) Please explain the vetting your agencies conducted of García Luna. Please identify the individuals who participated in vetting García Luna and the dates they conducted the vetting.

6) Please provide all trial transcripts and trial exhibits from *United States v. Garcia Luna*, 1:19-cr-00576 (EDNY).

Sincerely,

Charles E. Grassley
United States Senator