# **EXHIBIT C**

## Carta de Entendimiento entre la Secretaría de Seguridad Pública y la Procuraduría General de la República de los Estados Unidos Mexicanos y la Agencia Antinarcóticos del Departamento de Justicia de los Estados Unidos de América, relacionada con el Funcionamiento del Programa de Unidades de Investigación Sensible

La Secretaría de Seguridad Pública (SSP) y la Procuraduría General de la República (PGR) de los Estados Unidos Mexicanos y la Agencia Antinarcóticos (DEA) del Departamento de Justicia de los Estados Unidos de América, en lo sucesivo "los Participantes":

**CONSIDERANDO** que el Programa de Unidades de Investigación Sensible, en lo sucesivo "Programa de SIU", es una iniciativa de seguridad antinarcóticos multilateral y global patrocinada por la DEA del cual once países son miembros actualmente, y cuya misión es capacitar, equipar y apoyar a las unidades especializadas de las fuerzas policíacas del país sede y los comandos militares facultados para hacer cumplir la ley con objeto de desarrollar y compartir información a fin de captar, destruir, desmantelar y procesar a las principales organizaciones internacionales de tráfico de drogas que impactan a los países sede y a los Estados Unidos de América;

**DESEANDO** establecer los criterios, preceptos y principios que seguirán los Participantes en relación con los esfuerzos mundiales y regionales de procuración de justicia antinarcóticos, y establecer sus respectivas condiciones y responsabilidades en asuntos de interés y beneficio mutuos identificados a partir del intercambio de inteligencia e información de investigación de todas las instituciones involucradas, de conformidad con los acuerdos celebrados entre los Participantes, así como con la legislación y normativa aplicable en el país sede;

Han alcanzado el siguiente entendimiento:

1. **Selección de Servidores Públicos para el Programa de SIU:**

    a. La Policía Federal de la SSP y la Subprocuraduría de Investigación Especializada en Delincuencia Organizada de la PGR, identificarán y seleccionarán respectivamente a los servidores públicos potenciales para ser capacitados en el Programa de SIU, tomando en cuenta su liderazgo, capacidad para dirigir una investigación, conocimientos sobre la legislación

    y la normatividad aplicable.

  b. Los servidores públicos potenciales serán certificados por la SSP y la PGR como personas honestas y confiables, una vez que hayan aprobado exitosamente las investigaciones de antecedentes y de seguridad llevadas a cabo por la institución correspondiente.

  c. Los servidores públicos potenciales serán certificados por la SSP y la PGR como física y mentalmente calificados para laborar.

## 2. Investigaciones de Antecedentes y de Seguridad:

La participación de los servidores públicos potenciales de la SSP y la PGR en el programa de SIU, está supeditada a la aprobación de las investigaciones de antecedentes y de seguridad, las cuales implican procesos similares a aquéllos empleados por todas las agencias federales estadounidenses de procuración de justicia, los principales departamentos de policía metropolitana en los Estados Unidos de América, y la mayoría de las compañías de seguridad tanto públicas como privadas.

Una vez que un servidor público sea seleccionado por la SSP y la PGR, y que acepte libremente participar en el Programa de SIU, dicho servidor público deberá presentarse a las siguientes investigaciones de antecedentes y de seguridad, las cuales estarán a cargo de la DEA en coordinación con otras agencias, oficinas y departamentos estadounidenses:

  a. Análisis de índices de computadora tales como el *"Narcotics and Dangerous Drugs Information System"* de la DEA y el *"National Crime Information Center for Evidence of Human Rights Violations or Other Derogatory Information"*.

  b. Examen de orina para entrar al Programa de SIU, destacando que los servidores públicos estarán sujetos a exámenes subsecuentes y al azar durante su asignación al mismo. Los exámenes de orina que resulten positivos para el uso de drogas ilícitas de un servidor público potencial o participante del Programa de SIU conllevarán a su no aceptación o expulsión inmediata del mismo.



    c. Examen de polígrafo y cuestionario correspondiente a antecedentes para entrar al Programa de SIU, destacando que los servidores públicos estarán sujetos a exámenes subsecuentes y al azar durante su asignación al mismo. El engaño; resultados negativos; o el uso de medidas contrarias durante el examen de polígrafo conllevarán a la expulsión del servidor público del Programa de SIU. En caso de que existan circunstancias justificadas o atenuantes, el Director Regional de la DEA podrá solicitar un nuevo examen para dicho servidor público.

