# **EXHIBIT G**



THE DIRECTOR
CENTRAL INTELLIGENCE AGENCY
WASHINGTON, D.C. 20505

27 June 2011

Genaro Garcia Luna
Secretary for Public Security
Secretariat for Public Security
Mexico City, Mexico

Dear Mr. Secretary:

   As you are aware, President Obama nominated me to succeed Robert Gates as Secretary of Defense and named General David Petraeus as my successor as Director of the Central Intelligence Agency.  General Petraeus, who will retire in the interim, will continue to recognize our nations' mutual interests in defeating terrorism and achieving other shared security objectives. Please know that during this transition, CIA remains committed to maintaining our partnerships and will continue work to advance our shared interests.

   I am pleased to reflect on our many accomplishments in improving the global situation.  As I depart, I am encouraged by the depth of our relationship.  Our respective nation's commitment to defeat shared threats continues and will remain our legacy.  I greatly appreciate the professionalism and hospitality that you have shown to me and the CIA.  It has been an honor and a privilege to serve at CIA, and I know that those tasks that remain are left in capable hands both here and abroad.

Sincerely,

Leon E. Panetta