# **EXHIBIT I**

# Robbie Lea Ward
## Lawyer
### 530 Lexington Ave.
### San Antonio, Texas 78215
### (210) 758-8500

February 20, 2020

**HAND DELIVERY RECEIPT**

**United States Attorney's Office**
**ATTN: Russ Leachman**
**601 NW Loop 410, Ste 600**
**San Antonio, Texas 78216**

**Re: Humberto Moreira**

Received by _Sarmin Amanis_ on February 20, 2020.

Delivered by       Leandra Perez
                   Secretary for
                   Robbie L. Ward

