# EXHIBIT J

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

| Miércoles 9 de Mayo de 2007 | | |
|---|---|---|
| **Actividades** | | **Observaciones** |
| **10:30-11:00** | **Reunión con la Sra. Celina Oseguera Parra.** | *Constituyentes.* | |
| **11:00-12:00** | **Reunión con el Lic. Eduardo Ibarrola Nicolín,** Embajador de México en Guatemala. | *Constituyentes.* | |
| **12:30-13:00** | **Acuerdo con el Sr. Rafael Avilez,** Director General de Infraestructura y Equipamiento de Seguridad Pública. | *Constituyentes.* | Se hará acompañar del Sr. Lima. |
| **14:30-17:00** | **Comida con el Sr. Juan Francisco Ealy Ortiz,** Presidente y Director General de El Universal. | *Centro Deportivo Israelita. (Av. Manuel Ávila Camacho No. 620, Col. Lomas de Sotelo, Del. Miguel Hidalgo).* | Asisten: Lic. Lizeth Parra, Lic. Eduardo Cano |
| **17:00-21:00** | **El C. Secretario permanecerá en las instalaciones de Constituyentes durante el resto de la tarde** | *Constituyentes* | |

| Otros Eventos |
|---|
| • **Distrito Federal.** Movilidad en contra de la despenalización del aborto. "Operación Rescate" en el Hospital Gregorio Salas. Convoca el Comité Nacional Pro Vida A. C. |
| • **Distrito Federal.** IV Encuentro político cultural, *"El SME frente al sexenio que inicia",* con la finalidad de ir agrupando a diversas organizaciones sociales que en un momento dado puedan dar su apoyo a los electricistas, en caso de la posible privatización de este sector: se llevará a cabo en el Auditorio "Francisco Breña Alvirez", Antonio Caso No. 45, Col. Tabacalera, a las 10:30 hrs. |
| • **Distrito Federal.** Reunión de adherentes *a La Otra Campaña* para evaluar las actividades que realizarán en el marco de la *Jornada Nacional por los Presos de Atenco.* Se realizará en el local de UNIOS, a las 18:00 hrs. |
| • **Jalisco.** En Guadalajara, foro "Fomento de la Cultura, Legalidad y Fortalecimiento del Estado Democrático de Derecho" convocado por la SEGOB. Iniciará a las 10.00 hrs. |

| Efemérides | Cumpleaños |
|---|---|
| • **(1503)** Cristóbal Colón emprende su cuarto y último viaje a América. <br> • **(1850)** Fallece Louis Joseph Gay-Lussac, físico y químico francés. | • **Excmo. Sr. Mendel Goldstein.** Embajador de la Delegación de la Comisión Europea  (Celebración Día de Europa) <br> • **Excmo. Sr. Werner Druml.** Embajador de la República de Austria. |

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

| Miércoles 16 de mayo de 2007 | | |
|---|---|---|
| **Actividades** | | **Observaciones** |
| **10:30-11:30** | **Reunión con la Lic. Josefina Vázquez Mota,** Secretaria de Educación Pública. | *Constituyentes.* | **Nota:** Vendrá acompañada de otra persona. |
| **14:30-17:00** | **Comida con el Sr. Juan Francisco Ealy Jr.,** Vicepresidente Ejecutivo de periódico El Universal. | *Bucareli No 8, esquina Av. Paseo de la Reforma, Col. Centro Del. Cuauhtémoc.* | **Nota:** El acceso será por el estacionamiento de la calle de Bucareli No 8. |
| **17:00-21:00** | **El C. Secretario permanecerá en las instalaciones de Constituyentes durante el resto de la tarde** | *Constituyentes* | |

**Otros Eventos**

- **Nacional.** Reunión del "Consejo Nacional de Huelga". Integrantes de la CNTE y de la FNSU ultimarán detalles para impulsar un "paro nacional" el 17 de mayo.
- **Yucatán.** Concluye el periodo de campañas para las elecciones del 20 de mayo. Los candidatos concluirán sus actividades en un entorno de polarización y alta competitividad entre las alianzas lideradas por el PAN y el PRI. Para hoy se tiene previsto el cierre de campaña del candidato del PAN, Xavier Abreu en Mérida.
- **Regional.** Paro de labores de trabajadores del Sindicato de la SAGARPA en Ensenada, Baja California, pretenden realizar esta acción de manera semanal los días miércoles, incrementando cada semana una hora al paro de labores, hasta obtener una respuesta positiva a su demanda.

**Efemérides**

- **(1768) -** Muere en la Ciudad de México, el pintor Miguel Cabrera, fundador de la primera Academia de Pintura en México.
- **(1833) -** Santa Anna asume por primera vez la presidencia de México.
- **(1918) -** Nace en Sayula, Jalisco, el cuentista y escritor Juan Rulfo.

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

## AGENDA DE ACTIVIDADES

| Martes 04 de diciembre de 2007 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| 08:30-10:00 | **Reunión de trabajo del GCIE.** | *Torre Pedregal.*<br><br>*(Sala de Juntas, Piso 1)* | |
| 15:00-17:00 | **Comida con el Lic. Raymundo Riva Palacio,**<br>Director Editorial del Periódico El Universal. | *Restaurante The Palm del Hotel Presidente Intercontinental*<br><br>*(Campos Elíseos No. 218, Col. Polanco)* | |
| 17:30-21:00 | **El C. Secretario permanecerá en las instalaciones de Constituyentes durante el resto de la tarde.** | *Constituyentes* | |

| Otros Eventos |
|---|
| • **Distrito Federal.** Del 4 al 7 de diciembre, la Comisión de Gobernación de la Cámara de Diputados entrevistará a los candidatos a consejeros del IFE que cumplieron con los requisitos. Serán transmitidas por el *Canal del Congreso* y para ese fin la Comisión se dividiría en grupos de trabajo. |
| • **Distrito Federal.** Comparecencia ante la Comisión de Recursos Hidráulicos del Senado de los titulares de la SEMARNAT y CONAGUA, Juan Rafael Elvira Quesada y José Luis Luege Tamargo, respectivamente, a fin de informar las acciones realizadas por sus dependencias ante los desastres ocurridos en Tabasco y Chiapas. Iniciará a las 17:00 horas. |
| • **Zacatecas.** En la capital del estado, marcha de agremiados al Frente de Organizaciones Sociales por la Soberanía Popular para inconformarse ante la entrada en vigor del Tratado de Libre Comercio. A las 11:00 horas con una asistencia de 300 personas. |

| Efemérides | Celebraciones |
|---|---|
| • **(1914).-** Villa y Zapata suscriben el pacto de Xochimilco en el que acuerdan: unificar sus programas de lucha y apoyar el Plan de Ayala hasta lograr el reparto de las tierras.<br>• **(1827).-** Francisco Zarco, político liberal, autor de la Historia del Congreso Constituyente, declarado por el Congreso de la Nación Benemérito de la Patria, nace en la ciudad de Durango. | • **Cumpleaños del Ministro José Fernando Franco González Salas,** Suprema Corte de Justicia de la Nación.<br>• **Cumpleaños del Magistrado Alejandro Etienne Llano,** Presidente del Supremo Tribunal de Justicia del Estado de Tamaulipas.<br>• **Cumpleaños de la Senadora Rosalía Peredo Aguilar,** Senado de la República LX Legislatura (PAN). |

