# EXHIBIT L



Compañía Periodística Nacional

**EL UNIVERSAL**

**TRIBUNAL FEDERAL DE DISTRITO**
**DISTRITO ORIENTAL DE NUEVA YORK**

**LOS ESTADOS UNIDOS DE AMÉRICA,**

-contra-

**GENARO GARCÍA LUNA,**

**el Procesado.**

**N.º de la Causa: 19 Cr. 576 (BMC)**

**Declaración jurada en respaldo de la petición de desagravio del procesado, en virtud del Art. 33 del Reglamento Federal de Procedimientos Penales.**

PRESENTE

**ILDEFONSO FERNANDEZ GUEVARA,** en mi carácter de apoderado legal de **EL UNIVERSAL, COMPAÑÍA PERIODISTICA NACIONAL, S.A. DE C.V.;** según se puede advertir de la copia certificada que se adjunta del instrumento notarial número 312,257, de fecha ocho de marzo de dos mil doce, pasado ante la fe del Licenciado Tomás Lozano Molina, Notario Público número Diez del Distrito Federal, (así como copia simple de identificación oficial del suscrito), hoy Ciudad de México. De la misma manera compareciendo en calidad de apoderado legal del **Lic. Juan Francisco Ealy Ortiz (Presidente Ejecutivo y del Consejo de Administración de EL UNIVERSAL),** según se puede advertir de la copia certificada que se adjunta del instrumento notarial número 189,765, de fecha veintiséis de septiembre

**Compañía Periodística Nacional**

**EL UNIVERSAL**

del año dos mil diecisiete, pasado ante la fe del Licenciado Ignacio R. Morales Lechuga, Notario Público número ciento dieciséis de la Ciudad de México; con lo anteriormente expuesto, pongo a su consideración las manifestaciones siguientes:

En adición a lo antes expuesto y a efecto de dar solvencia legal al carácter con el que el suscrito se ostenta, también manifiesto bajo protesta de decir verdad que inicié el servicio laboral a mis representados a partir del día 5 de agosto del año 1998, motivo por el cual desde hace más de veinticinco años he atendido la representación legal de los comparecientes y por ello además me constan todas y cada una de las manifestaciones señaladas en el presente documento en que se actúa.

**Ildefonso Fernández Guevara, en virtud del § 1746, del Título 28, Código de Leyes Federales, so pena de perjurio, declaro lo siguiente:**

Con respecto al desahogo de la prueba testimonial inherente a HÉCTOR VILLAREAL HERNÁNDEZ, misma que obra en la transcripción o versión estenográfica de la causa penal inherente al acusado GENARO GARCÍA LUNA.

Consideraciones de Derecho con respecto a las falaces imputaciones de las que ha sido objeto el medio de comunicación que represento y que circula como medio impreso y digital a través del Diario "EL UNIVERSAL" El Gran Diario de México y a través de la plataforma On line: www.eluniversal.com.mx

**ANTECEDENTES:**

- Mi representada mediante artículo editorial de fecha 6 de febrero del año 2023, elaborado con aportaciones de

**Compañía Periodística Nacional**

**EL UNIVERSAL**

periodistas y colaboradores de esta Casa Editorial, bajo el título de: "BAJO RESERVA", dio a conocer a la opinión pública lo siguiente:

> BAJO RESERVA. EL UNIVERSAL TIENE PRUEBAS, NO DICHOS, SOBRE GARCÍA LUNA
>
> Ayer, en un oficio, la defensa del exsecretario de Seguridad Pública, Genaro García Luna, pidió al juez de la causa que prohíba el testimonio de un testigo colaborador del Departamento de Justicia que hablaría sobre presuntos sobornos del exfuncionario a medios de comunicación, entre ellos a EL UNIVERSAL, documento que horas después fue retirado. Al respecto, está casa editorial considera que los testimonios sólo son serios y creíbles cuando están acompañados de pruebas que los sustenten. Por ahora, de lo que sí hay testimonios documentales es de que El Gran Diario de México mantuvo siempre una cobertura equilibrada y crítica de la gestión de García Luna.
> Una de ellas es que, en 2011, EL UNIVERSAL ganó el Premio Nacional de Periodismo en categoría de noticia, por un trabajo en el que se denunció el gasto millonario realizado por la Secretaría de Seguridad Pública, bajo el mando de García Luna, para producir una serie de televisión con el fin de promover la imagen de la Policía Federal. Ésta sí es una prueba.

- Mi representada mediante artículo editorial de fecha 7 de febrero del año 2023, elaborado con aportaciones de periodistas y colaboradores de esta Casa Editorial, bajo el título de: "BAJO RESERVA", dio a conocer a la opinión pública lo siguiente:

> ACUSACIONES SIN SUSTENTO; NO NOS VAN A INTIMIDAR
>
> En el juicio a Genaro García Luna, exsecretario de Seguridad, ayer se dieron afirmaciones que involucran a esta casa editorial en un presunto pago de sobornos por parte del exfuncionario federal, lo cual es totalmente falso, y que no se sostiene ante una simple revisión de varios hechos.
> En su intervención como testigo colaborador de la fiscalía de Estados Unidos, el exsecretario de Finanzas del gobierno de Coahuila, Héctor Villarreal Hernández, quien se ha declarado culpable del delito de lavado de dinero, aseguró que EL UNIVERSAL recibió sobornos de García Luna "para limpiar su imagen" Como única prueba, presentó la factura de una campaña publicitaria, que nada tiene que

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

ver con las tareas del exsecretario de Seguridad. Campañas como la que se aludió se publican en este medio todos los días.

No tiene sentido que se hable de pagos "para limpiar la imagen" cuando las evidencias señalan que EL UNIVERSAL mantuvo una postura crítica ante el desempeño público del funcionario y la dependencia que encabezaba.

En 2010, por ejemplo, a propósito de la captura del narcotraficante Édgar Valdez, este diario echó abajo las versiones del propio García Luna y de funcionarios de la entonces Policía Federal de que la captura fue resultado de un operativo "producto de 14 meses de trabajo de inteligencia", cuando en realidad se le detuvo por un hecho fortuito.

Un año después, en 2011, en estas páginas se dio cuenta de los gastos millonarios que se hacían en la Secretaría a cargo de García Luna para realizar una serie de tv. Por esta información EL UNIVERSAL recibió el Premio Nacional de Periodismo en categoría de noticia.

Como evidencia están también los trabajos de columnistas y cartonistas que ejercieron la crítica de manera libre. Nunca hubo una cobertura favorable para García Luna.

Entre lo dicho también por el exfuncionario del gobierno de Coahuila y la realidad hay una larga distancia. Villarreal mencionó que conoció a García Luna en 2008, en una visita a las instalaciones centrales de la Policía Federal, conocidas como "el búnker". Sin embargo, una revisión hemerográfica de EL UNIVERSAL muestra que ese sitio se inauguró el 24 de noviembre de 2009.

Las afirmaciones en el juicio vienen a añadirse a la campaña de desprestigio y de ataques a medios de comunicación que se dan desde 2018, con una especial atención a EL UNIVERSAL. Y ahora el gobierno de EU se suma desde su fiscalía a la narrativa de ataques a la prensa, al ejercicio periodístico y a la libertad de expresión, que contradictoriamente presume defender en sus discursos.

Preocupa que el blanco de las difamaciones sea un medio caracterizado por ejercer siempre la crítica abierta sin distinguir entre partidos o ideologías.

La verdad, las pruebas periodísticas y el prestigio de EL UNIVERSAL prevalecerán sobre dichos sin sustento de un criminal confeso.

No nos van a callar. no nos van a intimidar.

- Las respuestas editoriales antes señaladas, obedecen a las falaces manifestaciones del exsecretario de Finanzas del Gobierno de Coahuila, Héctor Villarreal Hernández, hizo y que constan en la versión estenográfica inherente a su comparecencia ante el Tri que conoce la causa penal que en términos generales refieren:

a) Que EL Señor Genaro García Luna requería conocer a el dueño de EL UNIVERSAL (para acercarse al poder) y que para ello

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

solicitó la intervención del que fuera Gobernador del Estado de Coahuila México Humberto Moreira.

b) Que Genaro García Luna le pidió al entonces Gobernador del estado de Coahuila Humberto Moreira negociar un acuerdo con el Lic. Ealy Ortiz en su nombre por la suma de 25 millones de pesos al mes para sustentarlo.

c) Que en alguna ocasión (sin especificar fecha) se presentó en las oficinas de EL UNIVERSAL acompañado por Sergio Montañez (sin referir puesto, cargo o a quién representaba), para entregar un dinero a EL UNIVERSAL (sin señalar el nombre, sin especificar el cargo, ni ningún elemento de acreditación alguna de personalidad); para realizar un pago en efectivo. Que el dinero correspondiente se encontraba en una pequeña bolsa (dando a entender que allí cabían 25 millones de pesos) y con simplemente mirarlo pudo determinar a ciencia cierta la supuesta cantidad que refiere.

d) Que la entrega del dinero en efectivo (supuestamente 25 millones de pesos) fue pagado y avalado mediante la expedición de una cuenta por pagar de la Secretaría de Finanzas del Gobierno del Estado de Coahuila, expedida en fecha 22 de junio del año 2009 y sin embargo la factura emitida por El Universal Compañía Periodística Nacional, S.A. de C.V. de fecha 26 de junio de ese mismo año, sólo refiere una suma de $11'500,000 (Once millones quinientos mil pesos 00/100 M. N.) que no es coincidente con la suma de efectivo que dijo entregar y que se desprende del propio sello de la caja General de la Secretaría de Finanzas se induce que corresponde a un cheque en electrónico (una forma de pago muy diferente a la que señala Héctor Villareal Hernández.

e) A pregunta directa de la Fiscalía señala que el recurso antes citado primero era en relación con un acuerdo de Genaro García Luna con el dueño de EL UNIVERSAL y después señala que en realidad se debía a un favor que solicitaba el Señor Montañez. Las manifestaciones como lo refiere el propio Héctor Villareal Hernández obedecen a sus conjeturas.

f) El testigo refiere que en una fiesta en un departamento propiedad de Genaro García Luna (en la zona de Santa Fe en la hoy CDMX), éste le agradecía al Sr. Humberto Moreira (supuestamente

Compañía Periodística Nacional

**EL UNIVERSAL**

también presente) porque todo estaba funcionando bien (como debería) y que ello le bastaba entonces "para asegurar" que los pagos se realizaron como debían.

## EXCEPCIONES, DEFENSAS Y CONSIDERACIONES DE DERECHO:

1.  En ningún momento se justifican de manera fehaciente las imputaciones que Héctor Villareal Hernández hace en contra del Lic. Juan Francisco Ealy Ortiz, quien es Presidente Ejecutivo y del Consejo de Administración de la persona Moral denominada El Universal, Compañía Periodística Nacional, así como en contra esta entidad de negocios.   Motivo por el cual los juicios narrados y señalados en la versión estenográfica de la que ya hemos hecho referencia son carentes de validez, lógica y de argumentación jurídica.   Cabe señalar que no sólo nos hemos sentido sorprendidos y agraviados por las mentiras de Héctor Villareal Hernández, también hemos actuado de manera inmediata poniendo en evidencia a través de distintos comunicados a la opinión pública, a nuestros clientes, a nuestros lectores y a la propio sociedad mexicana (porque somos un medio de comunicación con gran prestigio nacional e internacional) que somos objetos de calumnia por parte de Héctor Villareal Hernández (comunicados a los que nos hemos referido y que forman parte de este documento)  quien es evidente que lo único que pretende es obtener un mezquino interés para no responder ante la justicia como lo que es UN DELINCUENTE CONFESO.

2.  Estimamos que todo lo señalado por Héctor Villareal Hernández contiene juicios de valor u opiniones que desde luego no tienen ningún fundamento administrativo y mucho menos legal ya que lo único que pretendieron fue confundir al Juzgado que conoce del



Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

Juicio para obtener un beneficio personal.  Por lo antes expuesto y bajo protesta de decir verada, en representación de El Universal, Compañía Periodística Nacional, S.A. de C.V. y del propio Lic. Juan Francisco Ealy Ortiz negamos tajantemente que en los momentos que falsamente refiere el testigo o en cualesquiera otros se haya recibido pago alguno por soborno.   Insistiendo que nos reservamos acción y derecho para que en el momento que así lo decidan mis representados sean presentadas ante las Autoridades correspondientes las denuncias penales y civiles que corresponden a delitos tales como falsedad de declaración, fraude procesal, daño moral y cualquier incidencia de carácter legal necesaria para continuar poniendo en evidencia la mala fe y la indigna conducta procesal de Héctor Villareal Hernández.

3.    No debe soslayarse que mi representada no actúa por intereses personales o ajenos a su objeto social; por ello durante aproximadamente 107 años de existencia ha actuado conforme y con estricto respeto a la libertad de expresión y de prensa, además de que los colaboradores que participan en la investigación y/o elaboración de reportajes, lo hacen apegándose cabalmente al Código de Ética implementado en esta Casa Editorial.

Aunado a todo lo anterior, no debe perderse de vista que el ejercicio de la labor periodística descansa en el derecho fundamental de libertad de expresión, el cual se encuentra contenido en el artículo 6º de la Constitución Política de los Estados Unidos Mexicanos y precisa que todos los ciudadanos tienen derecho a expresarse libremente, en cualquier momento, en cualquier lugar y bajo cualquier circunstancia, sin ningún tipo de restricción salvo las expresamente ordenadas por la propia Constitución Federal.

Por lo antes expuesto y en adición a las notas periodísticas que refieren los hechos descritos por EL UNIVERSAL en el editorial BAJO RESERVA de fecha 07 de febrero del año en curso, en este acto se agrega diferente material editorial que durante los años del 2020 al 2023 mi representada ha publicado y que dan constancia cierta de que el

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

seguimiento periodístico a las acusaciones en contra del C. Genaro García Luna, se han plasmado de manera objetiva, crítica y sin que obedezca a ningún tipo de interés. Por ello no podemos tolerar y mucho menos aceptar que ante un alto Tribunal de los Estados Unidos de Norteamérica se pretenda desprestigiar con mentiras y calumnias a un medio de comunicación que es decano y ejemplo de la labor periodística en el ámbito profesional. A continuación y únicamente a manera de ejemplo, se muestran diversos trabajos publicados en el diario de circulación Nacional **EL UNIVERSAL**, en virtud de los cuales se pone en manifiesto la objetividad editorial de mi representada e incluso la labor crítica de la misma frente a noticias de interés público.

**MATERIAL EDITORIAL 2023**

1. **GARCÍA LUNA EL CASO QUE PONE NERVIOSOS A EU Y A MÉXICO** / 16 de enero del 2023 / Se prevé que el día 17 estará conformado el jurado que decidirá el destino del exsecretario de Seguridad, quien está acusado por nexos con el *Cártel de Sinaloa*, narcotráfico y falsedad de declaraciones.
2. **CHOCAN PRESIDENTE Y CORTE POR FUNCIONARIA** / 20 de mayo de 2023 / Mandatario acusa a ministra Norma Piña de contratar a exservidora vinculada a García Luna y que firmó contratos que están bajo investigación.
3. **"GARCÍALUNIZAR" LA POLITICA MÉXICANA** / 22 de febrero de 2023 / Es previsible que AMLO trate de "garcíalunizar" la política mexicana: desde la marcha del domingo hasta la sucesión presidencial.
4. **EN SEPTIEMBRE, SENTENCIA DE GARCÍA LUNA** / 04 de abril de 2023 / Defensa pide ampliar el término debido a que dice contar con nueva evidencia.
5. **GARCÍA LUNA ESTABA EN NÓMINA: CONTADOR** / 01 de febrero de 2023 / Testigo afirma que exsecretario recibía pagos bajo los apodos de *El Tartamudo* o *El Metralleta*.
6. **GARCÍA LUNA RECIBIÓ 5 MDD, EN DOS VECES QUE LO VI: ZAMBADA** / 14 de febrero de 2023 / El Rey habla de envíos de cocaína en aviones, trenes y submarinos en complicidad con policías, bajo la supervisión del exsecretario.
7. **NIEGAN PETICIÓN DE LIMITAR PREGUNTAS A GENRAIO GARCÍA LUNA** / 11 de febrero de 2023 / Pese a la solicitud de la defensa, si el exfuncionario testifica podría abrir la puerta a que los fiscales le realicen cuestionamientos acerca de su enriquecimiento posterior a 2012.
   **INDAGAN CONTRATOS CON PROCURADURÍA** / Son 5 órdenes de pago de dependencia a empresa ligada al exsecretario de Seguridad: Sheinbaum.
8. **PRESENTAN HOY ARGUMENTOS EN CASO GARCÍA LUNA** / 23 de enero de 2023 / Prevén que el juicio en EU se extienda dos meses.
9. **VEREDICTO DE GARCÍA LUNA, EN SUSPENSO HASTA EL MARTES** / 18 de febrero de 2023 / El jurado se reunirá la próxima semana tras no llegar a un acuerdo; los integrantes han solicitado revisar las transcripciones de testimonios, como la versión de un supuesto secuestro.
10. **ZAMBADA, TESTIGO CONTRA GARCÍA LUNA** / 13 de febrero de 2023 / El Rey es la estrella de la fiscalía estadounidense; asegura que sobornó al menos dos veces al exsecretario.

