# **EXHIBIT M**

## ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

| | Jueves 17 de mayo de 2007 | | |
|---|---|---|---|
| | **Actividades** | | **Observaciones** |
| **11:00-13:00** | **Reunión con Corresponsales de América Latina.** | *Hotel Nikko, (Salón Constelaciones).* | **Nota:** Evento a cargo de la Lic. Lizeth Parra. |
| **13:30-14:30** | **Lic. Reunión con la Lic. Guillermo Anaya Llamas,** Senador del PAN por el estado de Coahuila. | *Constituyentes.* | • Audiencia a petición del Lic. Juan Camilo Mouriño.<br>• Preside la Comisión de Seguridad Social e Integrante de la Comisión de Justicia. |
| **15:00-17:00** | **Comida** | *Constituyentes* | |
| **17:30-18:00** | **Reunión con el Lic. José Ángel Pérez Hernández,** Presidente Municipal de Torreón, Coahuila.<br>Acompañan:<br>• Lic. Rodolfo Walss Aurioles, Secretario del R. Ayuntamiento.<br>• Lic. Alfredo Castellanos Castro, Director de Seguridad Pública Municipal.<br>• Lic. Jorge Hernández Guerra, Director de la Oficina de Vinculación de la Presidencia Municipal. | *Constituyentes.* | Audiencia a petición de la oficina del Lic. César Nava, Secretario Particular del Presidente de la República. |
| **18:30-19:30** | **Reunión con la Lic. Patricia González Rodríguez,** Procuradora de Justicia del estado de Chihuahua. | *Constituyentes.* | |

| **Agenda Presidencial** |
|---|
| • **Gira de trabajo del Presidente Felipe Calderón Hinojosa por el estado de Quintana Roo.** |

**REVERSO**

## ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

| Otros Eventos |
|---|
| • **Nacional.** Segundo "Paro Cívico Nacional" convocado por el CNTE, adicionalmente a Guerrero, Michoacán y Zacatecas, donde maestros disidentes se encuentran en paro, se espera que en Baja California Sur, Guanajuato, Jalisco, San Luis Potosí y Tamaulipas respalden la convocatoria. |
| • **Distrito Federal.** Marcha nacional del Movimiento Antorchista del Monumento a la Revolución a Los Pinos. Se espera la asistencia de más de 15 mil personas del DF y de las entidades donde mantiene presencia. |

| Otros Eventos |
|---|
| • **Guerrero.** Opositores a la construcción de la represa "La Perota" acudirán en la TUA 41 de Acapulco. El **Consejo de Ejidatarios y Comunidades Opositoras a La Perota (CECOP)**, solicitarán nuevamente la cancelación de la asamblea convocada por el Comisario de Bienes Comunales de Cacahuatepec para el 20/05, por considerarla ilegal. La radicalidad del Consejo mantiene el riesgo de enfrentamientos con quienes apoyan la obra. |
| • **Los Angeles, California.** El Alcalde de la ciudad, Antonio Villarraigosa, encabezará una marcha de la coalición "Somos América", dicha marcha se llevará a cabo en el mismo lugar donde la policía local reprimió de manera violenta a personas que participaron en la Marcha Promigrantes del pasado 1 de mayo. |

| Efemérides | Cumpleaños |
|---|---|
| • **(1889)** - Alfonso Reyes, literato, poeta, ensayista y Premio Nacional de Literatura en 1945, nace en la ciudad de Monterrey, Nuevo León.<br>• **(1973)** - Se inicia el proceso Watergate en el Senado de los Estados Unidos de América. | • **Excmo. Sr. Knut Solem.** Embajador del Reino de Noruega. **Celebración del Día de la Constitución.** |

## ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

**AGENDA DE ACTIVIDADES**

| Jueves 25 de septiembre de 2008 ||||
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| 08:00-08:30 | **Entrevista en el estudio del Programa "Enfoque Noticias" conducido por el Dr. Leonardo Curzio.** | *Prolongación Paseo de la Reforma 115, Col. Paseo de las Lomas.* | |
| 11:00-12:00 | **Reunión con el Profesor Humberto Moreira Valdés,** Gobernador Constitucional del estado de Coahuila. <br>Asisten: <br>• Lic. Marco Flores, Lic. David Aguillon, Lic. Jerico Abramo, Lic. Oscar García y Lic. Fausto Destenave. | *Constituyentes.* | |
| 13:25<br><br>13:35<br><br>14:45<br><br>14:50<br><br>15:00 | **VIAJE DE TRABAJO A MONTERREY, NUEVO LEÓN**<br>**Traslado del Helipuerto de Constituyentes al Hangar de PF en el Aeropuerto Internacional de la Ciudad de México (AICM).**<br>**Despegue rumbo al Aeropuerto Internacional "General Mariano Escobedo" de Monterrey, Nuevo León.** (Tiempo estimado de vuelo, 1 hora 10 minutos)<br>**Arribo al Aeropuerto Internacional "General Mariano Escobedo" de Monterrey, Nuevo León.**<br>**Traslado al Corporativo CEMEX.** (Helicóptero propiedad de CEMEX, tiempo estimado 10 minutos)<br>**Comida del Ing. Genaro García Luna, Secretario de Seguridad Pública, con el Ing. Lorenzo Zambrano Treviño, Presidente del Consejo y Director General Ejecutivo de CEMEX.**<br>**Asisten:**<br>• José Antonio Fernández (FEMSA)<br>• Dionisio Garza Medina (Grupo Alfa).<br>• Ing. Jorge Tello Peón (CEMEX).<br>• Lic. José A. Polo Oteyza (SSP). | *Monterrey, Nuevo León.* | **Acompaña:**<br>• Lic. José A. Polo Oteyza. |

**REVERSO**

## ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

| Jueves 25 de septiembre de 2008 ||||
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
|  | **Entrevista con el Gral. Div. DEM. Javier Del Real Magallanes, Comandante de la IV Región Militar, Monterrey. NL.**<br><br>**Traslado al Aeropuerto Internacional "General Mariano Escobedo.**<br>(Helicóptero propiedad de CEMEX, tiempo estimado 10 minutos).<br><br>**Despegue del Aeropuerto Internacional "General Mariano Escobedo" rumbo al AICM.**<br>(Tiempo estimado de vuelo, 1 hora 10 minutos)<br><br>**Arribo al AICM.**<br><br>**FIN DEL VIAJE** | *Monterrey, Nuevo León.* |  |

| Agenda Presidencial |
|---|
| • Del 23 al 25 de septiembre, el Lic. Felipe Calderón Hinojosa, Presidente de los Estados Unidos Mexicanos, viaja a la ciudad de Nueva York, Estados Unidos, sede de la Organización de las Naciones Unidas para participar en el LXIII Periodo Ordinario de Sesiones de la ONU. |

| Otros Eventos |
|---|
| • **Sonora.** En Álamos, los días 25 y 26 de septiembre, XXXV reunión de la Conferencia Nacional de Gobernadores (CONAGO), para presentar el "Acuerdo Nacional de Fortalecimiento al Federalismo Mexicano". Se espera la presencia de legisladores del Congreso de la Unión. |
| • **Distrito Federal.** Mitin en Zacatecano convocado por el Comité de Lucha Estudiantil Politécnico-Comité Estudiantil Politécnico en Defensa de la Educación Pública (CLEP-CEDEP) del IPN, en el marco de los 40 años del movimiento estudiantil del 2 de octubre. Se llevará a cabo en los edificios 2 y 3 del IPN, a las 14:00 horas. |
| • **Guerrero.** Paro de labores por 12 horas en la Universidad Autónoma de Guerrero y en colegios de bachilleres del estado. Es convocado por el Frente Único Estatal de Representantes Sindicales Autónomos, en demanda de incremento salarial y otras presentaciones sindicales. La acción afectará a 20 mil estudiantes de la UAG y 5 mil de bachillerato. |
| • **Oaxaca.** Los días 25 y 26 de septiembre, XX Congreso Extraordinario de la sección XXII del SNTE, con el objetivo de ratificar al Comité Ejecutivo Seccional para el periodo 2008-2012. Será presidido por un representante del CEN del SNTE. |

| Efemérides | Celebraciones |
|---|---|
| • **(1873).-** Sebastián Lerdo de Tejada incorpora las Leyes de Reforma a la Constitución. | • **Cumpleaños de Don Francisco Ibarra López,** Presidente y Fundador del Grupo ACIR. |

