# **EXHIBIT N**

## ING. GENARO GARCÍA LUNA
**Secretario de Seguridad Pública**

### AGENDA DE ACTIVIDADES

| Martes 24 de noviembre de 2009 | | | |
|---|---|---|---|
| **Hora** | **Actividades** | **Lugar** | **Observaciones** |
| 08:30-10:30 | **INAUGURACIÓN DEL CENTRO DE INTELIGENCIA DE LA POLICÍA FEDERAL.**<br><br>• Ceremonia presidida por el Lic. Felipe Calderón Hinojosa, Presidente de los Estados Unidos Mexicanos. | *Constituyentes.* | |
| 11:45 | **Reunión con el Sr. John Clark,** Director General del Servicio de los US Marshals. | *Constituyentes.* | |
| 13:00-14:00 | **Reunión de Trabajo en SEGOB.** | *Oficinas de SEGOB.*<br><br>*(Bucareli No. 99, Col. Juárez)* | |
| 15:00-17:00 | **Comida** | *Constituyentes.* | |
| 18:00-19:00 | **Reunión con el Mtro. Ricardo Márquez Blas.** | *Constituyentes.* | |
| **Otros Eventos** | | | |
| • **Distrito Federal.** El Pleno de la Cámara de Diputados podría votar la propuesta del Grupo de Trabajo que analizó la viabilidad de la controversia constitucional, contra el decreto de extinción de Luz y Fuerza del Centro (LFC). Las firmas de legisladores en apoyo a la demanda de controversia recibidas por la Junta de Coordinación Política, para que en caso de rebasarse las 251 firmas necesarias, se interponga dicho recurso ante la Suprema Corte de Justicia de la Nación.<br>• **Distrito Federal.** Los días 24 y 26 de noviembre, sesiones ordinarias del Senado y de la Cámara de Diputados. En el Senado, podría debatirse algún acuerdo que norme los procesos de relevo de dos ministros de la Suprema Corte de Justicia de la Nación; así como del auditor Superior de la Federación, en Diputados. Darán inicio a las 11:00 horas.<br>• **Distrito Federal.** Asamblea de la Coordinación Estudiantil del Colegio de Bachilleres. Definirán acciones en apoyo al SME y al Sindicato Independiente Nacional de Trabajadores del Colegio de Bachilleres. Podrían asistir 20 activistas. Se realizará en las instalaciones de la Sección IX del SNTE. | | | |
| **Efemérides** | | | |
| • **(1854).-** Las fuerzas de Epitacio Huerta y Manuel García Pueblita atacan Morelia en poder de las tropas santannistas.<br>• **(1957).-** Muere Diego Rivera, genio mexicano de la pintura. | | | |