# **EXHIBIT O**

# INAURACIÓN DEL CENTRO DE INTELIGENCIA DE LA POLICÍA FEDERAL

**24 DE NOVIEMBRE DE 2009**

**CIUDAD DE MÉXICO, MÉXICO**



**De izquierda a derecha, Ing. Genaro García Luna Secretario de Seguridad Pública federal (SSPf); Lic. Felipe Calderón Hinojosa, Presidente Constitucional de los Estados Unidos Mexicanos; Lic. Sergio Montaño Fernández, oficial mayor de la SSPf; atrás, Gral. Guillermo Galván Galván, Secretario de la Defensa Nacional . 24 de noviembre de 2009. Ceremonia de inauguración del Centro de Inteligencia de la Policía Federal conocido como Bunker.**



**De izquierda a derecha, Ing. Genaro García Luna secretario de Seguridad Pública federal (SSPf); Lic. Felipe Calderón Hinojosa, Presidente Constitucional de los Estados Unidos Mexicanos; Lic. Sergio Montaño Fernández, oficial mayor de la SSPf; atrás, Procurador General de la República, Arturo Chávez Chávez, Gral. Guillermo Galván Galván, Secretario de la Defensa Nacional y Almirante Mariano Saynez Mendoza, Secretario de Marina-Armada de México. 24 de noviembre de 2009. Ceremonia de inauguración del Centro de Inteligencia de la Policía Federal conocido como Bunker.**



**Ing. Genaro García Luna Secretario de Seguridad Pública federal (SSPf). Ceremonia de Inauguración del Centro de Inteligencia de la Policía Federa. 24 noviembre 2009**



**Ing. Genaro García Luna Secretario de Seguridad Pública federal (SSPf). Ceremonia de Inauguración del Centro de Inteligencia de la Policía Federa. 24 noviembre 2009**



**Lic. Felipe Calderón Hinojosa, Presidente Constitucional de los Estados Unidos Mexicano. De izquierda a derecha en el presídium: Procurador General de la República, Arturo Chávez Chávez, Gral. Guillermo Galván Galván, Secretario de la Defensa Nacional , Ing. Genaro García Luna Secretario de Seguridad Pública federal (SSPf), Fernando Gómez Mont, Secretario de Gobernación, Almirante Mariano Saynez Mendoza, Secretario de Marina-Armada de México y Facundo Rosas Rosas, subsecretario de estrategia e Inteligencia Policial (SSPF) . 24 de noviembre de 2009. Ceremonia de inauguración del Centro de Inteligencia de la Policía Federal conocido como Bunker.**



**Lic. Felipe Calderón Hinojosa, Presidente Constitucional de los Estados Unidos Mexicanos. 24 de noviembre de 2009. Ceremonia de inauguración del Centro de Inteligencia de la Policía Federal conocido como Bunker.**