# **EXHIBIT P**

**ENVELOPE**
RATUZYUW RUEHMEA2397 2251320-UUUU--RHEFLGX.
ZNR UUUUU ZZH

**HEADER**
R131320Z AUG 09
FM AMEMBASSY MEXICO
TO RUEHC/SECSTATE WASHDC
INFO RHEHOND/DIR ONDCP WASHINGTON DC//OR//
RUZDADA/BATF WASHINGTON DC
RHMFISS/COMDT COGARD WASHINGTON DC
RUEABND/DEA HQS WASHINGTON DC
RUEATRS/DEPT OF TREASURY WASHINGTON DC
RHMFIUU/DEPT OF JUSTICE WASHINGTON DC
RHEFHLC/DEPT OF HOMELAND SECURITY WASHINGTON DC
RUEABNE/EPIC EL PASO TX
RHMFIUU/FBI WASHINGTON DC
RHMFIUU/HQ USNORTHCOM
RHMFISS/HQ USSOUTHCOM MIAMI FL
RUEAIAO/HQ ICE IAO WASHINGTON DC
RHMFISS/JOINT STAFF WASHINGTON DC
RUEKJCS/SECDEF WASHINGTON DC
RHMFIUU/USCBP WASHINGTON DC
ALL US CONSULATES IN MEXICO COLLECTIVE
WHA CENTRAL AMERICAN COLLECTIVE
BT

**CONTROLS**
UNCLAS

MEXICO 002397

SENSITIVE
E.O. 12958: N/A
TAGS: SNAR, KCRM, KJUS, PGOV, PREL, MX
********* THIS IS A COMBINED MESSAGE *********

**BODY**
SUBJECT: **MEXICO** MERIDA INITIATIVE SPOT REPORT #27: **MEXICO** PREPARES A **NEW NATIONAL COMMAND CENTER**
1. (SBU) SUMMARY: IN RESPONSE TO ITS MISSION OF MAINTAINING LAW AND ORDER AS WELL AS RESPONDING TO CIVILIAN EMERGENCIES, THE SSP WILL COMPLETE A **NATIONAL COMMAND AND CONTROL CENTER**, COMMONLY REFERRED TO AS ?THE BUNKER?, IN EARLY SEPTEMBER 2009. IT IS A STATE OF THE ART COMPLEX THAT WILL SERVE AS A MULTI-AGENCY COORDINATION CENTER ACROSS ALL LEVELS OF GOVERNMENT FOR PLANNING, COORDINATING AND ASSISTING LAW ENFORCEMENT IN THE FIGHT AGAINST CRIME. IN ADDITION, IT WILL SERVE AS THE OPERATIONS CENTER FOR RESPONDING TO AND RECOVERING FROM LARGE-SCALE CATASTROPHIC DISASTERS FOR ALL 31 STATES AND THE FEDERAL DISTRICT IN MEXICO.

RELEASED IN FULL

DECONTROLLED

REVIEW AUTHORITY: Alan Flanigan, Senior Reviewer

UNCLASSIFIED U.S. Department of State Case No. F-2014-20439 Doc No. C05635821 Date: 05/03/2016

UNCLASSIFIED//SBU

NAS HAS PROVIDED COMPUTER EQUIPMENT AND CONTINUES TO PROVIDE TECHNICAL
SUPPORT AND EXPERTISE TO SUSTAIN THE SUCCESS OF THE BUNKER PROJECT FOR A FULL
OPERATIONAL CAPABILITY.
END
SUMMARY
BACKGROUND

2. (SBU) THE SSP FULFILLS THE DUAL ROLES OF THE DEPARTMENT OF
HOMELAND SECURITY (DHS) AND NATIONAL POLICE IN MEXICO. THE SSP,
WITH A WORK FORCE OF 30,800 PREVENTIVE POLICE PERSONNEL, IS ONE OF THE
LARGEST AGENCIES IN MEXICO AND, INDEED, LATIN AMERICA. THE SSP
RESPONDS TO BOTH NATURAL AND MAN-MADE DISASTERS AT ALL LEVELS OF
GOVERNMENT, INCLUDING EARTHQUAKES, CIVILIAN EMERGENCIES, BREAKDOWNS
IN LAW AND ORDER, CRIME PREVENTION, HAZARDOUS MATERIAL SPILLS, MAJOR
ACCIDENTS AND INCIDENTS INVOLVING WEAPONS OF MASS DESTRUCTION. THE
AGENCY OPERATES IN THE FEDERAL DISTRICT (DF-SSP), 31 STATES, AND ALL
MAJOR CITIES IN MEXICO.

