# **EXHIBIT T**



# SECRETARÍA DE LA DEFENSA NACIONAL.

## Hoja de Respuesta a Solicitudes de Información.

**LUGAR Y FECHA:** LOMAS DE SOTELO, CIUDAD DE MÉXICO, A 14 DE AGOSTO DE 2017.

**No. DE FOLIO:** 0000700129917

**MODALIDAD DE ENTREGA DE LA INFORMACIÓN:** MEDIO ELECTRÓNICO.

De conformidad con el artículo 129 de la Ley General de Transparencia y Acceso a la Información Pública, las áreas consideradas en los artículos 40 y 50, del Reglamento Interior de la Secretaría de la Defensa Nacional, correspondientes a las Direcciones Generales de Transmisiones y Administración, le otorgan la siguiente respuesta:

**REQUERIMIENTO:** "...SOLICITO CONOCER EL MONTO EXACTO EROGADO POR LA SECRETARÍA DE LA DEFENSA NACIONAL PARA LA ADQUISICIÓN DEL SOFTWARE "PEGASUS", COMERCIALIZADO POR LA EMPRESA "NSO GROUP TECHONOLOGIES", IGUALMENTE, SOLICITO COPIA DEL CONTRATO DE ADQUISICIÓN DE DICHO SOFTWARE, ASÍ COMO CONOCER LA FUNCIÓN ESPECÍFICA DEL MISMO...." (SIC).

**RESPUESTA:** SE HACE DE SU CONOCIMIENTO QUE DESPUÉS DE HABER REALIZADO UNA EXHAUSTIVA BÚSQUEDA EN LOS ARCHIVOS DE ESTA SECRETARÍA, NO SE LOCALIZÓ NINGÚN CONTRATO PARA LA ADQUISICIÓN DE SOFTWARE, LICENCIA O HERRAMIENTA TECNOLÓGICA CON LA EMPRESA "NSO GROUP TECHNOLOGIES", COMO USTED LO REFIERE; SIN EMBARGO ATENDIENDO AL PRINCIPIO DE MÁXIMA PUBLICIDAD, SE LE MANIFIESTA QUE ESTA DEPENDENCIA ADQUIRIÓ CON LA EMPRESA "SECURITY TRACKING DEVICES, S.A. DE C.V.", UN PROGRAMA DENOMINADO "PEGASUS", CON VIGENCIA DE JULIO 2011 A AGOSTO 2013, PARA MANTENER LA CAPACIDAD OPERATIVA DEL EJÉRCITO Y FUERZA AÉREA Y EL CONTROL DE LAS OPERACIONES MILITARES QUE SE REALIZAN EN EL TERRITORIO NACIONAL EN TIEMPO REAL, CON EL FIN DE GARANTIZAR LA SEGURIDAD NACIONAL, LA SEGURIDAD INTERIOR Y LA DEFENSA NACIONAL.

POR LO ANTERIOR, SE PONE A SU DISPOSICIÓN EN 21 HOJAS, COPIA SIMPLE Y EN VERSIÓN PUBLICA, EL CONTRATO CELEBRADO CON LA EMPRESA "SECURITY TRACKING DEVICES, S.A. DE C.V.", MEDIANTE EL CUAL SE ADQUIRIÓ EL SOFTWARE "PEGASUS", ASÍ COMO LA RESOLUCIÓN DE INFORMACIÓN RESERVADA Y CONFIDENCIAL DE LA VERSIÓN PÚBLICA EMITIDA POR EL COMITÉ DE TRANSPARENCIA DE ESTA SECRETARÍA, LAS CUALES PODRÁ RECOGER PREVIO PAGO DE $ 10.50 (DIEZ PESOS 50/100 M.N.). Y PREVIA ACREDITACIÓN DE SU PERSONALIDAD EN EL MÓDULO DE ATENCIÓN AL PÚBLICO DE LA UNIDAD DE TRANSPARENCIA (OFICINA DE ATENCIÓN CIUDADANA) DE ESTA SECRETARÍA, LA CUAL SE ENCUENTRA UBICADA EN: AVENIDA INDUSTRIA MILITAR ESQUINA CON BOULEVARD MANUEL ÁVILA CAMACHO, COLONIA LOMAS DE SOTELO, DELEGACIÓN MIGUEL HIDALGO, CIUDAD DE MÉXICO, CÓDIGO POSTAL 11640; EN UN HORARIO DE LUNES A VIERNES DE 0800 A 1530 HORAS Y SÁBADOS DE 0900 A 1130 HORAS, PONIENDO A SU DISPOSICIÓN EL CORREO ELECTRÓNICO unidadenlace@mail.sedena.gob.mx, A FIN DE QUE SOLICITE LA FICHA DE PAGO CORRESPONDIENTE.

Esta Dependencia del Ejecutivo Federal reitera a usted su disposición para atender sus solicitudes de manera respetuosa, expedita y con apego a derecho; asimismo, si requiere información adicional o tiene alguna duda sobre el derecho de acceso a la información y de protección de datos personales, se ponen a su disposición el teléfono 5557-3594 y el correo electrónico: unidadenlace@mail.sedena.gob.mx de la Unidad de Transparencia para cualquier consulta o duda sobre el acceso a la información de esta Secretaría.

