# **EXHIBIT V**

Ciudad de México, México a 9 de noviembre de 2023.

A quien corresponda:

El suscrito, Sr. José Jorge Rincón Namorado, estuve trabajando durante el periodo del 1º de marzo de 2009 al 31 de diciembre de 2018, en la Policía Federal comisionado como escolta del Sr. Genaro García Luna.

En virtud de lo anterior, mediante este escrito de manera voluntaria y bajo protesta de decir verdad manifiesto que, durante el periodo de tiempo en que fungí como escolta del Sr. Genaro García Luna: (i) nunca vi un helicóptero aterrizar en la casa propiedad del Sr. García Luna ubicada en calle Amate 13, Fraccionamiento Pedregal de las Fuentes, CP 62554, Municipio de Jiutepec, Morelos; (ii) el camino que tomaba el Sr. García Luna para ir de la Ciudad de México a Jiutepec, Morelos era siempre la autopista México-Cuernavaca, jamás usamos la carretera que va a Cuautla, Morelos; (iii) el Sr. García Luna jamás fue al restaurante Champs Élysées, localizado en  Avenida Paseo de la Reforma 316, Colonia Juárez, Alcaldía Cuauhtémoc de la Ciudad de México; y (iv) el Sr. Francisco Cañedo Zabaleta jamás fue miembro de la escolta del Sr. García Luna, ni del área de seguridad de la Policía Federal.

Sin más por el momento, quedo a sus ordenes.

Atentamente

Sr. José Jorge Rincón Namorado

**TRANSLATION**

Mexico City, Mexico, November 9, 2023

To whom it may concern:

The undersigned, Mr. José Jorge Rincón Namorado, worked for the Federal Police during the period between March 1, 2009, and December 31, 2018, assigned as a bodyguard to Mr. Genaro García Luna.

By virtue of the foregoing, I hereby voluntarily state, under penalty of perjury, that during the time period I acted as a bodyguard for Mr. Genaro García Luna: (i) I never saw a helicopter land on the house owned by Mr. García Luna, located on calle Amate 13, Fraccionamiento Pedregal de las Fuentes, zip code 62554, City of Jiutepec, Morelos; (ii) the road taken by Mr. García Luna to go from Mexico City to Jiutepec, Morelos, always was the Mexico-Cuernavaca highway, we never used the road going to Cuautla, Morelos; (iii) Mr. García Luna never went to the Champs Élysées restaurant, located on Avenida Paseo de la Reforma 316, Colonia Juárez, Alcaldía Cuauhtémoc, Mexico City; and (iv) Mr. Francisco Cañedo Zabaleta was never a member of Mr. García Luna's security detail, nor was he a member of the Federal Police's Security Department.

There being nothing further at present, I remain at your disposal.

Very truly yours,

Mr. José Jorge Rincón Namorado

Protenger y Servir a la Comunidad

ESTE DOCUMENTO DE IDENTIFICACIÓN ES PROPIEDAD DE LA SECRETARÍA DE SEGURIDAD PÚBLICA Y DEBERÁ SER DEVUELTO A SOLICITUD DE LA MISMA. EN CASO DE PÉRDIDA SE SUPLICA SEA REMITIDA A LA CITADA DEPENDENCIA.

Nº EXPEDIENTE: 33374
TIPO DE SANGRE: O RH(-)

COMISARIO GENERAL
LIC. OSWALDO LUNA VALDERRABANO
JEFE DEL ESTADO MAYOR

... A LAS AUTORIDADES MILITARES, FEDERALES, ESTATALES Y MUNICIPALES, SE LES AGRADECERÁ DAR LAS FACILIDADES NECESARIAS A LA PERSONA QUE SE IDENTIFIQUE CON EL PRESENTE DOCUMENTO, EL CUAL TENDRÁ VALIDEZ Y MERECERÁ FE RESPECTO A LA IDENTIDAD DEL PORTADOR, MISMO QUE ESTA AUTORIZADO E INCLUIDO EN LA LICENCIA OFICIAL COLECTIVA QUE TIENE OTORGADA LA P.F.P. (OFICIO No. S.C./0017 DE LA I.O.C. P.F.P. GIRADO POR LA S.D.N.) PARA PORTAR ARMAS DE FUEGO DE LAS INCLUIDAS EN LA CITADA LICENCIA.

