# **EXHIBIT W**



**ISSSTE**
INSTITUTO DE SEGURIDAD Y SERVICIOS SOCIALES DE LOS TRABAJADORES DEL ESTADO

DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## EXPEDIENTE ELECTRÓNICO ÚNICO

SINAVID

**Fecha de Emisión:** 19/10/2023 03:07:34 p.m.

038954185

### DATOS PERSONALES

*SIN FIRMA*

CURP: ███
RFC: ███
Primer Apellido: **CAÑEDO**
Sexo: **HOMBRE**
Segundo Apellido: **ZAVALETA**
Estado Civil: **CASADO (A)**
Nombre: **FRANCISCO**
Fecha de Nacimiento: ███
Estado: **INACTIVO**
NSS: ███

### DOMICILIO

Calle: ███
Número Exterior: ███
Número Interior: ███
Colonia: ███
Del. o Mpio.: ███
Estado: ███
Código Postal: ███

### CLÍNICA

Clave: **0220800**   Tipo: **UNIDAD DE MEDICINA - CMF**
Nombre: **MESA DE OTAY**
Domicilio: **AV. LAS PALMAS**
Colonia: **FRACC. LAS PALMAS**
Teléfono: **01-66-81-49-14,01-66-81-66-82**
Delegación ISSSTE: **DELEGACION ESTATAL EN BAJA CALIFORNIA**

**Sello Digital**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=

B5AE86CA-1B9D-406D-9C37-2E707F0FF8B8                          Página 1 de 8



**ISSSTE**
INSTITUTO DE SEGURIDAD Y SERVICIOS SOCIALES DE LOS TRABAJADORES DEL ESTADO

DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## EXPEDIENTE ELECTRÓNICO ÚNICO

SINAVID

**Fecha de Emisión:** 19/10/2023 03:07:34 p.m.

038954185

| DATOS LABORALES |
|---|
| **PLAZAS TRABAJADOR** |
| NO SE ENCONTRARON REGISTROS. |
| **PLAZAS PENSIONADO** |
| NO SE ENCONTRARON REGISTROS. |

**Sello Digital**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=

B5AE86CA-1B9D-406D-9C37-2E707F0FF8B8                                                                                           Página 2 de 8



DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

# EXPEDIENTE ELECTRÓNICO ÚNICO

**Fecha de Emisión:** 19/10/2023 03:07:34 p.m.

038954185

## FAMILIARES

| | |
|---|---|
| CURP: ███ | Fecha de Nacimiento: ███ |
| Primer Apellido: **CANEDO** | Fecha de Alta: **01/12/1990** |
| Segundo Apellido: **CERON** | Parentesco: **HIJA** |
| Nombre: **CECILIA DE FATIMA** | Estado: **SIN DERECHO** |
| CURP: ███ | Fecha de Nacimiento: ███ |
| Primer Apellido: **CANEDO** | Fecha de Alta: **01/12/1990** |
| Segundo Apellido: **CANEDO** | Parentesco: **PADRE** |
| Nombre: **OSCAR** | Estado: **SIN DERECHO** |
| CURP: ███ | Fecha de Nacimiento: ███ |
| Primer Apellido: **CANEDO** | Fecha de Alta: **01/12/1990** |
| Segundo Apellido: **CERON** | Parentesco: **HIJO** |
| Nombre: **OSCAR JAVIER** | Estado: **SIN DERECHO** |
| CURP: ███ | Fecha de Nacimiento: ███ |
| Primer Apellido: **ZAVALETA** | Fecha de Alta: **01/12/1990** |
| Segundo Apellido: **CORREA** | Parentesco: **MADRE** |
| Nombre: **MATILDE** | Estado: **SIN DERECHO** |
| CURP: ███ | Fecha de Nacimiento: ███ |
| Primer Apellido: **CERON** | Fecha de Alta: **01/12/1990** |
| Segundo Apellido: **VELAZQUEZ** | Parentesco: **ESPOSA** |
| Nombre: **CECILIA** | Estado: **SIN DERECHO** |
| CURP: ███ | Fecha de Nacimiento: ███ |
| Primer Apellido: **CAÑEDO** | Fecha de Alta: **19/04/2005** |
| Segundo Apellido: **CERON** | Parentesco: **HIJO** |
| Nombre: **LIA JOKEBED** | Estado: **SIN DERECHO** |

**Sello Digital**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=



**DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES**
**SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS**
**SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS**

