# EXHIBIT Z

**CEFERESO No. 4 "NOROESTE"**

30 DE NOVIEMBRE DE 2009.

**Beatriz Rocha López** (Madre) **le informó al interno Víctor Hugo Martínez Rocha,** Exp. 1297, Delitos: Delincuencia organizada, Contra la salud, Falsificación de documentos públicos y Usurpación de funciones, **que ya autorizaron recoger mañana sus cosas, además de que tercera persona sugirió que si faltaba algo, ejerciera acción penal, a lo que el interno señala que la acción penal se ejerza** en contra de María Betzabé Briones y Fernando **Dávila Rendón.**

**En otro tema Beatriz le confirma que fueron a las oficinas del Ingeniero Genaro** (probablemente se refiere al ingeniero Genaro García Luna, Secretario de Seguridad Pública Federal) **y les dijeron que se tenían que esperar a que ellos revisaran, puntualizando que están citados a las once de la mañana del día viernes en la Secretaría; asimismo el interno le solicita que en la entrevista diga que las personas que denunciaron en su contra, mencionaron que el Ingeniero García Luna y el propio interno se reunieron en un yate donde el interno le entregó tres millones de dólares a García Luna, producto del narcotráfico proveniente del Chapo Guzmán** (Joaquín Guzmán Loera (a) "El Chapo Guzmán", Líder del Cártel de Sinaloa, prófugo)**. Recalcando no omitir mencionar lo de las patrullas, ya que los están amenazando que si no declara en contra del titular de la Secretaría, los matarán. Finalmente menciona que hay intereses de por medio y como quieren chingar a García Luna, por eso es que nos están haciendo eso.** 3011AS2. LLAMADA SALIENTE AL TELÉFONO 55 11 08 39 86 DE CIUDAD NEZAHUALCÓYOTL, ESTADO DE MÉXICO. E-14:31 HORAS. R: 18:06 HORAS.

| Asunto: | 3011AS2 | Fecha: | 30 de Noviembre de 2009 |
|---|---|---|---|

**CEFERESO No. 4 "NOROESTE"**

1297                                        3011AS2

Form. 1 impreso, AMS  No.- 1  Puesto No.- 1, Pág. 1 de 3.
Canal:                          24 Ext. 26017                Tipo: Audio.
Caso:                           "Noroeste"                    Objetivo: Módulo IX
NDR:                            020                           NDR extendido:
Palabra Clave:          CEFERESO. No. 4
Hora inicio:              2009/11/30  10:16:29 Horas    Horas fin: 2009/11/30 10:26:40 Horas
Dirección:                 Saliente.

Llamada saliente al teléfono 55 11 08 39 86 de Ciudad Nezahualcóyotl, Estado de México.

**Módulo IX**

**Víctor Hugo Martínez Rocha** ((*Delincuencia organizada, Contra la salud, Falsificación de documentos públicos y Usurpación de funciones*))
Mario Martínez León ((Padre))
Beatriz Rocha López ((Madre))

**Transcripción**

Mario: Bueno.

Víctor: ¿Cómo estás?

Mario: Bien, bendito sea Dios. Me garraste en el baño.

Víctor: ((Ríe)) ¿Qué pasó padre, cómo estás?

Mario: Bien, ¿y tú?

Víctor: Bien, ¿y mi mamá?

Mario: Espérame tantito voy por ella...

Beatríz: Bueno.

Víctor: ¿Qué pasó Madre? ¿Todo bien? (Sí, todo bien) ¿Y qué pasó, qué hicieron?

Beatríz: Pues ahorita unos escritos. **Mañana vamos a recoger tus cosas**.

Víctor: **¿Ya las autorizaron?**

Beatríz: **Ya, dice él que** no sabe qué hay porque a él no se las entregaron físicamente y que Noemí ((Se refiere a María Noemí Martínez Rocha, hermana)) es la que le va a firmar y **si hay algo que no está, que entonces se ejerza acción penal en contra de...**

Víctor: Sí, por robo, se ejerce en contra de **María Betzabé Briones y Fernando Dávila Rendón.** (Sí) Oiga mamá, ¿que pasó con los de P.F.P. ((Policía Federal Preventiva)) que se van a presentar el día siete?

Beatríz: Dice el licenciado que sí, que ya revisó el expediente y dice que sí son federales.

Víctor: ¡Ah bueno! ¿Y si fueron a las oficinas de Genaro?

Beatríz: Sí pero dicen que nos tenemos que esperar a que ellos revisen y vean, pero que **independientemente de eso, la solución ellos no la tienen, sino el Juez.**

Víctor: No, pero eso no es respecto al caso que yo tengo.

Beatríz: Pues dijo que iban a checarlo, **inclusive estamos citados para el viernes ahí en la Secretaría.**

Víctor: **Hágame un favor mamá,** apúntale ahí... **dígale que las personas que denunciaron en mi contra, mencionaron que García Luna** ((Posiblemente se refiere al Ingeniero Genaro García Luna, Secretario de Seguridad Pública Federal)) **y yo nos reunimos en un yate donde yo le entregué tres millones de dólares a García Luna, que esas personas son las que están denunciando y que quieren que yo señale a García Luna... (Ajá) como quién me recibió esos tres millones de dólares producto del narcotráfico y que venían del Chapo Guzmán** ((Joaquín Guzmán Loera (a) "El Chapo Guzmán", Líder del Cártel de Sinaloa, prófugo)) **así textualmente dígalo, con eso ese cabrón inmediatamente va a mandar a su gente ¿A qué hora están citados?**

Beatríz: **A las once, el viernes.**

Víctor: Así dígalo mamacita por favor.

Beatríz: Inclusive estuvimos hablando con otro abogado y nos dijo ya algunas cosas y se las hicimos saber al licenciado Jorge, el otro abogado dice que con todas las pruebas que hay que promueva un incidente de libertad, o sea, ya se juntó el otro abogado también, entonces nada más tenemos que esperar a que haga lo que tenga que hacer y pues ya, vámonos.

Víctor: Si mamá porque ya me quiero ir. **Dígale también lo de las patrullas, que les mandan gentes amenazándolas, porque dígale que si yo no declaro en contra de García Luna los van a matar a ustedes.**

Beatríz: Sí, ya todo está, ya se habló con el licenciado Jorge y ya estuvo hablando con Porcayo ((Posiblemente se refiere a Oscar Rodríguez Porcayo, defensor)) y sólo se está afianzando bien todo lo que tiene para que no le vayan a poner algún pretexto.

Víctor: ¿Y cómo salió la diligencia ese día que estuvieron ustedes en visita?, había una diligencia en México ¿Si se llevó acabo?

Beatríz: **Sí, sí se llevó acabo, fue la ratificación de uno de P.G.R. ((Procuraduría General de la República)) pues volvió a ratificar que ese fulano no entró, la que no se llevó acabo porque no se presentó de nuevo fue la de AFI ((Agencia Federal de Investigación))**

Víctor: Pues que le giren orden de localización y presentación ante el Juez.

Beatríz: Sí, ya se le dijo al Juez.

Víctor: Pues nada más mencionen quién está detrás de todo ésto, nada más, pero no digan más de P.G.R.

Beatríz: Oye, no nos llegan las cosas que nos dijiste. ¿Todavía no te dan tu radio?

Víctor: No, me preocupa el sobre que envié.

Beatríz: Oye si preguntamos si fue enviado, ¿crees que haya algún problema?

Víctor: No, no, adelante. ¿A dónde van a preguntar?

