

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**



**CASE NUMBER**

███████████

**CASE OPENED**
9/23/2020

**CURRENT CASE TITLE**
Decadence

**REPORT TITLE**
Proffer of Edgar VEYTIA

**REPORTED BY**
Scott Vogel
SPECIAL AGENT

**APPROVED BY**
Damian Mazzaferro
SPECIAL AGENT

**DATE APPROVED**
2/5/2024

## SYNOPSIS

Homeland Security Investigations, New York (HSI/NY), the New York Organized Crime Drug Enforcement Strike Force (NYOCDESF), and the DEA Attaché Mexico have initiated Operation "Decadence" through the United States Attorney's Office for the Eastern District of New York (EDNY), which investigates political corruption within the Government of Mexico (GoM) as an essential function of large-scale drug trafficking and money laundering activity of the Mexican drug cartels. For decades, GoM officials have worked in conjunction with the drug cartels to facilitate narcotics trafficking, launder illicit proceeds, and wage drug wars in exchange for payment and political support, fostering systemic violence and corruption.

On January 8, 2024, Edgar VEYTIA was interviewed by prosecutors and investigators at EDNY.

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

## DETAILS OF INVESTIGATION

On January 8, 2024, Edgar VEYTIA was interviewed by prosecutors and investigators at EDNY. Present were  Ryan Harris (EDNY),  Adam Amir (EDNY), Kate Naseef (NDDS), George Dietz (EDNY), Jason Franks (DEA), Scott Vogel (HSI), and Alexei Schacht (Defense Attorney).

VEYTIA said he has never communicated with Juan Carlos NAVA VALENCIA, "EL TIGRE" or Oscar NAVA VALENCIA, "EL LOBO", via a contraband cell phone. VEYTIA further stated that he never told anyone that he communicated with either via contraband cell phone.

VEYTIA said he only met TIGRE one time in 2018 at the Metropolitan Detention Center. VEYTIA said that on that occasion, TIGRE was brought into the same holding room near the visitor rooms and TIGRE introduced himself and VEYTIA recognized the name. VEYTIA said they did not have a conversation and that was the only time he ever met or talked to TIGRE in person or otherwise.

VEYTIA said he has never met or spoken with LOBO on the phone or in person. VEYTIA said he may have seen his face on the news.

VEYTIA has never communicated with TIGRE or LOBO either directly or indirectly through a third party.

VEYTIA said he has never used phone minutes of another prisoner to talk to his mother or used her as a go between to communicate with other prisoners or witnesses in the trial.

VEYTIA said he has never used his mother as a go between to speak with TIGRE or LOBO.

VEYTIA said that he did not say to anyone that the government trial attorneys were stupid and will believe anything he says, nor did he tell anyone that he held a grudge against GARCIA LUNA and was looking for retribution.

VEYTIA never said, "Fuck GARCIA LUNA, I am going to screw him".

VEYTIA said that he was not aware that LOBO was a witness against GARCIA LUNA until shortly before trial when it was publicly reported, and that he has never communicated with TIGRE or LOBO about GARCIA LUNA.

VEYTIA said that he did not have a plan with TIGRE or anyone else to return to narcotics trafficking activities upon release from prison. VEYTIA said that he has not told anyone that he and TIGRE would take over the cartel once they were released and has no such plan. VEYTIA has

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Decadence |  | 2/5/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE




not spoken to either TIGRE or LOBO about a plan to return to drug trafficking activities. VEYTIA stated that he never offered anyone a job in the cartel and was never himself a member of the cartel although did assist drug traffickers in his position as a government official.

VEYTIA said he has not told anyone that he and TIGRE would take over half of the cartel if they were released.

VEYTIA said he believes he knows who has made these accusations against him. VEYTIA believes this person is crazy and bipolar and holds a grudge against him because of an altercation that occurred while playing dominoes in prison.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Decadence | ██████████ | 2/5/2024 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.