| | |
|---|---|
| Jose Carlos Nava Valencia (JCNV) | January 16, 2024 |
| Erin Reid | Defense Ruben Oliva |

Ryan Harris

Adam Amir

DEA SAs John Muglia/Jason Franks

Review affidavit with JCNV

Never spoke with brother on a contraband cellular telephone

Never spoke with a person named Edgar on a contraband cellular telephone. JCNV was introduced to Edgar VEYTIA either one of two times, but doesn't know him. Believes he met Edgar VEYTIA on at least one occasion while in a waiting room waiting to speak with his lawyer and was briefly introduced. This lasted approximately 3 minutes at the MDC. This occurred in approximately 2018/2019 prior to VEYTIA's sentencing.

JCNV believes he knows who the affiant is on the affidavit. AUSA Ryan Harris explained that JCNV should not seek retaliation on who he believes was the affiant.

JCNV believes the affiant is ▓▓▓▓. JCNV explained that he believes ▓▓ has a case involving children. JCNV explained ▓▓ was not his friend while incarcerated. JCNV believes ▓▓ is the affiant because JCNV gave his girlfriend's number to ▓▓. JCNV explained that ▓▓ was "half crazy" because when he speaks it doesn't make much sense. JCNV believes that ▓▓ was taking anxiety pills while in prison.

▓▓▓▓ was a roommate of GGL for approximately one year. ▓▓ told ▓▓▓▓ asked for a letter in writing from ▓▓ about what he wanted to do for GGL. JCNV doesn't know who wrote the letter. This letter was given to ▓▓▓▓. ▓▓▓▓ told JCNV what the letter said, and JCNV told his lawyer. ▓▓▓▓ turned over the letter to his attorney in late 2023. ▓▓▓▓ is organizing this on behalf of GGL and they are trying to recruit ▓▓▓▓.

▓▓▓▓ told JCNV that GGL was offering a reduction in ▓▓ sentence. ▓▓ had the phone numbers of GGL's lawyers in the letter. ▓▓▓▓ told JCNV that he never spoke with the lawyers of GGL.

▓▓▓▓ called JCNV's lawyer and explained that he turned over the letter to his attorney.

▓▓▓▓ told JCNV that the letter said that JCNV was speaking with his brother in order.

JCNV lives on the same floor as ▓▓▓▓