▮▮▮▮▮▮▮ Proffer 02/01/24

Ryan Harris

Erin Reid

SAs Jason Franks/John Muglia

▮▮▮ confirmed that he was housed with GGL beginning in approximately June 2022. ▮▮▮ left the unit in July/August 2023 approximately. Has not communicated with GGL since leaving the unit.

▮▮▮ explained that in approximately April 2023, GGL asked if ▮▮▮ knew anyone in ▮▮. GGL asked about a specific person housed there called ▮▮▮▮▮▮▮ GGL told ▮▮▮ that he was going to win his appeal and that he was going to put in a motion. GGL explained that witnesses in his case were speaking to each other. GGL asked ▮▮▮ to ask ▮▮▮▮ to have him say that "El Tigre" has a cellphone in prison. ▮▮▮ told GGL that ▮▮ would be working ▮▮▮▮▮▮▮ GGL told

GGL wanted ▮▮ to say that he overheard "Tigre" speaking to his brother and "Procuradador"/"Fiscal" and that he overheard "Tigre" speaking with his brother and telling his brother that we paid GGL for the port in Manzanillo. This same day, GGL asked ▮▮▮ to testify also. GGL explained that someone else is helping GGL, who he called ▮▮▮▮▮▮▮▮ he met in education.

On April 15th at approximately 4:15 while ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and GGL had a conversation. GGL told him to meet with ▮▮▮▮▮▮, and that GGL wants ▮▮ to say that he walked in on a conversation that "Tigre" was having with his brother about the Port of Manzanillo. GGL wanted ▮▮▮ to say that he overheard another conversation with El Tigre and a Fiscal. ▮▮▮ told ▮▮▮ that he agreed to the story and ▮▮▮ wrote ▮▮ a script for the story. ▮▮▮ then held up the script to the cameras.

On another day, ▮▮ told ▮▮▮ that he set up a meeting with his lawyer and that GGL would have to pay him for this favor. ▮▮▮ told GGL that ▮▮ wanted money. GGL said that he was taking care of Daniel aka El Brujo.

GGL had multiple conversations with ▮▮ telingl him to "stick with his reality". GGL wanted ▮▮▮ to say that "Procurador"/Fiscal had a mother who was attractive to give further credibility to his story.

▮▮▮ explained that he recorded GGL using a contraband cellphone. GGL always wanted to look up things in Mexico from contraband cellular phones. GGL was looking for a specific article about Pegasus. ▮▮▮ used a contraband cellphone from another inmate to record this conversation. ▮▮▮ sent a Whatsapp message of this recording to his wife who then sent it to his ▮▮▮▮ attorney. This conversation occurred in Spanish. ▮▮▮ states that this recording occurred in ▮▮▮▮▮▮▮ of the MDC.

▮▮▮ told GGL that ▮▮ would be working ▮▮▮▮▮▮▮ and would be able to talk with him later. ▮▮▮ met with ▮▮ later that day.

GGL told ▮▮▮ that he met with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ on the 3rd floor library and that ▮▮▮ agreed to provide a statement for GGL. ▮▮▮ had a friend (Colombian male) who lost his "letter" from the government and could also help GGL. ▮▮▮ would charge the Colombian male for his statement.

GGL offered ▮ $500,000 initially. GGL later offered 1 million and 2 million dollars to provide these statements. GGL told ▮ that the money would come from a friend in Mexico. GGL asked ▮ if he had anyone in Mexico who could receive money on his behalf. GGL explained that a sub-secretary would provide the payments for ▮ GGL explained that ▮ would receive partial payment for his initial statements and that the remaining payments would be paid out after the appeal.

▮ emailed Caesar de Castro from prison.  At one point, Caesar represented ▮

On April 29th GGL told ▮ to say that El Tigre told ▮ that El Tigre worked with "El Meno" and that El Meno worked for CJNG. GGL talked about a witness who crossed the border that had a laptop and turned themselves over to the DEA. GGL told ▮ this person was an accountant. This accountant was handled by a DEA agent. This agent was aware that this person and others lied. GGL stated that two retired DEA agents who are now Private Investigators discovered this in Texas and provided this information to the DEA agent that was handling this witness. This witness continues to commit crimes.

Senator Grassley's Chief of Staff is friends with Caesar and was interested in the details.

▮ kept notes on his interactions with GGL in a notebook, which he showed to investigators/AUSAs in the presence of his attorney.

On May 10th, GGL spoke about two witnesses who shared a bus ride to court and were in the same holding cell.

On May13th  GGL told ▮ about a conversation he had with "Havi" about the sale of Pegasus, which occurred in 2015. GGL stated that he has people backing him from the CIA that was a member of the board of a company which GGL owned. GGL stated that he was close with members of the FBI.  GGL also stated that he was going to pay ▮ for his statements and that ▮ wanted more money. GGL told ▮ that ▮ was bringing in another person (Colombian male) to make statements as well. At a later time GGL told ▮ not to bring in the Colombian Male to make statements because there was too much risk. GGL stated that he met with ▮ 2 days prior and that ▮ would meet with Caesar.

06/26 - ▮ met with Havi ▮) and GGL in ▮ cell. GGL wanted ▮ to translate the conversation into English. GGL asked Havi if the Israel Govt would provide proof of the sale dates of Pegasus to the US. Havi said that he belief the company was in Singapore. Havi stated that the sale of Pegasus was in 2010, 2011 or 2012. Havi is in his 50's who owned a PI company in Israel. GGL believed the sale happened in 2015. Havi stated the sale didn't go through official channels and was sold to the Mexican Government.

July 13th 2023 – GGL and Freddy met and spoke.

July 14th GGL met with Freddy Hernandez, Freddy asked GGL to sell the equipment to the government of Ecuador. GGL told ▮ this. GGL stated that he is going to call a former secretary to have this meeting occur. GGL explained that in 2012, GGL sold this equipment to the Mexican government and different states. One of these deals costs over 600,000,000 through a company he owned. GGL explained that the Israeli company offered a commission and GGL as a consultant.  Freddy had a cellphone in jail. GGL would go into another cell to use the phone and Freddy would facilitate that. ▮ never overheard GGL using a cellphone.

GGL stated that he has had the US ambassador over his house in Mexico and would host parties. GGL stated that he had a piano and fish tank.

07/15 – GGL stated that Caesar was asking for more time so the president of Mexico could intervene in his sentencing.

██ gave ██ notes on the sale of Pegasus. ██ then gave those notes to GGL.

GGL told ██ that ██ real name was ██████, and that ██ met with Caesar and provided an affidavit.

07/21 – GGL told ██ that 2 former Mexican officials are willing to testify. Caesar is working on getting an affidavit from the AUSA in Texas. Caesar has a copy of the Pegasus contract that would show that GGL wasn't involved in the sale.

AUSA Ryan Harris then showed a letter to ██, to which ██ positively identified the note he wrote to ██████ with Caesar's contact information. ██ gave this note to ██████ ██████ This note told ██████ that GGL wanted him to say. GGL wanted to include the name Veytia and that Tigre and Veytia were in business and to send the money to make it seem like they were operating in jail. GGL wanted ██████ to say that El Tigre's brother was hardheaded based on a conversation he overheard.

The second page was a diagram describing which drug organization send drugs to certain locations.

██ stated that he has not read any legal filings/motions from GGL. ██ has not read anything in the press or news.