| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| | [BEGINNING OF RECORDING] | [COMIENZO DE LA GRABACIÓN] |
| GENARO GARCIA LUNA: | [U/I]. | [I/I]. |
| Individual 2 | [U/I]. Uhm… he is going to work today. | [I/I]. E… él va a trabajar hoy. |
| GENARO GARCIA LUNA: | Yes. | Ya. |
| Individual 2 | Okay? What do I tell ▮▮▮▮… what is it that… what is it that you think… | ¿Okay? Que le digo a ▮▮▮ qué es lo… qué es lo que usted cree… |
| GENARO GARCIA LUNA: | I think… | Yo creo… |
| Individual 2 | … that I have to tell him… | … que le tengo que decir… |
| GENARO GARCIA LUNA: | I think that… | Yo creo que… |
| Individual 2 | … so that it sounds… because it's more Cesar, to convince Cesar… | … para que suene… porque más César, convencer a César… |
| GENARO GARCIA LUNA: | Yes, right | Sí, ya. |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| Individual 2 | … that… | … que… |
| GENARO GARCIA LUNA: | There I (wanna) do want to see…I think that what you say… you should be limited to your reality, and to his [U/I], and to see that not all [U/I] normally nothing [U/I]… | Ahí sí quiero ver… yo creo que lo que usted dice… debe limitar a su realidad, y a la de él l[I/I], y a ver que no todo [I/I] normalmente nada [I/I]… |
| Individual 2 | Uhm-hum. | Ujú. |
| GENARO GARCIA LUNA: | … to your reality. What you have, your [U/I], etcetera. To your reality, uh… [U/I], right? | … a tu realidad. Lo que tú tienes, tu [I/I], etcétera. A tu realidad, este… [I/I] ¿no? |
| Individual 2 | Uhm-hum. | Ujú. |
| GENARO GARCIA LUNA: | Alright, so [U/I]. You have to [U/I] to your reality, your own complete reality, because they are going to ask you that.  [U/I] because of that, that [is] not [U/I]? | Bueno, entonces, [I/I]. Tú tienes que [I/I] a tu realidad, a tu realidad completita, porque te van a preguntar eso. ¿[I/I] a causa de eso, eso no [I/I]? |
| Individual 2 | Okay. | Okay. |
| GENARO GARCIA LUNA: | Now, knowing already about your… your… your reality, the [U/I] and what is the point? Okay about the phone, I take the phone, I had contacts [U/I] used [U/I] you have | Ahora, ya con… con… con tu realidad, el [I/I], "Y ¿cuál es el punto? Okay tomo el teléfono, yo tuve contactos [I/I] usado, [I/I] usted ha usado de él o… o… o…" |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| | used his or…or…or… | |
| Individual 2 | That loaned him the phone [U/I]. | Que le prestó el teléfono [I/I]. |
| GENARO GARCIA LUNA: | … [U/I] well that… that… that he had used it [U/I]… | … [I/I] bien que… que… que si lo ha usado, [I/I]… |
| Individual 2 | Ah-ha. | Ajá. |
| GENARO GARCIA LUNA: | … is that… I, I have one of them… that I know he uses it for something…, and when I [U/I] with him… | … es que… yo… yo tengo uno de ellos… que yo sé que lo usa por tal cosa, y cuando yo [U/I] con él… |
| Individual 2 | Uhm-hum. | Ujú. |
| GENARO GARCIA LUNA: | And I when I was in contact with him… in the past, when it was on the news… | Y yo cuando estuve en contacto con él… en el pasado, cuando estaba en las noticias… |
| Individual 2 | Uhm-hum. Prior to before when I was with him inside | Ujú. [I/I] Previo a antes cuando estaba con él interno. |
| GENARO GARCIA LUNA: | ... [U/I] a lot when I am, when I am with him to [U/I] and you [I/I] he being with him [U/I]. | … [I/I] bastante cuando estoy, yo estoy con él para [I/I] y tú [I/I] él… estando con él [I/I]. |
| Individual 2 | What do you think because it's that he, he, he has to say something | Que usted cree porque es que él… él… él tiene que decir algo |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
| --- | --- | --- |
| | convincing… | contundente… |
| GENARO GARCIA LUNA: | [U/I]… | [I/I]… |
| Individual 2 | … in order to convince… to convince Cesar. | … para convencer a… a César. |
