4/24/23

Cesar DeCastro
cdecastro@cdecastrolaw.com
646-285-2077
631-460-3951 (602)

Luna quiere que usted diga esto:
Procurador Vaytia
negocios - (hablaban de)
recuerda de mandar el dinero

Hermano -
este hermano mio es necio

escuche = Tiene que decir que le pagamo
nia k decir   no no seas necio!
Si, para el aeropuerto tambien.

