# **EXHIBIT 2**

 

Ciudad de México, a 25 de Marzo de 2020

CC. Integrantes del Gabinete Legal y Ampliado
PRESENTES

Me permito transmitir a ustedes la instrucción presidencial girada en el Gabinete de Seguridad -expresada también en la conferencia de prensa del titular del Ejecutivo Federal, el pasado 10 de Marzo- en el sentido de suspender a las y los servidores públicos vinculados a Genaro García Luna que aún permanecen en el actual gobierno con tareas relevantes. El objetivo es evitar cualquier relación de complicidad con los anteriores gobiernos, en particular con el gobierno de Felipe Calderón. Esta instrucción es extensiva a todas las entidades y dependencias de la Administración Pública Federal.

Sin más por el momento reciban un cordial saludo.

Atentamente

Dr. Alfonso Durazo
Secretario Técnico del Gabinete de Seguridad

Ccp.- C. Lic. Andrés Manuel López Obrador, Presidente Constitucional de los Estados Unidos Mexicanos.- Para su Superior Conocimiento.- Presente.

|  |  |  |
|---|---|---|
| SECURITY | **2020** | |
| (seal) | LEONA VICARIO | |

Mexico City, March 25, 2020

**CC. Members of the Legal and Extended Cabinet**
**THOSE PRESENT**

I allow myself to transmit to you the presidential instruction issued in the Security Cabinet – also expressed in the press conference of the head of the Federal Executive, on March 10, in the sense of suspending the public servants linked to Genaro García Luna who still remain in the current government with relevant tasks. The objective is to avoid any relationship of complicity with the previous administrations, particularly with the administration of Felipe Calderón. This instruction is extended to all entities and agencies of the Federal Public Administration.

No more for now, accept my best regards.

**Sincerely,**


(signature)
**Dr. Alfonso Durazo**
**Technical Secretary of the Security Cabinet**


**CC: Citizen Andrés Manuel López Obrador, Constitutional President of the United Mexican States...For your Superior Information. Those present.**