# EXHIBIT 3



# The United States of America

*This is to certify that*

ING. GENARO GARCÍA LUNA

*has succesfully completed the*

# POST BLAST INVESTIGATION COURSE

*given by the United States Government*

*Sidney Williamson*
Director of Training

12 DECEMBER 1991
Date

# U.S. Department of Justice
## Federal Bureau of Investigation
### FBI ACADEMY

#### CERTIFICATE of ATTENDANCE

This is to certify that

**ING. GARCIA LUNA GENARO**

attended a

*Post-Blast Investigators' School*
**MEXICO CITY, MEXICO**

held at the FBI Academy, Quantico, Virginia, from *9 NOV 1992* to *13 NOV 1992*
and is awarded this certificate as evidence of their fulfillment of the
requirements for this course of training.

*DR. MARIO ALVA*
*DIRECTOR SERVICIOS PERICIALES*
*PGR*

*Assistant Director, Laboratory*
*Federal Bureau of Investigation*



## U.S. Department of Justice

Federal Bureau of Investigation

*Presents this certificate to*

*Genaro Garcia Luna*

*in recognition of having successfully completed the program of the*

**NATIONAL EXECUTIVE INSTITUTE XXIV**

**March, 2001 - March, 2002**
**FBI Academy**

_____
Director