# **EXHIBIT 5**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs.-

GENARO GARCIA LUNA,

             Defendant.

19 Cr. 576 (BMC)

## AFFIRMATION OF SHANNON MCMANUS

SHANNON MCMANUS, an attorney admitted to practice law in the courts of the State of New York and in this District, affirms the following to be true and correct under the penalties of perjury:

1. On or about March 12, 2023, I became aware that ███████, an inmate at the Metropolitan Detention Center ("MDC") in Brooklyn wished to speak with members of Genaro Garcia Luna's defense team. That same day, a member of the defense team contacted Mr. ███'s lawyer.

2. On March 19, 2023, I visited Mr. ███. At this meeting, Mr. ███ informed me that he had been housed at the MDC with Juan Carlos Nava Valencia and then, later, with Edgar Veytia. Mr. ███ further told me that Mr. Nava Valencia spoke regularly with his brother, Oscar Nava Valencia on contraband cell phones, and that the two of them also spoke with Edgar Veytia by cell phone. Mr. ███ also provided me with other information, some of which was memorialized in Mr. ███'s affidavit.

3.    Based on the information provided to me by Mr. [REDACTED], I drafted an affidavit (the "[REDACTED] Affidavit") for Mr. [REDACTED] to review, which I believed to be a true and accurate reflection of what was told to me at my March 19, 2023 meeting.

4.    On May 31, 2023, Florian Miedel, another member of Mr. Garcia Luna's defense team, and I met with Mr. [REDACTED], where he confirmed that the contents of the [REDACTED] Affidavit were true and accurate. Mr. [REDACTED] signed the affidavit along with a declaration that he was signing the [REDACTED] Affidavit voluntarily.

Dated:  New York, New York
        March 19, 2024

                                                        /s/    Shannon McManus
                                                        Shannon McManus