3. **Capacitación sobre el Programa de SIU:**

Una vez aprobado el proceso de investigaciones de antecedentes y de seguridad en coordinación con la SSP y la PGR, los servidores públicos serán programados para un curso de capacitación de cinco semanas en el Programa de SIU (sujeto a la disponibilidad del mismo), el cual se llevará a cabo en la academia de capacitación de la DEA ubicada en Quantico, Virginia, Estados Unidos de América.

    a. Todos los servidores públicos electos deberán asistir al curso de cinco semanas sobre conocimientos de investigación del Programa de SIU. La SSP y la PGR, respectivamente, se encargarán de autorizar a sus servidores públicos asignados y que hayan aprobado las investigaciones de antecedentes y de seguridad, para que asistan a dicha capacitación.

    b. La SSP y la PGR, en coordinación con la DEA y con la colaboración de la Embajada de los Estados Unidos en México, proporcionarán todos los documentos de viaje requeridos y visas para los servidores públicos electos, con objeto de que asistan a la capacitación en los Estados Unidos de América.

    c. Los gastos correspondientes a la transportación, hospedaje, alimentos, material académico y uniformes, relacionados con la capacitación serán sufragados por la DEA en coordinación con la Embajada de los Estados Unidos en México.

    d. La SSP y la PGR se asegurarán que todos los servidores públicos seleccionados gocen de buena condición médica y física para asistir a la capacitación. Si durante la capacitación, algún servidor público requiere tratamiento continuo por alguna cuestión médica o dental, y/o por enfermedades potencialmente contagiosas, no podrá continuar con la capacitación y deberá regresar a México.



4. **Compromiso con el Programa de SIU:**

   a. Los servidores públicos que hayan aprobado las investigaciones de antecedentes y los exámenes de control de confianza tanto por las instituciones postulantes como por la DEA, así como el curso de capacitación, serán asignados por la SSP y la PGR para incorporarse en el Programa de SIU, por un período mínimo de dos años y un máximo de cinco años consecutivos.

   b. Una vez que finalicen su asignación en el Programa de SIU o sean reasignados a la SSP y/o a la PGR los servidores públicos deberán someterse a una entrevista de salida.

5. **Recursos del Programa de SIU:**

   a. La SSP y la PGR asignarán servidores públicos al Programa de SIU, de acuerdo con las condiciones anteriormente establecidas.

   b. La DEA suministrará todos los recursos económicos, materiales, equipo operativo, tecnológico y de comunicaciones, así como su mantenimiento, y cubrirá los gastos relacionados con el Programa de SIU.

   c. Cuando resulte necesario, la SSP y la PGR registrarán y asegurarán los bienes, equipos y materiales donados por la DEA, de conformidad con lo dispuesto en las instrucciones contenidas en la Guía de la Política y Procedimientos, Estándares de Operación de las SIU (SOPP).

   d. La SSP y la PGR tomarán las medidas necesarias con objeto de que el equipo proporcionado sea utilizado exclusivamente por los servidores públicos asignados al Programa de SIU, o en apoyo a las operaciones del mismo.