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

## AGENDA DE ACTIVIDADES

| Lunes 03 de marzo de 2008 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| **11:30-13:00** | **Reunión del Gabinete de Seguridad.** | *Residencia Oficial de Los Pinos.* | |
| **14:00-14:30** | **Reunión con el Sr. Juan Francisco Ealy, Jr.** Director General del periódico El Universal. | *Constituyentes* | |
| | **TALLER "REGISTRO PÚBLICO VEHICULAR"** | *Hotel Camino Real Aeropuerto* | |
| **14:45-14:55** | **Salida del Helipuerto de Constituyentes hacia el Hangar de la PFP en el Aeropuerto Internacional de la Ciudad de México.** | *(Puerto México # 80, Col. Peñón de los Baños).* | |
| **14:55-15:10** | **Traslado del Hangar de la PFP hacia el Hotel Camino Real** | | |
| **15:15-15:30** | **Arribo al Hotel Camino Real Aeropuerto (Ajuste de Tiempo).** | | |
| **15:30-16:00** | **Participación del Ing. Genaro García Luna en la Clausura del Taller "Registro Público Vehicular".** | | |
| **16:05-16:20** | **Traslado del Hotel Camino Real Aeropuerto hacia el Hangar de la PFP.** | | |
| **16:20-16:30** | **Salida del Hangar de la PFP hacia el Helipuerto de Constituyentes.** | | |
| **17:00-18:30** | **Reunión sobre el Tema Luz y Fuerza del Centro.** | *Residencia Oficial de Los Pinos* | • Evento convocado por el Ing. Gerardo Ruiz Mateos. |

| Agenda Presidencial |
|---|
| • **El Lic. Felipe Calderón Hinojosa, Presidente de los Estados Unidos Mexicanos, realiza gira de trabajo por el estado de Tlaxcala.** |

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

| Otros Eventos |
|---|
| • **Distrito Federal.** Marcha convocada por la sección XXII del SNTE de Oaxaca del Monumento a la Independencia hacia las oficinas del SNTE y la SEGOB; en esta última dependencia permanecerá en plantón rotativo hasta el 14/03, a fin de demandar su intervención ente la directiva nacional del gremio para que emita la convocatoria de renovación seccional. El primer día podría arribar 1,800 personas. Se prevé que corrientes radicales se manifiesten en dependencias federales. |
| • **Regional.** En el marco de su revisión salarial y contractual vence emplazamiento a huelga de los sindicatos de trabajadores y empleados de la Universidad Autónoma de Querétaro, y el Sindicato de Empleados de la Universidad Michoacana. |
| • **Ginebra, Suiza.** Del 3 al 28 de marzo, VII periodo ordinario de sesiones del Consejo de Derechos Humanos de la ONU, en el que se revisará la situación en esa materia en el ámbito internacional. **La Alta Comisionada de las Naciones Unidas para los Derechos Humanos, Louise Arbour, presentará el informe final de su visita a México.** |

| Efemérides | Celebraciones |
|---|---|
| • **(1869).-** Se funda en la Ciudad de Pachuca el Instituto Científico y Literario Autónomo del Estado de Hidalgo, hoy Universidad de Hidalgo. | • **Cumpleaños de la Sra. Ilda Aurora Trujillo de Elvira,** Esposa del C. Secretario de Medio Ambiente y Recursos Naturales, Rafael Elvira Quesada. |
| | • **Cumpleaños del Dr. Adrián Fernández Bremauntz,** Presidente del Instituto Nacional de Ecología. |
| | • **Celebración del Día de la Independencia de la República de Bulgaria,** Excmo. Sr. Sergey Penchev Michev. |

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

### AGENDA DE ACTIVIDADES

| Miércoles 02 de abril de 2008 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| 08:00-09:30 | **Clase de Inglés** | *Constituyentes* | |
| 10:00-12:00 | **Reunión con el Lic. Raymundo Rivapalacio,** Director Editorial de El Universal | *Constituyentes* | |
| 12:30-13:00 | **Reunión con la Sra. Carmen Geníz** | *Constituyentes* | |
| 13:00-15:00 | **Acuerdo con Lic. Polo Oteyza** | *Constituyentes* | |
| 15:00-17:00 | **Comida** | *Constituyentes* | |
| 17:00-18:00 | **Reunión con el Dr. Marco Antonio Adame Martínez,** Gobernador Constitucional del Estado de Morelos. Acompaña: Lic. Luis Manuel Pérez Arce, Secretario Privado | *Constituyentes* | |
| 18:00-21:00 | **El C. Secretario permanecerá en la oficina el resto de la tarde** | *Constituyentes* | |

**Otros Eventos**

- **Sonora.** En Nogales, marcha ciudadana en protesta por el aumento de la inseguridad pública, a convocatoria de la dirigencia local de la Confederación de Trabajadores de México (CTM). Partirá de la Plaza "Luis Donaldo Colosio" hacia el palacio de gobierno; se espera la participación de 300 personas, a las 17:00 horas.
- **Estado de México.** En Texcoco, "mega marcha" de Antorcha Popular (AP), en demanda de la regularización de terrenos; a las 10:00 horas. Se espera la participación de 8 mil personas.
- **Distrito Federal.** En la STPS, reunión del Movimiento Nacional por la Soberanía Alimentaria y Energética, los Derechos de los Trabajadores y las Libertades Democráticas con representantes del gobierno federal, para analizar las demandas de las agrupaciones campesinas y sindicales planteadas en la reunión del 6 de marzo. Iniciará a las 17:30 horas.
- **Hidalgo.** Vence el emplazamiento a huelga de la Compañía Minera Autlán, Unidad Malongo, interpuesto por el sindicato minero, con motivo de la revisión del Contrato Colectivo de Trabajo. Se espera una nueva prórroga.
- **Chiapas.** Dirigentes del EZLN visitarán San Pedro Chenalhó (2-3/04). Diego Ruiz Núñez (a) *comandante David* y Juan Hernández Hernández (a) *comandante Jerónimo* visitarán el *municipio autónomo de Polhó* para exhortar a las bases zapatistas a no desertar del movimiento.

**Efemérides**

- **(1867).-** Toma de la Ciudad de Puebla por las fuerzas republicanas del general Porfirio Díaz.
- **(1787).-** Muerte de Francisco Javier Clavijero, Historiador, Filósofo y Educador, inhumado en la Rotonda de los Hombres Ilustres.
- **(2005).-** Aniversario luctuoso de la muerte del Papa Juan Pablo II.