**MATERIAL EDITORIAL 2022**

1. **GARCÍA LUNA, ACUSADO DE AMENAZAR A PERIODISTAS** / 17 de junio de 2022 / Exfuncionario sobornó a medios de comunicación para no perjudicarlo: tribunal de EU; también permitió envío de drogas a ese país, dice.
2. **NIEGAN RETIRAR CARGOS POR NARCO A GARCÍA LUNA** / 06 de noviembre de 2022 /
3. **PIDEN QUE JURADO DE GARCÍA LUNA NO SEA ANÓNIMO** / 01 de mayo de 2022 / Daría la impresión de que es culpable y no garantiza juicio justo: abogado

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

4.

**MATERIAL EDITORIAL 2021**

1. **¿QUÉ SE VIENE EN EL CASO CÁRDENAS PALOMINO?** / 09 de julio de 2021 / ¿Tendrá un impedimento el aparato de justicia mexicano para no investigarlo por estos delitos en su país? ¿Esperarán a que EU lo haga?

2. **APLAZAN AUDIENCIA DE GARCÍA LUNA PARA ABRIL** / 15 de febrero de 2021 / Juez concede petición realizada por fiscalía estadounidense y defensa de exsecretario; argumentos fueron que pandemia retrasa el proceso de recopilación de información y entrevista de testigos.

3. **APLACAN AUDIENCIA DE GARCÍA LUNA** / 16 de abril de 2021 / Será hasta el 23 de junio, señala la Corte del Distrito Este de Brooklyn, Nueva York.

4. **NO SAIÓ EN AUTO DE LUJO, COMO ACOSTUMBRABA**/ 06 de julio de 2021 / Luis Cárdenas Palomino, exmando de la extinta Policía Federal, fue aprehendido en su casa por elementos de la Marina; es acusado de tortura en el caso de la banda de secuestradores *Los Zodiaco*.

5. **CÁRDENAS PALOMINO CALLA ANTE EL JUEZ** / 07 de julio de 2021 / Se reserva su derecho de declarar durante audiencia; giran orden de aprehensión contra Pequeño García.

6. **AMLO: HISTORIA OCULTA DE LOS PEANES PRIVATIZADOS** / 09 de mayo de 2021 / Hay oficios que ordenan imputar delitos a una veintena de antiguos colaboradores de Genaro García Luna.

7. **FERNANDA FAMILIAR Y EL CASO GARCÍA LUNA** / 30 de abril de 2021 / Para García Luna es muy conveniente la existencia de ese supuesto pagaré.

8. **GARCÍA LUNA Y LOS 32 EMPRESARIOS** / 23 de marzo de 2021 / La FGR empujó el expediente de García Luna y ya consiguió la segunda orden de aprehensión. El expediente de los empresarios no recibe el mismo impulso.

9. **INVESTIVA LA 4T A CALDERÓN... CON AYUDA DEL INE** / 26 de agosto de 2021 / Hasta ahora, el expediente de Calderón tiene mayor peso judicial que el de Anaya.

10. **INVESTIGAN A CALDERÓN POR DAÑO AL ERARIO** / 23 de abril de 2021 / FGR lo indaga por otorgar contratos por 300 mmdp en gestión de penales.

11. **QUITA EU DE LISTA NEGRA A HERMANO DE** *EL MAYO* / 13 de mayo de 2021 / Descongelan cuentas bancarias de *Jesús El Rey Zambada*; fue testigo clave en los juicios contra *El Chapo Guzmán y Genaro García Luna*.

12. **UIF VA POR RECUPERAR LO LAVADO POR GARCÍA LUNA** / 22 de septiembre de 2021 /

4.-      Se niegan todas y cada una de las manifestaciones vertidas por Héctor Villareal Hernández en el desahogo de la testimonial de la causa inherente al C. Genaro García Luna en virtud de que todas y cada una de las imputaciones efectuadas en contra del Lic. Juan Francisco Ealy Ortiz, así como de la empresa El Universal, Compañía Periodística Nacional en virtud de que además de ser falsas, carentes de lógica y validez jurídica, dichas manifestaciones a todas luces son incongruentes en virtud de que no refiere de manera clara y precisa circunstancias de tiempo, modo y lugar por lo cual sus manifestaciones lo único que pretendieron fue obtener un beneficio personal en aras de calumnias y desprestigio con que pretendió difamar a la empresa que represento y la Presidente Ejecutivo y del Consejo de Administración de

**Compañía Periodística Nacional**

**EL UNIVERSAL**

la misma. Por lo anterior, esta representación se reserva acción y derecho civil, penal, presente o futuro contra quien resulte responsable de las manifestaciones vertidas y del uso perverso e ilegal que sobre las mismas se haga.   Se ponen en evidencia las afirmaciones que por sí mismas son inverosímiles:

- **Que el Señor Genaro García Luna requería acercarse al poder y para ello solicitó a un Gobernador su intervención para conocer al Lic. Juan Francisco Ealy Ortiz**. Bajo tal ilógico argumento, suponemos que en realidad se acercaron al Poder Ejecutivo, Legislativo y Judicial, que son los tres poderes consignados en la Carta Magna de los Estados Unidos Mexicanos. Se niega de manera tajante y categórica que el Lic. Juan Francisco Ealy Ortiz haya negociada pago alguno para actuar en favor de efectuar o elaborar historias propicias y favorables para el Sr. García Luna; tan es así, que el seguimiento y cobertura noticiosa que se ha dado al tema que nos ocupa siempre ha sido objetiva y crítica al desempeño del entonces funcionario. A mayor abundamiento, hacemos referencia que el Lic. Ealy Ortiz conoce desde mucho antes del 2008 al Sr. Genaro García Luna y jamás ha existido entre ellos una conducta fraudulenta.

- **Que el acuerdo implicaba la entrega a este medio de comunicación de la suma de $25 millones de pesos**. Desde este acto y a efecto objetar tan temeraria manifestación, hacemos del conocimiento que estamos en aptitud de exhibir lo relativo a los Estados financieros de EL UNIVERSAL Compañía Periodística Nacional, S.A. de C.V., así como los papeles de trabajo que constituyen dicho documento financiero.  Con ello y con pruebas contundentes

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

deben ser desestimadas por falsas las manifestaciones de Héctor Villareal Hernández.

- **Refieren en constantes momentos el nombre de Sergio Montañez**; sin definir ni acreditar el puesto y mucho menos las facultades de la persona en referencia para actuar en representación de la Gobernatura del Estado de Coahuila.

- **Es incongruente que por una parte refieran que el recurso es para acercarse al poder y, por otra parte, la entrega del mismo obedezca a que le estaban realizando un favor al Sr. Sergio Montañez.** Es evidente entonces la falsedad con la que se comportó el testigo y desde luego los delitos en los que ha incurrido y que deben ser perseguidos por las Autoridades Judiciales de México y de Estados Unidos de Norteamérica.

- **Que, en una fiesta en un lujoso inmueble ubicado en un Fraccionamiento en Santa Fe, CDMX un Gobernador (de Coahuila) y un Secretario de Estado (de seguridad) referían que sus negocios y que todo les iban bien.** Amen de lo vago e imprecisas circunstancias de modo y lugar, es evidente del hecho referido en este punto, es inconcebible que éstas sirven de base para suponer que los pagos que falsamente dicen recibió EL UNIVERSAL…entonces iban bien. Se insiste en que el Gobernador Moreira Valdez jamás buscó o llamó al Lic. Juan Francisco Ealy Ortiz o a nadie que represente este Grupo Editorial para escuchar propuestas indecorosas o indignas que pretendan corromper a este prestigioso medio.

- **Se hace constar la mala fe y conducta procesal del testigo HÉCTOR VILLAREAL HERNÁNDEZ en virtud de que su ignorancia raya incluso en lo absurdo de NO conocer el nombre correcto y completo de mi representada que lo es: El Universal, Compañía**

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

**Periodística Nacional, S.A. de C.V. (según se pone en evidencia en la versión estenográfica del desahogo de su declaración)**   Es evidente entonces la falsedad con la que  se conduce HÉCTOR VILLAREAL HERNÁNDEZ al referir que "El Universal Empresa Nacional de Periodistas S.A. de C.V. fue la empresa que emitió la factura; lo cierto es que parece increíble que un funcionario con altísimas facultades de administración en ese Gobierno de Coahuila (como lo fue el testigo) peque hasta de analfabeta y olvidadizo pretendiendo confundir el buen criterio de este juzgado invocando nombres y empresas falsas, además de dichos contradictorios, montos, circunstancias, personas involucradas, etc., y luego entonces obtener de manera ilícita un beneficio en lo individual.  La conducta del testigo antes señalado está tipificada en la norma penal y dichos actos o manifestaciones de conducta se conocen en los Estados Unidos Mexicanos como:  Delitos de PERJUIRIO Y FRAUDE PROCESAL.

**CONCLUSIÓN:**

El testigo HÉCTOR VILLAREAL HERNÁNDEZ pretende justificar todas sus mentiras exhibiendo una factura  de número 3084072, de fecha 26 de junio de 2009 por un pago de $10'000,000.00 (DIEZ MILLONES DE PESOS 00/100 M.N.), más el impuesto al valor agregado, expedida por El Universal, Compañía Periodística Nacional, S.A. de C.V.; con ello pretende involucrar un pago que es a todas luces legal y consecuencia de la prestación de servicios de publicidad de mi representada para con el cliente: Secretaría de Finanzas del Gobierno del Estado de Coahuila.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

La factura referida en el punto anterior es consecuencia de servicios publicitarios en una campaña publicitaria, con respecto a una Campaña para el rescate de Turismo en el año 2009.   Para tal efecto, mi representada encartó un suplemento dentro de los ejemplares impresos del Diario EL UNIVERSAL.

La factura en referencia además de ser un documento oficial de carácter fiscal refiere un pago hecho consecuencia de un vínculo comercial que es perfectamente legal y que de hecho mi representada tiene con diversos entes del Poder Público en los niveles Federal, Estatal, Municipal, etc.; además no se exhiben por parte del testigo en referencia ninguna otra factura (no obstante el puesto o categoría laboral que tenía dentro de la Secretaría de Finanzas), porque todos los pagos mensuales y señalados como supuesto delito de mi representada son inventados y en consecuencia a todas luces falsos.   Sobre este punto, solicitamos que Ese Honorable Juzgado certifique lo anterior, solicitando al Gobierno del Estado de Coahuila los contratos y las facturas entre esa entidad y mi representada por el año 2009.   Con ello se constatará que nunca existieron pagos diversos al servicio publicitario que desarrolla mi representada y mucho menos por los montos que falsamente señala.

No obstante lo señalado en el párrafo anterior, ponemos a su consideración lo siguiente: en años pasados, algunas entidades gubernamentales contrataban publicidad tan sólo con una orden de inserción, orden de trabajo o mediante una cuenta por pagar (como es el caso que ocupa la redacción delo presente ocurso).   Hoy en día los entes privados y públicos de acuerdo a nuevas disposiciones contra el lavado de dinero y prácticas ilícitas están sujetas a auditorías más exhaustivas y además de ello ya se exige la firma de contratos.   En el tema que nos ocupa, la relación comercial en referencia data de una factura de fecha 26 de junio de 2009.   Ello lo puntualizo porque en

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

México las obligaciones fiscales prescriben a los 10 años. Como ha transcurrido en exceso el término al año 2023, ya no contamos con papeles de contables de trabajo y además antes los temas contables y financieros estaban registrados en una plataforma de ORACLE; hoy en día los tenemos en SAP; insistimos en que no desconocemos la operación comercial señalada en la factura por los 10´000,000 y mucho el concepto de venta de publicidad por la campaña denominada RESCATE EL TURISMO. Fundo lo anterior en el criterio administrativo siguiente:

Tiempo de resguardo de documentos contables y fiscales

Según La fracción III del artículo 28 del Código Fiscal de la Federación nos dice de qué forma podemos conservar dicha documentación contable.

III. Los registros o asientos que integran la contabilidad se llevarán en medios electrónicos conforme lo establezcan el Reglamento de este Código y las disposiciones de carácter general que emita el Servicio de Administración Tributaria. La documentación comprobatoria de dichos registros o asientos deberá estar disponible en el domicilio fiscal del contribuyente.

Los documentos que conforman nuestra contabilidad según el artículo 28 del Código Fiscal de la Federación son los siguientes:
- Libros, sistemas y registros contables.
- Papeles de trabajo.
- Estados de Cuenta.
- Libros y Registros Sociales
- Cuentas especiales.
- Control de inventarios y método de valuación.
- Discos y cintas o cualquier otro medio procesable de almacenamiento de datos.
- Equipos o sistemas electrónicos de registro fiscal y sus respectivos registros.

Lo que nos dice el artículo 30 del Código Fiscal de la Federación la documentación contable, se debe de conservar por un plazo de cinco años, estos se cuentan a partir de que se presentaron o debieron haberse presentado las declaraciones de dicho ejercicio.

Si en algún caso los efectos de algún ejercicio se prolongaron, deberemos tomar en cuenta este plazo a partir de la fecha en que se presentó el ejercicio en que se hayan completado dichos efectos, como por ejemplo la amortización de pérdidas fiscales de ejercicios anteriores esta comienza cuando termina de amortizarse dicha pérdida, otro caso es cuando hay una resolución que ponga fin al efecto de la promoción de un juicio o recurso.

El artículo 30 del Código Fiscal de la Federación nos menciona la documentación que deberemos conservar durante el tiempo que subsista la Sociedad:
- Actas constitutivas de la persona moral.
- Actas de aumento de capital, estados de cuenta que las instituciones financieras expidan para el caso en que el aumento haya sido en numerario o avalúos, también si el aumento fue en especie o con motivo de un superávit debido a la revaluación de bienes de activo fijo.

En el caso de aumentos por capitalización de reservas o dividendos, también deberemos conservar las actas de asamblea que documenten dichos actos, como también los registros contables correspondientes.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

Para el caso de aumentos por capitalización de pasivos también se deberán conservar las actas que documenten dichos actos y el documento que certifique la existencia contable del pasivo y el valor de este.

- Actas de disminución del capital y estados de cuenta que las instituciones financieras expidan y conste dicha disminución.

En el caso de las actas en las que conste la disminución de capital mediante liberación concedida a los socios, se deben conservar las actas de suscripción, de liberación y de cancelación de las acciones.

- Actas de fusión o escisión de sociedades, estados de situación financiera, estado de variaciones en el capital contable y los papeles de trabajo de la determinación de la cuenta de utilidad fiscal neta y de la cuenta de aportación de capital, correspondientes al ejercicio inmediato anterior y posterior a aquel en que se haya realizado la fusión o la escisión.
- Constancias que se emitan o reciban las personas morales al distribuir dividendos o utilidades y estados de cuenta que las instituciones financieras expidan y haga constancia a dicha situación.
- Información necesaria para determinar los ajustes a que se refieren los artículos 22 (Ganancia por enajenación de acciones) y 23 (Costo comprobada de adquisición de acciones en enajenaciones subsecuentes) de la Ley del Impuesto Sobre la Renta.
- Información y documentación necesaria para implementar acuerdos alcanzados como resultado de los procedimientos de resolución de controversias contenidos en los tratados para evitar la doble tributación.
- Declaraciones de pagos provisionales y del ejercicio, de las contribuciones federales.