**ING. GENARO GARCÍA LUNA**
Secretario de Seguridad Pública

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

### AGENDA DE ACTIVIDADES

| Miércoles 25 de marzo de 2009 ||||
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| 09:30-12:00 | **Reunión con Rectores y Representantes de Instituciones Académicas.**<br><br>Asisten por SSP:<br>• Gral. Javier del Real Magallanes.<br>• Ing. Francisco Niembro González.<br>• Lic. José Antonio Polo Oteyza.<br>• Lic. Lizeth Parra Salazar.<br>• Lic. Sergio Montaño F.<br>• Lic. Rafael Aviléz.<br><br>Instituciones Académicas:<br>• Dr. en Quím. Rafael López Castañares, Secretario General Ejecutivo de la Asociación Nacional de Universidades e Instituciones de Educación Superior (ANUIES) y Mtro. Ezequiel Jaimes Figueroa Castañares, Dir. Gral. de Relaciones Interinstitucionales de la ANUIES.<br>• Dr. Jennie Brand Narajas, Coord. de Desarrollo e Innovación Educativa de la Universidad La Salle.<br>• Ing. Manuel Campuzano Treviño, Rector de la Universidad Tecnológica de México (UNITEC) y Sr. Max Raphel, Dir. de Marketing de la UNITEC.<br>• Mtro. José Luis Bermeo Vega, Secretario del Rector de la Universidad Iberoamericana (IBERO).<br>• Dr. Ramiro Jesús Sandoval, Secretario de Servicios a la Comunidad de la Universidad Nacional Autónoma de México (UNAM).<br>• Dr. Efrén Parada Arias, Secretario General del Instituto Politécnico Nacional (IPN).<br>• Dr. Manuel Ondorica Mellado, Secretario General del Colegio de México (COLMEX).<br>• Lic. Jacobo Torres Pérez, Coord. Gral. de Administración y Relaciones Humanas de la Universidad Autónoma Metropolitana (UAM).<br>• Lic. Salvador Garza Boardman, Dir. Gral. del Campus Santa Fe del Instituto Tecnológico y de Estudios Superiores de Monterrey; Lic. Victor Campuzano Tarditi, Director de Relaciones Institucionales del Instituto Tecnológico y de Estudios Superiores de Monterrey, y Lic. Juan Eduardo López Falconi, Dir. De Comunicación y Mercadotecnia de la Universidad TEC Milenio.<br>• Dr. Arturo Fernández Pérez, Rector del Instituto Tecnológico Autónomo de México (ITAM).<br>• Mtro. Ricardo Sodi Cuellar, Director de la Facultad de Derecho de la Universidad Anáhuac.<br>• Ing. Alfredo López Herrera, Coordinador Académico y de Desarrollo de Universidades Tecnológicas de la SEP.<br><br>Embajada de EUA:<br>• Keith W. Mines, Director de NAS.<br>• Robert Loosle, Agregado Jurídico del FBI.<br>• David Wattley, Comisionado del FBI para Iniciativa Mérida (NAS).<br>• Raúl Roldan, Ejecutivo de Freeh Group International. | *Auditorio del Complejo de Constituyentes* | |