3. (SBU) WITHIN THE DF, THE SSP MAINTAINS A RESCUE SQUAD TO RESPOND
TO MEDICAL EMERGENCIES 24 HOURS A DAY, 365 DAYS A YEAR. THE STAFF
CONSISTS OF 80 MEDICAL AND EMT PROFESSIONALS, INCLUDING DOCTORS,
RESCUERS AND RADIO OPERATORS. IN A TYPICAL YEAR, THE SSP MAINTAINS
ORDER AND PROVIDES MEDICAL AND EMERGENCY SUPPORT DURING OVER 700
MAJOR DEMONSTRATIONS INVOLVING NEARLY THREE MILLION PEOPLE. IN
2005, THE SSP RESPONDED TO A TOTAL OF 51,806 INCIDENTS. THESE CASES
INCLUDED RESPONSES TO SEVERELY SICK AND INJURED PERSONS REQUIRING
HOSPITALIZATION, THOUSANDS WHO NEEDED ON-SCENE ASSISTANCE, 108
CHILDBIRTH CASES, AND THE RESCUE OF 82 CHILDREN ABANDONED ALONG
PUBLIC THOROUGHFARES.
THE BUNKER

4. (SBU) IN ORDER TO MORE EFFECTIVELY COORDINATE ITS VARIOUS DAY TO
DAY MISSIONS AS WELL AS PREPARE TO RESPOND TO MAJOR EMERGENCIES,
DISASTERS, AND REGIONAL CATASTROPHIC INCIDENTS IN A COORDINATED
FASHION, THE SSP IS CURRENTLY COMPLETING THE CONSTRUCTION OF A
FACILITY KNOWN AS ?THE BUNKER? IN MEXICO CITY. THE DESIGN FOR THE
BUILDING CAME FROM A VISIT MADE BY SENIOR SSP OFFICIALS TO SIMILAR
FACILITIES IN EUROPE AND NORTH AMERICA SEVERAL MONTHS AGO. IT HAS
BEEN LESS THAN SIX MONTHS FROM GROUND BREAKING TO COMPLETION.

5. (SBU) THE PHYSICAL BUILDING STRUCTURE IS A FOCAL POINT FOR
PLANNING, RESPONSE, AND RECOVERY FROM NATURAL AND MAN-MADE
CATASTROPHIC DISASTERS. IT ALSO ENHANCES THE SSP?S CAPACITY TO

UNCLASSIFIED U.S. Department of State Case No. F-2014-20439 Doc No. C05635821 Date: 05/03/2016
SENSITIVE BUT UNCLASSIFIED

UNCLASSIFIED//SBU

********* START OF SECTION 2 *********
SENSITIVE

E.O. 12958: N/A
TAGS: SNAR, KCRM, KJUS, PGOV, PREL, MX
SUBJECT: MEXICO MERIDA INITIATIVE SPOT REPORT #27: MEXICO PREPARES A PROMOTE PUBLIC SECURITY ACROSS GOVERNMENT AND REGIONS. IT IS THREE FLOORS UNDERGROUND, MEANT TO WITHSTAND ANY NATURAL DISASTER, AND EQUIPPED WITH STATE OF THE ART EQUIPMENT AND HARDWARE. IN A RECENT TOUR OF THE BUNKER, WHICH IS NEARING COMPLETION, NAS DIRECTOR WAS SHOWN AN IMPRESSIVE STRUCTURE THAT WILL ALLOW ALL FEDERAL AND LOCAL ENTITIES TO WORK TOGETHER IN PROTECTED SPACE WITH A FULL FLOW OF INFORMATION. IT LOOKS LIKE A NASA COMMAND CENTER WITH MULTIPLE SCREENS AND THREE ROWS OF TRAINED COMPUTER OPERATORS MONITORING DATA AND EVENTS ACROSS THE COUNTRY, ALL OF WHICH CAN BE PROJECTED FOR THE GROUP AND FOR DECISION MAKERS DURING AN EMERGENCY.