Atentamente
Titular de la Unidad de Transparencia de la
Secretaría de la Defensa Nacional.

Gral. Brig. D.E.M. Francisco Js. Toscano Camacho.

JEAGZ-JLHC-JAFG-syvv.
X:\ANEXO FOLIO 0000700129917 R BIS_2.doc

 

SECRETARÍA DE LA DEFENSA NACIONAL
(MINISTRY OF NATIONAL DEFENSE)

**TRANSLATION**

Reply Sheet to
Requests for Information

| | |
|---|---|
| **PLACE AND DATE:** | LOMAS DE SOTELO, MEXICO CITY, AUGUST 14, 2017 |
| **PAGE No.:** | 0000700129917       **INFORMATION DELIVERY METHOD:** 500WDS       ELECTRONICALLY |

Pursuant to Section 129, General Transparency and Access to Public Information Act, the areas considered in Sections 40 and 50, Internal Rules of the Secretariat of National Defense, corresponding to the General Directorates of Transmissions and Administration, the following reply is provided:

**REQUEST:** "...I REQUEST INFORMATION ABOUT THE EXACT AMOUNT DISBURSED BY THE MINISTRY OF NATIONAL DEFENSE FOR THE PURCHASE OF THE "PEGASUS" SOFTWARE, MARKETED BY THE COMPANY "NSO GROUP TECHONOLOGIES"; LIKEWISE, I REQUEST COPY OF THE PROCUREMENT CONTRACT FOR SAID SOFTWARE, AS WELL AS INFORMATION ABOUT THE SPECIFIC OPERATION THEREOF" (SIC).

**RESPONSE:** FOR YOUR INFORMATION, AFTER HAVING CONDUCTED AN EXHAUSTIVE SEARCH FOR FILES OF THIS OF THIS MINISTRY, NO CONTRACT WAS FOUND FOR THE PROCUREMENT OF SOFTWARE, LICENSE OR TECHNOLOGICAL TOOL WITH THE COMPANY "NSO GROUP TECHNOLOGIES," AS REFERRED TO BY YOU; HOWEVER, TAKING INTO ACCOUNT THE PRINCIPLE OF MAXIMUM DISCLOSURE, YOU ARE ADVSED THAT THIS OFFICE PURCHASED FROM THE COMPANY "SECURITY TRACKING DEVICES, S.A. DE C.V.," A SOFTWARE BY THE NAME OF "PEGASUS," VALID FROM JULY, 2011, THROUGH AUGUST, 2013, TO MAINTAIN THE OPERATIONAL CAPACITY OF THE ARMY AND AIR FORCE AND CONTROL OF THE MILITARY OPERATIONS CARRIED OUT IN REAL TIME IN THE NATIONAL TERRITORY, FOR PURPOSES OF GUARANTEEING NATIONAL SECURITY, INTERNAL SECURITY AND NATIONAL DEFENSE.

IN VIEW OF THE FOREGOING, 21 PAGES ARE BEING MADE AVAILABLE TO YOU, AS A PUBLIC VERSION OF A NON-CERTIFIED COPY, OF THE CONTRACT ENTERED INTO WITH THE COMPANY "SECURITY TRACKING DEVICES, S.A. DE C.V.," WHEREBY THE "PEGASUS" SOFTWARE WAS PURCHASED, AS WELL AS THE DECISION ON PRIVILEGED AND CONFIDENTIAL INFORMATION RELATING TO THE PUBLIC VERSION, ISSUED BY THE TRANSPARENCY COMMITTEEE OF THIS MINISTRY, WHICH YOU MAY PICK UP AFTER PAYING $ 10.50 (TEN PESOS 50/100 NATL. CURR.), AND PRIOR ACCREDITATION OF YOUR IDENTITY AT THE CUSTOMER SERVICE DEPARTMENT, TRANSPARENCY UNITY (OFFICE OF CITIZENS' SERVICES) OF THIS MINISTRY, LOCATED AT: AVENIDA INDUSTRIA MILITAR ESQUINA CON BOULEVARD MANUEL ÁVILA CAMACHO, COLONIA LOMAS DE SOTELO, DELEGACIÓN MIGUEL HIDALGO, MEXICO CITY, ZIP CODE POSTAL 11640; MONDAYS THROUGH FRIDAYS, FROM 08:00 HRS TO 15:30 HRS, AND SATURDAYS FROM 09:00 HRS TO 11:30; OUR EMAIL ADDRESS IS unidadenlace@mail.sedena.gob.mx, IN ORDER FOR YOU TO APPLY FOR THE APPLICABLE PAY SLIP.

This Unit of the Federal Executive reiterates its willingness to process your applications respectfully and expeditiously, in accordance with the law; furthermore, in case additional information should be required or should you have questions about the access to information or data protection, you can contact the Transparency Unit of this Secretariat, by calling 5557-3594 or emailing: unidadenlace@mail.sedena.gob.mx. Very truly yours,

Transparencia para cualquier consulta o duda sobre el acceso a la información de esta Secretaría.

Atentamente
Titular de la Unidad de Transparencia de la
Secretaría de la Defensa Nacional.

Gral. Brig. D.E.M. Francisco Miguel Toscano Camacho.

JEAGZ-JLHC-JAFG-syvv.
X:\ANEXO FOLIO 0000700129917 R BIS_2.doc