FOLIO:



SSP
POLICÍA FEDERAL
EXP: 21/04/2009
VEN:01/11/2009

JOSE JORGE
RINCON
NAMOZADO

GRADO
SUBOFICIAL

ADSCRIPCIÓN:
COORD. DE FUERZAS
FEDERALES DE APOYO

AUTORIZA
EDUARDO LEMADA CHRITERNA
COMISIONADO DE LA PFP

**TRANSLATION**

SSP
[ILLEGIBLE]

RFC[1]: 
CURP:
CUIP:

File No.:
Blood Type:      0 RH(+)

s/(Affixed Signature)
COMMISSIONER GENERAL
OSVALDO GARCIA LUNA VALDERRÁBANO
CHIEF OF STAFF

"... TO THE MILITARY, FEDERAL, STATE AND MUNICIPAL
AUTHORITIES: PROVIDING THE NECESSARY FACILITIES
TO THE INDIVIDUAL IDENTIFIED HEREWITH WILL BE
APPRECIATED. THE DOCUMENT SHALL BE VALID AND
THE LEGAL AUTHORITY SHALL BE ACKNOWLEDGED WITH
RESPECT TO THE BEARER'S IDENTITY, WHO IS AUTHORIZED
AND INCLUDED IN THE OFFICIAL COLLECTIVE LICENSE
ISSUED OBY THE  F.P.P. (OFFICIAL LETTER No. S.I./8017
FROM I.O.C. F.P.P., ISSUED BY THE S.D.N.), TO
CARRY THE FIREARMS INCLUDED IN THE ABOVE-MENTIONED
LICENSE["].]

THIS IDENTIFICATION DOCUMENT IS OWNED BY THE SECRETARIAT OF
PUBLIC SECURITY AND SHALL BE RETURNED UPON REQUEST THEREOF.
IF LOST, IT IS REQUESTED THAT IT BE RETURNED TO THE ABOVE-MENTIONED
AGENCY.

**PROTECTING AND SERVING THE COMMUNITY**

**PAGE: 027317**

---

[1] Translator's Note: Several acronyms mentioned in the document the translation of which, when available, is
indicated below:
RFC: *Registro Federal de Contribuyentes*, Federal Taxpayers Registry
CURP: *Clave Única de Registro de Población*, Unique Population Registration Code
CUIP: *Clave Única de Identificación Permanente*, Unique Permanent Identification Code
S.D.N: *Secretaría de Defensa Nacional*, National Defense Ministry
S.I.: Acronym description not found
I.O.C.: Acronym description not found

**TRANSLATION**

SPS
SECRETARIAT OF PUBLIC SECURITY

FEDERAL POLICE                    AFFIXED PHOTOGRAPH
[AFFIXED STAR   INSIDE NOTATION READS SPS   S/(ILLEGIBLE)
(ILLEGIBLE)]
Issued:  04/21/2009                                      JOSE JORGE
Expires: 11/01/2009                                        RINCON
                                                          NAMORADO

                                                            RANK
                                            NONCOMMISSIONED OFFICER

                                                        ASSIGNED TO
                                                          FEDERAL
                                              SUPPORT FORCES COORD.

                  Authorized by:                          [MEXICAN FLAG IMAGE]
                  s/(Illegible)
                  Rodrigo Esparza Cristerna
                  FPP Commissioner



**DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES**
**SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS**
**SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS**

## EXPEDIENTE ELECTRÓNICO ÚNICO



**Fecha de Emisión:** 14/12/2023 06:54:54 p.m.



040511103

## DATOS  PERSONALES

*SIN FIRMA*

| | |
|---|---|
| CURP: ▮▮▮▮▮ | RFC: ▮▮▮▮▮ |
| Primer Apellido: **RINCON** | Sexo: **HOMBRE** |
| Segundo Apellido: **NAMORADO** | Estado Civil: **SOLTERO (A)** |
| Nombre: **JOSE JORGE** | Fecha de Nacimiento: ▮▮▮▮▮ |
| Estado: **INACTIVO** | NSS: ▮▮▮▮▮ |