## EXPEDIENTE ELECTRÓNICO ÚNICO

SINAVID

038954185

**Fecha de Emisión:** 19/10/2023 03:07:34 p.m.

### FAMILIARES

| | |
|---|---|
| CURP: ███████████ | Fecha de Nacimiento: ███████ |
| Primer Apellido: **CAÑEDO** | Fecha de Alta: **25/04/2017** |
| Segundo Apellido: ███████ | Parentesco: **HIJA** |
| Nombre: ███████ | Estado: **SIN DERECHO** |

**Sello Digital**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=

B5AE86CA-1B9D-406D-9C37-2E707F0FF8B8                                       Página 4 de 8



DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## EXPEDIENTE ELECTRÓNICO ÚNICO

**Fecha de Emisión:** 19/10/2023 03:07:34 p.m.



038954185

### HISTORIAL DE COTIZACIÓN

**FISCALIA GENERAL DE LA REPUBLICA**
  **FISCALIA GENERAL DE LA REPUBLICA**

| Tipo de Periodo | Fecha de Inicio | Fecha de Término | Sueldo Básico |
|---|---|---|---|
| NORMAL | 01/01/2020 | 31/12/2020 | $7,056.30 |
| NORMAL | 01/01/2021 | 31/12/2021 | $7,260.00 |
| CERTIFICADO DyE | 01/01/2022 | 01/11/2022 | $7,575.00 |

**GOBIERNO DE LA CIUDAD DE MEXICO (G.CDMX.)**
  **GOBIERNO DE LA CIUDAD DE MEXICO (NOMINA 1)**

| Tipo de Periodo | Fecha de Inicio | Fecha de Término | Sueldo Básico |
|---|---|---|---|
| NORMAL | 16/05/2004 | 31/12/2004 | $4,844.00 |
| NORMAL | 01/01/2005 | 31/12/2005 | $5,086.00 |
| NORMAL | 01/01/2006 | 30/06/2007 | $5,340.00 |
| NORMAL | 01/07/2007 | 31/12/2007 | $6,107.00 |
| NORMAL | 01/01/2008 | 15/02/2008 | $6,387.00 |

**PROCURADURIA GENERAL DE LA REPUBLICA**
  **PROCURADURIA GENERAL DE LA REPUBLICA**

| Tipo de Periodo | Fecha de Inicio | Fecha de Término | Sueldo Básico |
|---|---|---|---|
| NORMAL | 01/06/1993 | 10/08/2000 | $1,199.20 |
| NORMAL | 16/12/1993 | 31/03/1995 | $1,512.00 |
| NORMAL | 01/04/1995 | 15/08/1995 | $1,618.40 |
| NORMAL | 16/05/2006 | 31/12/2006 | $4,142.01 |
| NORMAL | 01/01/2007 | 31/12/2007 | $4,394.26 |
| NORMAL | 01/01/2008 | 30/11/2009 | $4,548.06 |
| NORMAL | 01/12/2009 | 15/09/2013 | $6,576.00 |
| NORMAL | 16/09/2013 | 30/06/2014 | $6,751.00 |
| NORMAL | 01/07/2014 | 31/12/2017 | $6,776.00 |
| NORMAL | 01/01/2018 | 31/12/2018 | $6,836.00 |
| NORMAL | 01/01/2019 | 31/01/2019 | $6,836.00 |
| NORMAL | 01/02/2019 | 01/02/2019 | $6,836.00 |
| NORMAL | 02/02/2019 | 31/12/2019 | $7,056.30 |

**Sello Digital**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=



**DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES**
**SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS**
**SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS**

## EXPEDIENTE ELECTRÓNICO ÚNICO

SINAVID

**Fecha de Emisión:** 19/10/2023 03:07:34 p.m.

038954185

### RÉGIMEN PENSIONARIO

| | |
|---:|:---|
| Régimen Pensionario: | **CUENTAS INDIVIDUALES** |
| Antigüedad para Pensiones: | **25 año(s)** |

**Sello Digital**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=



**DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES**
**SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS**
**SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS**