Beatríz: Pues ahí.

Víctor: No, aquí no, lo que pasa es que hay intereses de por medio y como quieren chingar a García Luna, por eso es que no están haciendo eso.

Beatriz: Pues nosotros andamos movidos.

Víctor: ¿Mañana les entregan las otras cosas?

Beatriz: Sí, pues mañana a ver cómo nos entregan las cosas...

*((Se corta la llamada))*

TRL_Conspiracion contra GGL 2009

**TRANSLATION**

**CEFERESO No. 4 "NOROESTE"**
**(FEDERAL SOCIAL READAPTATION CENTER No. 4**
**"NORTHWEST")**

NOVEMBER 30, 2009.

**Beatriz Rocha López** (Mother) **advised inmate Víctor Hugo Martínez Rocha,** Case 1297, Crimes: Organized crime, [Crimes] against public health, Forgery of public documents and Impersonation of a public officer, **that authorization had already been given to pick up his stuff the next day; in addition, a third party suggested that, if there was anything missing, a criminal action should be brought. Inmate indicated that the criminal action should be brought against María Betzabé Briones and Fernando Dávila Rendón.**
**Moving on to another subject, Beatriz confirmed to him that they had been to the offices of Engineer Genaro** (she's probably referring to engineer Genaro García Luna, federal Secretary of Public Security) **and were told they had to wait until they checked, she specified they had an appointment for Friday, at eleven o'clock in the morning; inmate also asked to mention at the meeting that the people who filed the complaint against him had mentioned that engineer García Luna and the inmate himself had met on a yacht where inmate had handed him, García Luna, three million dollars from drug trafficking, stemming from El Chapo Guzmán** (Joaquín Guzmán Loera, a/k/a "El Chapo Guzmán," Leader of the Sinaloa Cartel, a fugitive). **He stressed not to fail to mention the issue of the patrol cars, since they were being threatened they would get killed if he did not testify against the Department's incumbent. Finally, he mentioned there were interests involved and, since they want to fuck over García Luna, that's why they're doing that to us.** 3011AS2. LLAMADA SALIENTE AL TEL. NUMBER 55 11 08 39 86 IN NEZAHUALCÓYOTL CITY, STATE OF MEXICO. E-14:31 HRS.. R: 18:06 HRS.

TRL_Conspiracion contra GGL 2009

| Subject: | 3011AS2 | Date: | November 30, 2009 |
|----------|---------|-------|-------------------|

**CEFERESO No. 4 "NOROESTE"**

1297                                                3011AS2

|  | Printed form 1, AMS No. 1 | Post No. 1, p. 1 of 3. |
|---|---|---|
| Channel: | 24 Ext. 26017 | Typo: Audio. |
| Caso: | "Northwest" | Target: Unit IX |
| NDR; | 020 | Extended NDR: |
| Keyword: | CEFERESO. No. 4 | |
| Beginning time: | 2009/11/30 10:16:29 hrs. | Time ended: 2009/11/30 10:26:40 hrs. |
| Direction: | Outgoing. | |

Outgoing call to tel. number 55 11 08 39 86 in Nezahualcóyotl city, state of Mexico.

Unit IX

**Víctor Hugo Martínez Rocha** *((Organized crime, [Crimes] against public health, Forgery of public documents and Impersonation of a public officer))*
Mario Martínez León ((Father))
Beatriz Rocha López ((Mother))

**Translation**

Mario: Hello.

Víctor: How are you?

Mario: Fine, thank God. You caught me in the bathroom.

Víctor: ((Laughs)) What's up, father, how are you?

Mario: Fine, and you?

Víctor: Fine. What about my mother?

Mario: Hang on a sec, let me get her...

Beatriz: Hello.

Víctor: What's up, mother? Everything fine? (Yes, everything's fine.) So, what's up? What did you guys do?

Beatriz: Well, some documents now. **We'll pick up your stuff tomorrow.**

Víctor: **Has it been authorized already?**

Beatriz: **Yeah, he said he doesn't know what's in there because it wasn't physically turned over to him and that Noemí** ((she's referring to María Noemí Martínez Rocha, sister)) is the one who's going to sign for it; **if anything's missing, then a criminal action should be brought against...**

Víctor: Yes, for theft, to be brought against **María Betzabé Briones and Fernando Dávila Rendón.** (Yes.) Listen, mom, what's the story with the P.F.P. ((Federal Preventive Police)) people who have to show up on the 7ᵗʰ?

Beatriz: The attorney said he already reviewed the case file and said they're federal agents, though.

Víctor: Oh, good! **And did you guys go to Genaro's offices?**

Beatriz: **Yes, but they said we have to wait until they check and see; but, regardless of it, the**

TRL_Conspiracion contra GGL 2009

**solution is not up to them but to the judge.**

Víctor: Well, but that's not concerning the case I have.

Beatriz: Well, he/she said they were going to check it, **we even have an appointment Friday at the Department.**

Víctor: **Do me a favor, mom,** write down there… **tell him/her that the people who filed the complaint against me mentioned that García Luna** ((he's probably referring to Engineer Genaro García Luna, federal Secretary of Public Security)) **and I met on a yacht where I handed him, García Luna, three million dollars, 'cause those are the people who've filed the complaint and want me to finger García Luna… (Uh-huh.) […]as the person who took delivery of those three million dollars from drug trafficking from me, and that it came from El Chapo Guzmán** ((Joaquín Guzmán Loera, a/k/a "El Chapo Guzmán," Leader of the Sinaloa Cartel, a fugitive)), tell it just like that, word for word. With that, that motherfucker is going to send his people. **What time is your appointment for?**

Beatriz: **Eleven o'clock, Friday.**

Víctor: Mommy, please tell it just like that.

Beatriz: We even spoke with another lawyer who told us some things already, and we brought them to attorney Jorge's attention. The other lawyer said with all the evidence there is he should file an application for release. I mean, the other lawyer has joined in already, so we just have to wait for him to do what he has to do and that's it, let's get going.

Víctor: Yes, mom, because I want to leave already**. Also tell him about the patrol cars, that they send people over to you guys to threaten you, tell him, because if I don't testify against García Luna they're going to kill you guys.**

Beatriz: Yes, it's all set, it has already been discussed with attorney Jorge and he already spoke with Porcayo ((she's probably referring to Oscar Rodríguez Porcayo, defense counsel)), and everything he has is being beefed up properly so they won't come up with some excuse.

Víctor: And how did the proceeding turn out that day when you guys were visiting? There was a proceeding to be held in Mexico, dit it take place?

Beatriz: **Yes, it did take place. It was the ratification by a P.G.R. ((Attorney General's Office of the Republic)) guy, so he ratified again that that so-and-so did not go in. The proceeding that didn't take place was the one involving the AFI ((Federal Investigation Agency)) due to a failure once again to put in an appearance.**

Víctor: So have the judge issue him a subpoena.

Beatriz: Yes, the judge has been told already.

Víctor: Well, just mention who's behind all this, that's it, but don't mention the P.G.R. anymore.

Beatriz: Listen, we still haven't gotten the stuff you told us about. Have they given you your radio yet??

Víctor: No. I'm worried about the envelope I sent.

Beatriz: Listen, do you think there'll be any problem if we ask whether it was sent?

Víctor: No, no, go ahead. Where will you guys ask?

Beatriz: Well, out there.

TRL_Conspiracion contra GGL 2009

Víctor: No, not here. The thing is there are interests involved and, since they want to fuck over García Luna, that's why they're not doing that.