| GENARO GARCIA LUNA: | [U/I] that here… look…"when I was with him… uh… on one occasion I was [U/I]passed/past… | [I/I] eso aquí vea, "Yo estando con él, este... en una ocasión estaba [I/I] pasada… |
| Individual 2 | When he was talking to him/you. | Que le estaba hablando. |
| GENARO GARCIA LUNA: | Ah-ha. And… and when he was saying that… that they should accuse him, that they were [I/I], that…not this | Ajá. Y… y cuando decía que… pues que lo imputaran, que estaban [I/I], que… no este |
| Individual 2 | Do you think that… that he should mention the port? | ¿Usted cree que… que él debe de mencionar el puerto? |
| GENARO GARCIA LUNA: | No, or… or…no [U/I] like saying to him/you, "I heard that… [U/I] that..." | No, o… o… no [I/I] como decirle, "Yo escuché que… [I/I] que... " |
| Individual 2 | He should say that… that… | Que diga que... que... |
| GENARO GARCIA LUNA: | That we paid for… | Que pagamos por… |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| Individual 2 | … that he paid you. | ... que le pagó a usted. |
| GENARO GARCIA LUNA: | Ah-ha. That we paid for… for… for… for… for [U/I], for the port, someone [U/I]. | Ajá, que pagamos por… por… por… por… por… [I/I], por el puerto, alguien [I/I]. |
| Individual 2 | That he entered … he was uh… uh… El Tigre was talking with his brother, and he says to his brother, "No, no, no, no. You have to tell him that we pay him. | Que él entró … él estaba e… e… El Tigre estaba hablando con su hermano, y que le dice a su hermano, "No, no, no, no. Tiene que decirle que le pagamos. |
| GENARO GARCIA LUNA: | [U/I], that [U/I]  that [U/I] so that they release the load. | [I/I], que [I/I]… que… [I/I] para que liberaran la carga. |
| Individual 2 | So, they release the load. And yes to then [U/I] that's it. | Para que liberan la carga. Y ya sí [I/I] más nada. |
| GENARO GARCIA LUNA: | [U/I] and another one you said to him [U/I] last [U/I] "No I have not spoken with third parties." "Ha… have you spoken with third parties?" "[U/I]" That he spoke with the prosecutor. [U/I]. | [I/I] y otra usted le dijo [I/I] últimas [I/I] "No, no he hablado con terceros." "¿Ha… ha hablado con terceros?" "[I/I]."  Que hablaba con el fiscal. [I/I]. |
| Individual 2 | That he spoke with the prosecutor. When, … when do you think he can say that he heard him talking with his brother? | Que hablaba con el fiscal. ¿Cuándo… cuándo usted cree que él puede decir que él escuchó hablando con su hermano? |
| GENARO GARCIA LUNA: | [U/I] No set time period. | [I/I] no tiene periodo [I/I]. |

| **PARTICIPANTS** | **ENGLISH TRANSLATION/TRANSCRIPTION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| Individual 2 | Or he can say around 21… | O puede decir como en el 21… |
| GENARO GARCIA LUNA: | [U/I] for here [U/I] for him to speak he does need…I/I with Cesar. | [I/I] pa' acá [I/I] hablar él sí necesita…I/I with César. |
| Individual 2 | Yes, yes, because he has to be… | Sí, sí, porque es que él tiene que estar… |
| GENARO GARCIA LUNA: | Of course. | Claro. |
| Individual 2 | … be where he is. | … estar donde está. |
| GENARO GARCIA LUNA: | In reality that was his [U/I]. | En realidad, eso era de él [I/I]. |
| Individual 2 | Uhm-hum. Okay, okay. And what about the prosecutor? When… does he have to say? | Ujú. Okay, okay. ¿Y el fiscal? ¿Para cuándo… él tiene que decir? |
| GENARO GARCIA LUNA: | No but, [U/I]  speaks [U/I] talked to him. | No, pero [I/I]… habla [I/I] hablaba con él. |
| Individual 2 | You mean that… you want him to say that he heard him talking with the prosecutor, or that he mentioned it to you/him. | Usted quiere decir que le… usted quiere que él diga que lo escuchó a él hablando con el fiscal, o que él le mencionó. |