6. **Servidores Públicos en el Programa de SIU:**

   a. Los servidores públicos asignados por cada uno de los Participantes continuarán bajo la dirección y dependencia de la institución a la que pertenezcan, por lo que no se crearán relaciones de carácter laboral, con los otros Participantes, a los que en ningún caso se les considerará como patrón sustituto.



b. El número de servidores públicos que la SSP y la PGR asignen al Programa de SIU estará sujeto a su respectiva disponibilidad presupuestal.

c. A fin de garantizar la correcta implementación del Programa de SIU, los Participantes podrán efectuar, en cualquier momento, las supervisiones que estimen pertinentes.

d. La SSP y la PGR asegurarán que los servidores públicos que designen al Programa de SIU actúen de manera adecuada, y con estricto apego a su respectiva normatividad institucional en materia de administración y supervisión.

Firmada en _CIUDAD DE MÉXICO_ el __27__ de __ENERO__ de dos mil __ONCE__, en tres ejemplares originales en idiomas español e inglés, siendo todos los textos igualmente auténticos.

POR LA SECRETARÍA DE
SEGURIDAD PÚBLICA DE LOS
ESTADOS UNIDOS MEXICANOS

Genaro García Luna
Secretario

POR LA AGENCIA ANTINARCÓTICOS
DEL DEPARTAMENTO DE JUSTICIA
DE LOS ESTADOS UNIDOS DE
AMÉRICA

Joseph E. Evans
Director Regional de la Agencia
Antinarcóticos de la Embajada de
Estados Unidos en México

POR LA PROCURADURÍA GENERAL
DE LA REPÚBLICA DE LOS ESTADOS
UNIDOS MEXICANOS

Arturo Chávez Chávez
Procurador

**Letter of Understanding between the Ministry of Public Security and the Office of the Attorney General of the Republic of the United Mexican States and the Drug Enforcement Administration of the Department of Justice of the United States of America, related to the Operation of the Sensitive Investigative Units Program**

The Ministry of Public Security (SSP) and the Office of the Attorney General of the Republic (PGR) of the United Mexican States and the Drug Enforcement Administration (DEA) of the Department of Justice of the United States of America, hereinafter "the Participant";

**CONSIDERING** that the Sensitive Investigative Units Program, hereinafter "SIU Program", is an initiative of multilateral and global security counternarcotics sponsored by the DEA of which eleven countries are currently members, and whose mission is to train equip and support specialized units of the host country´s police forces and military commanders with the authority to enforce the law in order to develop and share information to capture, destroy, dismantle and prosecute major drug trafficking international organizations that impact host countries and the United States of America;

**WILLING** to establish the criteria, rules and principles that the Participants shall follow relating the global and regional efforts of counternarcotics law enforcement and to establish their respective conditions and responsibilities on mutual interest and benefit issues identified owing to the exchange of intelligence and agreements concluded between the Participants, as well as the applicable legislation and regulations in the host country;

Have reached the following understanding:

1. **Selection of public servants for the SIU Program:**

   a. The Federal Police of the SSP and the Deputy Office of Specialized Investigation on Organizad Crime of the PGR shall identify and select, respectively, potential public servants to be trained in the SIU Program, taking into account their leadership, capability to conduct an investigation, knowledge on applicable legislation and regulations.

   b. Potential public servants shall be certified by the SSP and the PGR as honest and reliable persons, once they have successfully approves the vetting process conducted by the corresponding Institution.

   c. Potential public servants shall be certified by the SSP and the PGR as physically and mentally qualified to work.

2. **Vetting process:**

The participation of potential public servants of the SSP and the PGR in the SIU Program is subject to the approval of the vetting process, which involve similar processes to those used by all the USA federal law enforcement agencies, major metropolitan police departments in the United States of America and most of the security companies both public and private.

Once a public servant is selected by the SSP and the PGR, and that he/she reely agrees to participate in the SIU Program, such public servant shall take the following vetting process, which shall be guided by the DEA, in coordination with other USA agencies, offices and departments:

a. Analysis of computer indexes such as the "*Narcotics and Dangerous Drugs Information System*" of the DEA and the "*National Crime Information Center for Evidence of Human Rights Violations or Other Derogatory Information*".

b. Urine test to enter the SIU Program, emphasizing that the public servants shall be subject to subsequent and random test during their assignment thereof. Urine test which turn positive for illicit drug use in a potential public servant or in the public servant participating in the SIU Program shall lead to his/her immediate non-acceptance or removal thereof.

c. Polygraph examination and background questionnaire to enter the SIU Program, emphasizing that the public servants shall be subject to subsequent and random test during their assignment thereof. The deceiving; relevant negative results; or the use of counter measures during the polygraph examination shall lead to the removal of the public servant from the SIU Program. If there are justified or extenuating circumstances, the Regional Director of the DEA may request a new test for that public servant.