**ING. GENARO GARCÍA LUNA**
Secretario de Seguridad Pública

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

### AGENDA DE ACTIVIDADES

| Jueves 17 de abril de 2008 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| **11:30-12:30** | **Reunión de Carlos Castresana Fernández,** Titular de la Comisión Internacional contra la Impunidad en Guatemala | *Constituyentes* | |
| **12:30-14:00** | **El C. Secretario permanecerá en la oficina** | *Constituyentes* | |
| **15:00-17:00** | **Comida privada con el Lic. Juan Francisco Ealy, Jr.** Director General del Diario El Universal | *Instalaciones del periódico El Universal, Salón Fulgencio Palavicini. (Bucareli No. 8 Col. Centro)* | • El formato de la comida será privado (1 a 1). |
| **20:00-22:00** | **Cena que ofrece el Presidente de los Estados Unidos Mexicanos, Lic. Felipe Calderón Hinojosa, y su Esposa Margarita Zavala, en Honor de la Excma. Sra. Pratibha Devisingh Patil, Presidenta de la República de la India.** <br> Consideraciones: <br> • Se requiere la **presencia del C. Secretario y su Esposa una hora antes** del evento. <br> • El **acceso** será por la **Puerta No. 4.** | *Salón Adolfo López Mateos, Residencia Oficial de Los Pinos.* | • Vestimenta: **Damas vestido de Cóctel** y **Hombres traje oscuro.** |
| **Agenda Presidencial** | | | |
| • **El Presidente de los Estados Unidos Mexicanos, Lic. Felipe Calderón Hinojosa, realiza gira de trabajo por el estado de Aguascalientes.** | | | |
| **Otros Eventos** | | | |
| • **Distrito Federal.** Comparece el titular de Pemex-Refinación ante la Comisión de la Cámara Baja que investiga contratos relacionados con el titular de la SEGOB. José Antonio Ceballos será cuestionado sobre la legalidad de los contratos entre la paraestatal y la empresa *Invacar*. <br> • **Distrito Federal.** Mitin del Movimiento Antorchista frente a la Asamblea Legislativa, en demanda de que autoridades del municipio de Texcoco y Ecatepec, estado de México, así como del Distrito Federal, atiendan sus demandas de vivienda. <br> • **Nacional.** Día Internacional de la Lucha Campesina. Pronunciamientos y eventuales movilizaciones de agrupaciones rurales. | | | |

| **Efemérides** |
|---|
| • **(1695).-** Muere en el Convento de San Jerónimo, Juana de Asbaje y Ramírez de Santillana, mejor conocida como Sor Juan Inés de la Cruz. |

**ING. GENARO GARCÍA LUNA**
**Secretario de Seguridad Pública**

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

### AGENDA DE ACTIVIDADES

| Miércoles 02 de julio de 2008 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| **12:00-13:00** | **Reunión con el Mtro. Oswaldo Luna Valderrabano,** Jefe del Estado Mayor de la PFP | *Constituyentes.* | |
| **15:00-17:00** | **Comida con el Lic. Raymundo Riva Palacio,** Director Editorial del Periódico El Universal | *Restaurante The Palm, dentro del Hotel Intercontinental* *(Campos Elíseos No. 218, Col. Polanco).* | |
| **18:00-21:00** | **El C. Secretario permanecerá en la oficina el resto de la tarde** | *Constituyentes* | |

| Agenda Presidencial |
|---|
| • **El Presidente Constitucional de los Estados Unidos Mexicanos, Lic. Felipe Calderón Hinojosa,** continúa su gira de trabajo por municipios del estado de Michoacán. |

| Otros Eventos |
|---|
| • **Distrito Federal.** <u>Comparece el Procurador General de la República, Eduardo Medina Mora,</u> ante la Comisión Especial de diputados que investiga presuntas irregularidades en la gestión del ex presidente Vicente Fox. En dos ocasiones se ha pospuesto la comparecencia del procurador, por lo que sus integrantes amagaron con solicitar que sea reconvenido y acusado de desacato por no atender este llamado. Iniciará a las 13:00 horas. |
| • **Nacional.** II Aniversario del triunfo electoral del presidente Felipe Calderón. Se prevé actividades de inconformidad de grupos de apoyo a AMLO. En el D. F., la corriente Izquierda Democrática Nacional del PRD convoca a un festival en el Zócalo. |
| • **Distrito Federal.** Sesión de la Comisión Permanente del Congreso de la Unión. Podría presentarse algún posicionamiento relevante en torno del incidente en la discoteca *New's Divine.* |
| • **Distrito Federal.** Acto político cultural en rechazo al presunto hostigamiento contra comunidades zapatistas en Chiapas, convocado por adherentes a la *"Otra Campaña".* Se llevará a cabo en el Hemiciclo a Juárez, a las 16:00 horas. |
| • **Argentina.** En Buenos Aires, arribo de la delegación mexicana "Victimas de Sucumbíos", procedente de Santiago de Chile, en el marco de la gira sudamericana que inició el 17 de junio. |

| Efemérides | Celebraciones |
|---|---|
| • **(1911).-** Filomeno Mata, periodista revolucionario, varias veces encarcelado por sus ideas liberales durante el gobierno porfirista, fallece en el Puerto de Veracruz. <br> • **(1915).-** Muere en París, Francia, Porfirio Díaz, quien fuera Presidente de México. | • **Cumpleaños del Dr. Javier Laynez Potisek,** Procurador Fiscal de la Federación. |

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

### AGENDA DE ACTIVIDADES

| Jueves 23 de octubre de 2008 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| **06:30** | **Cuarto de Guerra sobre el tema de la Reforma Energética** | *Bucareli No. 99* | **Asiste:**<br>• Ing. Facundo Rosas R. |
| **11:00-12:00** | **Reunión con el Lic. Patricio Patiño Arias,** Subsecretario del Sistema Penitenciario Federal | *Constituyentes* | **Asiste:**<br>• Lic. José Antonio Polo Oteyza. |
| **12:00-14:00** | **Reunión con el C. P. Salvador Vega Casillas,** Secretario de la Función Pública.<br><br>**Tema: Repuve.**<br>Para la primera sesión asisten:<br>• Lic. Alejandro Rubido García, SE-SNSP.<br>• Lic. Sergio Montaño F., Oficial Mayor.<br>• Lic. José A. Polo Oteyza, Coordinador de Asesores.<br>• Lic. Manuel González, SNSP. | *Constituyentes* | **Nota:**<br>• La reunión se dividirá en dos sesiones. |
| **15:00-17:00** | **Comida** | *Constituyentes* | |
| **19:00-20:00** | **Reunión con el Lic. Raymundo Rivapalacio,** Director Editorial del Periódico El Universal | *Constituyentes* | |
| **20:30** | **Reunión con el Ing. Joel Ortega Cuevas** | *Constituyentes* | |

| Agenda Presidencial |
|---|
| • El Lic. Felipe Calderón Hinojosa, Presidente Constitucional de los Estados Unidos Mexicanos, visita la ciudad de Tuxtla Gutiérrez, Chiapas, donde presidirá el "Encuentro Empresarial Nacional 2008" y en Ocozocoautla, entregará beneficios del Fondo de Apoyo para Proyectos Productivos Agrarios y del Programa de la Mujer en el Sector Agrario. |

| Otros Eventos |
|---|
| • **Distrito Federal.** En la Cámara de Diputados, "Magna Concentración en Defensa de los Recursos para el Campo", convocada por el dirigente de la CNC, Cruz López Aguilar. Demandan un presupuesto de 260,000 mdp para el campo en 2009. Se espera la asistencia de 5 mil campesinos, aunque el contingente podría incrementarse con la participación de otras agrupaciones sindicales, magisteriales y estudiantiles. Participará la Coordinadora Nacional "Plan de Ayala". |