El artículo 67 del Código Fiscal de la Federación nos indica que, en estos casos, el plazo para que la autoridad ejerza facultades de comprobación se extiende a diez años:

- Si no se presentó solicitud en el registro federal de contribuyentes.
- Si no lleva contabilidad o no la conserve durante el plazo que establece el Código Fiscal de la Federación.
- Si no presenta declaración del ejercicio estando obligado a ello.
- Si no presente en la declaración del impuesto sobre la renta la información que respecto al impuesto al valor agregado o impuesto especial sobre producción y servicios se solicite en dicha declaración.

También tomemos en cuenta del artículo 38 del Código de Comercio este nos menciona que se deben conservar los comprobantes originales de las operaciones del comerciante en formato impreso o en medios electrónicos por un plazo de hasta diez años.

Como vimos el tiempo de resguardo de documentos contables y fiscales varía se puede extender hasta 10 periodos fiscales, es importante tomarlo en cuenta; ya que si la autoridad nos realiza una auditoría debemos de contar con lo necesario para solventarla y llevarla a buen término.

Por todo lo anteriormente expuesto, hago constar en este acto que el suscrito Lic. Ildefonso Fernández Guevara con cédula profesional número: 2679884 (expedida por la Dirección General de Profesiones de la Secretaría de Educación Pública) en calidad de Licenciado en Derecho y como representante legal y apoderado de El Universal, Compañía Periodística Nacional, S.A. de C.V. Y del Sr. Lic. Juan Francisco Ealy Ortiz, estoy dispuesto en poner en evidencia legal todo lo aquí manifestado, en favor de la justicia y del buen nombre de mis representados, motivo por el cual si así lo decide el Tribunal ante el que se actúa reitero mi disposición para comparecer y rendir el testimonio que les sea necesario.

Compañía Periodística Nacional

**EL UNIVERSAL**

Por último y a efecto de concluir con esta etapa de alegatos, agregamos una semblanza inherente al Lic. Juan Francisco Ealy Ortiz, así como un listado de premios y reconocimientos a su persona y a EL DIARIO EL UNIVERSAL, con la finalidad de poner en evidencia que él en lo personal y la Institución que por cerca de 55 años ha dirigido son ejemplos institucionales del buen quehacer periodístico, con valores y acciones que buscan construir una mejor sociedad dentro de un caos en el que personas como el testigo en referencia  Héctor Villareal Hernández son la representación del oportunismo, de la calumnia, la ignorancia, la incongruencia e ilegalidad.

**MEDIOS QUE HACEN PRUEBA PLENA A FAVOR DE MI REPRESENTADA.**

1.      LA INSTRUMENTAL DE ACTUACIONES, consistente en todas y cada una de las actuaciones que integren el presente expediente, muy especialmente las del presente escrito donde constan las excepciones y defensas que hace valer mi representada.   Esta prueba se ofrece en todo lo que beneficie a los intereses y derechos de la parte que represento.

2.      LA DOCUMENTAL PRIVADA, consistente en:

A)      La factura de número 3084072, de fecha 26 de junio de 2009 por un pago de $10'000,000.00 (DIEZ MILLONES DE PESOS 00/100 M.N.), más el impuesto al valor agregado, expedida por El Universal, Compañía Periodística Nacional, S.A. de C.V.; expedida a favor de la Secretaría de Finanzas del Gobierno del Estado de Coahuila.



Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

*Con lo anterior se acredita que son falsos los montos que el testigo refiere mi representada recibió para que el Sr. Genaro García Luna tuviera los supuestos acercamientos al poder.

* Que mi representada recibió la cantidad de $10'000,00 (Diez millones de pesos 00/100 M.N.) por servicios publicitarios con relación a una campaña Gubernamental para fortalecer el turismo de la entidad.  En consecuencia, mi representada sólo recibe recursos y/o pagos consecuencia del ejercicio de su objeto social que, de manera enunciativa mas no limitativa, además de informar es el de prestar servicios publicitarios.


3.      LA PRESUNCIONAL LEGAL Y HUMANA, que se desprenda del razonamiento lógico-jurídico de todas y cada una de las actuaciones que se integran en este expediente, así como las que se integren con motivo del desahogo de las pruebas que ahora se ofrecen para acreditar la fundamentación legal y procedencia de las excepciones y defensas que se hicieron valer en este escrito; la presente prueba se ofrece en todo lo que beneficie a los intereses de mi representada.


Sin más por el momento reciba un cordial saludo.


**Atentamente**

**Lic. Ildefonso Fernández Guevara.**
**Apoderado Legal de "El Universal, Compañía Periodística Nacional, S.A. de C.V." y**
**del Lic. Juan Francisco Ealy Ortiz.**

**TRANSLATION**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

**-v.-**

**GENARO GARCÍA LUNA,**

**the Defendant.**

**Case No. 19 Cr. 576 (BMC)**

**Affidavit in Support of Defendant's Request for Relief Pursuant to Federal Rule of Criminal Procedure 33**

BY HAND

     **ILDEFONSO FERNANDEZ GUEVARA,** in my capacity as legal representative of *EL UNIVERSAL, COMPAÑÍA PERIODISTICA NACIONAL, S.A. DE C.V.*; as can be seen from the attached certified copy of notarial instrument number 312,257, dated March eighth two thousand twelve, executed before Tomás Lozano Molina, Esq., Civil Law Notary number Ten for the Federal District (as well as non-certified copy of official identification of the undersigned), this day, in Mexico City. Appearing likewise as legal representative for **Mr. Juan Francisco Ealy Ortiz (Executive President and Chairman of the Board of *EL UNIVERSAL*),** as can be seen from the attached certified copy of notarial instrument number 189,765, dated September twenty-sixth, two thousand seventeen, executed before Ignacio R. Morales Lechuga, Esq., Civil Law Notary number One Hundred Sixteen for Mexico City; in accordance with the foregoing, I make the following statements for your consideration:

     In addition to the foregoing and for purposes of certifying the legal capacity held by the undersigned, I also state, under penalty of perjury, that I began rendering services to my clients on August 5, 1998; for this reason, I have been in charge of the appearing parties' legal representation for over twenty-five years and, because of that, I know for a fact each and every one of the statements made herein in connection with the proceedings.

**Ildefonso Fernández Guevara, pursuant to Title 28 U.S.C. § 1746, under penalty of perjury, declares as follows:**

With respect to the witness testimony given by HÉCTOR VILLAREAL HERNÁNDEZ, appearing on the transcript or stenographic version in the criminal case in connection with defendant GENARO GARCÍA LUNA.

Considerations of Law with respect to the fallacious charges leveled at the news media represented by me, which is distributed as printed and digital medium through *Diario "EL UNIVERSAL" El Gran Diario de México,* and through the on-line platform: www.eluniversal.com.mx

**BACKGROUND:**

- My client, in an op-ed piece dated February 6, 2023, written with the contribution of journalists and associated journalists to this Publishing House, under the title of "BAJO RESERVA" [CONFIDENTIAL],  made the following known to public opinion:

> CONFIDENTIAL. *EL UNIVERSAL* HAS EVIDENCE, AS OPPOSED TO STATEMENTS, REGARDING GARCÍA LUNA
>
> Yesterday, in an official letter, the defense for former Secretary of Public Security, Genaro García Luna, asked the presiding judge to ban the testimony of a cooperating witness for the Department of Justice who would testify to alleged bribes by the former public servant to news media, including *EL UNIVERSAL*, which document was withdrawn some hours later. In this respect, this publishing house considers that testimony is only reliable and credible when supporting evidence is provided. For the time being, what does exist is documentary evidence to the effect that *El Gran Diario de México* has always provided balanced, critical coverage of García Luna's management.
> One such evidence is that, in 2011, *EL UNIVERSAL* won the National Journalism Prize in the news category, for a job denouncing the millions spent by the Ministry of Public Security, with García Luna at the helm, for producing a TV series to promote the image of the Federal Police. Now that's evidence!

- My client, in an op-ed piece dated February 7, 2023, written with the contribution of journalists and associated journalists to this Publishing House, under the title of "BAJO RESERVA" [CONFIDENTIAL], made the following known to public opinion:

**UNSUPPORTED ACCUSATIONS; WE WILL NOT BE INTIMIDATED**

Yesterday, at the trial against Genaro García Luna, former Secretary of [Public] Security, claims were made involving this publishing house in an alleged bribery payment by the former federal civil servant, which is completely false and untenable, in light of a simple review of several facts.

In his intervention as a cooperating witness for the United States Attorney's Office, the former Secretary of Finance of the government of Coahuila, Héctor Villarreal Hernández, who has pleaded guilty to the crime of money laundering, maintained that *EL UNIVERSAL* received bribes from García Luna "to clean up his image." As sole proof, he submitted the invoice for an ad campaign, which had nothing to do with the duties of the former Secretary of [Public] Security. Campaigns such as the one referred to are published in this news media every day.

It does not make sense to talk about payments "to clean up the image" when the evidence indicates that *EL UNIVERSAL* held a critical position towards the public performance of the civil servant and the agency headed by him.

For instance, in 2010, in connection with the capture of drug trafficker Édgar Valdez, this newspaper debunked the versions given by García Luna himself and officers from the then Federal Police to the effect that the capture had been the "result of a 14-month intelligence operation," when he had actually been arrested because of a fortuitous event.

A year later, in 2011, this newspaper reported about the millions spent by the Ministry headed by García Luna for a TV series. For this information, *EL UNIVERSAL* was awarded the National Journalism Prize in the news category.

Also, another proof consisted of the work by columnists and cartoonists who freely exercised criticism. García Luna was never given favorable coverage.

There is a long distance between the testimony given by the former government of Coahuila civil servant and reality. Villarreal mentioned that he first met García Luna in 2008, during a visit to the Federal Police's central facilities, known as "the bunker." However, a hemerographic search of *EL UNIVERSAL* showed that that facility was opened on November 24, 2009.

The assertions at trial are added to the smear campaign and news media attacks going on since 2018, particularly aimed against *EL UNIVERSAL*. And now the U.S. Government joins in from their United States Attorney's Office to the narrative of attacks to the press, the practice of journalism and freedom of expression, which they inconsistently presume to defend in their speeches.

It is worrisome that the target of the smear is a news media characterized by always exercising open criticism without making a distinction between parties or ideologies.

The truth, journalistic evidence and the prestige of *EL UNIVERSAL* shall prevail over statements without basis by a self-confessed criminal.

We will not be silenced, we will not be intimidated.

- The above-mentioned op-ed responses were prompted by the fallacious statements by the former Secretary of Finance of the Government of Coahuila, Héctor Villarreal Hernández, which were given and appear in the stenographic version in connection with his appearance before the Cou[rt] hearing the criminal case, which referred to the following, in general terms:

a) That Mr. Genaro García Luna needed to meet the owner of *EL UNIVERSAL* (to get close to power) and, to that end, he requested the intervention of the former Governor of the State of Coahuila, Mexico, Humberto Moreira.

b) That Genaro García Luna asked the then Governor of the State of Coahuila, Humberto Moreira, to negotiate on his behalf an agreement with----------------------------------------------------------------------------------

Mr. Ealy Ortiz, in the amount of 25 million pesos per month, to support it.

c)   That at some time (date not specified) he showed up at the offices of *EL UNIVERSAL* in the company of Sergio Montañez (without making reference to the position, office or who he represented), to deliver some money to *EL UNIVERSAL* (without indicating the name, without specifying the position or providing any proof of legal capacity), to make a cash payment. That the applicable money was in a small bag (suggesting it was possible to fit 25 million pesos in there) and, by merely taking a look at it, he was able to determine for certain the alleged amount referred to by him.

d)   That the cash delivery (allegedly 25 million pesos) was paid and endorsed by issuance of an account payable from the Ministry of Finance, Government of the State of Coahuila, issued on June 22, 2009, and yet the invoice issued by *El Universal Compañía Periodística Nacional, S.A. de C.V.*, dated June 26 of that same year, only referred to a sum of $11,500,000 (eleven million five hundred thousand pesos 00/100 NATL. CURR.) which did not match the cash sum he claimed to have delivered, and, it can be inferred from the Ministry of Finance's General Cashier's stamp itself that it pertained to an electronic check (a very different manner of payment than the one indicated by Héctor Villareal Hernández).

e)   To a direct question by the Government he mentioned that the above-mentioned resource was, firstly, in connection with an agreement between Genaro García Luna and the owner of *EL UNIVERSAL*, and he then indicated that it was actually because of a favor asked by Mr. Montañez. The statements, as referred to by Héctor Villareal Hernández himself, stemmed from his own conjectures.

f)   The witness indicated that at a party in an apartment owned by Genaro García Luna (in the Santa Fe area, in today's Mexico City), he had thanked Mr. Humberto Moreira (allegedly also present) because everything was working well (as it should be), and that was enough for him "to ensure" that the payments had been made as they should have been.


**PLEAS, DEFENSES AND CONSIDERATIONS OF LAW:**


1.   At no time were the charges leveled by Héctor Villareal Hernández against Mr. Juan Francisco Ealy Ortiz, Executive President and Chairman of the Board of the corporation by the name of *El Universal*,--------

*Compañía Periodística Nacional*, as well as against this business institution, conclusively justified. For this reason, the opinions described and mentioned in the stenographic version, already referred to by us, are lacking in validity, logic and legal arguments. It should be pointed out that not only were we surprised and aggrieved by Héctor Villareal Hernández's lies, we have also acted forthwith by exposing this through various communiqués (communiqués to which we have referred, which are part hereof), aimed at public opinion, our clients, our readers and Mexican society itself (because we are a very prestigious news media, both nationally and internationally) that we were being subjected to slander by Héctor Villareal Hernández, who obviously is only after petty interests in order to not be accountable to justice for what he is: A SELF-CONFESSED CRIMINAL.

2.     We consider that all statements by Héctor Villareal Hernández contain value judgments or opinions which certainly lack any administrative basis, least of all legal basis, as they were only intended to confuse the Court hearing the case to achieve personal gain. By reason of the foregoing and under penalty of perjury, in representation of *El Universal, Compañía Periodística Nacional, S.A. de C.V.,* and Mr. Juan Francisco Ealy Ortiz himself, we categorically deny receipt of any bribery payment at the times falsely referred to by the witness or at any other times. We insist on reserving the right to bring action with the applicable Authorities, when so decided by my clients, to file the relevant criminal and civil complaints for crimes such as making false statements, malicious prosecution, pain and suffering, and any legal issue required to continue to expose Héctor Villarreal Hernández's bad faith and unworthy procedural conduct.

3.     It must not be ignored that my client is not acting out of personal interest or interests extraneous to its corporate purpose; thus, for approximately 107 years of existence it has acted in accordance to and in strict compliance with freedom of expression and the press; in addition, the journalists involved in investigations and/or reports do so by fully adhering to the Code of Ethics implemented by this Publishing House.

In addition to all the above, it must not be overlooked that the exercise of the journalistic profession rests on the  fundamental right of freedom of expression, which is included in Section 6, Political Constitution of the United Mexican States, which establishes that all citizens have the right to freely express themselves at any time, at any place, and under any circumstance, without restriction of any kind, except for those expressly set forth in the Federal Constitution.



By reason of the foregoing and in addition to the stories referring to the facts described by *EL UNIVERSAL* in the op-ed "BAJO RESERVA," dated February 07 of the instant year, various editorial materials are hereby added hereto, published by my client between 2020 and 2023, certifying as true that the journalistic follow-up to the charges against Cit. Genaro García Luna has been reported in an objective, critical manner, without being prompted by interests of any kind. Therefore, we cannot tolerate, least of all accept, that claims be made before a high court of the United States of America intended to discredit with lies and slander a news media that is a dean and an example of professional journalistic work in the field. The following, solely by way of an example, are various articles published in the national circulation newspaper *EL UNIVERSAL*, according to which my client's editorial objectivity is shown, and even the newspaper's criticism regarding public interest news.