**REVERSO**

# ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

| Hora | Actividades | *Lugar* | Observaciones |
|---|---|---|---|
| 14:30-16:00 | **Almuerzo de trabajo sobre el tema de Seguridad con la Sra. Hillary R. Clinton, Secretaria de Estado de los Estados Unidos de América.**<br><br>Participan por México:<br>1. Emb. Patricia Espinosa Cantellano, Secretaria de Relaciones Exteriores<br>2. Lic. Fernando Gómez Mont, Secretario de Gobernación<br>3. Dr. Agustín Carstens, Secretario de Hacienda y Crédito Público<br>4. Lic. Eduardo Medina Mora, Procurador General de la República<br>5. Ing. Jorge E. Tello Peón, Secretario Ejecutivo del Sistema Nacional de Seguridad Pública<br>6. Lic. Arturo Sarukhan. Embajador de México en EUA<br>7. Lic. Guillermo Valdés, Director General del CISEN<br>8. Emb. Carlos Rico, Subsecretario para América del Norte.<br><br>Participan por EUA:<br>1. Tom Shannon, Secretario Asistente para el Hemisferio Occidental<br>2. Leslie Bassett, Encargada de Negocios, a.i.<br>3. Dan Restrepo, Asesor Principal en América Latina del Consejo de Seguridad<br>4. Huma Abedin, Jefe de Gabinete Adjunto<br>5. Jake Sullivan, Jefe de Gabinete Adjunto<br>6. Ltn. Gen. Selva, Joint Chiefs of Staff<br>7. Sra. Laura Peña, Asesora Principal | *Secretaría de Relaciones Exteriores.*<br><br>*(Plaza Juárez No. 20, Piso 22, Col. Centro).* | • **Nota:** Acceso por Av. Independencia. |
| 18:00-19:00 | **Reunión con el Magistrado Edgar Elías Azar,** Presidente del H. Tribunal Superior de Justicia del DF. | *Constituyentes.* | |

| **Agenda Presidencial** |
|---|
| • El Lic. Felipe Calderón Hinojosa, Presidente de los Estados Unidos Mexicanos, asiste a la Comida de Inauguración de la Expo Convención CANITEC 2009 de la Cámara Nacional de la Industria de Telecomunicaciones por Cable, en el Centro Banamex. |

| **Otros Eventos** |
|---|
| • **Regional.** Los días 25 y 26 de marzo, visita de la secretaria de Estado de EUA, Hillary Clinton. Estará en la Ciudad de México y Monterrey, Nuevo León, con el fin de abordar la crisis financiera internacional, así como el comercio bilateral y la lucha contra las drogas. |
| • **Regional.** Marchas convocadas por el Movimiento Antorchista. En Tabasco, partirá del Parque "Benito Juárez" hacia el palacio de gobierno, en demanda de apoyos del Fonden. En Tlaxcala, en demanda de atención a sus requerimientos de regularización de predios y vivienda. Partirá del paraje "Asta Bandera" hacia el palacio de gobierno. En La Paz, Estado de México, se movilizarán hacia la presidencia municipal a partir de las 8:00 horas, para exigir servicios públicos. |
| • **Distrito Federa.** Marcha de la Unión Juvenil Revolucionaria de México en rechazo a las modificaciones al plan de estudios de los Colegios de Ciencias y Humanidades. Partirán del Monumento a Álvaro Obregón hacia la Torre de Rectoría de la UNAM, a las 15:00 horas. |

## ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

| Efemérides | Celebraciones |
|---|---|
| • **(1858).-** Llegan a Colima el Presidente Benito Juárez y su gabinete y establecen provisionalmente, en esa ciudad, el gobierno constitucional. | • **Cumpleaños del Senador Marco Humberto Aguilar Coronado (PAN),** Senado de la República de la LX Legislatura.<br>• **Cumpleaños del Magistrado Luis Humberto Delgadillo Gutiérrez,** Sala Superior del Tribunal Federal de Justicia Fiscal y Administrativa.<br>• **Aniversario 8 de la Revista Vértigo,** Lic. Jaime Aljure Bastos, Director General. |

## ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

**AGENDA DE ACTIVIDADES**

| Jueves 02 de abril de 2009 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| 09:00-10:00 | **Reunión con el Lic. Guillermo Delgado Jiménez, INBURSA.**<br><br>Acompaña:<br>• Notario Pablo Pruneda. | *Constituyentes.* | |
| 13:30<br><br>14:15-15:00<br><br>15:00-16:00<br><br>16:10 | **CONFERENCIA BINACIONAL SOBRE TRÁFICO DE ARMAS MÉXICO-ESTADOS UNIDOS.**<br><br>**Traslado del Helipuerto de Constituyentes hacia el Hotel Camino Real Sumiya, Cuernavaca, Morelos.**<br><br>**Comida de Trabajo Privada.**<br><br>• Asisten: Lic. Fernando Gómez Mont (SEGOB); Ing. Genaro García Luna (SSP) e Ing. Jorge Tello Peón (SNSP).<br><br>**Conferencia de Prensa.**<br><br>**Traslado del Hotel Camino Real de Sumiya al Helipuerto de Constituyentes.** | *Cuernavaca, Morelos.*<br><br>Hotel Camino Real Sumiya. | **Acompañan:**<br>• Lic. José Antonio Polo y la Lic. Lizeth Parra.<br><br>**Vestimenta:**<br>• Formal. |
| 19:00-20:00 | **Reunión con la Sra. Janet Napolitano y el Sr. Eric Holder,** Secretaria de Seguridad Interna y Procurador General de los Estados Unidos de América, respectivamente.<br><br>Asisten de EUA:<br>• Leslie Bassett, Ministra Consejera de la Embajada de EUA en México, Noah Kroloff, Coordinador de Asesores, DHS, Marco López, Coordinador de Asesores, CBP, Suzie Barr, Coordinador de asesores, ICE, Alonso Peña, Agregado DHS, James Garland, Coordinador de Asesore (DOJ), John Bies, Consejero; Bruce Swartz, Subprocurador Adjunto; Kenneth Blanco, Subprocurador Adjunto de la División de Crimen y Mary Rodriguez, Subdirectora de Asuntos Internacionales. | *Constituyentes.* | **Acompañan:**<br>• Lic. José Antonio Polo, Mtro. Oswaldo Luna V.; Mtra. Maribel Cervantes, Lic. Luis Cárdenas, Mtra. Ana Luisa Valle Coulon y Lic. Jesús Fernández W. |

| **Agenda Presidencial** |
|---|
| - **El Lic. Felipe Calderón Hinojosa, Presidente de los Estados Unidos Mexicanos, continúa con su Visita de Estado al Reino Unido y participa en la Reunión del G-20.** |

**REVERSO**

| **Otros Eventos** |
|---|
| - **Distrito Federal.** Reunión de dirigentes de la Alianza Nacional de Transporte Multimodal con funcionarios de la Secretaría de Comunicaciones y Transportes. Los transportistas amenazan con un nuevo paro de labores y marchas hacia el Distrito Federal, de no obtener respuestas favorables a la disminución del precio del diesel, suspensión del IETU y descuento en el pago de peaje entre otros.
- **Reino Unido.** En Londres, Cumbre del G-20 para analizar la reforma del sistema financiero y la crisis internacional. El Primer Ministro Gordon Brown, propondrá a los participantes crear un fondo de 100 mil millones de dólares para estimular el comercio mundial y contribuir a restablecer el crecimiento económico mediante la coordinación internacional.
- **Campeche.** Concluye periodo para el registro de candidatos a gobernadores ante el Consejo General del IFE. |

| **Efemérides** |
|---|
| - **(1867).-** Aniversario de la Toma de Puebla por la fuerzas republicanas del General Porfirio Díaz.
- **(1844)-** Aniversario de la inauguración de la Biblioteca Nacional.
- **(2005)-** Aniversario luctuoso de la muerte del Papa Juan Pablo II. |

Bruce Swartz
Deputy Assistant Attorney General
Criminal Division
U.S. Department of Justice

Kenneth Blanco
Deputy Assistant Attorney General
Criminal Division
U.S. Department of Justice

Mary D. Rodríguez
Associate Director of International Affairs
U.S. Department of Justice

**ING. GENARO GARCÍA LUNA**
Secretario de Seguridad Pública