6. (SBU) THE BUNKER IS ADJACENT TO THE SSP?S NEW HEADQUARTERS COMPLEX IN MEXICO CITY (CONSTITUYENTES) TO BETTER SUPPORT ITS MAIN FUNCTIONS. AS THE PHYSICAL PRINCIPAL SITE OF PLATAFORMA MEXICO, THE COMMAND CENTER WILL HAVE THE INFORMATION NEEDED TO EMPOWER THE SSP OPERATIONS OFFICERS TO COLLATE INTELLIGENCE REGARDING MAJOR INCIDENTS FROM MANY OF ITS DEPARTMENTS AND MANAGE THEM FROM INITIAL PREVENTION, RESPONSE, AND RESUMPTION OF NORMAL CONDITIONS AFTER AN INCIDENT. WITH THE IMPLEMENTATION OF STANDARDIZED CORE COMPETENCIES (SIMILAR TO DHS, DOJ AND FEMA AGENCIES IN THE U.S.) IN INCIDENT MANAGEMENT AND LAW ENFORCEMENT, AS WELL AS INTELLIGENCE GATHERING AND OTHER BUSINESS INTELLIGENCE FUNCTIONS, THE SSP NATIONAL EMERGENCY TEAMS WILL BE USING CONSISTENT PROCEDURES, COMMON INCIDENT LANGUAGE, STANDARDIZED COMMUNICATION PROTOCOLS AND HAVE COMMON SITUATIONAL AWARENESS FOR SWIFT AND EFFECTIVE CRISIS RESPONSE.
U.S. CONTRIBUTION

7. (SBU) CURRENTLY, NAS HAS DELIVERED AND INSTALLED OVER 60 SERVERS FOR THE PROJECT AT A COST OF APPROXIMATELY $3.5 MILLION (PIPELINE FUNDS). WE ARE ALSO PROVIDING TECHNICAL SUPPORT TO DEFINE THE BEST MEANS TO ENHANCE THE CAPABILITY OF THE BUNKER TO FULFILL AN EXTREMELY COMPLEX MISSION. ALL OF THIS WILL GREATLY STRENGTHEN MEXICO?S CAPABILITY TO DISSEMINATE TIMELY, ACCURATE AND ACTIONABLE INFORMATION TO DECISION-MAKERS AND THE PUBLIC, AS WELL AS PROVIDE A MEANS TO DETERMINE AND LAUNCH APPROPRIATE REMEDIAL MEASURES DURING CIVIL EMERGENCIES.

UNCLASSIFIED//SBU

C05635821 U.S. Department of State Case No. F-2016-25 Doc No. C05635821 Date: 05/03/2016

UNCLASSIFIED//SBU

8. (SBU) COMMENT: THE PROJECT IS PART OF A GROWING WEB OF NEW TECHNOLOGIES THAT **MEXICO** IS ROLLING OUT TO SUPPORT THE FIGHT AGAINST ORGANIZED CRIME AND TO BETTER PREPARE FOR NATURAL DISASTERS. IT IS ALSO PART OF THE DIZZYING PACE OF NEW CONSTRUCTION THE SSP IS UNDERTAKING THAT INCLUDES TWO HANGERS, TWO MAJOR OPERATIONS CENTERS, A FORENSICS LAB, AN INTELLIGENCE FACILITY, A STATE OF THE ART FIRING RANGE, AND SPECIAL OPERATIONS TRAINING FACILITIES, ALL THIS AT THE IZTAPALAPA AND CONSTITUYENTES FACILITIES ALONE. THEY ARE EVIDENCE OF THE 300% INCREASE IN THE SSP?S BUDGET OVER THE PAST THREE YEARS. PASCUAL

# ADMIN
BT
#2397
6B5A
NNNN

UNCLASSIFIED//SBU

UNCLASSIFIED U.S. Department of State Case No. F-2016-25 Doc No. C05635821 Date: 05/03/2016
SENSITIVE BUT UNCLASSIFIED