## DOMICILIO

| | |
|---|---|
| Calle: | ▮▮▮▮▮ |
| Número Exterior: | ▮ |
| Número Interior: | ▮ |
| Colonia: | ▮▮▮▮▮ |
| Del. o Mpio.: | ▮▮▮▮▮ |
| Estado: | ▮▮▮▮▮ |
| Código Postal: | ▮▮▮ |

## CLÍNICA

| | |
|---|---|
| Clave: **3020600** | Tipo: **UNIDAD DE MEDICINA - CMF** |
| Nombre: **CORDOBA** | |
| Domicilio: **AVENIDA 43** | |
| Colonia: **RANCHO SAN JUAN NEPOMUCENO** | |
| Teléfono: **2717127890** | |
| Delegación ISSSTE: **DELEGACION ESTATAL EN VERACRUZ** | |

**Sello Digital**

RALcxgoTEqTIcEEPEU8sEypvnRbJWw+RXItwCc4Vf4677p/w97Tl4ZMAVTAtJqw/3AX5tab+aHKLTERF3U2fXKerIAI7mHt8oI+6jUqZxJ9G4+fqZd
zMWBzwtXjet9UYpYtFjQHlv/YDT9741p50C/UEXZYakBAMIDWCdAma4gk=



**ISSSTE**
INSTITUTO DE SEGURIDAD
Y SERVICIOS SOCIALES DE LOS
TRABAJADORES DEL ESTADO

DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## EXPEDIENTE ELECTRÓNICO ÚNICO

SIN**A**VID

**Fecha de Emisión:** 14/12/2023 06:54:54 p.m.

040511103

### DATOS LABORALES

**PLAZAS TRABAJADOR**
 NO SE ENCONTRARON REGISTROS.

**PLAZAS PENSIONADO**
 NO SE ENCONTRARON REGISTROS.

### FAMILIARES

| | |
|---|---|
| CURP: ▓▓▓▓▓ | Fecha de Nacimiento: ▓▓▓▓ |
| Primer Apellido: **AVALOS** | Fecha de Alta: **24/01/2011** |
| Segundo Apellido: **GOMEZ** | Parentesco: **ESPOSA** |
| Nombre: **SILVIA YADIRA** | Estado: **SIN DERECHO** |

| | |
|---|---|
| CURP: ▓▓▓▓▓ | Fecha de Nacimiento: ▓▓▓▓ |
| Primer Apellido: ▓▓▓ | Fecha de Alta: **20/05/2014** |
| Segundo Apellido: ▓▓▓ | Parentesco: **HIJA** |
| Nombre: ▓▓▓ | Estado: **SIN DERECHO** |

**Sello Digital**

RALcxgoTEqTIcEEPEU8sEypvnRbJWw+RXItwCc4Vf4677p/w97Tl4ZMAVTAtJqw/3AX5tab+aHKLTERF3U2fXKerIAI7mHt8oI+6jUqZxJ9G4+fqZd
zMWBzwtXjet9UYpYtFjQHlv/YDT9741p50C/UEXZYakBAMIDWCdAma4gk=



**ISSSTE**
INSTITUTO DE SEGURIDAD
Y SERVICIOS SOCIALES DE LOS
TRABAJADORES DEL ESTADO

DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## EXPEDIENTE ELECTRÓNICO ÚNICO