# EXPEDIENTE ELECTRÓNICO ÚNICO



**Fecha de Emisión:** 19/10/2023 03:07:34 p.m.

038954185

## HISTORIAL DE COTIZACIÓN FOVISSSTE

**FISCALIA GENERAL DE LA REPUBLICA**
    **FISCALIA GENERAL DE LA REPUBLICA**

| Tipo de Periodo | Fecha de Inicio | Fecha de Término | Sueldo Básico |
|---|---|---|---|
| NORMAL | 01/01/2020 | 31/12/2020 | $7,056.30 |
| NORMAL | 01/01/2021 | 31/12/2021 | $7,260.00 |
| CERTIFICADO DyE | 01/01/2022 | 01/11/2022 | $7,575.00 |

**GOBIERNO DE LA CIUDAD DE MEXICO (G.CDMX.)**
    **GOBIERNO DE LA CIUDAD DE MEXICO (NOMINA 1)**

| Tipo de Periodo | Fecha de Inicio | Fecha de Término | Sueldo Básico |
|---|---|---|---|
| NORMAL | 16/05/2004 | 31/12/2004 | $4,844.00 |
| NORMAL | 01/01/2005 | 31/12/2005 | $5,086.00 |
| NORMAL | 01/01/2006 | 30/06/2007 | $5,340.00 |
| NORMAL | 01/07/2007 | 31/12/2007 | $6,107.00 |
| NORMAL | 01/01/2008 | 15/02/2008 | $6,387.00 |

**PROCURADURIA GENERAL DE LA REPUBLICA**
    **PROCURADURIA GENERAL DE LA REPUBLICA**

| Tipo de Periodo | Fecha de Inicio | Fecha de Término | Sueldo Básico |
|---|---|---|---|
| NORMAL | 01/06/1993 | 10/08/2000 | $1,199.20 |
| NORMAL | 16/12/1993 | 31/03/1995 | $1,512.00 |
| NORMAL | 01/04/1995 | 15/08/1995 | $1,618.40 |
| NORMAL | 16/05/2006 | 31/12/2006 | $4,142.01 |
| NORMAL | 01/01/2007 | 31/12/2007 | $4,394.26 |
| NORMAL | 01/01/2008 | 30/11/2009 | $4,548.06 |
| NORMAL | 01/12/2009 | 15/09/2013 | $6,576.00 |
| NORMAL | 16/09/2013 | 30/06/2014 | $6,751.00 |
| NORMAL | 01/07/2014 | 31/12/2017 | $6,776.00 |
| NORMAL | 01/01/2018 | 31/12/2018 | $6,836.00 |
| NORMAL | 01/01/2019 | 31/01/2019 | $6,836.00 |
| NORMAL | 01/02/2019 | 01/02/2019 | $6,836.00 |
| NORMAL | 02/02/2019 | 31/12/2019 | $7,056.30 |

**Sello Digital**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+
Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=



DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## EXPEDIENTE ELECTRÓNICO ÚNICO



**Fecha de Emisión:** 19/10/2023 03:07:34 p.m.

038954185

### FUNDAMENTOS JURÍDICOS

La información que contiene el Expediente Electrónico Único está regulada en términos de lo dispuesto en el artículo 10 de la Ley del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado y en el Título Tercero del Reglamento del Sistema Nacional de Afiliación y Vigencia de Derechos, de la Base de Datos Única de Derechohabientes y del Expediente Electrónico Único del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado. La información contenida en él es confidencial y por tanto los datos personales proporcionados por los afiliados y sus familiares derechohabientes, con fundamento en lo establecido en el artículo 13 de la Ley del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado y 70 del Reglamento del Sistema Nacional de Afiliación y Vigencia de Derechos, de la Base de Datos Única de Derechohabientes y del Expediente Electrónico Único del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado, están protegidos en términos de la Ley Federal de Transparencia y Acceso a la Información Pública Gubernamental y de los Lineamientos de Protección de Datos Personales emitidos por el Instituto Federal de Acceso a la Información (IFAI) e incorporados y tratados en la Base de Datos Única de Derechohabientes, para acreditar el acceso a los Seguros, Prestaciones y Servicios que otorga este Instituto.