Beatriz: Well, we got cracking.

Víctor: Will the other stuff be turned over to you guys tomorrow?

Beatriz: Yes, so let's see how the stuff will be turned over to us tomorrow…

*((Call disconnected))*

**CEFERESO No. 4 "NOROESTE"**

27 DE DICIEMBRE DEL 2009

**El interno Víctor Hugo Martínez Rocha**, Exp. 1297 (Delitos: Delincuencia organizada, Contra la salud, Falsificación de documentos públicos y Usurpación de funciones*) **pregunta a María Noemí Martínez Rocha, Hermana que onda con eso, respondiendo Noemí que ahorita no le han contestado ninguno de los tres, ya que no se quieren aventar la bronca y esta esperando a otra persona, por su parte el interno menciona que no esta funcionando, señalando que vino esa gente y no están trabajando en coordinación con los "Herrera Valles"** (Posiblemente se trata del interno Javier Herrera Valles, Exp.- 1430, se desempeñaba como Coordinador General de Seguridad Regional de la Policía Federal Preventiva) **manifestando que algo muy mal esta pasando en todo esto, por su parte Noemí le hace saber que estuvo hablando con el secretario del juzgado, el cual le dice que se aguante tantito, porque el ministerio publico no ha aportado ninguna prueba en su contra** (del interno).

Por otra parte, **el interno indica a Noemí que le diga a tercera persona que se desista de la prueba del "Pitufo"** (no refiere) **ya que este no lo señala ni nada, manifestando que es tan fácil meterlo debido a que era un puto complot en contra de Genaro García Luna** (Posiblemente se trata del Ing. Genaro García Luna, Secretario de Seguridad Pública Federal) **explicando que terceras personas querían que él** (interno) **dijera que Genaro le recibía dinero, por lo que señala que no tiene que ver con los "Herrera Valles".**

En este sentido, **el interno indica que Luís Cárdenas Palomino** (Coordinador General de Inteligencia de la Policía Federal) **está detrás de toda la mierda, por lo que indica a Noemí que meta un oficio ante la PGR** (Procuraduria General de la República) **la Policía Federal y medios de comunicación en el entendido que Cárdenas Palomino amenaza con matar a su familia** (del interno) **si éste denuncia las cosas.**

Finalmente, y de igual forma, **solicita denuncien ante la PGR que le están robando su correspondencia, para lo cual su hermana Noemí aclara que ya está formulada tal denuncia ante Derechos Humanos, Contraloría y el Juzgado.** 2712AS1 LLAMADA SALIENTE AL TELÉFONO 55 11 08 39 86 DE CIUDAD NEZAHUALCÓYOTL, ESTADO DE MÉXICO DE 10:53 A LAS 11:03 HORAS E: 14:05 R: 15:00 HORAS.
NOTA:   SE   LE   ENVIO   A   LA   GUARDIA   DE   LA   MAESTRA   MARIBEL   CERVANTES.

| Asunto: | 2712AS1 | Fecha: | 27 de diciembre de 2009 |
|---|---|---|---|

**CEFERESO No. 4 "NOROESTE"**

1297                                        2712AS1

| | Form. 1 impreso, AMS No.- 1 | Puesto No.- 1, Pág. 1 de 2. |
|---|---|---|
| Canal: | 24. Ext. 26017 | Tipo: Audio. |
| Caso: | "Noroeste" | Objetivo: IX |
| NDR: | 020 | NDR extendido: |
| Palabra Clave: | CEFERESO No. 4 | |
| Hora inicio: | 2009/12/27 10:53:01 Horas | Horas fin: 2009/12/27 11:03:08 Horas |
| Dirección: | Saliente. | |

Llamada saliente al teléfono 55 11 08 39 86 de Ciudad Nezahualcóyotl, Estado de México.

**Módulo IX**

**Víctor Hugo Martínez Rocha** ((Delincuencia organizada, Contra la salud, Falsificación de documentos públicos y Usurpación de funciones))
Beatriz Rocha López ((Madre))
María Noemí Martínez Rocha ((Hermana))

### Transcripción

Beatriz: Bueno.

Víctor: ¡Quehubole madre!

Beatriz: ¿Cómo estás?

Víctor: Bien, bendito Dios.

Beatriz: ¿Te emborrachaste?

Víctor: Me puse hasta el gorro. ((Ríen))

Beatriz: ¡Híjole! Qué gacho.

Víctor: ¿Cómo estás madre? (Bien) ¿Mi papá? ((Mario Martínez León, padre))

Beatriz: Bien, todo bien.

Víctor: Salúdemelo por favor.

Beatriz: Todos bien, no te preocupes.

Víctor: ¿Y qué pasó?

Beatriz: No ha pasado nada, todo está en "stand by" ahorita. Hasta el día cinco estamos por allá. No vamos a poder darte hijo, no trabajo desde todo este mes.

Víctor: Okey, no se preocupe, entonces no tiene caso que vengan ese día.

Beatriz: No, pero tiene que ir el abogado.

Víctor: ¡Pero el abogado, no ustedes! No tiene caso.

Beatriz: Todo éste mes no hemos trabajado, estamos así de holgazanes.

Víctor: ¿Qué pasó? ¿Checó con aquella gente?

Beatriz: Ahorita te paso a Noemí, que es la que hace las cosas. (Sí) Pórtate bien.

Víctor: No se preocupe.

Beatriz: Órale.

Noemí: ¿Qué pasó güey? ¿Cómo estás?

Víctor: Bien, nada. ¿Los chavos, todos están bien?

Noemí: ¡Todos están bien!

Víctor: Qué bueno. **¿Qué onda con eso?**

Noemí: Mira, **ahorita no me han contestado ninguno de los tres, no sé qué es lo que pase, no se quieren aventar la bronca. Estoy esperando a otra persona.**

Víctor: Pues mira, **esto no está funcionando. Vino esa gente acá ese día, pero la neta no, están trabajando en coordinación con los "Herrera Valles"** ((Interno Javier Herrera Valles, Exp.- 1430, se desempeñaba como Coordinador General de Seguridad Regional de la Policía Federal Preventiva)) (¿Ellos?) **Él.** (¡Ah!) La neta no…

Noemí: Nosotros estuvimos con ellos, ¿eh?

Víctor: No sé, **algo está pasando muy mal en todo esto.**

Noemí: No, pero ahorita ya hablamos con él, ya no va a tratar nada, inclusive él también ya me dijo.

Víctor: No sé… no sirve éste tipo, no sirve.

Noemí: Pues mira, **yo estuve hablando con el secretario del juzgado y dice que te aguantes tantito, que de todas maneras el ministerio público no ha aportado ninguna prueba en contra tuya.**

Víctor: ((Ríe)) Sí… yo lo sé.

Noemí: Entonces dice, "Mire señora, yo sé lo que es esto, yo sé la desesperación que ustedes tienen, pero finalmente el MP no ha aportado pruebas en contra de él", "¿Pero qué quiere que le aporte?" le digo, "Si no tienen nada en contra de él"; pero ya estuve hablando buen rato con ese licenciado.

Víctor: Bueno, pensaba… bueno, no puedo decirte, no, no… Bueno, a ver qué pasa, pero la verdad no sirve…

Noemí: ¿Crees que no?

Víctor: Así no, ¿A qué vino a verme? ¡A nada! Más que a decirme cómo estaba yo. Le pregunté… ¿Tú ya checaste lo del 19 de octubre? ¿Es lo mismo que el día 2 de octubre?