| GENARO GARCIA | No, like [U/I] now… now say what you want… that is why I am saying | No, así [I/I]… ahora… ahora di lo que te guste por eso digo dejen toda su |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| LUNA: | leave all your reality so that there it matches up[U/I] to, to [U/I] because [U/I] you had access to him …What is it that you being with him, what is it that you have to know… | realidad para que ahí le [I/I] le… le…[I/I] para que se  haga match [I/I] que tu le tiene acceso a el [I/I]….Qué es lo que tú estando con él qué es lo que tú tienes que saber… |
| Individual 2 | And what about me? I when I get together with, with Cesar [U/I]… | ¿Y yo? Yo cuando me reuna con, con Cesar [I/I]… |
| GENARO GARCIA LUNA: | I… I… I think you have more importance [U/I]. | Yo… yo… yo creo que tú tienes más [I/I] calidad. |
| Individual 2 | Alright. | Sí. |
| GENARO GARCIA LUNA: | You are senior [U/I]. [U/I]. | Tú estás de [I/I] mayor [I/I]. |
| Individual 2 | Because that already comes [U/I]. | Porque eso ya viene [I/I]. |
| GENARO GARCIA LUNA: | But I… I… I know you [U/I] brother for you [U/I]. You are older. | Pero yo… yo… yo te conozco a ti [I/I] hermano [I/I] para tí [I/I] esta mayor. |
| Individual 2 | Uhm-hum. | Ujú. |
| GENARO GARCIA LUNA: | [U/I] Your reality [U/I] there [U/I]. You walked I/I. He…he… he…the Prosecutor is from a small state called Nayarit (I/I)<br><br> | [I/I] tu realidad [I/I] ahí [I/I] [I/I] caminaba [I/I].<br><br>El… el… el… el fiscal es de un estado chiquito llamado Nayari |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| | | (sic)[I/I]. [I/I]. |
| Individual 2 | I once asked El Tigre at a town from there. I don't remember now [U/I]… what was the… the… the prosecutors' name? Where does he/she come from? | Yo una vez le pregunté el Tigre en un pueblo de allá. No me recuerdo ahora [I/I]… ¿cómo se llamaba el… la… el fiscal? ¿De dónde viene? |
| GENARO GARCIA LUNA: | The… the… the… the prosecutor was a mayor. He was[U/I].the main one [U/I]. |  El fiscal fue alcalde . El fue I/I principal. |
| Individual 2 | But which state? | ¿Pero qué estado? |
| GENARO GARCIA LUNA: | [U/I] with Colima. | [I/I] con Colima. |
| Individual 2 | Colima, Colima. | Colima, Colima. |
| GENARO GARCIA LUNA: | Yes. | Sí. |
| Individual 2 | That [U/I]… | Que [I/I]… |
| GENARO GARCIA LUNA: | [U/I]. | [I/I]. |
| Individual 2 | I told El Tigre Colima, and he said to me that you know… | Yo le digo Colima a el Tigre y él me dijo a mí que tú conoces... |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| GENARO GARCIA LUNA: | Because… [U/I] because he is the mayor. And was a mayor… but [U/I]] the governor was a mayor, and he was the head of… the head of the government, of… of the municipality [U/I] governor [U/I]… the one who was a mayor became the governor… [U/I]That's where he takes him because he was the contact of (I/I) | Porque... [I/I] porque es alcalde. Y fue alcalde… pero [I/I] el gobernador fue alcalde, y él fue jefe de… jefe del gobierno, de… del municipio [I/I] gobernador… [I/I] él que era alcalde se hizo gobernador… Ahí es que se lo lleva porque era contacto de  [I/I]. |
| Individual 2 | Oh [U/I]. What did he do for them for the government? | Ah [I/I]. Que él hacía a ellos para el gobierno? |
| GENARO GARCIA LUNA: | [U/I]. | [I/I]. |
| Individual 2 | When he was a prosecutor. | Cuando era fiscal. |
| GENARO GARCIA LUNA: | [U/I] with the prosecutor, that is why [U/I] an arrangement, yes. | [I/I] con el fiscal, por eso. [I/I] un arreglo, sí. |
| Individual 2 | [U/I] what was what is your [U/I] level/importance [U/I]? | ¿[I/I] cuál fue qué es tu [I/I] calidad [I/I]? |