3. **Training on the SIU Program:**

Once the vetting process in coordination with the SSP and the PGR is approves, the public servants shall be scheduled for a five-week training course on the SIU Program (subject to availability thereof), which shall be held at the training academy of the DEA located in Quantico, Virginia, United States of America.

a. All the elected public servants shall attend the five-week training course on research skills of the SIU Program. The SSP and the PGR, respectively, are responsible for authorizing their assigned staff and who has approved the vetting process, in order to attend to such training.

b. The SSP and the PGR, in coordination with the DEA and with collaboration of the United States Embassy in Mexico, shall provide all the required travel



documentation and visas for the elected public servants, in order to attend to the training in the United States of America.

c. Costs arising from transportation, lodging, meals, instructional materials and uniforms related to the training shall be covered by the DEA in coordination with the United States Embassy in Mexico.

d. The SSP and the PGR shall ensure that all the elected public servants are in good medical and physical condition to attend the training. If during the training, any public servant requires continuous treatment for any medical or dental issue, and/or for potentially contagious diseases, he/she may not be able to continue with the training and shall return Mexico.

4. **Commitment to the SIU Program:**

    a. The public servants who have approved the vetting process both in the applicant institution and in the DEA as well as the training course shall be assigned by the SSP and the PGR to join the SIU Program, for a two-years period at least and a five –consecutive-years period at most.

    b. Once they complete their assignment in the SIU Program, or are reassigned to the SSP and/or to the PGR, the public servants shall be subject to a closing interview.

5. **SIU Program Resources:**

    a. The SSP and the PGR shall assign public servants to the SIU Program, according to the aforementioned conditions.

    b. The DEA shall provide all the financial and material resources, operative, technological and communications equipment as well as its maintenance, and shall cover the costs related to the SIU Program.

    c. Where necessary, the SSP and the PGR shall register and secure the goods, equipments and materials donated by the DEA, in accordance with the provisions contained in the Standard Operating Procedures and Policy Guide of the SIU (SOPP).

    d. The SSP and the PGR shall take the necessary measures so that the equipment provided is exclusively used by the public servants assigned to the SIU Program, or in support to its operations.

6. **Public Servants in the SIU Program:**



a. The public servants assigned by each Participant shall continue under the direction and dependence of the institution to which they pertain, and no labor relationship shall be created with the other Participants, which in no case shall be considered as a substitute employers.

b. The number of public servants that the SSP and the PGR assign to the SIU Program shall be subject to their respective budget availability.

c. In order to ensure the proper implementation of the SIU Program, the Participants may, at any time, carry out the supervisions they deem appropriate.

d. The SSP and the PGR shall ensure that the public servants designated to the SIU Program, act properly and with due respect to their respective institutional administration and supervision regulations.

Signed in *Mexico City*, on this *27* day of *January* of two thousand and *eleven*, in three originals in the Spanish and English languages, all text being equally authentic.

**FOR THE MINISTRY OF PUBLIC SECURITY OF THE UNITED MEXICAN STATES**

Genaro García Luna
MInister

**FOR THE DRUG ENFORCEMENT ADMINISTRATION OF TH DEPARTMENT OF JUSTICE OF THE UNITED STATES OF AMERICA**

Joseph E. Evans
Regional Director of the Drug Enforcement Administration of the United Sates Embassy in Mexico

**FOR THE ATTORNEY GENERAL OF THE REPUBLIC OF THE UNITED MEXICAN STATES**

Arturo Chávez Chávez
Attorney