**REVERSO**

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

| Otros Eventos |
|---|
| • **Nuevo León.** El 23 y 24 de octubre, XXXIX Asamblea General de la Asociación Nacional de Universidades e Instituciones de Educación Superior (ANUIES), organizada por la Universidad Autónoma de Nuevo León. Participarán 149 instituciones de educación superior. Se realizarán en dos sedes: en el Aula Magna del Colegio Civil y en el Hotel Presidente Intercontinental. |
| • **Guerrero.** Del 23 al 25 de octubre, en el poblado de Agua Caliente, municipio de Acapulco, encuentro del Movimiento Mexicano de Afectados por las Presas y en Defensa de los Ríos. Asistirán organizaciones de Campeche, Jalisco, Tabasco y Yucatán. |

| Efemérides | Celebraciones |
|---|---|
| • Día Nacional de la Aviación. | • **Cumpleaños del Magistrado Gregorio Alberto Pérez Mata, Presidente del Tribunal Superior de Justicia del Estado de Coahuila.** |

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

**AGENDA DE ACTIVIDADES**

| Jueves 05 de febrero de 2009 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| | **CEREMONIA DE CONMEMORACIÓN DEL XCII ANIVERSARIO DE LA PROMULGACIÓN DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS.** | | **Notas** |
| 07:15 | Traslado del Helipuerto de Torre Pedregal al Hangar de la PFP en el Aeropuerto Internacional de la Ciudad de México (AICM). | *Querétaro, Querétaro.* | • El **Secretario** deberá estar a las **07:30 horas** en el **Hangar Presidencial.** |
| 07:25-07:30 | Arribo y traslado al Hangar Presidencial del AICM. | *Aeronave Presidencial.* | |
| 08:15 | Despegue rumbo a Querétaro. | | **Vestimenta:** |
| 09:50 | Arribo a la ciudad de Querétaro y traslado al Teatro de la Ciudad. | | • Traje oscuro. |
| 10:00-11:00 | Ceremonia Conmemorativa del XCII Aniversario de la promulgación de la Constitución Política de los Estados Unidos Mexicanos, encabezada por el Lic. Felipe Calderón Hinojosa, Presidente de México. | | |
| 11:15 | Traslado al Aeropuerto Internacional de Querétaro. | | |
| 12:50 | Arribo al Hangar Presidencial en el AICM. | | |
| 15:00-17:00 | **Comida con Lic. Juan Francisco Ealy Ortiz,** Presidente del Consejo de Administración de El Universal. | *Oficina del C. Secretario en Constituyentes.* | |
| 17:00- | **El C. Secretario permanecerá en las instalaciones de Constituyentes durante el resto de la tarde** | *Oficina del C. Secretario en Constituyentes.* | |

REVERSO

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

| Otros Eventos |
|---|
| • **Nacional.** XCII aniversario de la promulgación de la Constitución de 1917. Agrupaciones rurales podrían efectuar actividades en demanda de la revisión del marco jurídico agrario. |
| • **Regional.** Vencen emplazamientos a huelga interpuestos por el sindicato minero en las empresas Siderúrgica del Golfo, en Tamaulipas (150), por revisión salarial y Compañía Minera EL Cubo en Guanajuato (142), por violaciones al Contracto Colectivo de Trabajo (CCT). Por otra parte, en Hidalgo vence el CCT de la Compañía Real del Monte, Pachuca Minas Loreto y San Juan Pachuca de Grupo Acerero del Norte, con la sección 3 del gremio. |

| Efemérides | Celebraciones |
|---|---|
| • **(1857-1917).-** Aniversario de la promulgación de las Constituciones de los años señalados. | • **Cumpleaños del Mtro. Gerardo Laveaga Rendón, Director General del Instituto Nacional de Ciencias Penales (INACIPE).** |

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

### AGENDA DE ACTIVIDADES

| Martes 03 de marzo de 2009 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| 09:00-11:00 | **Reunión del Gabinete de Seguridad.** | *Biblioteca José Vasconcelos, Residencia Oficial de Los Pinos.* | |
| 11:15-12:00 | **Reunión de trabajo sobre Plan Operativo de LyFC 2009.**<br>Asisten:<br>• Titulares de STyPS, SENER, PGR, Consejería Jurídica de Presidencia, CFE, LyFC y CISEN. | *Casa Miguel Alemán, Terraza I y II, Planta Alta, Residencia Oficial de Los Pinos.* | |
| 15:00-17:00 | **Comida** | *Constituyentes.* | |
| 18:00-19:00 | **Reunión con el Lic. Juan Francisco Ealy Ortiz, Presidente del Consejo de Administración del Diario El Universal y el Lic. Roberto Rock, editorialista de El Universal.** | *Constituyentes.* | |

| Agenda Presidencial |
|---|
| • **El Lic. Felipe Calderón Hinojosa, Presidente Constitucional de los Estados Unidos Mexicanos, asiste a la Presentación de las Acciones del ISSSTE para cumplir con el Acuerdo Nacional en Defensa de la Economía Familiar y el Empleo, en Tultitlan, Estado de México, posteriormente realizará gira de trabajo por el estado de Baja California.** |

| Otros Eventos |
|---|
| • **Distrito Federal.** Mitin encabezado por AMLO en la Asociación Mexicana de Bancos, en el marco de las acciones del "Movimiento en Defensa del Petróleo, la Economía Popular y la Soberanía" contra los altos intereses de las tarjetas de crédito. Se prevé la asistencia de mil 200 personas. Iniciará a las 17:00 horas. |
| • **Distrito Federal.** Marcha del Zócalo hacia Los Pinos convocada por trabajadores del INAH, a fin de solicitar la intervención del Ejecutivo Federal para la cancelación definitiva del proyecto "Resplandor Teotihuacano". Iniciará a las 10:00 horas. |
| • **Distrito Federal.** Reunión de transportistas de la Cámara Nacional de Autotransportes de Carga (CANACAR) con representantes del Gobierno Federal, a las 19:30 hora, en las instalaciones de la Secretaría de Comunicaciones y Transportes (SCT), para analizar los temas sobre: Impuesto Empresarial de Tasa Única (IETU), precio de diesel y peaje. Se prevén 10 personas. |
| • **Nuevo León.** En Monterrey, mitin en apoyo a las movilizaciones de resistencia civil pacífica declaradas por el presidente del "Gobierno Legítimo", convocado por el Movimiento en Defensa de la Economía Popular. |

| Efemérides | Celebraciones |
|---|---|
| • **(1869).-** Se funda en la Ciudad de Pachuca el Instituto Científico y Literario Autónomo del Estado de Hidalgo, hoy Universidad de Hidalgo. | • **Día de la Independencia de la República de Bulgaria,** Excmo. Sr. Sergey Michev, Embajador de Bulgaria en México. |