### 2023 EDITORIAL MATERIAL

1. *GARCÍA LUNA EL CASO QUE PONE NERVIOSOS A EU Y A MÉXICO* [GARCÍA LUNA, THE CASE MAKING THE U.S. AND MEXICO NERVOUS] / January 16, 2023 / It is anticipated that the jury to decide fate of former Security Secretary, accused of links to the *Sinaloa Cartel*, drug trafficking and making false statements, will be impaneled on the 17ᵗʰ.
2. *CHOCAN PRESIDENTE Y CORTE POR FUNCIONARIA* [CLASH BETWEEN PRESIDENT AND COURT OVER OFFICIAL] / May 20, 2023 / President accused minister Norma Pina of hiring former civil servant linked to García Luna and of signing contracts currently under investigation.
3. *"GARCÍALUNIZAR" LA POLITICA MÉXICANA* [THE "GARCILUNIZATION" OF MEXICAN POLITICS] / February 22, 2023 / It is to be expected that AMLO will try to "garcíalunize" Mexican politics: from Sunday's march to the presidential succession.
4. *EN SEPTIEMBRE, SENTENCIA DE GARCÍA LUNA* [GARCÍA LUNA'S SENTENCE IN SEPTEMBER] / April 04, 2023 / Defense moved for more time as it claimed to have new evidence.
5. *GARCÍA LUNA ESTABA EN NÓMICA [SIC]: CONTADOR* [GARCÍA LUNA WAS ON PAYROLL: ACCOUNTANT] / February 01, 2023 / Witness claimed former Secretary received payment under the nicknames of *El Tartamudo* or *El Metralleta*.
6. *GARCÍA LUNA RECIBIÓ 5 MDD, EN DOS VECES QUE LO VI: ZAMBADA* [ZAMBADA: GARCÍA LUNA RECEIVED U.S. $5 MILL TWICE THAT I SAW IT/HIM] / February 14, 2023 / []"El Rey["] mentioned cocaine shipments on planes, trains and submarines, aided and abetted by policemen, under former Secretary's supervision.
7. *NIEGAN PETICIÓN DE LIMITAR PREGUNTAS A GENRAIO GARCÍA LUNA* [MOTION TO LIMIT QUESTIONS TO GENRAIO [*SIC*] GARCÍA LUNA DENIED]/ February 11, 2023 / Despite defense motion, if former official testifies, he could open the door for the Government to question him about his enrichment subsequent to 2012.
   *INDAGAN CONTRATOS CON PROCURADURÍA* [INQUIRY INTO CONTRACTS WITH ATTORNEY GENERAL'S OFFICE] / Five payment orders from agency to company linked to former Security Secretary Sheinbaum.
8. *PRESENTAN HOY ARGUMENTOS EN CASO GARCÍA LUNA* [OPENING STATEMENTS IN THE GARCÍA LUNA CASE TO BE HEARD TODAY] / January 23, 2023 / U.S. trial expected to last two months.
9. *VEREDICTO DE GARCÍA LUNA, EN SUSPENSO HASTA EL MARTES* [GARCÍA LUNA'S VERDICT ON HOLD UNTIL TUESDAY] / February 18, 2023 / Unable to reach an agreement, jury will meet next week to review testimony transcripts, as well as version of an alleged kidnapping.
10. *ZAMBADA, TESTIGO CONTRA GARCÍA LUNA* [ZAMBADA, WITNESS AGAINST GARCÍA LUNA] / February 13, 2023 / []"El Rey["] is the U.S. Government's star witness; he maintains he bribed the former Secretary at least twice.

### 2022 EDITORIAL MATERIAL

1. *GARCÍA LUNA, ACUSADO DE AMENAZAR A PERIODISTAS* [GARCÍA LUNA, ACCUSED OF THREATENING JOURNALISTS] / June 17, 2022 / Former official bribed media in order to not be damaging to him; he also allowed the shipment of drugs to that country, U.S. court charged.
2. *NIEGAN RETIRAR CARGOS POR NARCO A GARCÍA LUNA* [WITHDRAWAL OF CHARGES AGAINST GARCÍA LUNA DENIED] / November 06, 2022 /
3. *PIDEN QUE JURADO DE GARCÍA LUNA NO SEA ANÓNIMO* [REQUEST THAT GARCÍA LUNA'S JURY NOT BE ANONYMOUS] / May 01, 2022 / Lawyer: it would give the impression he is guilty and it does not guarantee a fair trial

4.
### 2021 EDITORIAL MATERIAL

1. *¿QUÉ SE VIENE EN EL CASO CÁRDENAS PALOMINO?* [WHAT IS TO BE EXPECTED IN THE CÁRDENAS PALOMINO CASE?]/ July 09, 2021 / Will the Mexican justice system be disqualified to investigate him for these crimes in his country? Is it expected that the U.S. will do so?
2. *APLAZAN AUDIENCIA DE GARCÍA LUNA PARA ABRIL* [GARCÍA LUNA'S HEARING ADJOURNED UNTIL APRIL] / February 15, 2021 / Judge granted motion by U.S. Government and former Secretary's defense; it was argued that pandemic delayed the information gathering process and interviewing of witnesses.
3. *APLACAN [SIC] AUDIENCIA DE GARCÍA LUNA* [GARCÍA LUNA'S HEARING PLACATED / April 16, 2021 / It will take place on June 23, according to the District Court for the Eastern District, Brooklyn, New York.

4.  *NO SALIÓ [SIC] EN AUTO DE LUJO, COMO ACOSTUMBRABA* [HE DID NOT DRIVE OFF IN A LUXURY CAR, AS IS HIS WONT] / July 06, 2021 / Luis Cárdenas Palomino, former commander of the now defunct Federal Police, was apprehended at his home by members of the Navy; he is charged with torture in connection with the case of *Los Zodiaco* kidnappers gang.

5.  *CÁRDENAS PALOMINO CALLA ANTE EL JUEZ* [CÁRDENAS PALOMINO REMAINED SILENT BEFORE JUDGE] / July 07, 2021 / He reserved his right to testify at hearing; arrest warrant issued against Pequeño García.

6.  *AMLO: HISTORIA OCULTA DE LOS PEANES [SIC] PRIVATIZADOS* [AMLO: THE HIDDEN STORY OF PRIVA[TI]ZED JAILS] / May 09, 2021 / Official letters ordering that charges against a score of former associates of Genaro García Luna be filed.

7.  *FERNANDA FAMILIAR Y EL CASO GARCÍA LUNA* [FERNANDA FAMILIAR AND THE GARCÍA LUNA CASE] / April 30, 2021 / The existence of this alleged promissory note is very convenient for García Luna.

8.  *GARCÍA LUNA Y LOS 32 EMPRESARIOS* [GARCÍA LUNA AND THE 32 BUSINESSMEN] / March 23, 2021 / The Attorney General's Office pushed for a case against García Luna and already got a second arrest warrant. The case against the businessmen has not met with the same push.

9.  *INVESTIFA [SIC] LA 4T A CALDERÓN... CON AYUDA DEL INE* [CALDERÓN INVESTIGATED BY 4T... WITH INE'S HELP] / August 26, 2021 / To date, the case against Calderón has greater judicial weight than the case against Anaya.

10. *INVESTIGAN A CALDERÓN POR DAÑO AL ERARIO* [CALDERÓN UNDER INVESTIGATION FOR DAMAGE TO TREASURY] / April 23, 2021 / Investigated by Attorney General's Office for awarding contracts for 300 million pesos for management of jails.

11. QUITA EU DE LISTA NEGRA A HERMANO DE *EL MAYO* [U.S. REMOVED *EL MAYO'S* BROTHER FROM BLACK LIST] / May 13, 2021 / Bank accounts of *Jesús -El Rey- Zambada* unblocked; he was a key witness at the trials against *El Chapo Guzmán* and Genaro *García Luna.*

12. *UIF VA POR RECUPERAR LO LAVADO POR GARCÍA LUNA* [UIF GOES AFTER RECOVERY OF ASSETS LAUNDERED BY GARCÍA LUNA ] / September 22, 2021 /

4.- Each and every one of the statements given by Héctor Villareal Hernández when testifying in the case against Cit. Genaro García Luna are denied, by reason that each and every one of the charges leveled against Mr. Juan Francisco Ealy Ortiz, as well as against the company *El Universal, Compañía Periodística Nacional*, in addition to being false, lacking in logic and legal validity, are clearly inconsistent, since he did not clearly and accurately referred to circumstances of time, manner and place, and thus, the only intention of his statements was to achieve personal gain in an attempt to slander and discredit the company and the Executive President and Chairman of the Board of the company represented by me. By reason of the foregoing, this counsel reserves the right to pursue civil or criminal action, either present or future, against whoever turns out to be responsible for the statements given and the malicious, illegal use made thereof. The implausible claims in and of themselves being exposed are:

- **That Mr. Genaro García Luna needed to get close to power and, to do so, he asked a Governor for his intervention in order to meet Mr. Juan Francisco Ealy Ortiz.** Under such illogical argument, we assume that actually the executive, legislative and judicial branches, the three branches enshrined in the Constitution of the United Mexican States, were approached by them. It is bluntly and categorically denied that Mr. Juan Francisco Ealy Ortiz has negotiated any payment to act in a way conducive to writing or drafting stories supportive of or favorable to Mr. García Luna; so much so, that the follow-up and news coverage on--------------------------------------------------------------------------



the subject at hand has always been objective and critical of the performance of the then public servant. Further still, we refer to the fact that Mr. Ealy Ortiz has known Mr. Genaro García Luna long before 2008, and no fraudulent conducted has ever existed between them.

- **That the agreement involved delivery of the sum of $25 million pesos to this news media.** On the basis hereof and for purposes of objecting to such reckless statement, we let it be known that we are able to produce the financial statements of *EL UNIVERSAL Compañía Periodística Nacional, S.A. de C.V.*, as well as the working papers making up such financial document. The statements given by Héctor Villareal Hernández must be dismissed as false with this and compelling evidence.

- **Reference has continuously been made to the name of Sergio Montañez**, without defining or certifying his position and least of all the powers of the above-referenced individual to act in representation of the Governor's Office of the State of Coahuila.

- **It was inconsistent to refer, on the one hand, that the resource was to get close to power and, on the other hand, that delivery thereof was because a favor was being done for Mr. Sergio Montañez.** It is evident, then, the falsehood told by the witness and, certainly, the crimes committed by him must be prosecuted by the judicial authorities in Mexico and the United States of America.

- **That, at a party held at a luxury building located in a housing development in Santa Fe, Mexico City, a Governor (from Coahuila) and a Secretary of State (for Security) were discussing their businesses and mentioning everything was going well for them.** Aside from the vague and imprecise circumstances relating to manner and place, it is evident from the fact referred to at this point – it is inconceivable that this should serve as a basis to assume that the payments falsely claimed to have been received by *EL UNIVERSAL*… were running smoothly, then. It is emphasized that Governor Moreira Valdez never sought or called Mr. Juan Francisco Ealy Ortiz or anyone representing this Publishing Group to hear about indecorous or unworthy proposals that might be intended to corrupt this prestigious news media.

- **The bad faith and procedural conduct of witness HÉCTOR VILLAREAL HERNÁNDEZ is noted for the record, as his ignorance even bordered on the absurd, by NOT----------------**

**knowing my client's proper and full name, which is: *El Universal, Compañía Periodística Nacional, S.A. de C.V.* (as evidenced by the stenographic version of his testimony)[.]** It is evident, then, the falsehood told by HÉCTOR VILLAREAL HERNÁNDEZ when stating that "*El Universal Empresa Nacional de Periodistas S.A. de C.V.*["] was the company that issued the invoice; the fact is that it seems unbelievable for a public civil servant with very high administrative powers in that Government of Coahuila (as was the witness) to err on even being uneducated and forgetful while intending to mislead this court's sound judgment by invoking names and false companies, in addition to inconsistent statements, amounts, circumstances, individuals involved, etc., and then to obtain personal gain. The conduct of the above-mentioned witness is classified under criminal law, and such acts or behavioral manifestations are known in the United Mexican States as: Crimes of PERJURY AND MALICIOUS PROSECUTION.

**CONCLUSION:**

Witness HÉCTOR VILLAREAL HERNÁNDEZ purported to justify all his lies by producing invoice number 3084072, dated June 26, 2009, for a payment of $10,000,000.00 (TEN MILLION PESOS 00/100 NATL. CURR.), plus value-added tax, issued by *El Universal, Compañía Periodística Nacional, S.A. de C.V.*; in so doing, he purported to connect a payment, which was clearly legal and resulted from my client's rendering advertising services to its client: the Ministry of Finance of the Government of the State of Coahuila (Secretaría de Finanzas del Gobierno del Estado de Coahuila).

The above-mentioned invoice resulted from advertising services for an ad campaign in connection with a Campaign for the Recovery of Tourism in 2009. To that end, my client included a supplement in the printed copies of *EL UNIVERSAL* Newspaper.

The above-mentioned invoice, in addition to being an official document of a tax nature, referred to a payment made as a result of a commercial relationship which is perfectly legal and which, in fact, my client holds with various public agencies at the federal, state, municipal levels, etc.; in addition, the witness did not make-------------------------------------

reference to any other invoice (notwithstanding the position or job category held by him at the Ministry of Finance), because all monthly payments indicated as an alleged crime by my client were fabricated and, accordingly, were clearly false. On this point, we apply to that Honorable Court to certify the foregoing, by requesting from the Government of the State of Coahuila the agreements and invoices between that entity and my client for 2009. Thus, it will be established that there were never miscellaneous payments to my client's Advertising Department, not to mention in the amounts falsely indicated by him.

Notwithstanding the statement in the preceding paragraph, we bring the following to your attention: in years past, some government agencies would take out advertising with a mere insertion order, work order or by means of an account payable (as in the matter at hand involving the drafting of this petition). Nowadays, private and public entities are subject to more exhaustive audits, pursuant to new provisions against money laundering and illicit practices and, in addition to that, the execution of an agreement is now required. On the subject at hand, the referenced commercial relationship dates back to an invoice dated June 26, 2009. I point this out because the statute of limitations on tax obligations runs out after ten years. As of 2023, the time period has elapsed beyond the term, and we no longer have accounting work records; furthermore, formerly, accounting and financial matters used to be recorded in an ORACLE platform; we currently have them on SAP; we emphasize that we are not unaware of the above-mentioned commercial operation indicated on the invoice for the 10,000,000 and that the reason thereof was for the sale of advertising in connection with the campaign FOR THE RECOVERY OF TOURISM. I base the foregoing on the following administrative standard:

Time period for keeping accounting and tax documents

Section 28, subsection III, Tax Code for the Federation, establishes how that accounting documentation can be kept by us.

III. Records or entries making up the accounting shall be kept electronically, as established by the rules of this Code and the general provisions issued by the Tax Administration Office. The documentation in support of such records or entries shall be available at the taxpayer's tax domicile.

The following are the documents making up our accounting, pursuant to Section 28, Tax Code for the Federation:

:

- Accounting ledgers, systems and records
- Working papers
- Statements of account
- Corporate ledgers and records
- Special accounts
- Inventory control and valuation method
- Discs and tapes or any other data storage processing medium
- Electronic tax recording equipment or systems and their applicable records

What Section 30, Tax Code for the Federation, tells us regarding the accounting documentation is that it must be kept for a period of five years, as of the date the tax returns were submitted or should have been submitted for that fiscal year.

If, in some instance, the effects of any fiscal year extended over time, we must take this time period into account as of the time when those effects came to an end, beginning on the date of the filing for the fiscal year; for instance, the depreciation of tax losses for fiscal years prior to this one begins when such loss has fully been depreciated; another case is when there is a judgment in place ending the filing of a lawsuit or an appeal.

Section 30, Tax Code for the Federation, tells us the documentation that shall be kept by us during the time the Corporation exists:

• The corporation's Articles of Incorporation
• Minutes relating to capital increase, statements of accounts issued by financial institutions in the event the increase was in cash or by appraisal, also if the increase was in kind or because of a surplus due to the revaluation of fixed assets.

In the event the increases are due to the capitalization of reserves or dividends, we must also keep the minutes of the meetings documenting such actions, as well as the applicable accounting records.

In the event of increases due to the capitalization of liabilities, the records documenting such actions must be kept, as well as the document certifying the accounting existence of the liability and the value thereof.
• Minutes relating to capital decrease and bank statements issued by financial institutions certifying such decrease.