**Fecha de Emisión:** 14/12/2023 06:54:54 p.m.

040511103

## HISTORIAL DE COTIZACIÓN

**SECRETARIA DE GOBERNACION**
  **SEGOB. POLICIA FEDERAL**

| Tipo de Periodo | Fecha de Inicio | Fecha de Término | Sueldo Básico |
|---|---|---|---|
| NORMAL | 01/07/2013 | 02/07/2013 | $16,855.00 |
| NORMAL | 03/07/2013 | 05/07/2013 | $18,310.38 |
| NORMAL | 06/07/2013 | 31/12/2013 | $19,024.48 |
| NORMAL | 01/01/2014 | 31/12/2014 | $19,790.34 |
| NORMAL | 01/01/2015 | 31/12/2015 | $20,459.81 |
| NORMAL | 01/01/2016 | 31/12/2016 | $20,867.01 |
| NORMAL | 01/01/2017 | 31/12/2017 | $21,506.63 |
| NORMAL | 01/01/2018 | 18/01/2019 | $22,290.17 |

**SECRETARIA DE SEGURIDAD Y PROTECCION CIUDADANA**
  **SSP. POLICIA FEDERAL**

| Tipo de Periodo | Fecha de Inicio | Fecha de Término | Sueldo Básico |
|---|---|---|---|
| NORMAL | 16/10/2008 | 31/10/2008 | $14,228.66 |
| NORMAL | 01/11/2008 | 31/12/2008 | $14,228.66 |
| NORMAL | 01/01/2009 | 31/12/2009 | $15,300.00 |
| NORMAL | 01/01/2010 | 31/12/2010 | $16,050.00 |
| NORMAL | 01/01/2011 | 30/06/2013 | $16,855.00 |

## RÉGIMEN PENSIONARIO

Régimen Pensionario: **CUENTAS INDIVIDUALES**

Antigüedad para Pensiones: **10 año(s)**

**Sello Digital**

RALcxgoTEqTIcEEPEU8sEypvnRbJWw+RXItwCc4Vf4677p/w97Tl4ZMAVTAtJqw/3AX5tab+aHKLTERF3U2fXKerIAI7mHt8oI+6jUqZxJ9G4+fqZd
zMWBzwtXjet9UYpYtFjQHlv/YDT9741p50C/UEXZYakBAMIDWCdAma4gk=



**DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES**
**SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS**
**SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS**

## EXPEDIENTE ELECTRÓNICO ÚNICO



**Fecha de Emisión:**  14/12/2023 06:54:54 p.m.

040511103

### HISTORIAL DE COTIZACIÓN FOVISSSTE

**SECRETARIA DE GOBERNACION**
  **SEGOB. POLICIA FEDERAL**

| Tipo de Periodo | Fecha de Inicio | Fecha de Término | Sueldo Básico |
|---|---|---|---|
| NORMAL | 01/07/2013 | 02/07/2013 | $16,855.00 |
| NORMAL | 03/07/2013 | 05/07/2013 | $18,310.38 |
| NORMAL | 06/07/2013 | 31/12/2013 | $19,024.48 |
| NORMAL | 01/01/2014 | 31/12/2014 | $19,790.34 |
| NORMAL | 01/01/2015 | 31/12/2015 | $20,459.81 |
| NORMAL | 01/01/2016 | 31/12/2016 | $20,867.01 |
| NORMAL | 01/01/2017 | 31/12/2017 | $21,506.63 |
| NORMAL | 01/01/2018 | 18/01/2019 | $22,290.17 |

**SECRETARIA DE SEGURIDAD Y PROTECCION CIUDADANA**
  **SSP. POLICIA FEDERAL**

| Tipo de Periodo | Fecha de Inicio | Fecha de Término | Sueldo Básico |
|---|---|---|---|
| NORMAL | 16/10/2008 | 31/10/2008 | $14,228.66 |
| NORMAL | 01/11/2008 | 31/12/2008 | $14,228.66 |
| NORMAL | 01/01/2009 | 31/12/2009 | $15,300.00 |
| NORMAL | 01/01/2010 | 31/12/2010 | $16,050.00 |
| NORMAL | 01/01/2011 | 30/06/2013 | $16,855.00 |

**Sello Digital**

RALcxgoTEqTIcEEPEU8sEypvnRbJWw+RXItwCc4Vf4677p/w97Tl4ZMAVTAtJqw/3AX5tab+aHKLTERF3U2fXKerIAI7mHt8oI+6jUqZxJ9G4+fqZd
zMWBzwtXjet9UYpYtFjQHlv/YDT9741p50C/UEXZYakBAMIDWCdAma4gk=