**Plazas**
Si al causar baja como trabajador cotizó por lo menos seis meses ininterrumpidos al seguro de salud, usted y sus familiares derechohabientes registrados conservarán los dos meses siguientes el derecho a recibir los beneficios de dicho seguro. (Artículo 43 de la Ley del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado)

**Historial de Cotización**
Lo mostrado corresponde a la información histórica y actual de las fechas de inicio, término y sueldo básico mensual, notificados al Instituto en el periodo registrado por las Dependencias y Entidades. (Artículo 7 de la Ley del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado)

La información que contiene la Base de Datos Única de Derechohabientes es utilizada por las Unidades Administrativas del Instituto responsables del otorgamiento de los seguros, prestaciones y servicios; por lo que el Afiliado deberá verificar dicha información a efecto de validar su actualización y autenticidad, debiendo señalar las diferencias que existan y proporcionar la documentación probatoria que permita, en su caso, realizar las actualizaciones correspondientes. (Artículo 9 del Reglamento del Sistema Nacional de Afiliación y Vigencia de Derechos, de la Base de Datos Única de Derechohabientes y del Expediente Electrónico Único del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado)

Las solicitudes de actualización de información deberán realizarse en los Departamentos de Afiliación y Prestaciones Económicas de las Delegaciones Estatales y Regionales, cuyos domicilios pueden consultarse en la dirección www.issste.gob.mx.

**Familiares**
La información que se presenta es la que a la fecha se encuentra registrada en la Base de Datos Única de Derechohabientes; ésta acredita el acceso de los familiares derechohabientes a los seguros, prestaciones y servicios que la Ley establece. En caso de que su información no se encuentre actualizada deberá acudir a los Departamentos de Afiliación y Prestaciones Económicas de las Delegaciones Estatales y Regionales, cuyos domicilios pueden consultarse en la dirección www.issste.gob.mx con los documentos probatorios correspondientes. (Artículo 8 de la Ley del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado)

**Sello Digital**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=



DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

INSTITUTE FOR SOCIAL SECURITY AND SERVICES FOR STATE WORKERS, ISSSTE
GENERAL DIRECTORATE OF INCORPORATION, TAX COLLECTION AND INVESTMENTS
OFFICE OF THE ASSISTANT DIRECTOR IN CHARGE OF MEMBERSHIP AND VALIDITY OF RIGHTS
NATIONAL MEMBERSHIP AND VALIDITY OF RIGHTS SYSTEM

## **TRANSLATION**



**ISSSTE**
INSTITUTO DE SEGURIDAD Y SERVICIOS SOCIALES DE LOS TRABAJADORES DEL ESTADO

DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## SINGLE ELECTRONIC FILE

SINAVID

**Issuance Date:** 10/19/2023 03:07:34 p.m.

038954185

### PERSONAL DATA



NO SIGNATURE

CURP[1]: █████████████
First Surname: **CAÑEDO**
Second Surname: **ZAVALETA**
Name: **FRANCISCO**
Status: **INACTIVE**

RFC[2]: █████████████
Sex: **MALE**
Civil Status: **MARRIED**
Date of Birth: █████████
NSS: █████████

### ADDRESS

Street: █████████
External Number: ███
Internal Number: ██
Neighborhood: █████████
District or Municipality: █████████
State: █████████
Zip Code: █████

### CLINIC

Code: **0220800**
Type: **MEDICINE UNIT – FAMILY MED. CLINIC**
Name: **MESA DE OTAY**
Address: **AV. LAS PALMAS**
Neighborhood: **FRACC. LAS PALMAS**
Tel. No.: **01-66-81-49-14, 01-66-81-66-82**

ISSSTE (Institute for Social Security and Services for State Workers) Regional Office: **BAJA CALIFORNIA REGIONAL STATE OFFICE**

---

[1] CURP: Clave Única de Registro de Población = Unique Population Registration Code or else Personal I.D. Code Number
[2] RFC: Registro Federal de Contribuyentes = Federal Registry of Taxpayers

**Digital Stamp**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=

B5AE86CA-1B9D-406D-9C37-2E707F0FF8B8                                             Page 1 of 8



DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## SINGLE ELECTRONIC FILE

SINAVID

038954185

Issuance Date: 10/19/2023 03:07:34 p.m.

### EMPLOYMENT DATA

**JOB PLACEMENTS**

NO RECORDS FOUND.

**PENSIONS FROM JOBS**

NO RECORDS FOUND.