Noemí: Sí… (¿Segura?) Nada más que ahí dice él las entregó aquí en México.

Víctor: ¡Por eso! ¿Pero son las mismas cosas que el 2 de octubre?

Noemí: Eh… pues él dice que él las entregó.

Víctor: ¿Ya me mandaste las cosas? (Es que no hemos podido) Está bien, no me mandes ya nada. **Le pregunté al estúpido qué dice el 19 de octubre, ¡No conoce el expediente! Qué poca madre…** para qué… Hazme un favor, **dile que se desista de la prueba del puto ese** del **"Pitufo", si ese pendejo no me señala ni nada.**

Noemí: No tenemos nada en contra de ese

Víctor: ¡Pero ustedes solicitaron una declaración de ese pendejo! Ustedes la metieron como prueba, no me digas que no. Pásame a mi mamá.

Noemí: Espérame.

Beatriz: ¿Qué pasó?

Víctor: ¡Es un pendejo ese tipo que está en mi caso!

Beatriz: ¡No, no, no!

Víctor: ¡Sí, mamá! (Él no ha metido nada de eso) ¡Escúchame!, no conoce mi expediente el estúpido. Que chingue a su puta madre el pendejo porque no conoce ni siquiera mi expediente. Mire mamá, **es tan fácil meterlo que esto era un puto complot en contra de Genaro García Luna** ((Ing. Genaro García Luna, Secretario de Seguridad Pública Federal)), **ellos querían que yo dijera que Genaro García Luna me recibía dinero a mí,** mamá, ¡eso es tan puto claro, carajo!

Beatriz: ¡Pero él no ha metido nada de eso!

Víctor: Mamá… entiende, a mí me hicieron llegar ese puto oficio.

Beatriz: ¡Entonces quién sabe quién lo hizo! Porque recuerda que las hojas…

Víctor: ¡Escúcheme! **Está trabajando en coordinación con los "Herrera Valles"** ese pendejo.

Beatriz: ¡No, no, no!

Víctor: ¡Mamá! **Me dijo que uno de sus abogados de Herrera Valles llegó a México y él lo instaló en un hotel** y su pinche madre, ¿Qué caso tiene? ¡Herrera Valles que chingue a su madre junto con los otros pendejos! **No tengo nada que ver con Herrera Valles.**

Beatriz: Nosotros anduvimos con él… (¡Mamá!) Y nosotros fuimos, porque fuimos a ver a dos personas que fuimos a conocer, ¿sí? Por eso te estoy diciendo, nosotros sabemos porque fuimos con él…

Víctor: ¡Pero que le habla la esposa de Herrera Valles a él! ((Liliana Alejandra Adame Amador, Concubina del interno Herrera Valles, ya mencionado)) ¡Y que se ponen de acuerdo!

Beatriz: Ah sí, pero…

Víctor: **Yo no quiero que le digan nada de mi caso,** mamá. (Ya le dijimos que no) Él quiere más firmas, para qué quiere más firmas, ¡qué hijos de la chingada quiere más firmas mías! ¿Para solicitar más cosas, mamá? Aquí es tan claro, tan puto sencillo. Ya sabía que no iban a hacer las cosas…

Beatriz: ¡Bueno, es que tampoco, se nos han negado las cosas!

Víctor: **Yo ya metí unos** pinches **oficios** y que chinguen a su madre, ¡todos se tienen que enterar!

Beatriz: ¡No creas tú que ha sido fácil! Nadie quiere aventarse la bronca.

Víctor: ¡Qué me puede pasar en este puto lugar! Tan sencillo meter un puto escrito que diga que **Luís Cárdenas Palomino es quien está detrás de toda esta pinche mierda.** ((Coordinador General de Inteligencia de la Policía Federal))

Beatriz: ¿Ya le dijiste a él?

Víctor: ¡Mamá, es un pendejo, no sabe nada! ¡Así dígale mamá! Luís Cárdenas Palomino es su brazo derecho de García Luna ahorita, mamá.

Beatriz: Es que estamos esperando que nos den la respuesta para hacerlo como dijimos.

Víctor: ¡Mamá, metan el oficio ustedes a la PGR! ((Procuraduría General de la República)) Ustedes lo pueden hacer, Cárdenas es un funcionario que está en activo ahorita.

Beatriz: A ver, entonces dile a Noemí.

Víctor: ¡Pásame a Noemí!

Noemí: ¿Qué pasó?

Víctor: Noemí, a ver por favor, ¡pero ya hazlo!

Noemí: Ya hablé con el licenciado, está desechada esa prueba.

Víctor: ¡Escúchame! **Ponle, "Luís Cárdenas Palomino amenaza con matarlos si yo denuncio las cosas",** ¡Así ponle! **Y mételo en un** puto **oficio** Noemí, en un escrito, háganlo por favor. Haz un pinche escrito, **mételo a la Procuraduría, mételo a la PFP** ((Policía Federal)) **y entrégaselo a los medio de comunicación** y hazlo ya Noemí, ¡este pendejo no me va a poder sacar si no se ponen abusados!

Noemí: Okey, bueno.

Víctor: Y está desechada, ¡desde cuándo yo le dije! Él me vino a ver el lunes y yo le dije, "usted solicitó" "Sí, yo solicité" ¡Por eso te estoy diciendo!

Noemí: Dice que sí, pero fue desde el principio.

Víctor: ¡Por eso, que se desista de esa madre!

Noemí: Pero ya está desechada.

Víctor: Bueno pues. Bueno… yo la verdad no le tengo fe en nada, no conoce nada. Quiero saber a qué vino.

Noemí: No, él nada más iba a pasear y que iba a pasar a verte.

Víctor: Bueno, no conoce absolutamente nada… No puede ser. Ahora, te pregunto a ti, no me has podido enviar esas cosas por paquetería, no me mandes la ropa, nada más mándame las hojas por favor. (Bueno) **Mándame lo que dice el 19 de octubre; yo quiero checar lo que dice el 19 de octubre con lo que dice el 2 de octubre.**

Noemí: Ah bueno, okey.

Víctor: <u>Te lo voy a tener que enviar por correo, ojalá que estos cabrones me lo saquen porque toda mi correspondencia la están deteniendo.</u>

Noemí: Yo creo que sí, porque aquí no llega nada, **pero ya está la queja en derechos humanos, en Contraloría y en el Juzgado.**

Víctor: **Hay que denunciarlo en la PGR, que me están robando la correspondencia.** Entiéndeme Noemí, está Luís Cárdenas Palomino de por medio en esto, él es el Coordinador de la Policía Federal, entiende.

Noemí: Bueno…

Víctor: ¡Por favor háganme caso! ¡No puede ser que un pinche funcionario corrupto pueda hacer más cosas que un pinche cabrón que tiene poder y es secretario de estado! ¡No puede ser!

Noemí: Es que todos los cabrones se van para atrás.

Víctor: Cuando sepan que verdaderamente es un complot en contra de Genaro García Luna y presentes las pruebas, Noemí, todo el mundo…

Noemí: ¡Yo ya le platiqué a este señor!, pero sin dar nombres.

Víctor: Escúchame, no me importa ese señor, ya sé a quién te… a mi amigo, ¿no?