| GENARO GARCIA LUNA: | [U/I] What I want you to see, What I want you to see  [U/I] Your profile is higher  [U/I].larger, bigger …Then (I/I) … walked [U/I]… | [I/I]. Lo que quiero que veas. Lo que quiero que veas [I/I].  De... [I/I] tu perfil es mas alto [I/I] mayor más alto. Entonces [I/I]… caminaba [I/I]... |
| Individual 2 | [U/I]… That I walked with El Tigre. That I… that he spoke to me when | [I/I]…Que yo caminaba con el Tigre… que yo… que me hablaba |

| **PARTICIPANTS** | **ENGLISH TRANSLATION/TRANSCRIPTION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| | we walked [U/I]. | cuando caminábamos [I/I]… |
| GENARO GARCIA LUNA: | [U/I]… | [I/I]… |
| Individual 2 | … there because he mentioned to me [U/I], a friend of his, that the prosecutor that [U/I]… | … ahí porque me mencionó [I/I], amigo de él, que el fiscal, que [I/I]… |
| GENARO GARCIA LUNA: | [U/I] I can [U/I]. Let me tell you, honestly [U/I] the truth is that I was there and [U/I]. | [I/I] puedo [I/I]. Si te digo, bueno la verdad [I/I] verdad yo estaba ahí y [I/I]. |
| Individual 2 | Okay. | Okay. |
| GENARO GARCIA LUNA: | Why do you think I stayed? | ¿Por qué crees yo me quedo? |
| Individual 2 | Uhm-hum. | Ujú. |
| GENARO GARCIA LUNA: | Why do I think? The worst is that it has to be all your truth, the whole [truth] like that [U/I]… because that is what they ask you… | ¿Qué creo? Peor es que debe ser toda tu verdad, completita, así [I/I] porque es lo que te preguntan… |
| Individual 2 | And after… | Y después… |
| GENARO GARCIA LUNA: | [U/I] they ask you," "okay and how did you see? I was there." "How were you there?" "Oh because [U/I]." | [I/I] te preguntan, "Ah, bueno, ¿y usted cómo lo vio?" "Yo estaba ahí." "¿Y usted cómo estaba ahí?" "Ah, |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| | "And how did you [U/I]?" "[U/I]." Look at the cameras. | porque [I/I]." "¿Y usted cómo [I/I]?" "[I/I]." Vea las camaras. |
| Individual 2 | Right. | Ya. |
| GENARO GARCIA LUNA: | He… he said this to me, he said this to me.. As a matter of fact, [U/I] but with me [U/I] next that I, I [U/I] when I went to [U/I]. I helped him to speak English. | Él me… él me dijo esto, me dijo esto. Es más, [I/I] pero conmigo [I/I] siguiente que yo, yo le [I/I] cuando fui [I/I]. Yo lo ayudé hablar inglés.. |
| Individual 2 | So, I think I should, on my part, try to… to… to somewhat elaborate… | De mi parte, entonces, yo creo que debo de… de… yo, expandir un poco… |
| GENARO GARCIA LUNA: | Yes. | Sí. |
| Individual 2 | … and the part that is… | … y la parte de… |
| GENARO GARCIA LUNA: | [U/I]. | [I/I]. |
| Individual 2 | …  part is more… | … de  es más… |
| GENARO GARCIA LUNA: | [U/I].A buddy. Because he was like his father. . | Compita. Porque era como su padre. . |
| Individual 2 | … [U/I] so, so convincing. Not... | … [I/I] tan... tan contundente. No… |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| Individual 2 ▇▇▇▇ | | |
| GENARO GARCIA LUNA: | [U/I] I heard this [U/I] to find him/her guilty [U/I]… | [I/I] yo escuche esto [I/I] que den como culpable [I/I]… |
| Individual 2 ▇▇▇▇ | Convincing and that's it. | Contundente y ya. |
| GENARO GARCIA LUNA: | Ah-ha. I heard or… and after the news came out… | Ajá. Yo escuche o…y luego cuando entraron las noticias… |
| Individual 2 ▇▇▇▇ | Because [U/I]… | Porque [I/I]… |
| GENARO GARCIA LUNA: | … that news [U/I]. [U/I] speak with him so that already [U/I] and speak with third parties [U/I]… | … esa noticia [I/I]. [I/I] hablar con él de ya [I/I] y hablar con terceros [I/I]… |
| Individual 2 ▇▇▇▇ | What are you saying? | ¿Cómo dice? |
| GENARO GARCIA LUNA: | Because that which you heard, those men that [U/I]. | Porque eso que tú oíste esos hombres que [I/I]. |
| | [END OF RECORDING] | [FIN DE LA GRABACIÓN] |