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

### AGENDA DE ACTIVIDADES

| Lunes 08 de junio de 2009 | | | |
|---|---|---|---|
| Hora | Actividades | Lugar | Observaciones |
| 09:00-10:00 | Reunión con el Lic. Sergio Montaño Fernández, Lic. José Antonio Polo Oteyza y Mtro. Oswaldo Luna Valderrabano. | *Constituyentes* | |
| 10:30-11:30 | Reunión con el Lic. José Antonio Polo Oteyza y el Lic. Marco Tulio López Escamilla. | *Constituyentes* | |
| 13:00-14:00 | Reunión con el Cap. Eduardo Laris McGregor. | *Constituyentes* | |
| 15:00-17:00 | Comida | *Constituyentes* | |
| 17:00- | El C. Secretario permanecerá en las instalaciones de Constituyentes el resto de la tarde. | *Constituyentes* | |

| Otros Eventos |
|---|
| • **Distrito Federal.** Mitin frente a la Dirección General del IPN, convocado por estudiantes adheridos al Grupo Libertarios Progresistas, para exigir a las autoridades educativas respuesta y solución al documento entregado, donde manifiestan su rechazo al Sistema Nacional de Bachillerato y al nuevo modelo de educación del IPN. Se prevé la participación de 100 personas; a las 13:00 horas. |
| • **Sonora.** En Cananea, fecha límite de resolución a las demandas de amparo interpuestas por el gremio minero en contra del fallo de la Junta Federal de Conciliación y Arbitraje (JFCA), el cual dictaminó finalizar las relaciones laborales entre mineros y Mexicana de Cananea. |
| • **San Luis Potosí.** En Ciudad Valles, marcha-caravana hacia Los Pinos convocada por productores de caña de la CNC y CNPER de los ingenios del Grupo Santos, a fin de entregar un documento al Presidente Felipe Calderón, en el que solicitan su intervención en el conflicto que mantienen por un adeudo de 350 millones de pesos por concepto de las zafras 2007 y 2008. Podrían participar 200 personas. |
| • **Oaxaca.** Marcha caravana hacia el DF, por parte de habitantes de la Región Loxicha, integrantes del Movimiento de Comunidades Indígenas, Sección XXII del SNTE, Colectivo Zapatista de Oaxaca y adherentes a "La Otra Campaña", en demanda de la liberación de "presos políticos" vinculados con el EPR. Iniciará a las 10:00 horas. |

| Efemérides | Celebraciones |
|---|---|
| • **(1860).-** Cuautla es tomada por las fuerzas liberales.<br>• **(1938).-** Se expide el decreto que crea el organismo público Petróleos Mexicanos. | • **Cumpleaños del Lic. Juan Francisco Ealy Ortiz, Presidente del Consejo de Administración de El Universal, y Consejero de Participación Ciudadana de PGR.** |

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

### AGENDA DE ACTIVIDADES

| Jueves 01 de octubre de 2009 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| 13:00-14:00 | **Reunión con el Lic. Julio Sponda.** | *Constituyentes.* | |
| 14:00-15:00 | **Reunión con el Dr. Miguel Ángel Mancera,** Procurador General de Justicia del D.F. | *Constituyentes.* | |
| 15:30-16:30 | **Reunión con Funcionario del ICE y Agentes Aduanales de España.**<br><br>Asisten:<br>• Ing. Facudo Rosas Rosas, Lic. José Antonio Polo Polo Oteyza y Mtra. Maribel Cervantes.<br><br>Asisten ICE<br>• Luis Álvarez, Agregado de ICE en Madrid, España.<br>• Arturo Rocha Jr., Agregado Adjunto de ICE en México, DF.<br><br>Asisten del Departamento de Aduanas e Impuestos Especiales de España:<br>• Don Nicolás Bonilla Penvela, Director General.<br>• Don Felipe Rodrigo, Subdirector General de Gestión Aduanera.<br>• Manuel Montesino, Subdirector General de Operaciones.<br>• Ignacio Regueiro, Subdirector General Adjunto de Operaciones. | *Constituyentes.* | |
| 17:00-19:00 | **Reunión con la Lic. Patricia Flores Elizondo,** Jefa de la Oficina de la Presidencia de la República. | *Sala 1 del Sótano de la Residencia Oficial de Los Pinos* | Tema: Luz y Fuerza del Centro. |
| 19:30-20:30 | **Reunión con el Ing. Francisco Niembro, el Lic. José A. Polo, Lic. Marco Tulio López y Mtro. Ricardo Márquez B.** | *Constituyentes.* | |
| 21:00 | **Cena con la Lic. Alejandra Sota Mirafuentes,** Coordinadora General de Estrategia y Mensaje Gubernamental de la Presidencia de la República. | *Restaurante Morton's Steakhouse*<br><br>*(Av. de las Palmas 405, Col. Lomas De Chapultepec).* | |

**REVERSO**

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

| Agenda Presidencial |
|---|
| • El Lic. Felipe Calderón Hinojosa, Presidente de los Estados Unidos Mexicanos, asiste al XXIII Congreso Mundial de UNIPAC, en el Hotel Camino Real. |

- **Nacional.** Integrantes de la corriente *Izquierda Democrática Nacional* del PRD iniciarán un recorrido por el país para promover su posicionamiento rumbo al XII Congreso Nacional del partido (3-6/12).
- **Regional.** En Querétaro, toma posesión José Calzada Rovirosa como gobernador para el periodo 2009-20012 y los 18 presidentes municipales (2009-2012). Se prevé la asistencia del Secretario de Gobernación, Fernando Gómez Mont; de la Dirigente Nacional del PRI, Beatriz Paredes; el Gobernador del Estado de México, Enrique Peña Nieto; además de diputados y líderes parlamentarios del Congreso de la Unión. En el DF, ocuparán su cargo los 16 jefes delegacionales para el periodo 2009-2012.
- **Distrito Federal.** Mitin y presentación del emplazamiento a huelga en la Junta Federal de Conciliación y Arbitraje (JFCA), del Sindicato Independiente Nacional de Trabajadores del Colegio de Bachilleres (SINTCB), por violaciones al Contrato Colectivo de Trabajo (CCT); el emplazamiento a huelga vence el 19/10. Se prevé la participación de 200 personas.
- **Estado de México.** En la comunidad de Tenería, concentración de alumnos de la Federación de Estudiantes Campesinos Socialistas de México (FECSM), en la Escuela Normal Rural "Lázaro Cárdenas del Río" para trasladarse hacia el Distrito Federal y participar en la marcha del 02/10 en conmemoración del dos de octubre.