In the event of minutes certifying the capital decrease by release granted to the partners, the minutes relating to the underwriting, release and cancellation of stock must be kept.
• Minutes relating to corporate merger or spin-off, financial statements, statement of changes in stockholders' equity, and the working papers for determining the net earnings and the capital contributions account corresponding to the fiscal year immediately preceding and subsequent to the one during which the merger or spin-off took place.
• Certificates issued or received by corporations upon the distribution of dividends or profits, and statements of accounts issued by financial institutions certifying such state of affairs.
• Required information to determine the adjustments referred to in Sections 22 (Profit due to the sale of stock) and 23 (Verified cost of stock purchase in subsequent sales) of the Income Tax Act.
• Required information and documentation to implement the agreements reached as a result of dispute settlement agreements included in the treaties to avoid double taxation.
• Statements relating to provisional payments, fiscal year, and federal contributions.

Section 67, Tax Code for the Federation, indicates that, in these cases, the time period for the authority to perform an audit can be up to ten years:
• If no application was filed with the Federal Taxpayers' Registry.
• If no accounting is kept or if records are not kept for the time period established by the Tax Code for the Federation.
• If no tax return is filed for the tax year, while having the duty to do so.
• If the income tax return fails to indicate the information pertaining to the value-added tax or the special tax on manufacturing and services required in that return.

We should also take into account Section 38, Commercial Code, which indicates that the original vouchers of the trader's transactions must be kept in printed format or electronically for a period of up to ten years.

As can be seen, the time period to keep accounting and tax documents varies, and it can extend for up to ten tax periods; it is important to take this into account, because if audited by the authority we must have the required records to successfully resolve it.

For all the foregoing reasons, I note for the record at this proceeding that the undersigned, Ildefonso Fernández Guevara, Esq., bearer of professional license number 2679884 (issued by the *Dirección General de Profesiones* (General Bureau of Professions), Ministry of Public Education), as holder of a Law degree, and as legal representative and attorney-in-fact for *El Universal, Compañía Periodística Nacional, S.A. de C.V.* and Mr. Juan Francisco Ealy Ortiz, is willing to legally demonstrate everything stated herein, in favor of justice and my clients' good name; for this reason, if so decided by the acting Court, I reiterate my willingness to appear and provide the testimony that you may require.

Finally, and for purposes of concluding this phase of raising arguments, we add a biographical sketch pertaining to Mr. Juan Francisco Ealy Ortiz,----
--------------------------------------------------------------------------------

as well as a list of awards and accolades personally received by him and *EL DIARIO EL UNIVERSAL*, in order to demonstrate that both he, in a personal capacity, and the Institution led by him for nearly 55 years are institutional examples of good journalistic activity, with values and actions seeking to build a better society within the chaos wherein individuals like the above-mentioned witness, Héctor Villareal Hernández, represent opportunism, slander, ignorance, inconsistency and illegality.

**FULL PROOF IN FAVOR OF MY CLIENT**

1.      DOCUMENTARY PROCEEDINGS, consisting of each and every one of the proceedings making up this case, most particularly the ones relating hereto, which note for the record the pleas and defenses raised by my client. This proof is submitted in connection with whatever benefits the interests and rights of the party represented by me.

2.      PRIVATE DOCUMENTARY EVIDENCE, consisting of:

   A)      Invoice number 3084072,  dated June 26, 2009, for a payment of $10,000,000.00  (TEN MILLION PESOS 00/100 NATL. CURR.), plus value-added tax,  issued by *El Universal, Compañía Periodística Nacional, S.A. de C.V.*; issued in favor of the Ministry of Finance for the Government of the State of Coahuila (*Secretaría de Finanzas del Gobierno del Estado de Coahuila*).

\*The above demonstrates that the amounts mentioned by the witness that my client received, in order for Mr. Genaro García Luna to allegedly get close to power, are false.

\* That my client received the sum of $10,000,00 (Ten million pesos 00/100 NATL. CURR.) for advertising services in connection with a government campaign to strengthen the entity's tourism. Therefore, my client only receives resources and/or payments resulting from the discharge of its corporate purpose including, but not limited to, providing advertising services, in addition to reporting services.

3.      THE LEGAL AND FACTUAL PRESUMPTIONS stemming from the logical-legal reasoning of each and every one of the proceedings included in this case, as well as the ones included on the occasion of the evidence currently given to demonstrate----------------------------------------------------------------



the legal grounds and origin of the pleas and defenses raised herein;  this evidence is offered to the extent it favors my client's interests.

I remain,

**Yours very truly,**

**Ildefonso Fernández Guevara, Esq.**
**Legal Representative of "*El Universal, Compañía Periodística Nacional, S.A. de C.V.*," and Mr. Juan Francisco Ealy Ortiz**



--YO, **LICENCIADA MARIA GUADALUPE PEREZ PALOMINO**, Notario Público número Noventa y Uno, del Estado de México, con residencia en Nicolás Romero.------------------------------------------------------------------------------

------------------------------- C E R T I F I C O -------------------------------

- Que la presente fotocopia consta de **UNA** foja útil  la cual concuerda fielmente con su original que tuve a la vista, con el que Cotejé en términos del asiento número **DIECINUEVE  MIL SEISCIENTOS OCHENTA Y SEIS,** del Libro de Cotejos número **NUEVE,** de fecha **veinticuatro** de **julio** del año **dos mil dieciocho,** otorgado ante mi fe, de conformidad con lo dispuesto por el artículo ciento diecisiete de la Ley del Notariado del Estado de México en vigor.- DOY FE.------------------------------------------------------------------------



**LIC. MARÍA GUADALUPE PÉREZ PALOMINO**

MGPP/DJZG/emr

## **TRANSLATION**

I.D. 2679884
DUPLICATE

SEP

Affixed Mexican
coat of arms

BAR CODE

Mexico, D.F., February 12, 2014

AFFIXED PHOTOGRAPH

s/Affixed Signature
SIGNATURE OF HOLDER

AFFIXED CIRCULAR STAMP READS:
MARIA GUADALUPE PEREZ
PALOMINO, ESQ.
CIVIL LAW NOTARY No. 91
NICOLAS ROMERO
STATE OF MEX.
AFFIXED COAT OF ARMS OF MEXICO
– UNITED MEXICAN STATES

MINISTRY OF PUBLIC EDUCATION
(SEP, per its Spanish acronym)
  GENERAL BUREAU OF PROFESSIONS

I.D. 2679884
WHEREAS

ILDEFONSO
FERNANDEZ
GUEVARA

Unique Population
Registry Key (CURP, per its Spanish
acronym) FEGI690624HDFRVL05
HAS COMPLIED WITH THE
REQUIREMENTS OF SECT. 5,
CONSTITUTIONAL REGULATORY
ACT, RELATING TO THE EXERCISE
OF PROFESSIONS IN THE FEDERAL
DISTRICT AND THE RULES AND
REGULATIONS THEREOF, IS
ISSUED THE
    **PERSONAL IDENTIFICATION
    FOR HIGHER EDUCATION**
AS PROOF OF CERTIFICATION OR
LICENSE TO PROFESSIONALLY
WORK AT THE LEVEL OF
    **BACHELOR OF LAW/LL.B.**

s/Affixed Signature
JAIME HUGO TALANCÓN ESCOBEDO
GENERAL DIRECTOR OF PROFESSIONS

–I, **MARIA GUADALUPE PEREZ PALOMINO, ESQ.,** Civil Law Notary number Ninety-One, for the State of Mexico, domiciled at Nicolás Romero,-------------------------------------------------------------------
-------------------------------------------------CERTIFY-----------------------------------------------------------
– That this photocopy consists of ONE valid sheet which is a true copy of its original, which I had before me, against which it was properly compared for entry number **NINETEEN THOUSAND SIX HUNDRED EIGHTY-SIX,** in the Record of Certified Copies number **NINE,** dated July twenty-fourth, two thousand eight, executed before me, pursuant to the provisions of section one hundred seventeen of the Law on Notarial Acts in effect for the state of Mexico. OFFICIALLY ATTESTED BY THE UNDERSIGNED.-------------------------------------------------------------------------------------

s/(Affixed Signature)
MARIA GUADALUPE PÉREZ PALOMINO,
ESQ.

MGPPD/DJZG/emr

AFFIXED CIRCULAR STAMP READS:
MARIA GUADALUPE PEREZ PALOMINO, ESQ.
CIVIL LAW NOTARY No. 91
NICOLAS ROMERO
STATE OF MEX.
AFFIXED COAT OF ARMS OF MEXICO – UNITED
MEXICAN STATES

AFFIXED ILLLEGIBLE YELLOW AND
BROWN STAMP

Compañía Periodística Nacional

**EL UNIVERSAL**

**SEMBLANZA DE:**
**LIC. JUAN FRANCISCO EALY ORTIZ**
**PRESIDENTE EJECUTIVO Y DEL CONSEJO DE ADMINISTRACION DE EL UNIVERSAL**

Juan Francisco Ealy Ortiz, oriundo de Torreón, Coahuila, México. Es licenciado en Economía por la Universidad Nacional Autónoma de México. En 1997 recibe el Doctorado Honoris Causa por la Universidad Tri State de Indiana.

En 1961 se une a EL UNIVERSAL, fundado en 1916, ocupando diversos cargos ejecutivos. Desde 1969 es Presidente de EL UNIVERSAL, Compañía Periodística Nacional, conformada también por EL GRAFICO, fundado en 1922, SUN Servicio Universal de Noticias, principal agencia privada de noticias del país, así como de EL UNIVERSAL ON LINE, el sitio periodístico líder en Internet.

En febrero de 2001 organiza un seminario internacional sobre la Ley de Transparencia y Libre Acceso a la Información Pública, al que convoca a medios informativos, a la comunidad académica y ONG's que apoyaron esta iniciativa. En abril de 2012, la ley fue aprobada por unanimidad en el Congreso de México.

En 2003 presidió el Consejo de Participación Ciudadana instaurado por la Procuraduría General de la República y fue Presidente del Patronato del Instituto Nacional de Salud Pública.

En 2004 funda la beca Taller Jack F. Ealy de Periodismo Científico en el Instituto de la Américas de la Universidad de California. A la fecha el taller cuenta, además de dicha sede, con ediciones en México y en la Universidad de Oviedo.

Presidió la Fundación Ealy Ortiz, A.C. promotora de becas de estudio para periodistas.

Es patrono fundador de Fundación TELETON, organización dedicada a la creación de centros de rehabilitación para menores con capacidades diferentes. Es integrante del Consejo Directivo de Fundación UNAM.

Ha participado en diversas ONG's y recibido numerosos reconocimientos que le han otorgado distinguidas instituciones por su labor al frente de EL UNIVERSAL.

Fue Presidente de la Comisión de Impunidad de la Sociedad Interamericana de Prensa; como tal fue invitado a participar en el foro convocado por la ONU – UNESCO en Nueva York en el Día Internacional de Prensa en mayo de 2007. Pertenece a la Junta de Directores de la World Association of Newspapers y fue



**Compañía Periodística Nacional**

**EL UNIVERSAL**

Presidente del Grupo de Diarios América, organismo que agrupa a los principales diarios de América Latina.

En el mes de febrero de 2008 el licenciado Ealy Ortiz fue distinguido por el gobierno de su estado natal al imponerle su nombre al Colegio de Bachilleres; y el gobierno de Líbano lo condecoró con la Orden del Cedro Nacional en Grado de Comandante.

En octubre de 2008, formo parte del Patronato Internacional de la Fundación Amigos del Museo del Prado.

El 5 de octubre de 2009, en España, la Asociación Iberoamericana de la Comunicación (ASICOM) y la Universidad de Oviedo le ofrecen un homenaje y le entregan el Premio a la Trayectoria Profesional por su labor al frente de EL UNIVERSAL.

En noviembre de 2012 fue reconocido por el Gobierno de la Ciudad de México como Ciudadano Distinguido.  El pasado 12 de febrero la LXII Legislatura de la Cámara de Diputados le otorgó un reconocimiento por su trayectoria periodística de casi 44 años y su contribución a la democracia.

El 6 de octubre de 2016 la LXIII Legislatura de la H. Cámara de Diputados le otorga un reconocimiento por el 100 Aniversario de EL UNIVERSAL.

Desde 2017 es miembro del Consejo Consultivo de la Academia Mexicana de la Comunicación y Académico de Número.

El 14 de agosto de 2019 el pleno de la Comisión Permanente del Senado de la República reconoció su trayectoria de 50 años al frente de los Universales.

En diciembre de 2019 la World Future Society Capitulo Mexicano A.C. le reconoce como líder de opinión en sus 50 años dirigiendo a El Universal Compañía Periodística Nacional, S.A. de C.V.

El 5 de septiembre de 2022 el Congreso del Estado de Durango le otorga la *Medalla Francisco Zarco* como reconocimiento a su trayectoria en el ejercicio de la Libertad de Expresión.

El 2 de junio de 2023 el Lic. Juan Francisco Ealy Ortiz fue distinguido con la *Medalla Gustavo Carvajal Moreno "Mensajero de la Paz"* otorgada por la Conferencia Permanente de Partidos Políticos de América Latina y el Caribe COPPPAL.



Compañía Periodística Nacional

**EL UNIVERSAL**

**Algunos de los reconocimientos al lic. Juan Francisco Ealy, Presidente Ejecutivo y del Consejo de Administración de El UNIVERSAL del 2000 al 2023**

**2003**

- Ingresó a la Legión de Honor Nacional de México, en una ceremonia solemne en el Palacio de Minería, luego de presentar su tesis "Un Nuevo Periodismo para un Nuevo México.
- Fue nombrado presidente del Consejo de Participación Ciudadana de la PGR para el periodo 2003-2004.

**2004**

- Ocupó el cargo de vicepresidente para México de la Comisión de Libertad de Expresión e Información de la SIP.

**2014**

- El alcalde de la ciudad de San Diego, Kevin Faulconer, proclamó al 9 de junio de 2014 como el "Día de Juan Francisco Ealy Ortiz", en reconocimiento a su trayectoria profesional, por su apoyo a la educación en Iberoamérica y por sus aportes en favor de la comunidad de dicha comunidad californiana.

**2016**

- Recibe un reconocimiento de parte de la 63 Legislatura de la Cámara de Diputados por los primeros 100 años de vida de El Gran Diario de México.
- Recibe el reconocimiento de la ALDF por los 100 años de EL UNIVERSAL.
- La Universidad de Oviedo le otorga la medalla de honor y el reconocimiento de la ASICOM con motivo del centenario de EL UNIVERSAL y de sus 47 años al frente de El Gran Diario de México. Los premios ASICOM reconocen a mujeres, hombres e instituciones que han realizado "méritos extraordinarios en favor de la sociedad iberoamericana".
- Es nombrado Miembro Honorario de la Asociación Mexicana de Urbanistas, el Presidente Ejecutivo y del Consejo de Administración de EL UNIVERSAL

- Recibe el Honoris causa por parte de la Universidad Autónoma del Estado de México, UAEM, por su defensa de la libertad de expresión.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

**2017**

- La 67 Legislatura de Durango otorgó al Licenciado Juan Francisco Ealy Ortiz la **Medalla Francisco Zarco** en reconocimiento a su ejercicio de la libertad de expresión y el derecho a la información a favor de la sociedad.
- **Grupo Sexenio Comunicación** otorgó un reconocimiento en la categoría de **100 Años de Periodismo** al licenciado Juan Francisco Ealy Ortiz.

**2019**

- El **Grupo de Diarios América** reconoció la labor del **Licenciado Juan Francisco Ealy Ortiz**, Presidente Ejecutivo y del Consejo de Administración de EL UNIVERSAL, por cumplir **50 años de labor** al frente de El Gran Diario de México.
- Recibió un reconocimiento por parte de la presidenta de la **Sociedad Interamericana de Prensa (SIP)**, María Elvira Domínguez, por sus 50 años al frente de El Gran Diario de México.
- Más de 90 integrantes del grupo Mujeres en Apoyo al Estudio del Periodismo y la Comunicación (Maepec) le otorgaron un reconocimiento por sus 50 años al frente de EL UNIVERSAL.

**2020**

- Reconocimiento de la World Future Society (WFS), Capítulo Mexicano, al Licenciado Juan Francisco Ealy Ortiz por su contribución al futuro de México.