**ISSSTE**
INSTITUTO DE SEGURIDAD
Y SERVICIOS SOCIALES DE LOS
TRABAJADORES DEL ESTADO

DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## EXPEDIENTE ELECTRÓNICO ÚNICO

SINAVID

**Fecha de Emisión:** 14/12/2023 06:54:54 p.m.

040511103

### FUNDAMENTOS JURÍDICOS

La información que contiene el Expediente Electrónico Único está regulada en términos de lo dispuesto en el artículo 10 de la Ley del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado y en el Título Tercero del Reglamento del Sistema Nacional de Afiliación y Vigencia de Derechos, de la Base de Datos Única de Derechohabientes y del Expediente Electrónico Único del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado. La información contenida en él es confidencial y por tanto los datos personales proporcionados por los afiliados y sus familiares derechohabientes, con fundamento en lo establecido en el artículo 13 de la Ley del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado y 70 del Reglamento del Sistema Nacional de Afiliación y Vigencia de Derechos, de la Base de Datos Única de Derechohabientes y del Expediente Electrónico Único del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado, están protegidos en términos de la Ley Federal de Transparencia y Acceso a la Información Pública Gubernamental y de los Lineamientos de Protección de Datos Personales emitidos por el Instituto Federal de Acceso a la Información (IFAI) e incorporados y tratados en la Base de Datos Única de Derechohabientes, para acreditar el acceso a los Seguros, Prestaciones y Servicios que otorga este Instituto.

**Plazas**
Si al causar baja como trabajador cotizó por lo menos seis meses ininterrumpidos al seguro de salud, usted y sus familiares derechohabientes registrados conservarán los dos meses siguientes el derecho a recibir los beneficios de dicho seguro. (Artículo 43 de la Ley del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado)

**Historial de Cotización**
Lo mostrado corresponde a la información histórica y actual de las fechas de inicio, término y sueldo básico mensual, notificados al Instituto en el periodo registrado por las Dependencias y Entidades. (Artículo 7 de la Ley del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado)

La información que contiene la Base de Datos Única de Derechohabientes es utilizada por las Unidades Administrativas del Instituto responsables del otorgamiento de los seguros, prestaciones y servicios; por lo que el Afiliado deberá verificar dicha información a efecto de validar su actualización y autenticidad, debiendo señalar las diferencias que existan y proporcionar la documentación probatoria que permita, en su caso, realizar las actualizaciones correspondientes. (Artículo 9 del Reglamento del Sistema Nacional de Afiliación y Vigencia de Derechos, de la Base de Datos Única de Derechohabientes y del Expediente Electrónico Único del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado)

Las solicitudes de actualización de información deberán realizarse en los Departamentos de Afiliación y Prestaciones Económicas de las Delegaciones Estatales y Regionales, cuyos domicilios pueden consultarse en la dirección www.issste.gob.mx.

**Familiares**
La información que se presenta es la que a la fecha se encuentra registrada en la Base de Datos Única de Derechohabientes; ésta acredita el acceso de los familiares derechohabientes a los seguros, prestaciones y servicios que la Ley establece. En caso de que su información no se encuentre actualizada deberá acudir a los Departamentos de Afiliación y Prestaciones Económicas de las Delegaciones Estatales y Regionales, cuyos domicilios pueden consultarse en la dirección www.issste.gob.mx con los documentos probatorios correspondientes. (Artículo 8 de la Ley del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado)

**Sello Digital**

RALcxgoTEqTIcEEPEU8sEypvnRbJWw+RXItwCc4Vf4677p/w97Tl4ZMAVTAtJqw/3AX5tab+aHKLTERF3U2fXKerIAI7mHt8oI+6jUqZxJ9G4+fqZd
zMWBzwtXjet9UYpYtFjQHlv/YDT9741p50C/UEXZYakBAMIDWCdAma4gk=