**Digital Stamp**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=

B5AE86CA-1B9D-406D-9C37-2E707F0FF8B8                                Page 2 of 8



**DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES**
**SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS**
**SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS**

## SINGLE ELECTRONIC FILE

**SINAVID**

**Issuance Date:** 10/19/2023 03:07:34 p.m.

038954185

### RELATIVES

| | |
|---|---|
| CURP[3]: ███ | Date of Birth: ███ |
| First Surname: **CANEDO** | Registration Date: **12/01/1990** |
| Second Surname: **CERON** | Relationship: **DAUGHTER** |
| Name: **CECILIA DE FATIMA** | Status: **INELIGIBLE** |
| | |
| CURP: ███ | Date of Birth: ███ |
| First Surname: **CANEDO** | Registration Date: **12/01/1990** |
| Second Surname: **CANEDO** | Relationship: **FATHER** |
| Name: **OSCAR** | Status: **INELIGIBLE** |
| | |
| CURP: ███ | Date of Birth: ███ |
| First Surname: **CANEDO** | Registration Date: **12/01/1990** |
| Second Surname: **CERON** | Relationship: **SON** |
| Name: **OSCAR JAVIER** | Status: **INELIGIBLE** |
| | |
| CURP: ███ | Date of Birth: ███ |
| First Surname: **ZAVALETA** | Registration Date: **12/01/1990** |
| Second Surname: **CORREA** | Relationship: **MADRE** |
| Name: **MATILDE** | Status: **INELIGIBLE** |
| | |
| CURP: ███ | Date of Birth: ███ |
| First Surname: **CERON** | Registration Date: **12/01/1990** |
| Second Surname: **VELAZQUEZ** | Relationship: **WIFE** |
| Name: **CECILIA** | Status: **INELIGIBLE** |
| | |
| CURP: ███ | Date of Birth: ███ |
| First Surname: **CAÑEDO** | Registration Date: **04/19/2005** |
| Second Surname: **CERON** | Relationship: **SON** |
| Name: **LIA JOKEBED** | Status: **INELIGIBLE** |

---

[3] CURP: Clave Única de Registro de Población = Unique Population Registration Code or else Personal I.D. Code Number

**Digital Stamp**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=

B5AE86CA-1B9D-406D-9C37-2E707F0FF8B8    Page 3 of 8



**ISSSTE**
INSTITUTO DE SEGURIDAD Y SERVICIOS SOCIALES DE LOS TRABAJADORES DEL ESTADO

DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## SINGLE ELECTRONIC FILE

SINAVID

038954185

**Issuance Date:** 10/19/2023 03:07:34 p.m.

### RELATIVES

| | |
|---|---|
| CURP: ▮▮▮▮▮▮▮▮▮▮ | Date of Birth: ▮▮▮▮ |
| First Surname: **CAÑEDO** | Registration Date: **04/25/2017** |
| Second Surname: ▮▮▮▮ | Relationship: **DAUGHTER** |
| Name: ▮▮▮▮ | Estado: **INELIGIBLE** |

**Digital Stamp**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=

B5AE86CA-1B9D-406D-9C37-2E707F0FF8B8



**ISSSTE** — INSTITUTO DE SEGURIDAD Y SERVICIOS SOCIALES DE LOS TRABAJADORES DEL ESTADO

DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## SINGLE ELECTRONIC FILE

**Issuance Date:** 10/19/2023 03:07:34 p.m.

SINAVID

038954185

### FOVISSSTE CONTRIBUTION RECORD

**OFFICE OF THE PROSECUTOR GENERAL**
**OFFICE OF THE PROSECUTOR GENERAL**

| Type of Period | Starting Date | Ending Date | Basic Salary |
|---|---|---|---|
| REGULAR | 01/01/2020 | 12/31/2020 | $7,056.30 |
| REGULAR | 01/01/2021 | 12/31/2021 | $7,260.00 |
| DyE CERTIFICATE[4] | 01/01/2022 | 11/01/2022 | $7,575.00 |

**MEXICO CITY GOVERNMENT (G. CDMX.)**
**MEXICO CITY GOVERNMENT (PAYROLL 1)**

| Type of Period | Starting Date | Ending Date | Basic Salary |
|---|---|---|---|
| REGULAR | 05/16/2004 | 12/31/2004 | $4,844.00 |
| REGULAR | 01/01/2005 | 12/31/2005 | $5,086.00 |
| REGULAR | 01/01/2006 | 06/302007 | $5,340.00 |
| REGULAR | 07/01/2007 | 12/31/2007 | $6,107.00 |
| REGULAR | 01/01/2008 | 02/15/2008 | $6,387.00 |