Noemí: Aja…


*((Se corta la llamada))*

TRL__Conspiracion contra GGL exp88

**TRANSLATION**

**CEFERESO No. 4 "NOROESTE "**
**(FEDERAL SOCIAL READAPTATION CENTER No. 4 "NORTHWEST")**

DECEMBER 27, 2009

**Inmate Victor Hugo Martinez Rocha,** Case 1297 (Crimes: Organized crime, [Crimes] against public health, Forgery of public documents and Impersonation of a public officer), **asked María Noemí Martinez Rocha, Sister, what the story was with that. Noemí replied that none of the three had yet replied since they did not want to put up the fight, and she was waiting for someone else; on the other hand, the inmate mentioned that it was not working; he indicated that those people had come over and that they were not [*sic*] working in coordination with the "Herrera Valles"** (the inmate in question is probably Javier Herrera Valles, Case 1430, who worked as General Regional Security Coordinator, Federal Preventive Police), **he stated that something very wrong was going on with all this. For her part, Noemí told him she had spoken with the clerk of the court, who said he should hold on a little bit, because the prosecutor's office had not produced any evidence against him** (the inmate's).

On the other hand, **inmate indicated to Noemí that she should tell the third party to desist as far as "Pitufo's [Smurf's]"** (no reference) **evidence was concerned, since he did not finger him or anything; he stated it was so easy to get him involved because it was a fucking plot against Genaro García Luna** (the individual in question is probably Eng. Genaro García Luna, federal Secretary of Public Security), **and explained that third parties wanted him** (the inmate) **to say that Genaro would receive money from him, and thus he indicated he had nothing to do with the "Herrera Valles."**

In this regard, **inmate indicated that Luís Cárdenas Palomino** (General Intelligence Coordinator, Federal Police) **was behind the whole shit; thus, he told Noemí she should send an official**

**letter to the PGR** (Attorney General's Office of the Republic, PGR, per its Spanish acronym) the **Federal Police and the media, with the understanding that Cárdenas Palomino was threatening to kill his family** (the inmate's) **if he reported the things [that were going on].**

Finally, and similarly, **he asked that they should report to the PGR that his mail was being stolen, and his sister Noemí explained that such complaint had already been filed with [the Commission of] Human Rights, the Comptroller's Office and the Court.** 2712AS1 OUTGOING CALL TO TEL. NUMBER 55 11 08 39 86, IN NEZAHUALCOYOTL CITY, STATE OFMEXICO, FROM 10:53 HRS. TO 11:03 HRS. E: 14:05 R: 15:00 HRS.

NOTE:  SENT TO THE DUTY OFFICER OF TEACHER MARIBEL CERVANTES.

v

Channel:         TRL__Conspiracion contra GGL exp88
Case:         Case 1:19-cr-00576-BMC   Document 249-26   Filed 12/15/23   Page 19 of 34 PageID #: 16197
NDR:

Channel: 24. Ext. 26017        Type: Audio.

| Subject: | 2712AS1 | Date: | December 27, 2009 |
|---|---|---|---|

CEFERESO No. 4 "NOROESTE"

1297                              2712AS1

|  |  |
|---|---|
| Printed form 1, AMS No. 1 | Post No. 1, p. 1 of 2 |
| Channel: 24 Ext. 26017 | Type: Audio |
| Case: "Northwest" | Target: IX |
| NDR: 020 | Extended NDR: |

Key Word:      CEFERESO No. 4

Time Began:    2009/12/27 10:53:01 hrs. Time ended: 2009/12/27 11:03:08 hrs.

Direction:       Outgoing

Outgoing call to number 55 11 08 39 86, in the city of Nezahualcóyotl, State of México.

**Unit IX**

**Víctor Hugo Martínez Rocha** ((*Organized crime, [Crimes] against public health, Forgery of public documents and Impersonation of a public officer*))
Beatriz Rocha López ((Mother))
María Noemí Martínez Rocha ((Sister))

**Translation**

Beatriz: Hello.

Víctor:  What's up, mother!

Beatriz: How are you?

Víctor:  Fine, thank God.

Beatriz: Did you get drunk?

Víctor:  To the hilt. ((Laughter))

Beatriz: Wow! That's cool.

Víctor:   How are you, mother? (Fine.) How about my father? ((Mario Martínez León, father))

Beatriz: Fine, everything's fine.

Víctor: Please say hello to him from me.

Beatriz: Everybody's fine, don't worry.

Víctor: So, what's the story?

Beatriz: Nothing's happened, everything's on "stand-by" right now. We won't be out there until the 5th. We won't be able to give you [anything], son. I haven't worked this whole month.

Víctor: Okay, don't worry, so there's no point in you guys coming over that day.

Beatriz: Well, but the lawyer has to go.

TRL__Conspiracion contra GGL exp88

Víctor: The lawyer has to, not you guys! There's no point.

Beatriz: We haven't worked this whole month, we're just loafing around.

Víctor: What happened? Did you check with those people?

Beatriz: I'll put Noemí on for you now, 'cause she's the one doing things. (Yes.) Be good.

Víctor: Don't worry.

Beatriz: Okay.

Noemí: What's up, dude? How are you?

Víctor: Fine, nothing doing. How about the kids? All of them okay?

Noemí: All of them are okay!

Víctor: Nice. **What's the story with that?**

Noemí: Listen, **right now none of the three has gotten back to me, I don't know what's going on, they don't want to put up the fight. I´m waiting for someone else.**

Víctor: Well, listen, **this is not working. Those people came over here that day, but not really, they're working in coordination with the "Herrera Valles"** ((Inmate Javier Herrera Valles, Case 1430, who worked as General Regional Security Coordinator, Federal Preventive Police)). (¿They?) **Him.** (Oh!) Not really...

Noemí: We met with them, huh?

Víctor: I don't know, **there's something very wrong going on with this whole thing.**

Noemí: Well, but we've talked to him already, he's no longer going to deal with anything; also, he even told me already.

Víctor: I don't know... this guy is no good, he's no good.

Noemí: Well, listen, **I spoke with the clerk of the court, and he said you should hold on a little bit, 'cause the prosecutor's office has not produced any evidence against you in any event.**

Víctor: ((Laughs)) Yes... I know it.

Noemí: So he said, "Listen, ma'am, I know what this is like, I know how desperate you people are, but ultimately the prosecutor's office has not produced any evidence against him," "But what can they produce?" I said to him, "because they have nothing against him." I spoke with that lawyer for quite a while, though.

Víctor: Well, I was thinking... well, I can't tell you, no, no... Okay, let's see what happens., but the truth is he's no good...

Noemí: You don't think so?

Víctor: Just not like that. What did he come to see me for? For nothing! Just to tell me how I stood. I asked him... have you checked already regarding the October 19th thing? Is it the same as the October 2nd thing?

Noemí: Yes... (You sure?) It just says there that he handed them in here in Mexico.

TRL__Conspiracion contra GGL exp88

Víctor: That's why! But are they the same things as for October 2ⁿᵈ?

Noemí: Uh... well, he says he handed them in.

Víctor: Have you sent me the stuff already? (We haven't been able to.) All right, don't send me anything now. **I asked the idiot what does the one for October 19ᵗʰ say.  He's not familiar with the case file! That pisses me off...** what for... Do me a favor, **tell him to desist from the evidence involving that fucking "Pitufo [Smurf]," since that dumbfuck doesn't finger me or anything.**

Noemí: We don't have anything against that guy.

Víctor: But you guys requested a statement from that dumbfuck! You guys put it in as evidence, don't tell me that you didn't. Put my mother on for me.

Noemí: Hold on.

Beatriz: What's up?

Víctor: That guy who has my case is a dumbfuck!