| Efemérides | Celebraciones |
|---|---|
| • **(1856).-** En Sierragorda, el coronel conservador Tómas Mejía se levanta contra el gobierno liberal. | • **Aniversario 93 del diario El Universal,** Lic. Juan Francisco Ealy Ortiz, Presidente Ejecutivo y del Consejo de Administración.<br>• **Aniversario 16 de la Comisión de Derechos Humanos del Distrito Federal,** Mtro. Emilio Álvarez de Icaza, Presidente de la CDHDF.<br>• **Día de la Independencia de la República de Chipre,** Excmo. Sr. Vasilios Philippou, Embajador de Chipre en México.<br>• **Día de la Independencia de la República Federal de Nigeria,** Excmo. Sr. Lawrence Nwuruku, Embajador de Nigeria en México. |

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

### AGENDA DE ACTIVIDADES

| Viernes 23 de octubre de 2009 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| **12:15-13:00** | **Inauguración de la Reunión Regional de Ministros sobre el Problema Mundial de las Drogas, Seguridad y Cooperación.**<br><br>Presidium:<br>• Emb. Patricia Espinosa Cantellano, Secretaria de Relaciones Exteriores de México.<br>• Lic. Arturo Chávez Chávez, Procurador General de la República.<br>• **Ing. Genaro García Luna, Secretario de Seguridad Pública.**<br>• Profe. José Pantaleón María, Subsecretario de Estado de Interior y Policía de República Dominicana.<br>• Dr. Jaime Bermúdez Merizalde, Ministro de Relaciones Exteriores de Colombia. | *Salón del Sol, Hotel Camino Real.*<br><br>*(Mariano Escobedo 700, Col. Anzures)* | Acompaña:<br>• Lic. José Antonio Polo Oteyza.<br>• Mtra. Ana Luisa Valle.<br><br>Nota:<br>• Abierta a medios de comunicación. |
| **14:30-17:30** | **Comida en honor del Lic. Juan Francisco Ealy Ortiz, con motivo de su XL Aniversario dirigiendo a Los Universales y grupo de empresas filiales.** | *Gran Salón del Hotel Four Seasons.*<br><br>*(Paseo de la Reforma No. 500, Col. Juárez)* | |

| Otros Eventos |
|---|
| • **Distrito Federal. "**Marcha Nacional" del Monumento a la Revolución hacia oficinas del ISSSTE, Senado, SEP y Cámara de Diputados, convocada por la Coordinadora Nacional de Trabajadores de la Educación (CNTE), en demanda de atención a su pliego petitorio 2009 (10:00 horas). Integrantes del SME podrían sumarse a la movilización. Se espera la participación de contingentes de Baja California Sur, Chiapas, Distrito Federal, Estado de México, Michoacán, Oaxaca, Querétaro y San Luis Potosí. Es posible que la CNTE supere el número de participantes mostrado en sus últimas acciones (3,500). Previamente, la Sección IX del SNTE-Democrática marchará de la Lotería Nacional a la SEGOB para entregar una copia del retiro de la Toma de Nota al Comité Institucional. |
| • **Distrito Federal.** Consejo Nacional del partido Convergencia para analizar los términos de su política de alianzas para los comicios de 2010 en los que se renovarán 10 gubernaturas. Existe la posibilidad de establecer una alianza con el PRD y eventualmente con el PAN en los comicios de Oaxaca. |
| • **Morelos.** En Oaxtepec, del 23 al 25 de octubre, Congreso Nacional de la corriente *Nueva Izquierda* del PRD, a fin de intercambiar propuestas sobre la refundación del partido y las líneas de acción en el marco de la disputa con *Izquierda Democrática Nacional* por definir un nuevo arreglo interno. |

| Efemérides | Celebraciones |
|---|---|
| • **Día Nacional de la Aviación.** | • **Cumpleaños del Lic. Sergio Sarmiento,** Conductor de "La Red" Radio Red. |

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

### AGENDA DE ACTIVIDADES

| Martes 28 de septiembre de 2010 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| 09:15-11:00 | **Desayuno con el Lic. Enrique Peña Nieto,** Gobernador Constitucional del Estado de México. | *Constituyentes.* | **Nota:**<br>• El Lic. Peña Nieto arriba en Helicóptero. |
| 13:00-14:00 | **Reunión con Integrantes del Consejo de Participación Ciudadana de la Procuraduría General de la República (PGR).**<br><br>Asisten:<br><br>• Sr. Marcos Fastlicht Sackler, Presidente del Consejo; Dra. Stephanie Kurian de Fastlicht; Lic. Ulrich Richter Morales, Secretario General; Excmo. Arzobizpo Don Antonio Chedraoui Tannous, Consejero; Lic. Beatriz Pagés Rebollar, Consejera; Lic. Ignacio Ayala Ramírez, Consejero; Lic. José Rubinstein W., Consejero; Ing. Jaime Murow Franklin, Consejero; Ing. Carlos Delgado López, Consejero; Lic. Genaro Borrego Estrada, Consejero; Dr. Francisco Javier Acuña Llamas, Consejero; Ing. Francisco Gómez Lerma, Consejero; Lic. Tristán Canales Najjar, Consejero; Dr. Luis Gárate Sainz, Coordinador General; Sr. Pedro Gil, Invitado Especial del Consejo; Sr. Antonio Gil, Invitado Especial del Consejo; Sr. Fermín Perochena, Invitado Especial del Consejo; Lic. Daniel Liwerant, Invitado Especial del Consejo; Lic. Marck Liwerant, Invitado Especial del Consejo; Lic. Jeffrey Yoram Fastlciht Kurian, Invitado Especial del Consejo; Dr. Carlos Perelman, Invitado Especial del Consejo; Lic. Sharo Álvarez Gómez, Directora Ejecutiva; Sr. Jorge Benitez Quezada; y Arq. Moisés Becker Kabachnick. | *Constituyentes.* | **Asisten:**<br><br>**Nota:**<br>• Previo a la reunión con el Secretario realizarán un recorrido por el Centro de Inteligencia (12:00-13:00 hrs.) |
| 15:00-17:00 | **Comida con el Lic. Juan Francisco Ealy.** El Universal. | *Restaurante Jin San Shabu Shabur*<br><br>*(Plaza de la Reforma #6, esquina Bucareli, Col. Centro)* | |
| 17:00-21:00 | **El C. Secretario permanece en las instalaciones de Constituyentes realizando trabajos en su oficina.** | *Constituyentes.* | |

| Otros Eventos |
|---|
| • **Distrito Federal.** "Marcha por la despenalización del aborto en América Latina y El Caribe", convocada por las Organizaciones Pacto por la Visa, la Libertad y los Derechos Humanos. Partirá del Monumento a la Madre hacia el Hemiciclo a Juárez, a las 16:00 horas. |