**2021**

- EL UNIVERSAL fue reconocido con el **Premio Nacional de Comunicación José Pagés Llergo 2021**, en el rubro de Medio Nacional. La Fundación José Pagés Llergo reconoció en especial al Licenciado Juan Francisco Ealy Ortiz, "por su permanente defensa de la libertad de expresión".

**2023**

- Reconocimiento por parte del **Senado de la República** por su incansable labor en el periodismo mexicano.
- La **Sociedad de Autores y Compositores de México (SACM)** reconoce la trayectoria del licenciado Ealy Ortiz al frente de LOS UNIVERSALES.
- Se le entrega la **presea Gustavo Carvajal Moreno de la Conferencia Permanente de Partidos Políticos de América Latina (COPPPAL)** por dejar una huella profunda en el periodismo y la sociedad mexicana.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

## Compañía Periodística Nacional

**EL UNIVERSAL**

### SEMBLANCE OF:
### LIC. JUAN FRANCISCO EALY ORTIZ
### EXECUTIVE PRESIDENT AND OF THE BOARD OF DIRECTORS OF EL UNIVERSAL

Juan Francisco Ealy Ortiz, native of Torreon, Coahuila, Mexico. He has a degree in Economics from the National Autonomous University of Mexico. In 1997 he received an Honorary Doctorate from Indiana Tri State University.

In 1961 he joined EL UNIVERSAL, founded in 1916, holding various executive positions. Since 1969 he has been President of EL UNIVERSAL, the National Journalistic Company, also made up of EL GRAFICO, founded in 1922, SUN Universal News Service, the country's main private news agency, as well as EL UNIVERSAL ON LINE, the leading journalistic site on the Internet. .

In February 2001, it organized an international seminar on the Law of Transparency and Free Access to Public Information, which brought together the media, the academic community and NGOs that supported this initiative. In April 2012, the law was unanimously approved in the Mexican Congress.

In 2003, he chaired the Citizen Participation Council established by the Attorney General's Office and was President of the Board of Trustees of the National Institute of Public Health.

In 2004 he founded the Jack F. Ealy Workshop on Scientific Journalism scholarship at the Institute of the Americas at the University of California. To date, the workshop has, in addition to said headquarters, editions in Mexico and at the University of Oviedo.

He presided over the Ealy Ortiz Foundation, AC. promoter of study scholarships for journalists.

He is a founding trustee of Fundación TELETON, an organization dedicated to the creation of rehabilitation centers for children with disabilities. He is a member of the Board of Directors of the UNAM Foundation.

He has participated in various NGOs and received numerous recognitions from distinguished institutions for his work at the head of EL UNIVERSAL.

He was President of the Impunity Commission of the Inter-American Press Association; As such he was invited to participate in the forum convened by the UN
UNESCO in New York at the International Press in May 2007 He belongs to the Day Board of Directors of the World Association of Newspapers and was.



Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

President of the American Newspaper Group, an organization that brings together the main newspapers in Latin America.

In February 2008, Mr. Ealy Ortiz was honored by the government of his native state by imposing his name on the Colegio de Bachilleres; and the government de Ubano awarded him the Order of the National Cedar in the Rank of Commander.

In October 2008, he joined the International Board of Trustees of the Friends Foundation from the Prado Museum.

On October 5, 2009, in Spain, the Latin American Association of the Communication (ASICOM) and the University of Oviedo offered him a tribute and they presented the Professional Career Award for his work at the head of EL UNIVERSAL.

In November 2012 he was recognized by the Government of Mexico City as a Distinguished Citizen. On February 12, the LXII Legislature of the Chamber of Deputies granted him recognition for his journalistic career of almost 44 years and his contribution to democracy.

On October 6, 2016, the LXIII Legislature of the Chamber of Deputies grants him recognition for the 100th Anniversary of EL UNIVERSAL.

Since 2017 he has been a member of the Advisory Council of the Mexican Academy of Communication and Numerous Academic.

On August 14, 2019, the plenary session of the Permanent Commission of the Senate of the Republic recognized his 50-year career at the head of the Universals.

In December 2019 the World Future Society Mexican Chapter AC. recognize him as an opinion leader in his 50 years directing El Universal Compaifa Periodistica Nacional, S.A. of C.V.

On September 5, 2022, the Durango State Congress awards the Francisco Zarco Medal in recognition of his career in the exercise of Freedom of Expression.

On June 2, 2023, Lie. Juan Francisco Ealy Ortiz was awarded the Gustavo Carvajal Moreno Medal "Messenger of Peace" awarded by the Permanent Conference of Political Parties of Latin America and the Caribbean COPPPAL.



Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx



Compañía Periodística Nacional

**EL UNIVERSAL**

**Some of the recognitions at lic. Juan Francisco Ealy, Executive President and of the Board of Directors of El UNIVERSAL from 2000 to 2023**

**2003**

- He joined the National Legion of Honor of Mexico, in a solemn ceremony at the Minerfa Palace, after presenting his thesis "A New Journalism for a New Mexico."
- He was appointed president of the Citizen Participation Council of the PGR for the period 2003-2004.

**2004**

- He held the position of vice president for Mexico of the Committee on Freedom of Expression and Information of the SIP..

**2014**

- The mayor of the city of San Diego, Kevin Faulconer, proclaimed June 9, 2014 as "Juan Francisco Ealy Ortiz Day", in recognition of his professional career, for his support of education in Latin America and for his contributions in favor of the community of said Californian community.

**2016**

- Receives recognition from the 63rd Legislature of the Chamber of Deputies for the first 100 years of life of El Gran Diario de Mexico.
- Receives recognition from the ALDF for the 100 years of EL UNIVERSAL.
- The University of Oviedo awards him the medal of honor and recognition from ASICOM on the occasion of the centenary of EL UNIVERSAL and his 47 years at the helm of El Gran Diario de Mexico. The ASICOM awards recognize women, men and institutions that have performed "extraordinary merits in favor of Ibero-American society."
- He is named Honorary Member of the Mexican Association of Urban Planners, the Executive President and of the Board of Directors of EL UNIVERSAL
- Receives the Honoris Causa from the Autonomous University of the State of Mexico, UAEM, for his defense of freedom of expression..



Bucareli 8, Col. Centro, México, D.F. 06040 Tel. 5709-1313 www.eluniversal.com.mx



**Compañía Periodística Nacional**

**EL UNIVERSAL**

### 2017

- The 67th Legislature of Durango awarded Mr. Juan Francisco Ealy Ortiz the Francisco Zarco Medal in recognition of his exercise of freedom of expression and the right to information in favor of society.
- Grupo Sexenio Comunicación awarded a recognition in the category of 100 Years of Journalism to Mr. Juan Francisco Ealy Ortiz.

### 2019

- The American Newspaper Group recognized the work of Mr. Juan Francisco Ealy Ortiz, Executive President and of the Board of Directors of EL UNIVERSAL, for completing 50 years of work at the head of El Gran Diario de México.
- Received recognition from the president of the Inter-American Press Association (SIP), Maria Elvira Dominguez, for her 50 years at the helm of El Gran Diario de Mexico.
- More than 90 members of the group Women in Support of the Study of Journalism and Communication (Maepec) recognized her for her 50 years at the head of EL UNIVERSAL..

### 2020

- Recognition from the World Future Society (WFS), Mexican Chapter, to Mr. Juan Francisco Ealy Ortiz for his contribution to the future of Mexico.

### 2021

- EL UNIVERSAL was recognized with the 2021 Jose Pages Llergo National Communication Award, in the National Media category. The José Pages Llergo Foundation especially recognized Mr. Juan Francisco Ealy Ortiz, "for his permanent defense of freedom of expression."

### 2023

- Recognition by the Senate of the Republic for his tireless work in Mexican journalism.
- The Society of Authors and Composers of Mexico (SACM) recognizes the career of Mr. Ealy Ortiz at the head of LOS UNIVERSALES.
- • The Gustavo Carvajal Moreno award from the Permanent Conference of Political Parties of Latin America (COPPPAL) is awarded to him for leaving a deep mark on journalism and Mexican society..



Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

Premios otorgados a EL UNIVERSAL en las últimas décadas 1993 a 2023

**1993**

- Gerardo Medina Valdés, colaborador de la sección editorial de EL UNIVERSAL, obtuvo el **Premio Nacional de Periodismo**, en la categoría de Artículo de Fondo.

**1994**

- Dora Elena Cortés y Manuel Cordero recibieron en conjunto el **Premio Nacional de Periodismo** en la categoría de Reportaje.

**1995**

- El **Primer Concurso de Periodismo Deportivo de la Ciudad de México** otorgó el "Premio Manuel Seyde", para reportaje, a Héctor de Mauleón por su trabajo "Rodolfo Casanova y el infierno terrenal".
- El "Premio Flavio Zavala", en la categoría de entrevista, fue para Alejandro Toledo por "Viendo vivir a Silverio".

**1997**

- El reportero de esta casa editorial, Juan Arvizú Arrioja, recibió el **Premio Nacional de Periodismo** en el género de Crónica.

**1999**

- Irma Rosa Martínez y José Luis Calva ganaron **el Premio Nacional de Periodismo** en las categorías de Entrevista y Opinión, respectivamente.

**2000**

- Marco Lara Klahr, reportero de EL UNIVERSAL, recibió el **Premio Nacional de Periodismo** en la categoría de Reportaje.

**2003**

- Alejandro Almazán ganó el **Premio Nacional de Periodismo** en la categoría de Crónica por su trabajo "Lino Portillo: asesino a sueldo".

**2004**

- En la categoría de "Artículo de Fondo/Opinión", el **Premio Nacional de Periodismo** galardonó a José Luis Piñeyro, por su artículo para EL UNIVERSAL, "Héroes a fuerza".

**Compañía Periodística Nacional**

**EL UNIVERSAL**

**2005**

- **Premio Nacional de Periodismo** por "Artículo de Fondo/Opinión" a Ricardo Alemán y su columna "Fracasan los partidos" en *Itinerario Político*.

**2007**

- Dos colaboradores de EL UNIVERSAL destacan en el **Premio Nacional de Periodismo**: Raymundo Riva Palacio en "Opinión" por la Serie sobre el Ejército Popular Revolucionario y José Ángel Parra en "Periodismo de Investigación" por el reportaje "Utilizan a 'Tuzos' del Pachuca para especular tierras".

**2008**

- Ángel Boligán Corbo, caricaturista de EL UNIVERSAL se lleva la categoría "Caricatura/Humor" del **Premio Nacional de Periodismo** con su cartón "Wall Streetanic".

**2010**

- La caricatura "De vuelta a la realidad", de Omar Díaz Trujillo para EL UNIVERSAL, ganó el **Premio Nacional de Periodismo**.

**2011**

- Por su reportaje *Cherán mantiene firme la lucha por sus bosques*, publicado en EL UNIVERSAL, la periodista Thelma Gómez Durán fue reconocida con el segundo lugar del **Premio Alemán de Periodismo 2011 Walter Reuter**, en el marco de la XXV edición de la Feria Internacional del Libro de Guadalajara.

**2013**

- **Premio Nacional de Periodismo** en caricatura a Ángel Boligán Corbo.

**2014**

- Luis Alberto Torres Téllez, coordinador del área de EL UNIVERSAL TV, ganó el **Premio de Periodismo del Grupo de Diarios América** (GDA) en la categoría Mejor Video Informativo, con el trabajo *Los esclavos del crimen se rebelan*.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

- El colectivo Dromómanos, integrado por Alejandra Sánchez Inzunza, Pable Ferri Tórtola y José Luis Pardo, ganó el **Premio Ortega y Gasset de Periodismo** por una serie de reportajes sobre el narcotráfico en América Latina, publicados en la revista *Domingo*, de EL UNIVERSAL titulado "Narcotráfico en el corredor centroamericano".

- La sección Cartera de "El Gran Diario de México" recibió el **Premio al Mejor Medio no Diario de América Latina,** como parte del IV Premio de Periodismo Económico Iberoamericano de la IE Business School.

**2015**

- Zorayda Gallegos y Silber Meza ganan **el Premio Nacional de Periodismo** por la Cobertura del expediente del caso Ayotzinapa.

**2015**

- La revista *Domingo* de EL UNIVERSAL obtuvo el primer lugar del **Premio Rostros de la Discriminación** "Gilberto Rincón Gallardo" en la categoría de Imagen, por el trabajo "El sinuoso camino de las letras" de Yadin Andrés Xolalpa Lazar; y el tercer lugar en la categoría de Texto con el reportaje "La lucha por ser dueñas de su cuerpo" de Daniela Edith Rea Gómez.

- Dos reportajes de EL UNIVERSAL reciben el **Premio Alemán de Periodismo Walter Reuter**: *El fracaso de la guerra contra las drogas*, de Alejandra Sánchez Inzunza y José Luis Pardo, y *Los niños del opio en Guerrero*, de Vania Pigeonutt.

- El caricaturista Ángel Boligán Corbo, obtuvo el primer premio del **Concurso Internacional Niels Bugge Cartoon Award**, de Dinamarca, por su cartón titulado *El amor y las generaciones*.

  También obtuvo el segundo lugar del **Gran Premio del World Press Cartoon** (WPC)

**2015**

- Los reporteros de EL UNIVERSAL Lilia Saúl, Carlos Gutiérrez Bracho y Saúl Hernández, recibieron del **Centro Internacional para Periodistas** (ICFJ) el Premio a la **Iniciativa para el Periodismo de Investigación en las Américas**, por el trabajo *México en poder de las mineras*.

- Saúl Hernández también obtuvo mención honorífica por el reportaje *México en poder de las mineras*, en la categoría **Cobertura de noticias por Internet**, del premio de periodismo de la Sociedad Interamericana de Prensa (**SIP**).

**2016**



Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

- El caricaturista nacionalizado mexicano Ángel Boligán Corbo obtuvo el primer premio del concurso internacional **Niels Bugge Cartoon Award de Dinamarca** por su cartón titulado *El amor y las generaciones*.

- **Premios de Excelencia Periodística 2016.** En el rubro **Cobertura Multimedia**, la **SIP** otorgó una mención honorífica al trabajo *Desaparecidos: duelo eterno*, elaborado por la Unidad de Periodismo de Datos de El Gran Diario de México en **colaboración** con la Unidad de Datos del diario **El Tiempo**, de Colombia. En este trabajo trasnacional colaboraron Lilia Saúl, Daniela Guazo, Luis David Torres, Irving Morales y Emanuel Landa, de EL UNIVERSAL.

- En la categoría **Cobertura Noticiosa**, la **SIP** destacó la mención de honor para *El señor de los túneles*, una serie de reportajes publicados por EL UNIVERSAL sobre la fuga del narcotraficante Joaquín El Chapo Guzmán, cuyos autores son Karla Casillas Bermúdez, Silber Meza, Zorayda Gallegos, Eileen Truax, Alejandra Sánchez Inzunza, José Luis Pardo y Froylán Enciso, coordinados por Salvador Frausto Crotte.

- **Premios del Grupo de Diarios de América 2016**. Las Unidades de Datos del periódico **EL UNIVERSAL** y de **El Tiempo de Colombia** obtuvieron, en conjunto, mención honorífica por el trabajo *Desaparecidos: duelo eterno*.

- El reportaje *Desaparecidos: duelo eterno*, fue galardonado con el **Premio de Periodismo Ortega y Gasset** en la categoría de **Mejor Trabajo Multimedia** y recibió la distinción de manos del rey Felipe VI en Madrid, España.

**2017**

- **Premio Nacional de Periodismo** en caricatura a Acelo Ruiz Villanueva por su cartón titulado *El Monstruo*.

- La Sociedad Interamericana de Prensa (**SIP**) otorgó a Luis Carreño, colaborador de EL UNIVERSAL, el primer lugar en **Caricatura** en el certamen que realiza anualmente para reconocer a Lo Mejor Del Periodismo Americano.

- La **Fundación Pagés Llergo** reconoció al director editorial de EL UNIVERSAL Querétaro, José Antonio Gurrea, por un artículo de Cultura titulado *La larga agonía de Cuevas*.

También recibió reconocimiento el **fotógrafo** Daniel Aguilar, por sus gráficas sobre el **terremoto del 19 de septiembre** pasado.