**OFFICE OF THE ATTORNEY GENERAL**
**OFFICE OF THE ATTORNEY GENERAL**

| Type of Period | Starting Date | Ending Date | Basic Salary |
|---|---|---|---|
| REGULAR | 06/01/1993 | 08/10/2000 | $1,199.20 |
| REGULAR | 12/16/1993 | 03/31/1995 | $1,512.00 |
| REGULAR | 04/01/1995 | 08/15/1995 | $1,618.40 |
| REGULAR | 16/05/2006 | 12/31/2006 | $4,142.01 |
| REGULAR | 01/01/2007 | 12/31/2007 | $4,394.26 |
| REGULAR | 01/01/2008 | 11/30/2009 | $4,548.06 |
| REGULAR | 12/01/2009 | 09/15/2013 | $6,576.00 |
| REGULAR | 09/16/2013 | 06/30/2014 | $6,751.00 |
| REGULAR | 07/01/2014 | 12/31/2017 | $6,776.00 |
| REGULAR | 01/01/2018 | 12/31/2018 | $6,836.00 |
| REGULAR | 01/01/2019 | 31/01/2019 | $6,836.00 |
| REGULAR | 02/01/2019 | 02/01/2019 | $6,836.00 |
| REGULAR | 02/02/2019 | 12/31/2019 | $7,056.30 |

---

[4] Certificado DyE: Certificado de Dependencia y Entidad = Branch Office and Agency Certificate
**Digital Stamp**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+
Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=



**DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES**
**SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS**
**SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS**

## SINGLE ELECTRONIC FILE

SINAVID

038954185

**Issuance Date:** 10/19/2023 03:07:34 p.m.

### PENSION PLAN

Pension Plan: **INDIVIDUAL ACCOUNTS**
Seniority to be Pension-Eligible: **25 year (s)**

**Digital Stamp**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+
Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=

B5AE86CA-1B9D-406D-9C37-2E707F0FF8B8                                  Page 6 of 8



DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

## SINGLE ELECTRONIC FILE

SINAVID

**Issuance Date:** 10/19/2023 03:07:34 p.m.

038954185

### FOVISSSTE[5] CONTRIBUTION RECORD

**OFFICE OF THE PROSECUTOR GENERAL**
**OFFICE OF THE PROSECUTOR GENERAL**

| Type of Period | Starting Date | Ending Date | Basic Salary |
|---|---|---|---|
| REGULAR | 01/01/2020 | 12/31/2020 | $7,056.30 |
| REGULAR | 01/01/2021 | 12/31/2021 | $7,260.00 |
| DyE CERTIFICATE | 01/01/2022 | 11/01/2022 | $7,575.00 |

**MEXICO CITY GOVERNMENT (G. CDMX.)**
**MEXICO CITY GOVERNMENT (PAYROLL 1)**

| Type of Period | Starting Date | Ending Date | Basic Salary |
|---|---|---|---|
| REGULAR | 05/16/2004 | 12/31/2004 | $4,844.00 |
| REGULAR | 01/01/2005 | 12/31/2005 | $5,086.00 |
| REGULAR | 01/01/2006 | 06/30/2007 | $5,340.00 |
| REGULAR | 07/01/2007 | 12/31/2007 | $6,107.00 |
| REGULAR | 01/01/2008 | 02/15/2008 | $6,387.00 |

**OFFICE OF THE ATTORNEY GENERAL**
**OFFICE OF THE ATTORNEY GENERAL**

| Type of Period | Starting Date | Ending Date | Basic Salary |
|---|---|---|---|
| REGULAR | 06/01/1993 | 08/10/2000 | $1,199.20 |
| REGULAR | 12/16/1993 | 03/31/1995 | $1,512.00 |
| REGULAR | 04/01/1995 | 08/15/1995 | $1,618.40 |
| REGULAR | 05/16/2006 | 12/31/2006 | $4,142.01 |
| REGULAR | 01/01/2007 | 12/31/2007 | $4,394.26 |
| REGULAR | 01/01/2008 | 11/30/2009 | $4,548.06 |
| REGULAR | 12/01/2009 | 09/15/2013 | $6,576.00 |
| REGULAR | 16/09/2013 | 06/30/2014 | $6,751.00 |
| REGULAR | 07/01/2014 | 12/31/2017 | $6,776.00 |
| REGULAR | 01/01/2018 | 12/31/2018 | $6,836.00 |
| REGULAR | 01/01/2019 | 01/31/2019 | $6,836.00 |
| REGULAR | 02/01/2019 | 02/01/2019 | $6,836.00 |
| REGULAR | 02/02/2019 | 12/31/2019 | $7,056.30 |