Beatriz: No, no, no!

Víctor: Yes, mom! (He hasn't done any of that.) Listen to me! The idiot isn't familiar with my case file. The dumbfuck can go fuck himself because he's not even familiar with my case file. Listen, mom, **it's so easy to say this was a fucking plot against Genaro García Luna** ((Eng. Genaro García Luna, federal Secretary of Public Security), **they wanted me to say that Genaro García Luna received money from me,** mom, that's so fucking obvious, damn it!

Beatriz: But he hasn't done any of that!

Víctor: Mom... understand this, that fucking official letter was forwarded to me.

Beatriz: So, who knows who did it! Because remember that the papers...

Víctor: Listen to me! **That dumbfuck is working in coordination with the "Herrera Valles."**

Beatriz: No, no, no!

Víctor: Mom! **He told me that one of Herrera Valles's lawyers arrived in Mexico and he put him up in a hotel** and what-fucking-not. What's the use? Let Herrera Valles go fuck himself, together with the other dumbfucks! **I have nothing to do with Herrera Valles.**

Beatriz: We met with him... (Mom!) And we went, because we went to see two people we went to meet, right? That's why I'm telling you, we know because we went to meet him...

Víctor: But what does Herrera Valles's wife tell him! ((Liliana Alejandra Adame Amador, Common-law-wife of inmate Herrera Valles, already mentioned)) And they work things out!

Beatriz: Oh yes, but...

Víctor: **I don't want you guys to tell him anything about my case,** mom. (We already told him we won't.) He wants more signatures, why does he want more signatures, what the fuck does he want more signatures from me for! To make an application for more things, mom? This here is so obvious, so fucking simple. I already knew you guys weren't going to do things...

Beatriz: Well, things have been denied to us, also!

TRL__Conspiracion contra GGL exp88

Víctor: **I already sent some** fucking **official letters** and they can go fuck themselves, everybody has to find out!

Beatriz; You shouldn't think it has been easy! Nobody wants to put up the fight.

Víctor: What can happen to me in this fucking place! It's so simple to send a fucking letter saying that **Luís Cárdenas Palomino** ((General Intelligence Coordinator, Federal Police)) **is the one behind this whole fucking shit**.

Beatriz: Have you told him already?

Víctor: Mom, he's a dumbfuck, he doesn't know anything! Tell him just like that, mom! Luís Cárdenas Palomino is García Luna's right-hand man right now, mom.

Beatriz: The thing is we're waiting for them to give us an answer to do it as we discussed.

Víctor: Mom, you guys should send the official letter to the PGR! You guys can do it, Cárdenas is an official who's on active duty right now.

Beatriz: Let's see, so tell Noemí.

Víctor: Put Noemí on for me!

Noemí: What's up?

Víctor: So, Noemí, do it now, please!

Noemí: I already spoke with the lawyer, that evidence is discarded.

Víctor: Listen to me! **Write down, "Luís Cárdenas Palomino is threatening to kill you people if I file a complaint against the things [that are going on]."** Write it just like that! **And write it in a** fucking **official letter,** Noemí, in a letter; do it, please. Draft a fucking letter, **send it to the Attorney General's Office, to the PFP** ((Federal Police)) **and hand it to the media.** And do it now, Noemí, this dumbfuck won't be able to get me out if you guys don't pay attention!

Noemí: Okay, good.

Víctor: And [the evidence] is discarded, how long ago did I tell him about it! He came to see me Monday and I told him, "You made an application." "Yes, I made an application." That's why I'm telling you!

Noemí: He said he did, but it was from the outset.                    *

Víctor: That's why he should desist from that freaking thing!

Noemí: But it has been discarded already.

Víctor: Okay, then. Okay... actually, I have no faith in him at all, he doesn't know anything. I want to know what he came here for.

Noemí: Well, he was out and about and he was going to swing by to see you.

Víctor: Okay, he knows absolutely nothing... It can't be. Now, let me ask you, you haven't been able to send me that stuff by parcel service; don't send me the clothes, just send me the papers, please. (Okay.) **Send me what it says regarding October 19th; I want to check what it says for October 19th against what it says for October 2nd.**

TRL__Conspiracion contra GGL exp88

Noemí; Oh good, okay.

Víctor: <u>I'll have to send it to you by mail, I hope these motherfuckers will get it out for me because all my mail is being held up.</u>

Noemí: I think it is, because we're not getting anything here, **but the complaint has already been lodged with Human Rights, the Comptroller's Office and the Court.**

Víctor: **A complaint has to be filed with the PGR to the effect that my mail is being stolen.** Listen, Noemí, Luís Cárdenas Palomino is in the middle of this, he's the Coordinator of the Federal Police, you see.

Noemí: Okay...

Víctor: Listen to me, please! It can't be that a fucking, corrupt officer can do more things than a fucking motherfucker who holds power and is a secretary of state! It can't be!

Noemí: The thing is all motherfuckers back out.

Víctor: When they learn it's really a plot against Genaro García Luna and you produce the evidence, Noemí, everybody...

Noemí: I already spoke with this man! But I didn't give any names.

Víctor: Listen to me, I don't care about that man, I already know who you... to my friend, isn't it?

Noemí: Uh-huh...


*((Call disconnected))*

**CEFERESO No. 4 "NOROESTE"**

07 DE ENERO DEL 2010

**El interno Martínez Rocha Víctor Hugo**, Exp. 1297, acusado de violación a la ley federal contra la delincuencia organizada, delitos contra la salud, falsificación de documentos públicos, usurpación de funciones públicas contra la salud, **le comenta al Lic. Eliseo Simón Guzmán Villegas**, Titular de la Procuraduría General de la República, en el Estado de Nayarit, <u>que servidores públicos de la Procuraduría General de la República y Secretaría de Seguridad Pública Federal, amenazan con matar a su familia si denuncia o presenta un "Video-DVD"</u>, agregando que <u>se organizaba un complot en contra del Secretario de Seguridad Publica Federal, Ing. Genaro García Luna, para incriminarlo por delitos del narcotráfico</u>, además de que <u>crearon una declaración donde quieren hacer creer que él junto con el Secretario de Estado, se reunían para entregar dinero "Dólares" por la protección que ofrecía, además de que visitaba a personas relacionadas con el narcotráfico y que él mismo solicitó un favor especial que fue "matar a Javier Herrera Valles"</u> (Posiblemente se trata del interno Herrera Valles Javier, Exp. 1430, acusado de delincuencia organizada, agravado con la finalidad de cometer delitos contra la salud), **recalcando que fue porque lo estaba "ching…",** además **menciona que un** <u>cercano colaborador del Sr. Secretario esta detrás de todo esto, en complicidad con funcionarios de la P. G. R.</u> (Procuraduría General de la Republica), <u>uno fue en su momento subordinado del Ing. Genaro García Luna, cuando éste fue Titular.</u> Por ultimo, le <u>comenta que su correspondencia fue interceptada y que no quiere que esto salga a la luz pública,</u> refiriendo <u>que ya existe una denuncia en contra del que salga responsable por robo de correo y que los números que presenta el sobre son de identificación, "lo estarán esperando en correos de México",</u> en <u>caso de no llegar sería responsabilidad de este Centro Federal.</u>   REGISTRO. 00150110 E: 20:20 HORAS.   R: 21:41 HORAS

REMITENTE:
VICTOR HUGO MARTINEZ ROCHA.
CENTRO FEDERAL No. 4
NOROESTE.
EL RINCÓN TEPIC NAYARIT.
C.P. 63502

URGENTE

DESTINATARIO:
LIC. ELISEO SIMÓN GUZMÁN VILLEGAS.
TITULAR, DE LA PROCURADURIA
GENERAL DE LA REPÚBLICA, EN EL
ESTADO DE NAYARIT.
AV. INSURGENTES No. 566 PTE.
COL. 20 DE NOVIEMBRE.
TEPIC NAYARIT.
C.P. 63100





INVESTIGACION

5/09
LUNES 28/DIC/09
1297

TEPIC NAYARIT, a 28 de Diciembre 09

LIC. ELISEO SIMÓN GUZMÁN VILLEGAS.
TITULAR DE LA PROCURADURIA GENERAL DE LA REPÚBLICA
EN EL ESTADO DE NAYARIT.

PRESENTE.