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

| Otros Eventos |
|---|
| • **Distrito Federal.** Audiencia en la Junta Federal de Conciliación y Arbitraje (JFCA) entre representantes de la *Compañía Mexicana de Aviación* y de la Asociación Sindical de Pilotos Aviadores (SPA) con motivo del emplazamiento a huelga por violaciones al Contrato Colectivo de Trabajo (CCT) que vence al primer minuto del 1° de octubre. |

| Efemérides | Celebraciones |
|---|---|
| • **(1810).-** Las fuerzas insurgentes toman la Alhóndiga de Granaditas, gracias a la valentía de Juan José Martínez, "El Pípila".<br>• **(1821). -** Se firma el Acta de Independencia de México**.** | • **Cumpleaños del Lic. Luis Felipe Bravo Mena, Secretario Particular del C. Presidente de la República.**<br>• **Cumpleaños del Mtro. Salomón Chertorivski Woldenberg,** Comisionado Nacional de Protección Social en Salud de la Secretaría de Salud. |

**ING. GENARO GARCÍA LUNA**
**Secretario de Seguridad Pública**

**AGENDA DE ACTIVIDADES**

| Miércoles 02 de marzo de 2011 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| **09:00-10:00** | **Cita Personal en la Embajada de EUA en México.**<br><br>Recibe:<br>• Sr. Joseph Evans (DEA). | *Paseo de la Reforma 305, Col. Cuauhtémoc.* | **Notas:**<br>• Acceso por la calle de Río Papaloápan. |
| **11:00-13:00** | **Acuerdo con el Ing. Facundo Rosas, Subsecretarios, Jefes de División y Funcionarios de la SSP.**<br><br>Asisten:<br>• Ing. Facundo Rosas, Gral. Javier del Real, Mtro. José Patricio Patiño, Ing. Francisco Niembro, Lic. Sergio Montaño, Lic. Lizeth Parra; Dr. Eduardo Gómez García, Gral. Pedro Huerta, Mtra. Maribel Cervantes, Lic. Luis Cárdenas P., Lic. Ramón Pequeño, Lic. Armando Espinosa De Benito, Lic. Rafael Avilez, Ing. Octavio Estrada, Mtro. Ricardo Márquez Blas, Mtro. Alejandro Bache y Lic. Mauricio García Arguelles. | *Constituyentes.* | |
| **13:30-14:30** | **Reunión con el Mtro. David Jiménez Rumbo,**<br>Senador del PRD-Guerrero. | *Constituyentes.* | |
| **15:00-18:00** | **Comida con el Sr. Juan Francisco Ealy Ortiz y el Ing. Joel Ortega Cuevas.** | *Restaurante Jin San*<br><br>*(Plaza de la Reforma #6, esq. Bucareli, Col. Centro)* | |
| **18:30-20:00** | **Presentación del Programa Operativo Tamaulipas.**<br><br>**Orden del día:**<br>1. Objetivo de la reunión.- SEGOB.<br>2. Diagnostico de seguridad del Estado de Tamaulipas.- SEDENA, SEMAR, **SSP.**<br>3. Propuesta de operación de fortalecimiento de policías locales de Tamaulipas.- SEDENA.<br>4. Convenio SEDENA-Tamaulipas.- SEGOB.<br>5. Acuerdos:<br>6. Despedida del Gobernador Egidio Cantú.<br>7. Avances operativo Michoacán.- Todos.<br>8. Despedida.- SEGOB. | *Cuarto de Guerra de la SEGOB.*<br><br>*(Acceso por la calle de Atenas)* | |

| Hora | Actividades | Lugar | Observaciones |
|------|-------------|-------|---------------|
| 18:30-20:00 | **Presentación del Programa Operativo Tamaulipas.**<br><br>Asisten:<br>• Ing. Egidio Torres Cantú, Gobernador del estado de Tamaulipas.<br>• Lic. Francisco Blake Mora, Secretario de Gobernación.<br>• Lic. Arturo Chávez Chávez, Procurador General de la República.<br>• Gral. Guillermo Galván Galván, Secretario de la Defensa Nacional.<br>• Almirante Mariano Francisco Saynez Mendoza, Secretario de Marina. | *Cuarto de Guerra de la SEGOB.*<br><br>*(Acceso por la calle de Atenas)* | |

| Otros Eventos |
|---------------|
| • **Regional.** Vence emplazamiento a huelga de la Asociación Sindical de Trabajadores Administrativos de la Universidad de Guanajuato (ASTAUG) en demanda de 10% de aumento salarial; y del Sindicato Único de Empleados de la Universidad Michoacana (SUEUM), por 20% de aumento en sus percepciones. Este último ha roto el diálogo con la Rectoría, debido a la supuesta falta de disposición de la casa de estudios para resolver las demandas sindicales. |

| Efemérides | Celebraciones |
|------------|---------------|
| • **(1829).-** Se decreta la expulsión de los españoles residentes en México.<br>• **(1879).-** Muere en la ciudad de México doña Margarita Maza de Juárez, esposa del Presidente Benito Juárez. | • **Cumpleaños del Senador Jesús Murillo Karam (PRI),** Presidente de la Comisión de Gobernación del Senado de la República, LXI Legislatura**.**<br>• **Cumpleaños del Dr. Luis De la Barreda Solórzano,** Director General del Instituto Ciudadano de Estudios sobre la Inseguridad, A.C. ICESI). |

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

### AGENDA DE ACTIVIDADES

| Sábado 21 de mayo de 2011 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| 08:45<br><br>09:00 | Traslado del Helipuerto de Torre Pedregal al Hangar del Centro de Mando de la Policía Federal (CONTEL).<br><br>Reunión en Centro de Mando de la PF para revisar avances de la Ceremonia del Día Nacional del Policía. | *CONTEL.* | |
| 14:30 | Comida en honor del Sr. Juan Francisco Ealy Ortiz. | *Parque Vía Reforma No. 2138, Lomas de Chapultepec.* | |

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

### AGENDA DE ACTIVIDADES

| Viernes 17 de junio de 2011 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| **12:00-13:00** | **Reunión con el Sr. Javier Aguirre**<br><br>• Audiencia concedida a petición del Sr. Alexis Weimberg. | *Constituyentes.* | Nota:<br>• Previa a la reunión con el C. Secretario realizará recorrido por le CIPF (11:00-12:00 hrs.) |
| **15:00-18:00** | **Comida con Directivos Editoriales del Periódico "El Universal"**<br><br>Asiste:<br>• Roberto Rock, Director Editorial.<br>• David Aponte, Subdirector Editorial.<br>• Francisco Santiago, Subdirector Editorial.<br>• Alejandro Jiménez, Subdirector de Opinión.<br>• Carlos Benavides, Coordinador de Justicia. | *Constituyentes.* | |
| **18:00-21:00** | **El C. Secretario permanece en las instalaciones de Constituyentes realizando trabajos en su oficina.** | *Constituyentes.* | |

| Otros Eventos |
|---|
| • **Distrito Federal.** Usuarios de energía eléctrica e integrantes del Sindicato Mexicano de Electricistas (SME) inconformes con el servicio eléctrico se manifestarán en el exterior de la Procuraduría Federal del Consumidor (Profeco).<br>• **Distrito Federal.** Vencen los emplazamientos a huelga en las aerolíneas Click y Link, filiales de la Compañía Mexicana de Aviación, interpuestos por el Sindicato Nacional de Transportes, Transformación, Aviación, Servicios y Similares (SNTTTASS), con motivo de la revisión salarial y contractual, respectivamente. |

| Celebraciones |
|---|
| • **Cumpleaños de la Sra. Judith Anne Macgregor,** Embajadora del Reino Unido de la Gran Bretaña e Irlanda del Norte en México.<br>• **Cumpleaños de la Sen. Emma Lucía Larios Gaxiola,** Senado de la República (PAN). |