- **Premio Nacional de Periodismo** al caricaturista Acelo Ruiz Villanueva, Chelo, por su **cartón** *El Monstruo*, publicado en EL UNIVERSAL.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

- Alejandro Hope, colaborador de EL UNIVERSAL, recibió el **Reconocimiento INEGI 2017** al uso periodístico de la información estadística y geográfica, en la categoría **Artículo de Opinión en Prensa.**
- David Huerta, escritor y columnista de EL UNIVERSAL, fue electo ganador del **Premio Excelencia en las Letras "José Emilio Pacheco" 2018,** que otorga la Feria Internacional de la Lectura Yucatán (**FILEY**), por su excelente **contribución a las letras mexicanas** en los géneros de poesía, ensayo, artículo periodístico y traducción.
- El caricaturista Ángel Boligán ganó el **Gran Premio del Humor Vaca 2017**, que entrega el **Saint-Just-Le-Martel (Francia),** salón de la caricatura, del dibujo de prensa y del humor, por su trabajo publicado en esta casa editorial.
- El CONAPRED galardonó con el primer lugar en fotografía del **Premio Rostros de la Discriminación Gilberto Rincón Gallardo a Luis Felipe Cortés Zuzunaga de** EL UNIVERSAL por la imagen *La muerte del rarámuri ecologista.*
- Ángel Boligán es galardonado por el **44 Salón Internacional del humor de Piracicaba** (**Brasil**), en la categoría de **Opinión**, por su caricatura *El resto del mundo.*

2018

- EL UNIVERSAL gana el primer lugar en la categoría de texto del **Premio Rostros de la Discriminación**, con el trabajo "Violencia en línea. 'Vamos a jugar… ¿adivina quién soy?'", de Montserrat Peralta Betancourt, integrante del equipo de El Universal Online, y Alejandra Riquelme Aguilera.
  o El segundo lugar también fue para la también colaboradora de esta casa editorial, el periodista Dennis Alberto García Contreras, por su trabajo "Con pico y pala buscan a sus desaparecidos en Nayarit".
  o El fotógrafo guerrerense Salvador Cisneros Silva destacó en el segundo lugar en la categoría de Fotografía, por su serie para EL UNIVERSAL "Súper sexys imponen respeto a la diversidad en Guerrero".
- EL UNIVERSAL fue reconocido por la Sociedad Interamericana de Prensa (**SIP**) con el **Premio a la Excelencia en Periodismo 2018** en la categoría de **Medioambiente**, con el reportaje *Narcotala.* El área de Periodismo de Investigación realizó el reportaje junto con el reportero Íñigo Arredondo.
- **Reconocimiento INEGI 2018**. En la categoría **Reportaje** destacó Teresa Moreno de EL UNIVERSAL por *Las discriminan. No deben estudiar, dicen a las mujeres.*
  o En la categoría **Nota informativa de prensa,** Rubén Migueles Tenorio, reportero de EL UNIVERSAL, fue reconocido por su trabajo *Sin acceso a salud, 32.6 millones de trabajadores: Inegi.*

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

- La escritora, académica y columnista de EL UNIVERSAL Sara Sefchovich recibió el **Premio Clementina Díaz** del Instituto Nacional de Estudios Históricos de las Revoluciones de México (**INEHRM**) por su **trayectoria** de más de 40 años.
- EL UNIVERSAL Deportes fue reconocido por la **Asociación de Pioneros del Maratón Internacional de la Ciudad de México** por su **gran cobertura** través de los años.
- La periodista de EL UNIVERSAL Elisa Montserrat Villa Román fue reconocida en la novena edición del **Premio de Periodismo sobre Innovación Científica y Tecnológica 2018**, en la **categoría Nacional** por su reportaje *Arman casas más resistentes con ceniza y papel*, publicado en EL UNIVERSAL en los trabajos especiales Orgullo Mexicano.
- Rodolfo Sánchez Noya, periodista y columnista de AUTOPISTAS, recibió el **reconocimiento "Mario Vázquez Raña"** durante el evento "Las Glorias de la Crónica Deportiva Nacional" en el **Senado de la República**.
- Ángel Boligán, caricaturista, ganó el primer lugar en **Caricatura** por su cartón *El martirio de los inocentes* en el certamen "The End of Terrorism", organizado en **Irán** por **Ravayat Visual Arts Association Organizes**..
- La periodista de EL UNIVERSAL Mariana F. Maldonado ganó el **Premio Periodismo Económico Iberoamericano**, que otorga la **IE Business School**. El reconocimiento fue por el trabajo *ILab, Semillero de oportunidades e innovación*, publicado en la sección de Cartera.
- La **serie fotográfica** *Cicatrices*, realizada por el fotoperiodista mexicano Daniel Aguilar y publicada en EL UNIVERSAL fue galardonada por los **Istanbul Photo Awards 2018** con el tercer lugar en la categoría **Naturaleza y Medio Ambiente**.

**2019**

- **Premio Nacional de Periodismo** en caricatura a Ángel Boligán Corbo por su cartón Libertad periodística.
- Por el trabajo *Profesores, principales agresores sexuales en universidades*, EL UNIVERSAL ganó el segundo lugar del **Premio Género y Justicia 2019** en la categoría de **Reportaje**. El texto fue realizado por la reportera de periodismo de investigación y datos Montserrat Peralta Betancourt, junto con Berenice Santos y Paola Odiardi. El proceso de edición del reportaje estuvo a cargo de Daniela Guazo Manzo.
- La Comisión de Gobernación de la **Cámara de Diputados** y la **Asociación Comunicadores por la Unidad** entregaron 80 reconocimientos a periodistas de todo el país por su **trayectoria profesional**, entre los que destacó Roberto Aguilar, corresponsal de EL UNIVERSAL en Tamaulipas.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

- **Premio Nacional de Comunicación José Pagés Llergo 2019**. Destaca el colaborador de EL UNIVERSAL, Mario Maldonado, quien obtuvo el galardón en la categoría de **Columna Financiera**
  - En **Entrevista**, la galardonada es Paola Rojas, de Televisa y también colaboradora de EL UNIVERSAL.
- El escritor e historiador Agustín Sánchez González, colaborador del suplemento cultural Confabulario, de EL UNIVERSAL, ganó el **Premio de Periodismo Cultural René Avilés Fabila** en la categoría de **Prensa Escrita**.

**2020**

- Se dieron a conocer los ganadores del **Premio Nacional de Periodismo 2019**, entre los que destacan **Fotografía**, para María de Jesús Peters y **Caricatura**, para Ángel Boligán, ambos trabajos publicados en EL UNIVERSAL.
- **Grupo de Diarios de América,** Premios a lo mejor del periodismo 2020. María de Jesús Peters, corresponsal de EL UNIVERSAL en Chiapas, fue galardonada en la categoría de **Fotografía** por una imagen titulada *Crisis humanitaria rebasa al gobierno*.
- De nuevo, María de Jesús Peters, quien capturó la imagen desesperada de una madre con su hijo en Chiapas durante la crisis migratoria de junio de 2019, obtuvo el premio a **Mejor Fotografía** de los **Premios Ortega y Gasset de Periodismo**, los más prestigiosos del periodismo en español.
- El equipo de **Infografía**, coordinado por Fermín García, de EL UNIVERSAL también se llevó oro y plata en los **Premios Internacionales Malofiej**, considerados el Pulitzer de infografía. En su edición 29, dio la medalla de oro en la categoría de *feature* (reportaje), en medio impreso, a *Se cumplen 230 años del renacimiento del Dios Sol*.
  - En Breaking News se llevó medalla de plata *Un nuevo Enemigo*.
- Néstor Isay Pinacho Espinosa, colaborador de EL UNIVERSAL, fue galardonado con el **Premio Bellas Artes de Cuento San Luis Potosí Amparo Dávila 2020**, por su obra *Los mártires errantes*, firmada con el seudónimo Marco A.
- Los **Premios Sigma,**  iniciativa internacional que reconoce a lo mejor del periodismo de datos en el mundo otorgó a EL UNIVERSAL el primer lugar en la categoría de **Innovación**, por el trabajo *Zonas de silencio*. Participaron Esteban Román como editor, Elsa Hernández y Jesús Caudillo en el diseño estadístico, Gilberto León, Edson Arroyo y César Saavedra en la programación, y Miguel Garnica como diseñador web. Por parte de Google News Lab colaboraron Jenny Lee, Dale Markowitz y Alberto Cairo como asesor gráfico.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

- La corresponsal de EL UNIVERSAL en Quintana Roo, Adriana Varillas, obtuvo el **Premio Nacional de Periodismo 2020** en conjunto con los reporteros Alejandro Castro, Cecilia Suárez y Eric Galindo, en la categoría **Cobertura Multiformato Periodismo de Investigación**, por el trabajo *Obras Negras: Blanco del crimen organizado en Cancún.*

**2021**

- **Premio Nacional de Periodismo** en caricatura a Miguel Ángel Galindo Palomares por su cartón *Madres Buscadoras.*
- **Premio Alemán de Periodismo Walter Reuter** al fotógrafo de EL UNIVERSAL Salvador Cisneros, con el segundo lugar en la categoría **Fotografía y Caricatura.**
- **Premio Nacional de Periodismo**, otorgado por el **Club de Periodistas**, en la categoría **Foto Oportuna**, a Armando Martínez, fotorreportero de EL UNIVERSAL.
- Ariel González, periodista cultural y colaborador de EL UNIVERSAL, ganó el **Premio a la Excelencia Periodística 2021**, en la categoría Opinión, de la Sociedad Interamericana de Prensa (**SIP**), por su trabajo "Medios: la insoportable incomodidad de las ideas".
- La investigación *Los papeles secretos del Tren Maya: Fonatur ocultó información crítica con el mega proyecto* fue premiada en el **Concurso Nacional de Periodismo de Investigación 2021**, organizado por el **INAI**.
- El Departamento de **Infografía** de EL UNIVERSAL recibió cuatro galardones de la Society News Design (**SND**). Esta casa editorial obtuvo el **Premio a la Excelencia** por cuatro trabajos producidos en 2020: *El mítico Pelusa llega a los 60 años*; *Regresa Hispano-Suiza*; *Un nuevo enemigo*; y *Se cumplen 230 años del renacimiento del Dios Sol.*

**2022**

- Sonia Sierra, reportera cultural y colaboradora de EL UNIVERSAL, fue reconocida con el **Premio Nacional de Periodismo** de la Feria Internacional de la Lectura Yucatán (**FILEY**), por sus 27 años de trayectoria y por la calidad de su narrativa.
- En la XVII edición del **Premio Rostros de la Discriminación Gilberto Rincón Gallardo**, el periodista de EL UNIVERSAL , Eduardo Dina, resultó ganador en la categoría de texto periodístico.
- En el **Concurso Anual de Mejor Diseño Creativo**, una medalla de plata fue otorgada a EL UNIVERSAL en la categoría **Gráfico Individual (Deportes)** por *69 sueños hechos realidad*, un trabajo elaborado por Fermín García-Fabila, quien encabeza el equipo de **Infografía** de EL UNIVERSAL, y Ani Cortés, en cuatro entregas.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

**2023**

- **La Sociedad Interamericana de Prensa (SIP)** reconoce la labor de dos integrantes de EL UNIVERSAL en sus premios Excelencia Periodística 2023.
  En Caricatura, el premio fue para Ángel Boligán Corbo por el trabajo "El peligroso camino del migrante".
  También se entregó el premio a la Cobertura Noticiosa a la investigación sobre producción, tráfico y consumo de fentanilo en México hecho por Miriam Ramírez, Ernesto Aroche y Miguel Ángel Vega.
  Este diario se llevó además mención honorífica en Periodismo de Datos por el trabajo "El nuevo mapa del crimen organizado", de Silber Alonso Meza Camacho, Daniela Guazo y Samuel Aguilar, con apoyo del equipo de infografía, encabezado por Fermín García-Fabila y de diseño web, a cargo de Miguel Ángel Garnica.
- El Grupo de Diarios América (GDA) otorgó el **Premio GDA 2023** al trabajo "Tren Maya, la devastación que deja a su paso", en el rubro de Periodismo de Medio Ambiente. Los galardonados fueron Adriana Varillas, Manuel Espino, Valente Rosas y Diego Prado, colaboradores de EL UNIVERSAL.
  También se recibió una mención honorífica en el rubro de Reportaje Noticioso o de Investigación, para "Mapa del crimen", realizado por Silber Meza y Daniela Guazo.
- **Premio Nacional de Comunicación "José Pagés Llergo"** para tres colaboradores de El Gran Diario de México resultaron ganadores.
  En la categoría de Reportaje, el trabajo "La acidez del narco frenó la producción de limón", de Carlos Arrieta, se llevó el galardón.
  Como columnista ganó Guillermo Sheridan, colaborador de EL UNIVERSAL; y en el Premio Post Mortem se reconoció el análisis de Alejandro Hope en materia de narcotráfico y combate a la delincuencia.
- Por su trabajo "¡Dame las llaves, se está quemando migración!", la corresponsal de EL UNIVERSAL, Paola Gamboa, recibió el premio **Columna de Plata 2023** en la categoría Nota Informativa, otorgado por la Asociación de Periodistas de Ciudad Juárez.
- La colaboradora de EL UNIVERSAL en Chihuahua, Paola Gamboa, recibió el **Premio Estatal de Periodismo "José Vasconcelos"** en la categoría de Noticias, por su trabajo "¡Dame las llaves, se está quemando migración!".
- El Grupo Radiofónico y Medios otorgó el premio **Pergamino a la Libertad de Expresión** al colaborador de EL UNIVERSAL, Isidro Corro, por sus 30 años de labor periodística.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**EL UNIVERSAL**

Compañía Periodística Nacional

La Unión de Periodistas Independientes de Yucatán "Eligio Ancona" otorgó la **Pluma de Oro** a Yazmín Rodríguez Galaz, corresponsal de EL UNIVERSAL, por sus 43 años de trayectoria en el periodismo.



Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

Awards granted to EL UNIVERSAL in the last decades 1993 to 2023

**1993**

- Gerardo Medina Valdes, collaborator of the editorial section of EL UNIVERSAL, won the **National Journalism Award,** in the Featured Articles category.

**1994**

- Dora Elena Cortes and Manuel Cordero jointly received the **National Journalism Award** in the Reporting category.

**1995**

- The **First Sports Journalism Contest in Mexico City** awarded the "Manuel Seyde Prize" for reporting, Hector de Mauleon for his work "Rodolfo Casanova and the Terrible Hell."
- The "Flavio Zavala Award", in the interview category, went to Alejandro Toledo for "Seeing Silverio live"

**1997**

- The reporter of this publishing house, Juan Arvizu Arrioja, received the **National Journalism Award** in the genre of Chronicle.

**1999**

- Irma Rosa Martinez and Jose Luis Calva won the **National Journalism Award** in the Interview and Opinion categories, respectively.

**2000**

- Marco Lara Klahr, EL UNIVERSAL reporter, received the **National Journalism Award** in the Reporting category.

**2003**

- Alejandro Almazan won the **National Journalism Award** in the Chronicle category for his work "Lino Portillo: hired assassin."

**2004**

- In the category  "Fonda/Opinion Article", the **National Journalism Award** awarded Jose Luis Piiieyro, for his article EL UNIVERSAL, "Heroes by Force"

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx



Compañía Periodística Nacional

**EL UNIVERSAL**

**2005**

- **National Journalism Award** for "Background/Opinion Article" to Ricardo Aleman and his column "Parties Fail" in *Political Lines.*

**2007**

- Two EL UNIVERSAL collaborators stand out for the **National Journalism Award**: Raymundo Riva Palacio in "Opinion" for the Series on the Popular Revolutionary Army and Jose Angel Parra in "Research Journalism" for the report "They use 'Tuzos' from Pachuca to "speculate lands".

**2008**

- Angel Boligan Corbo, cartoonist of EL UNIVERSAL takes the category
- "Cartoons/Humor" from the **National Journalism Award** with its "Wall Streetanic" cartoon.

**2010**

- The cartoon "Back to Reality", by Omar Diaz Trujillo for EL UNIVERSAL, won the **National Journalism Award**.