---

[5] FOVISSSTE: Fondo de la Vivienda del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado = Housing Fund, Institute for Social Security and Services for State Workers

**Digital Stamp**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=

B5AE86CA-1B9D-406D-9C37-2E707F0FF8B8                                   Page 7 of 8



**ISSSTE** — INSTITUTO DE SEGURIDAD Y SERVICIOS SOCIALES DE LOS TRABAJADORES DEL ESTADO

DIRECCIÓN DE INCORPORACIÓN, RECAUDACIÓN E INVERSIONES
SUBDIRECCIÓN DE AFILIACIÓN Y VIGENCIA DE DERECHOS
SISTEMA NACIONAL DE AFILIACIÓN Y VIGENCIA DE DERECHOS

# SINGLE ELECTRONIC FILE



**Issuance Date:** 10/19/2023 03:07:34 p.m.

038954185

## LEGAL BASIS

The information contained in the Single Electronic File is governed by the provisions of Art. 10, Institute for Social Security and Services for State Workers Act (*Ley del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado*), and Title III of the Rules and Regulations, National Membership and Validity of Rights System, of the Single Beneficiaries' Data Base and the Single Electronic File, Institute for Social Security and Services for State Workers, (*Reglamento del Sistema Nacional de Afiliación y Vigencia de Derechos, de la Base de Datos Única de Derechohabientes y del Expediente Electrónico Único del Instituto de Seguridad y Servicios Sociales de los Trabajadores del Estado*). The information contained therein is confidential and, therefore, the personal data provided by the members and their beneficiary relatives is protected, pursuant to Art. 13, Institute for Social Security and Services for State Workers Act, and Art. 70, Rules and Regulations National Membership and Validity of Rights System, of the Single Beneficiaries' Data Base and the Single Electronic File, Institute for Social Security and Services for State Workers, as well as under the provisions of the Federal Transparency and Access to Public Government Information Act and the Guidelines for the Protection of Personal Data, issued by the Federal Institute of Access to Information (IFAI, per its Spanish acronym); such data has been incorporated and treated in the Single Beneficiaries' Data Base, in order to authorize access to the Insurance, Benefits and Services provided by this Institute.

### Job Placements

If, upon termination/discharge, the worker had contributed to the health coverage plan for at least six continuous months, both he and his registered beneficiaries shall retain the right to receive health benefits under that coverage for the next two months. (Art. 43, Institute for Social Security and Services for State Workers Act.

### Contribution Record

The information shown corresponds to the historic and current information pertaining to the starting date, ending date and monthly basic salary notified to the Institute during the period recorded by the Branch Offices and Agencies (*Dependencias y Entidades*). (Art. 7, Institute for Social Security and Services for State Workers Act.

The information contained in the Single Beneficiaries' Data Base is used by the Institute's Administrative Units in charge of providing insurance, benefits and services; thus, the Member shall verify that information in order to validate that it is up to date and authentic, while indicating any existing differences and providing documentary proof to allow to make the applicable updates, if any. (Art. 9, Rules and Regulations, National Membership and Validity of Rights System of the Single Beneficiaries' Data Base and the Single Electronic File, Institute for Social Security and Services for State Workers .)

Requests for updating information shall be made at the Membership and Social Benefits Departments of the Regional and State Offices (*Departamentos de Afiliación y Prestaciones Económicas de las Delegaciones Estatales y Regionales*), the addresses of which can be found by checking website www.issste.gob.mx.

### Relatives

The information provided corresponds to the information on record to date in the Single Beneficiaries' Data Base; this information authorizes access by the beneficiary relatives to the insurance, benefits and services established by Law. In case your information is not updated, you must go to the Membership and Social Benefits Departments of the Regional and State Offices, the addresses of which can be located by checking the website www.issste.gob.mx, with the applicable documentary proof. (Art. 8, Institute for Social Security and Services for State Workers Act.

**Digital Stamp**

IYLKtYwtoF2VCg2+3wtDuFSYA+bn9Tum7wtX8iRMi/qTfbrDv3evaNG74pJH7aZmhVaAARaMfTEJ1IkyPitdoSZ2JFVJsvIghnRDFcbDevLkxnLb5+Bg8NnrS4J3BKu+D9dGfypaV99sSvg9u9PAH6pUi71K5p8HadOGVzISs4E=

B5AE86CA-1B9D-406D-9C37-2E707F0FF8B8                                                                 Page 8 of 8