ME DIRIJO RESPETUOSAMENTE A USTED, APROVECHO EL RECURSO PARA ENVIARLE
UN CORDIAL SALUDO.

SIENTO INTERRUMPIRLO DE SUS MÚLTIPLES OCUPACIONES DE TAN DIGNO CARGO.

IMPLORO CON AHÍNCO SU INTERVENCIÓN
U R G E N T E.

POR MI PROPIO DERECHO C. VICTOR HUGO MARTINEZ ROCHA, DE LA MANERA MÁS
ATENTA ANTE TAN HONORABLE FUNCIONARIO COMPAREZCO PARA EXPONER:

SERVIDORES PÚBLICOS DE LA PROCURADURIA GENERAL DE LA REPÚBLICA Y
SECRETARIA DE SEGURIDAD PÚBLICA FEDERAL. AMENAZAN CON MATAR
A MI FAMILIA SI DENUNCIO O PRESENTO UN VIDEO-DVD.

ORGANIZABAN UN COMPLOT EN CONTRA DEL SECRETARIO DE SEGURIDAD
PÚBLICA FEDERAL, ING. GENARO GARCIA LUNA.

SERIA INCRIMINADO EN DELITOS DEL NARCOTRAFICO, EN LA DECLARACIÓN
QUE FABRICARON, HACEN CREER QUE ESTE SECRETARIO DE ESTADO Y YO
NOS REUNIAMOS Y EN ESTAS SE LE ENTREGABA DINERO (DOLLARES).
POR LA PROTECCIÓN QUE OFRECIA.

ADEMÁS, QUE VISITABA A PERSONAS RELACIONADAS CON EL NARCOTRAFICO Y EL
MISMO SOLICITO UN FAVOR ESPECIAL, MATAR A JAVIER HERRERA VALLES
PORQUE LO ESTABA CHING..

BAJO TORTURA FISICA-PSICOLOGICA FIRME ESA DEPOSICIÓN, NO FUI EN
NADA ASISTIDO, LOS AMPF PUSIERON LOS DATOS DE UNA PERSONA QUE
RESULTA SER CHOFER DE UN ALTO FUNCIONARIO DE LA PGR.

DELANTE DE UNA VIDEOCAMARA ME HICIERON DECIR LO QUE ELLOS PONIAN
EN UN PIZARRON DE COLOR BLANCO DETRÁS DE LA MISMA.

ATENCIÓN: COMETIERON PÉSIMOS ERRORES, UNO FATAL LOS CRUCIFICO,
DE ALGUNA MANERA HA SIDO EL SEGURO DE VIDA DE MIS
FAMILIARES. .

UN CERCANO COOLABORADOR EN ACTIVO DEL SR. SECRETARIO ESTA
DETRÁS DE TODO ESTO EN COMPLICIDAD CON FUNCIONARIOS DE LA
PGR. UNO FUE EN SU MOMENTO SUBORDINADO DEL ING. GARCIA LUNA
CUANDO ESTE FUE TITULAR DE LA AFI.

DE LA AGENDA DE TRABAJO DEL SECRETARIO DE ESTADO SACARON
INFORMACIÓN PARA QUE COINCIDIERAN TIEMPO, LUGAR Y LAS
CIRCUNSTANCIAS.

SIN LUGAR A DUDA ERA UNA ERA TRAICIÓN PERFECTA.

SE ENCUENTRA EN UN RIESGO INMINENTE EL SR. SECRETARIO.

EN CAMIONETAS OFICIALES "PATRULLAS" DE LA SSP-PFP LLEGAN CON MIS PADRES BASTANTES POLICIAS FEDERALES PREVENTIVOS DE MANERA MUY ABUSIVA, ESTA ÚLTIMA VEZ MANDAN DECIRME:

QUE UN TERCERO ME SEÑALARA A MI Y AL SECRETARIO DE ESTADO, TENGO QUE ACEPTAR LOS CARGOS DE LO CONTRARIO EL JEFE A ORDENADO MATAR A MI NIÑA, DESPUES A ELLOS.

PROMETEN RESPETARLE LA VIDA A MIS FAMILIARES SI CUMPLO. ABUSIVOS Y COBARDES, MIS PADRES YA SON DE LA TERCERA EDAD.

POR LO ANTERIORMENTE EXPUESTO A USTED.

   PIDO:

1).- AYUDA POR FAVOR.

2).- AGOTAR SUS RECURSOS PARA UNA ENTREVISTA EN EL INTERIOR DE ESTE CEFERESO No. 4 NOROESTE EL RINCÓN.

3).- POR LA MAGNITUD DEL PROBLEMA Y TRATARSE DE UN SECRETARIO DE ESTADO SOLICITARLE A LA C. DIRECTORA PERMITA ENTREGARLE EN ESE ACTO PRUEBAS FEHACIENTES.

POR SU ATENCIÓN MUCHAS GRACIAS.

QUEDO DE USTED A SUS ORDENES.

VICTOR HUGO MARTINEZ ROCHA.

PARA SU SUPERIOR CONOCIMIENTO RESPETUOSAMENTE - PRESENTE.

C.C.P.

LIC. FELIPE CALDERON HINOJOSA, PRESIDENTE DE MEXICO.

LIC. JOSE CHAVEZ CHAVEZ, PROCURADOR GENERAL DE LA REPÚBLICA.

LIC. FERNANDO GOMEZ MONT, SECRETARIO DE GOBERNACIÓN.

ING. GENARO GARCIA LUNA, SECRETARIO DE SEGURIDAD PÚBLICA FEDERAL.

COMISIÓN INTERNACIONAL DE DERECHOS HUMANOS, CIDN. PRESIDENTE.

ORGANIZACIÓN DE LAS NACIONES UNIDAS, ONU. PRESIDENTE.

AMNISTIA INTERNACIONAL, PRESIDENTE.

A LA OPINIÓN PÚBLICA.

FIN DEL RECURSO. _____

HONORABLE SR. DELEGADO

OJALÁ LLEGUE SIN DEMORA ESTE ESCRITO PORQUE
TAMBIEN HA SIDO INTERCEPTADA MI CORRESPONDENCIA.
TIEMBLAN DE MIEDO ESOS SERVIDORES PUBLICOS,
NO QUIEREN A COMO DE LUGAR QUE ESTO SALGA
A LA LUZ PUBLICA.

¡COMO DIRAN QUE NO SON ELLOS, NO PODRAN!