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

## AGENDA DE ACTIVIDADES

| Viernes 07 de octubre de 2011 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| **11:00-12:00** | **Instalación de la Junta de Gobierno de la Procuraduría Social de Atención a Víctimas de Delitos.**<br><br>Orden del día<br><br>- Lista de asistente y verificación de quórum.<br>- Aprobación de la Orden del día.<br>- Presentación de la Procuradora Social de Atención a las Víctimas de Delitos y sus funciones.<br>- Nombramiento del Secretario Técnico de la Junta de Gobierno.<br>- Aprobación de Estructura Provisional de la Procuraduría Social de Atención a Víctimas de Delitos.<br>- Integración de un grupo de trabajo para la elaboración del proyecto de Estatuto Orgánico.<br>- Asuntos Generales. | *Ángel Urraza #1137 esq. Pestalozzi.*<br><br>*(Colonia del Valle.)* | |
| **13:00-14:00** | **Reunión con el Sr. Miguel Lerma Candelaria**<br>El Impacto Diario<br><br>Acompaña:<br>• Sr. Carlos Armando Bielrich. | *Constituyentes.* | |
| **14:00-16:30** | **El C. Secretario come y realiza trabajos en su oficina.** | *Constituyentes.* | |
| **17:00-18:30** | **Reunión de Coordinación Operativa de Seguridad en el estado de Tamaulipas.**<br>(TELEPRESENCIA) | *Sala de Telepresencia de Constituyentes* | |
| **19:30-20:20**<br><br>**20:30**<br><br>**20:45-21:45** | **CENA DE GALA CON MOTIVO DEL 95 ANIVERSARIO DE "EL GRAN DIARIO DE MÉXICO"**<br><br>**Registro de invitados.**<br><br>**Arribo del Lic. Felipe Calderón Hinojosa, Presidente de los Estados Unidos Mexicanos.**<br><br>**Cena.** | *Colegio de San Ignacio de Loyola Vizcaínas*<br><br>*(Vizcaínas 21, Col. Centro)* | |

## ING. GENARO GARCÍA LUNA
### Secretario de Seguridad Pública

| Hora | Actividades | Lugar | Observaciones |
|---|---|---|---|
| 21:45-22:30 | **CENA DE GALA CON MOTIVO DEL 95 ANIVERSARIO DE "EL GRAN DIARIO DE MÉXICO"**<br><br>**Discursos:**<br>• Lic. Juan Francisco Ealy Ortiz, Presidente Ejecutivo y del Consejo de Administración de El Universal.<br>• Lic. Felipe Calderón Hinojosa, Presidente de los Estados Unidos Mexicanos. | *Colegio de San Ignacio de Loyola Vizcaínas*<br><br>*(Vizcaínas 21, Col. Centro)* | |
| 22:30 | **Concierto de Yuri.** | | |

### Otros eventos

- **Distrito Federal.** Instalación del Consejo General del IFE; inicia el proceso electoral 2011-2012. Se renovarán la Presidencia de la República y el Congreso de la Unión, integrado por 128 Senadores y 500 Diputados. El Consejo General del IFE se instalará entre cuestionamientos a su desempeño y la falta de tres consejeros pendientes de designar por la Cámara de Diputados.
- **Distrito Federal.** El Senado otorgará la Medalla "Belisario Dominguez". Asistirá el Ejecutivo Federal.
- **Distrito Federal.** Inicia el proceso electoral local para renovar la Jefatura de Gobierno, la ALDF y jefes delegacionales.
- **Internacional.** En EUA, investigadores abordaran el tema "Tráfico de persona y crimen organizado en México". El Instituto Woodrow Wilson realizará una discusión sobre la diversificación de actividades de las organizaciones criminales, como el tráfico de personas a través de la frontera México-EUA. Participaran Gabriela Sánchez (Universidad de Maryland), Rodolfo Casillas (FLACSO México) y Sheldon Zhang (Universidad de San Diego).

# ING. GENARO GARCÍA LUNA
## Secretario de Seguridad Pública

### AGENDA DE ACTIVIDADES

| Martes 08 de mayo de 2012 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| **09:00-11:00** | **El C. Secretario realiza trabajos en oficina.** | *Constituyentes.* | |
| **11:00-12:00** | **Reunión con el Sr. Fernando Shütte Elguero.** | *Constituyentes.* | Nota:<br>• Previo a la reunión con el Secretario realiza recorrido por le CIPF y División Científica (09:30-11:00 hrs.) |
| **12:30-14:00** | **Reunión con la Lic. Lizeth Parra S.,**<br>Titular de la Unidad de Información y Análisis**.** | *Constituyentes.* | |
| **15:00-17:30** | **Comida con el Sr. Juan Francisco Ealy.** | *Constituyentes.* | Nota:<br>• Previo a la reunión con el Secretario realiza recorrido por le CIPF y División Científica (14:30-15:30 hrs.) |
| **18:00-19:00** | **Reunión con la Mtra. Maribel Cervantes, Sr. Joseph Evans y Lic. Ramón Pequeño.** | *Constituyentes.* | |

| Agenda presidencial |
|---|
| • **EL Lic. Felipe Calderón Hinojosa, Presidente de México, realiza gira de trabajo por el estado de Puebla para asistir a la Olimpiada Nacional y a la Comida Expo Desarrollo Inmobiliario The Real State Show 2012.** |

| Otros eventos |
|---|
| • **Distrito Federal.** Los días 8 y 9 de mayo, consulta en escuelas de educación media superior organizada por el Movimiento de Aspirantes Excluidos de la Educación Superior (MAEES), para conocer la opinión sobre el examen de admisión a nivel superior. |
| • **Regional.** Actividades del Movimiento Antorchista. En el Estado de México, marcha con el fin de solicitar la intervención de autoridades estatales para solucionar la disputa de rutas de transporte público que mantiene con la Alianza de Autotransportistas Autónomos de la República Mexicana A.C. La dirigencia anunció la asistencia de 50 mil personas. En Pachuca, Hidalgo, marcha de la Preparatoria No. 1 hacia el palacio de gobierno, demandan obra pública y servicios sociales (09:00 hrs.). |

## ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

| Celebraciones |
|---|
| • **Cumpleaños del Sr. Ricardo Martín Bringas,** Director General de Grupo Soriana. |