**2011**

- For her report Cheran maintains the fight for its forests, published in EL UNIVERSAL, journalist Thelma Gomez Duran was recognized with second place in the **2011 Walter Reuter German Journalism Prize**, within the framework of the XXV edition of the International Book Fair from Guadalajara.

**2013**

- **National Journalism Award** in a cartoon Angel Boligan Corbo.

**2014**

- Luis Alberto Torres Tellez, coordinator of the EL UNIVERSAL TV area, won the **Journalism Award from the American Newspaper Group (GDA)** in the Best Informative Video category, with the work *The slaves of crime rebel.*

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

- The Dromomaniacs collective, made up of Alejandra Sanchez Inzunza, Pable Ferri Tortola and Jose Luis Pardo, won the **Ortega y Gasset Journalism Prize** for a series of reports on drug trafficking in Latin America, published in the magazine *Domingo*, from EL UNIVERSAL entitled "Narcotrafficking in the Central American corridor".

- The Portfolio section of "El Gran Diario de México" received the **Award for Best Non-Daily Media in Latin America**, as part of the IV Latin American Economic Journalism Award from the IE Business School.

**2015**

- Zorayda Gallegos and Silber Meza win the **National Journalism Award** for Coverage of the Ayotzinapa case file.

**2015**

- EL UNIVERSAL's *Domingo* magazine won first place in the "Gilberto Rincon Gallardo" **Faces of Discrimination Award** in the Image category, for the work "The sinuous path of letters" by Yadin Andres Xolalpa Lazar; and third place in the Text category with the report "The fight to be owners of their body" by Daniela Edith Rea Gomez.

- Two reports from EL UNIVERSAL receive the **Walter Reuter German Journalism Award**: The failure of the war on drugs, by Alejandra Sanchez Inzunza and Jose Luis Pardo, and *the opium children in war*, by Vania Pigeonutt.

- The cartoonist Angel Boligan Corbo won first prize at the **International Niels Bugge Cartoon Award** Contest in Denmark, for his cartoon titled *Love and Generations.*
  He also won second place in the **Grand Prize of World Press Cartoon (WPC)**.

**2015**

- EL UNIVERSAL reporters Lilia Saul, Carlos Gutierrez Bracho and Saul Hernandez, received from the **International Center for Journalists** (ICFJ) the Award for the **Initiative for Investigative Journalism in the Americas,** for their work in *Mexico in the power of mining companies.*

- Saul Hernandez also obtained honorable mention for the report *Mexico* in power of the mining companies, in the **Internet News Coverage category**, of the journalism award of the Inter-American Press Association (SIP).

**2016**

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

Compañía Periodística Nacional

**EL UNIVERSAL**

- The nationalized Mexican cartoonist Angel Boligan Corbo won first prize in the international **Niels Bugge Cartoon Award** competition in Denmark for his cartoon titled Love and Generations.

- **Journalistic Excellence Awards 2016.** In the **Multimedia Coverage** category, the SIP awarded an honorable mention to the work *Disappeared: eternal mourning*, prepared by the Data Journalism Unit of El Gran Diario de Mexico in collaboration with the Data Unit of the newspaper **EL Tiempo,** from Colombia. Lilia Saul, Daniela Guazo, Luis David Torres, Irving Morales and Emanuel Landa, from EL UNIVERSAL, collaborated in this transnational work.

- In the **News Coverage** category, the SIP highlighted the honorable mention for El senor de José tune/es, a series of reports published by EL UNIVERSAL about the escape of drug trafficker Joaquin El Chapo Guzman, whose authors are Karla Casillas Bermudez, Silber Meza , Zorayda Gallegos, Eileen Truax, Alejandra Sanchez Inzunza, Jose Luis Pardo and Froylan Enciso, coordinated by Salvador Frausto Crotte.

- **Awards from the Newspaper Group of America 2016**. The Data Units of the newspaper EL UNIVERSAL and El Tiempo from Colombia obtained, together, honorable mention for the work *Disappeared:eternal mourning.*

- The report *Disappeared: eternal mourning*, was awarded the Ortega y Gasset **Journalism Award in the category of Best Multimedia** Work and received the distinction from King Felipe VI in Madrid, Spain.

**2017**

- **National Journalism Award** in cartoon of Acelo Ruiz Villanueva for his cartoon titled *El Monstruo.*

- The Inter-American Press Society (SIP) awarded Luis Carreno, collaborator of EL UNIVERSAL, first place in Cartooning in the contest it holds annually to recognize the Best of American Journalism.

- The **Pages Llergo Foundation** recognized the editorial director of EL UNIVERSAL Queretaro, Jose Antonio Gurrea, for a Culture article titled The Long Agony of Cuevas.

- Photographer Daniel Aguilar also received recognition for his graphics on

the earthquake of last September 19.

- **National Journalism Award** to the caricaturist Acelo Ruiz Villanueva, Chelo, for his cartoon *El Monstruo,* published in EL UNIVERSAL.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

- Alejandro Hope, collaborator of EL UNIVERSAL, received the **2017 INEGI Recognition** for journalistic use of statistical and geographical information, in the Press Opinion Article category.
- David Huerta, writer and columnist for EL UNIVERSAL, was elected winner of the 2018 **"Jose Emilio Pacheco" Excellence in Letters Award,** awarded by the Yucatan International Reading Fair **(FILEY),** for his excellent **contribution to Mexican** literature in the genres of poetry, essay, journalistic article and translation.
- The cartoonist Angel Boligan won the **2017 Vaca Humor Grand Prize,** awarded by the **Saint-Just-Le-Martel (France),** a cartoonist, press drawing and the humor, for his work published in this publishing house.
- The CONAPRED awarded first place in photography with the **Gilberto Rincon Gallardo Faces of Discrimination Award to Luis Felipe Cortes Zuzunaga** of EL UNIVERSAL for the image *La muerte def Raramuri ecologista.*
- Angel Boligan is awarded by the **44th Piracicaba International Humor Show (Brazil)**, in the **Opinion c**ategory, for his cartoon The Rest of the World.

2018

- EL UNIVERSAL wins first place in the text category of **the Faces of Discrimination Award,** with the work "Online Violence. 'Let's play... the divine who am I?'", by Montserrat Peralta Betancourt, member of the El Universal Online team, and Alejandra Riquelme Aguilera.
  o Second place also went to the collaborator of this publishing house, the journalist Dennis Alberto Garcia Contreras, for his work "With pick and shovel they search for their missing people in Nayarit."
- Guerrero photographer Salvador Cisneros Silva stood out in second place in the Photography category, for his series for EL UNIVERSAL "Super sexy impose respect for diversity in war."
- EL UNIVERSAL was recognized by the Inter-American Press Association (SIP) with the **2018 Excellence in Journalism Award** in the Environment category, with the report Narcotala. The Investigative Journalism area carried out the report together with reporter Inigo Arredondo.
- **INEGI 2018 Recognition**. In the **Report** category, Teresa Moreno from EL UNIVERSAL stood out for they discriminate against them. *They should not study, they tell women.*
- In the Press Release category, Ruben Migueles Tenorio, EL UNIVERSAL **reporter, was recognized** for his work Without access to health, 32.6 million workers: lnegi.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

- The writer, academic and EL UNIVERSAL columnist Sara Sefchovich received the **Clementina Diaz Award** from the National Institute of Historical Studies of the Revolutions of Mexico **(INEHRM)** for her career on more than 40 years.
- EL UNIVERSAL sports was recognized by the **Association of Pioneers of the Mexico City International Marathon** for its extensive coverage over the years.
- EL UNIVERSAL journalist Elisa Montserrat Villa Roman was recognized in the ninth edition of the **Journalism Award on Scientific and Technological Innovation 2018,** in the National category for her report They build more resistant houses with ash and paper, published in EL UNIVERSAL in the works Mexican Pride specials.
- Rodolfo Sanchez Noya, journalist and columnist for AUTOPISTAS, received the **"Mario Vazquez Rana" recognition** during the event "The Glories of the National Sports Chronicle" in the Senate of the Republic.
- Angel Boligan, cartoonist, won first place in cartooning for his *cartoon The Martyrdom of the Innocents in the contest* "The End of Terrorism", organized in Iran **by Ravayat Visual Arts Association Organizes..**
- EL UNIVERSAL journalist Mariana F. Maldonado won the **Latin American Economic Journalism Award**, awarded by the **IE Business School**. The recognition was for the work /Lab, Seedbed of opportunities and innovation, published in the Portfolio section.
- The **photographic series** Cicatrices, made by the Mexican photojournalist Daniel Aguilar and published in EL UNIVERSAL, was awarded by the Istanbul Photo Awards **2018** with third place in the **Nature and Environment category.**

**2019**

- **National Journalism Award** in caricature to Angel Boligan Corbo for his cartoon journalistic liberty.
- For the work *Professors, main sexual offenders in universities*, EL UNIVERSAL won second place in the **2019 Gender and Justice Award in the Reporting** category. The text was written by the investigative and data journalism reporter Montserrat Peralta Betancourt, together with Berenice Santos and Paola Odiardi. The editing process of the report was in charge of Daniela Guazo Manzo.
- The Government Commission of the **Chamber of Deputies and the Communicators f**or Unity Association awarded 80 awards to journalists from all over the country for their **professional career**, among which Roberto Aguilar, EL UNIVERSAL correspondent in Tamaulipas, stood out.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

- **Jose Pages Llergo National Communication Award 2019**. The EL UNIVERSAL collaborator, Mario Maldonado, stands out, who won the award in the Financial Column category.
    - In Interview, the winner is Paola Rojas, from Televisa and also a collaborator with El Universal.
- The writer and historian Agustín Sanchez Gonzalez, collaborator of the cultural supplement Conspirator, of EL UNIVERSAL, won the **Rene Aviles Fabila** Cultural Journalism Award in the **Written Press category.**

**2020**

- The winners of the **2019 National Journalism Award** were announced, among which **photography**, for Maria de Jesus Peters, and Cartoons, for Angel Boligan, stand out, both works published in EL UNIVERSAL.
- **American Newspaper Group**, Awards for the best of journalism 2020. Maria de Jesus Peters, EL UNIVERSAL correspondent in Chiapas, was awarded in the **Photography** category for an image titled *Humanitarian crisis surpasses the government.*
- Once again, Maria de Jesus Peters, who captured the desperate image of a mother with her son in Chiapas during the migratory crisis of June 2019, won the award for **Best Photography at the Ortega y Gasset Journalism** Awards, the most prestigious in the world. journalism in Spanish.
- The **infographic** team, coordinated by Fermin Garcia, from EL UNIVERSAL, also won gold and silver at the **Malofiej International Awards**, considered the Pulitzer of infographics. In its 29th edition, it gave the gold medal in the feature category, in print, to *It is 230 years since the rebirth of the Sun God.*
    - o *In Breaking News A New Enemy won the silver medal.*
- Nestor lsay Pinacho Espinosa, collaborator of EL UNIVERSAL, was awarded the *2020* **San Luis Potosí Amparo Davila Fine Arts Short Story Prize**, for his work Los martires errantes, signed with the pseudonym Marco A.
    The **Sigma Awards**, an international initiative that recognizes the best of data journalism in the world, awarded EL UNIVERSAL first place in the innovation category, for the work Zones of Silence. Esteban Roman participated as editor, Elsa Hernandez and Jesus Caudillo in the statistical design, Gilberto Leon, Edson Arroyo and Cesar Saavedra in the programming, and Miguel Garnica as web designer. Jenny Lee, Dale Markowitz and Alberto Cairo collaborated on behalf of Google News Lab as graphic advisor.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

- EL UNIVERSAL's correspondent in Quintana Roo, Adriana Varillas, won the **2020 National Journalism Award** together with reporters Alejandro Castro, Cecilia Suarez and Eric Galindo, in the Multiformat **Coverage Investigative Journalism** category, for the work *Black Works: Blanco of organized crime in Cancun.*

**2021**

- **National Journalism Award** cartoon to Miguel Angel Galindo Palomares for his cartoon *Madres Buscadoras.*
- **Walter Reuter German Journalism Award** to EL UNIVERSAL photographer Salvador Cisneros, with second place in the **Photography and Cartoon category.**
- **National Journalism Award**, awarded by the Journalists Club, in the Timely Photo category, to Armando Martinez, photojournalist for EL UNIVERSAL.
- Ariel Gonzalez, cultural journalist and collaborator of EL UNIVERSAL, won the 2021 **Journalistic Excellence Award**, in the Opinion category, from the Inter-American Press Society (SIP), for his work "Medics: the unbearable discomfort of ideas."
- The investigation *The secret papers of the Mayan Train: Fonatur hid critical information with the mega project* was awarded in the **2021 National Investigative Journalism Contest, organized by the INAI.**
- EL UNIVERSAL's **Infographic** Department received four awards from the Society News Design **(SND)**. This publishing house obtained the **Excellence Award** for four works produced in 2020: *The mythical fluff reaches 60 years old; came back Hispano-Suiza returns; A new enemy; and It is 230 years of rebirth of the sun god.*

**2022**

- Sonia Sierra, cultural reporter and collaborator of EL UNIVERSAL, was recognized with the **National Journalism Award** from the Yucatan International Reading Fair **(FILEY)**, for her 27 years of experience and for the quality of her narrative.
- In the 17th edition of the **Gilberto Rincon Faces of Discrimination Award Gallardo,** the EL UNIVERSAL journalist, Eduardo Dina, was the winner in the category of journalistic text.
- In the **Annual Best Creative Design Contest,** a silver medal was awarded to EL UNIVERSAL in the **Individual Graphic (Sports)** category for *69 Dreams Come True,* a work prepared by Fermin Garcia-Fabila, who heads the **infographic** team at El UNIVERSAL, and Ani Cortes, in four installments.



Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

## Compañía Periodística Nacional

**EL UNIVERSAL**

**2023**

- **The Inter-American Press Society (SIP)** recognizes the work of two members of EL UNIVERSAL in its 2023 Journalistic Excellence awards.
- In Cartoons, the award went to Angel Boligan Corbo for the work "The dangerous path of the migrant."
  The News Coverage award was also awarded to the investigation into the production, trafficking and consumption of fentanyl in Mexico carried out by Miriam Ramírez, Ernesto Aroche and Miguel Angel Vega.
  This newspaper also received an honorable mention in Data Journalism for the work "The new map of organized crime", by Silber Alonso Meza Camacho, Daniela Guazo and Samuel Aguilar, with the support of the computer graphics team, headed by Fermín Garcia-Fabila and Web design, by Miguel Angel Garnica.
- The American Newspaper Group (GDA) awarded the **2023 GDA Award** to the work "Mayan Train, the devastation it leaves in its wake", in the field of Environmental Journalism. The winners were Adriana Varillas, Manuel Espino, Valente Rosas and Diego Prado, collaborators of EL UNIVERSAL.
  An honorable mention was also received in the category of News Report or Investigation, for "Crime Map", made by Silber Meza and Daniela Guazo.
- **"Jose Pages Llergo" National Communication Award** for three collaborators of The Grand Diary of Mexico were winners. In the Report category, the work "The acidity of drug trafficking stopped lemon production", by Carlos Arrieta, took the award.
  Guillermo Sheridan, collaborator of EL UNIVERSAL, won as a columnist; And the Post Mortem Award recognized Alejandro Hope's analysis of drug trafficking and the fight against crime.
- For her work "Give me the keys, migration is burning!", EL UNIVERSAL correspondent Paola Gamboa received the 2023 Silver Column award in the Informative category, awarded by the Association of Journalists City of Juarez.
- EL UNIVERSAL collaborator in Chihuahua, Paola Gamboa, received the **"Jose Vasconcelos"** State Journalism Award in the News category, for her work "Give me the keys, migration is burning!".
- The Radio and Media Group awarded the Parchment Award for Freedom of Expression to EL UNIVERSAL collaborator, Isidro Carro, for his 30 years of journalistic work.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx

**Compañía Periodística Nacional**

**EL UNIVERSAL**

The Union of Independent Journalists of Yucatan "Eligio Ancona" **awarded the Golden Pen** to Yazmin Rodriguez Galaz, EL UNIVERSAL correspondent, for her 43 years of experience in journalism.

Bucareli 8, Col. Centro,
México, D.F. 06040
Tel. 5709-1313
www.eluniversal.com.mx