YA EXISTE UNA DENUNCIA EN CONTRA DE QUIEN
RESULTE RESPONSABLE. (POR ROBO DE CORREO)

DISCULPEME, LOS NUMEROS QUE PRESENTA EL
SOBRE SON DE IDENTIFICACIÓN, LO
ESTABAN ESPERANDO EN CORREOS DE MEXICO.
EN CASO DE QUE NO LLEGARA ALLI, SERIA EN SU
TOTALIDAD RESPONSABLE ESTE CEFERESO No 4
POR LO RARO, TODO SABEN ESOS QUE AMENAZAN
A MI FAMILIA.

TRL_COMPLOT V. GGL

## **TRANSLATION**

### **CEFERESO No. 4 "NOROESTE"**
### **(FEDERAL SOCIAL READAPTATION CENTER**
### **No. 4 "NORTHWEST")**

JANUARY 07, 2010

**Inmate Martínez Rocha Victor Hugo,** Case 1297, charged with violating the federal law against organized crime, crimes against public health, forgery of public documents, impersonation of public office against [public] health, **told Elíseo Simón Guzmán Villegas, Esq.,** the incumbent, Attorney General's Office for the state of Nayarit, **that public servants at the Attorney General's Office and the Federal Public Security Secretariat [alternate translation: Ministry] (SSP, per its Spanish acronym), had threatened to kill his family if he reported or submitted a "DVD Video," and added that a plot was being devised against the Federal Public Security Secretary, Eng. Genaro Garcia Luna, to frame him for drug-trafficking crimes,** in addition to the fact that **a statement had been drawn up in which they wanted to give the impression that he, together with the Secretary of state, would meet to deliver money, "Dollars," for the protection provided by him, and also that he would visit with individuals related to drug trafficking, and that he himself had asked for a special favor, namely "to kill Javier Herrera Valles"** (the inmate in question is probably inmate Herrera Valles Javier, Case 1430, charged with organized crime, aggravated for the purpose of committing crimes against public health), **while stressing that it happened because he was "fuc...g annoying" him.** He also **mentioned that a close associate of the Secretary was behind all this, in complicity with officers of the P.G.R.** (Attorney General's Office, P.G.R., per its Spanish acronym); **one of them had once been a subordinate of Eng. Genaro García Luna when he was the Incumbent.** Finally, **he told him his mail had been intercepted, and he did not want this to come to light, while mentioning that a complaint was already in place against whoever turned out to be responsible for the mail theft, and that the numbers appearing on the envelope were identification numbers, "they will be waiting for it at *Correos de México* [Mexican Postal Service]," and in case it failed to come in this Federal Facility would be responsible for it.** REGISTRY 00150110 E: 20:20 HRS. R:21:41 HRS.

TRL_COMPLOT V. GGL

From:
Victor Hugo Martinez Rocha
Centro Federal No. 4                              [AFFIXED IMAGE]
NOROESTE
El Rincón, Tepic Nayarit                                  117
C. P. 63502


          * URGENT *                                    28381


                              Addressee:
                              Eliseo Simón Guzmán Villegas, Esq.
                              Incumbent, Attorney General's Office of the
                              Republic for the state of Nayarit

                              Av. Insurgentes No. 566   BY HAND
                              Col. 20 de Noviembre
                              Tepic Nayarit
                              C. P. 63100

TRL_COMPLOT V. GGL

MONDAY 28 / DEC / 09

5.⁰⁹                                          1297

INVESTIGATION

[TRANSLATOR'S NOTE: There are three illegible marginal notations
resembling signatures, two on the left margin and one on the right one.]

TRL_COMPLOT V. GGL

Tepic, Nayarit, December 28, 09

ELISEO SIMÓN GUZMÁN VILLEGAS, ESQ.
INCUMBENT, Attorney General's Office of the Republic
for the State of Nayarit

BY HAND

I respectfully address you, I take advantage of the petition to send you warm greetings.

I apologize for interrupting you in your multiple activities in such WORTHY POSITION.

I EARNESTLY BESEECH YOUR
URGENT
INTERVENTION

In my own right, Cit. Victor Hugo Martinez Rocha, most humbly appears before such an HONORABLE OFFICER to state that:

Public servants from the Attorney General's Office of the Republic and the federal Public Security Secretariat ARE THREATENING TO KILL MY FAMILY if I report or submit a DVD-VIDEO.

They were devising a PLOT against the FEDERAL PUBLIC SECURITY SECRETARY, ENG. GENARO GARCÍA LUNA.

He would be IMPLICATED IN CONNECTION WITH DRUG-TRAFFICKING CRIMES; the statement FABRICATED BY THEM gives the impression that this SECRETARY OF STATE AND MYSELF would meet, and that MONEY (DOLLARS) was delivered to him at these [meetings] for the PROTECTION PROVIDED BY HIM.

In addition, [the statement mentioned] that he visited with individuals related to drug-trafficking, and that he himself had asked for a special favor: TO KILL JAVIER HERRERA VALLES because he was f…ing annoying him.

I SIGNED that deposition under PHSICAL/PSYCHOLOGICAL PRESSURE, I got NO assistance at all, the PROSECUTORS wrote down the information of an individual who happens to be the driver of a HIGH-RANKING OFFICER at the Attorney General's Office.

They made me say in front of a video camera what they were writing down on a white board located behind it.

ATTENTION:        They made TERRIBLE MISTAKES; A FATAL ONE PUT THE NAIL ON THEM which, somehow became my relatives' life insurance.

A CLOSE, ACTIVE ASSOCIATE OF THE SECRETARY is behind all this, IN COMPLICITY WITH OFFICERS OF THE P.G.R. One of them was once a subordinate of ENG. GARCIA LUNA when he was the AFI's [Agencia Federal de Investigación or Federal Investigation Agency] INCUMBENT.

They took INFORMATION from the SECRETARY OF STATE'S work schedule so it would coincide in terms of TIME, PLACE and CIRCUMSTANCES.

There is no question it was a PERFECT BETRAYAL.

TRL_COMPLOT V. GGL

The SECRETARY is under INMINENT RISK.

Quite a few federal preventive police officers have pulled up in SSP-PFP [Public Security Secretariat-Federal Preventive Police] "PATROL CARS" at my parents, sending word to me this last time:

That a third party had fingered me and the Secretary of state; I have to accept the charges, otherwise the BOSS had ORDERED THAT MY DAUGHTER BE KILLED, AND THEN THEM.

They promised to respect the LIVES of my RELATIVES if I complied. [They are] BULLIES AND COWARDS, AS MY PARENTS ARE SENIOR CITIZENS ALREADY.

For the foregoing reasons,

        I ask for:

1.   HELP, PLEASE.

2.   To exhaust your remedies to hold a meeting in this CEFERESO No. 4 NORTHWEST, El Rincón.

3.   Given the MAGNITUDE of the PROBLEM and since THE INDIVIDUAL IN QUESTION IS A SECRETARY OF STATE, to request that the WARDEN be allowed to turn over to you CREDIBLE EVIDENCE at that proceeding.

THANK YOU VERY MUCH for your ATTENTION.

                        I remain at your disposal.

                        [Affixed signature]
                        Victor Hugo Martinez Rocha


For their information, copies respectfully submitted by hand to:
Felipe Calderon Hinojosa, Esq., President of Mexico
Jose Chavez Chavez, Esq., Attorney General of the Republic
Fernando Gomez Mont, Esq., Secretary of the Interior
Eng. Genaro Garcia Luna, Secretary, Federal Public Security
International Commission of Human Rights (C.I.D.N., per its Spanish acronym), President
United Nations Organization, U.N., President [*sic*]
Amnesty International, President
Public Opinion
End of petition.-------------