# EXHIBIT A



**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Detention Center*

*80 29th street*
*Brooklyn, New York 11232*

March 12, 2024

RE:  Garcia-Luna, Genaro
Reg. No: 59745-177

To Whom this letter may concern,

This letter is to notify you of the above referenced inmate's character and work ethic. Mr. Garcia-Luna, Genaro worked as a Housing Unit orderly here at MDC Brooklyn in unit K82. During his tenure at MDC Brooklyn as an orderly, he is responsible for ensuring the common area of the unit is sanitized and cleaned. Later he was highly recommended to work as the Unit Team orderly. His responsibilities are sanitation, cleaning windows, staff restrooms and the office belonging to the Unit Team staff, (supervisors of correctional programs). Mr. Garcia-Luna has no incident reports/infractions, since his arrival here on November 20, 2020.  He works hard everyday to accomplish the Bureau of Prison's mission, working with minimal supervision with everyday sanitation and cleaning of the unit and unit teams' office.  Mr. Garcia-Lina is always called upon by other staff and counselors to assist with other sanitation duties in the unit.

Should you have any questions or require additional information, please contact his Unit Manager, N. Bullock, at (718)840-5000, ext. 5879.

Sincerely,

N. Bullock
Unit Manager, MDC Brooklyn



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**Metropolitan Detention Center**
**Brooklyn, NY 11232**

May 23, 2022

Your Honorable Judge,

      I am writing a letter regarding inmate Garcia-Luna, Genaro # 59745-177 for you take into consideration while sentencing him. Despite the grave allegations Garcia-Luna is remorseful and is willing to do whatever it takes to make reparations, if possible. He takes full responsibility for his past transgressions and is pleading to get a final chance to prove that he is not the monster that his circumstances and poor decisions made him out to be.

      Inmate Garcia-Luna has been a stellar, model inmate during the 2 years I have known him, 1 year as an officer and another as his counselor. He has been a person of good moral character and has always stayed out of trouble. He was given an orderly position and takes his job as an orderly very seriously and it has given him a sense of purpose while awaiting trial. He has great work ethics, professional, and productive. He is also is a team player working well with others. If he is given a task he makes sure it's completed in a timely fashion and has proven to be one of the hardest working inmates that I know.

      I wrote this brief letter to describe to you what kind of inmate and person I have known Garcia-Luna to be, and what kind of person he could be on the outside if you give him another chance. He is a compassionate, well rounded person who has shown that he cares about the well-being of others. All I ask is to please be as fair as possible and consider he is remorseful, shown good conduct and humility.

Sincerely,

R. Espinosa
Correctional Counselor

# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK
### DEPARTMENT OF PHILOSOPHY

11/07/2023

To whom it may concern:

I write in my capacity as the Gustave M. Berne Professor of Philosophy at Columbia University and founding director of Columbia University's Just Ideas program.

Genaro Garcia-Luna has participated in one or more Just Ideas courses while detained at MDC–Brooklyn.

The Just Ideas program allows people of all educational backgrounds to take university-level courses modeled on those offered in Columbia's famed Core Curriculum. Whether we're reading Sophocles' *Antigone*, Plato's *Apology*, Virgil's Aeneid, Mary Shelley's *Frankenstein*, or Camus' *The Plague*, we practice close reading, group work, and philosophical analyses. We thereby inspire each other to become more thoughtful and compassionate community members. Graduates of one of our four-week courses receive a Columbia University certificate as recognition for their success; graduates of two or more of these courses receive Columbia University course credit.

Our courses promote reading comprehension, persuasive writing, and creative thinking. By discussing some of the most challenging literature there is, we provoke reflections on profound philosophical questions like the role of love and suffering in life, the nature of justice and wisdom, and the tension between fate and free will. Students are encouraged to debate their ideas in class, and we require them to compose and submit essays in order to pass the course.

Just Ideas alumni have gone on to finish GEDs, obtain bachelor's degrees, and pursue advanced degrees. We strongly believe that our program, with its emphasis on critical thinking skills, creativity, and collaboration, was integral to these successes.

Christia Mercer
Gustave M. Berne Professor of Philosophy
Director, Center for New Narratives in
     Philosophy
Director, Just Ideas
Editor, *Oxford Philosophical Concepts*
Co-editor, *Oxford New Histories of Philosophy*

# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK
### DEPARTMENT OF PHILOSOPHY

## 1. Columbia University -- The Justice-in-Education (JIE) Scholars program
**Description:** The Justice-in-Education (JIE) Scholars Program at Columbia University provides educational opportunities to formerly incarcerated individuals. It begins with a skill-intensive gateway course: University Writing (the standard first-year writing course required of Columbia undergraduates) The course is open to JIE Scholars (who are nominated by former teachers and our partner organizations) as well as to all other Columbia and Barnard undergraduates

The JIE Scholars Program covers the tuition, local travel to class, books, and other costs associated with the JIE Scholars' ability to complete the course. We utilize relationships with other units on campus to provide support services as needed, such as writing tutoring, academic advising, and peer mentoring. The program also assists Scholars in connecting with social and psychological services. Students who successfully complete the JIE gateway course are encouraged to work with the Justice-in-Education administration to discuss their future education plans, including in some cases taking further classes free of charge at Columbia.
**What is offered:** college classes, academic counseling, peer mentoring
**Contact:** Carlos Ivan Calaff, ic2412@columbia.edu; Neni Panourgiá, np255@columbia.edu
**Website:** http://justiceineducation.columbia.edu/programs/justice-in-education-scholars/

## 2. College Initiative at John Jay's Institute for Justice and Opportunity

**Description:** More than one thousand previously incarcerated or court-involved students have pursued higher education through College Initiative, a college preparation program and community. Nearly 400 have earned post-secondary degrees, and roughly 20% of those graduates have earned multiple degrees. Founded as an independent nonprofit organization in 2002, CI merged with the Institute for Justice and Opportunity in 2015, broadening our programming for students who have been involved with the criminal legal system. College Initiative's three pillars—academic counseling, peer mentoring, and community support—help students grow as learners and as leaders.
**What is offered:** academic counseling, peer mentoring, workshops, and professional development
**Contact:** Information form on website page (please complete first!); Codi Haigney, Support Services Program Associate, 646-781-5231, chaigney@jjay.cuny.edu

*Program Highlight:* The Tech 101, Introduction to Technology for the Workplace program teaches participants technology fundamentals, including Microsoft Office and Google Suite, email basics, and online job searching. The 12-session course is free, and students are provided with notebook computers for use during class. The program is run periodically throughout the year and interested applicants can reach out to Leigh Sugar at lsugar@jjay.cuny.edu if they are interested in applying to participate.
**Website:** https://justiceandopportunity.org/educational-pathways/college-initiative/

### 6. The Osborne Association

Description: The Osborne Association works in partnership with individuals, families, and communities to create opportunities for people affected by the criminal justice system to further develop their strengths and lead lives of responsibility and contribution. Our programs draw upon research and evaluation that has demonstrated success with people involved in the criminal justice system, and are designed to be family-focused, supporting participants within the context of their family relationships and communities. More than 300 staff in community sites in New York City, Newburgh, NY, Buffalo, and more than 30 prisons and jails work at every point of the continuum, from arrest and pre-entry, through jail and prison, to reentry, including children and families affected by crime and the criminal justice system. We are known for developing effective programs that offer a broad range of treatment, education, and vocational services to more than 12,000 people each year.

NYC Reentry Hotline: *Callers can receive referral information for any reentry needs, such as medical services, mental health services, housing, entitlements, and COVID specific concerns.*

**What is offered:** NYC Reentry Hotline, employment services, substance use treatment

**Contact:** Brooklyn Center: 718-637-6560, Bronx Center: 718-707-2600, Manhattan Center: 212-324-5577; NYC Reentry Hotline 1-833-OSB-FREE (1-833-672-3733) [Open everyday from 8am to 8pm]; Steuben Vega (svega@osborneny.org) for employment services

**Website:** http://www.osborneny.org/

### 7. The Doe Fund

Description: The Doe Fund supports 3 main categories of programming: the *Ready, Willing, and Able* program, affordable and supportive housing, and social enterprise. Through a combination of paid work, occupational training, transitional housing, education, and social services, *Ready, Willing, & Able* equips formerly incarcerated and homeless men with the skills necessary to achieve economic independence and permanent self-sufficiency. The Doe Fund develops and operates affordable and supportive housing facilities that provide a range of vital services to individuals and families challenged with histories of poverty, substance abuse, physical disabilities, mental illness, and HIV/AIDS. The Doe Fund is also a pioneer in social enterprise-- business ventures that earn revenue for the greater good. We currently operate a city-wide service street cleaning, a catering business attached to our Culinary Arts program, and a pest control service.

**What is offered:** housing, employment, skills training

**Contact:** Office phone: 212-628-5207; email: info@doe.org

**Website:** https://www.doe.org/

# K2 AWARENESS CLASS

*(handwritten: K82)*

**K2 Awareness Program**

*(handwritten: Start date: 9/17/24, 9/24/24, 10/1/24)*

**This program is for individuals suspected of or known to have used K2. It is designed to educate them about the risks of drug use, motivate them to seek drug treatment during their incarceration, and increase their awareness of available treatment resources. The ultimate goal is to reduce K2 use among the inmate population, thereby increasing the safety and security of the institution for staff and inmates.**

**LEARN TO AVOID DAMAGING YOUR BODY**
**FIGHT ADDICTION**
**BECOME STRONG**

*(handwritten: Tuesday's @1230pm West Education)*

**SIGN-UP**

**~~5~~ 3 SESSIONS**
**~~CLASS RUNS CONCURRANT WITH LAW LIBRARY~~**
**EARN A CERTIFICATE +10 SENTRY HOURS**



Department of Justice/Drug Enforcement Administration
## Drug Fact Sheet

## K2/Spice

### WHAT IS K2?

K2 and Spice are just two of the many trade names or brands for synthetic designer drugs that are intended to mimic THC, the main psychoactive ingredient of marijuana. These designer synthetic drugs are from the synthetic cannabinoid class of drugs that are often marketed and sold under the guise of "herbal incense" or "potpourri."

Synthetic cannabinoids are not organic, but are chemical compounds created in a laboratory. Since 2009, law enforcement has encountered hundreds of different synthetic cannabinoids that are being sold as "legal" alternatives to marijuana. These products are being abused for their psychoactive properties and are packaged without information as to their health and safety risks.

| NAME: | REG# |
|-------|------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Appreciation
### We present this Certificate to

# GENARO GARCIA-LUNA

## EDUCATION DEPARTMENT

*In recognition of your hard work, determination and dedication to the education department*

Highschool Equivalency & K2 Awareness Tutor



C.Emile - Teacher

**Awarded this 24th day of September 2024**
**MDC Brooklyn**



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Appreciation
### We present this Certificate to

## GENARO GARCIA-LUNA

### EDUCATION DEPARTMENT

*In recognition of your hard work, determination and dedication to the education department*

**Awarded this 1st day of May 2024**
**MDC Brooklyn**



# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

*This Certifies That*

# Genaro Garcia-Luna

*has successfully completed a mini-course:*

*Literature Humanities: Antigone*

*offered by the Justice-in-Education Initiative and the Rethinking Justice Initiative*

*and in testimony thereof is awarded this*

## Certificate of Completion

*Conferred in the City of New York on this*

*Seventh day of November in the year Two Thousand Twenty-Three.*

*Dena Shottenkirk*

---

*Instructor*



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Appreciation

We present this Certificate to

## *Genaro Garcia-Luna*

## Sustained Excellence in Education

We recognize your great effort in acting as a tutor to GED students. Your assistance has directly led to the positive completions of GED examinations. You have helped our department and positively changed the lives of your students. Thank You.

*D Greco*

D Greco- Teacher

**September 15, 2023**



# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

*This Certifies That*

# Genaro Garcia-Luna

*has successfully completed a semester-course:*

*The Plague by Albert Camus Study*

*offered by the Justice-in-Education Initiative and the Rethinking Justice Initiative*

*and in testimony thereof is awarded this*

## Certificate of Completion

*Conferred in the City of New York on this*

*Nineteenth day of May in the year Two Thousand Twenty-Three.*

*Clémence Boulouque*

———————————————————————

*Instructor*



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

## *Genero Garcia-Luna*

**Inside-Out Dad**
*Instructor-led LOCAL SENTRY CURRICULUM conducted by the*
*Education Department at MDC Brooklyn*

*D Greco*

**D Greco- Teacher**
**July 1, 2022**



## U.S. Department of Justice
Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

### *Genaro Garcia-Luna*

**Anthrology – Ethnographic Imagination**
*Columbia University College Program*

*Neni Panourgia*

**Neni Panourgia – Columbia University Professor**
**June 26th, 2022**



# MDC Brooklyn
# Recreation Department

This is to Certify that

*Genaro Garcia-Luna*

Has Successfully Completed:

**Enjoying the Second Half of Life-Sentry Course**

At MDC Brooklyn

This certificate is hereby issued this 21st day of  May 2021

*S. Levine*

Recreation Specialist



# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Genaro Garcia-Luna

*Has Successfully Completed:*

### Sentry Weight Management Course

*At MDC Brooklyn*

*This certificate is hereby issued this 30ᵗʰ day of April 2021*

**S. Levine**

*Recreation Specialist*



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Genaro Garcia-Luna
### Reg. No. 59745-177

## *has satisfactorily completed*

### *Self-help: Self-worth*

*and is hereby awarded this certificate, this 4th day of January, 2021*

Dr. Huber
Staff Psychologist

# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Completion

We present this certificate to

# GENARO GARCIA

## Parenting - Modified Operations
*Define Yourself Before You are Defined*

*D. Greco*

Mr. D. Greco – Supervisor of Education
Metropolitan Detention Center

*C. Emile*

Mrs. C. Emile - Teacher
December 28, 2020



# Certificate of Completion

### Metropolitan Detention Center, Brooklyn
### Brooklyn, New York

*This certifies that:*

## Genaro Garcia-Luna
### Reg. No. 59745-177

## has satisfactorily completed

## Turning Points: Preparing to Change

*and is hereby awarded this certificate, this 3rd day of December, 2020.*

Dr. Trauffer
Staff Psychologist

# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Completion

We present this certificate to

# GENARO GARCIA

## Financial - Modified Operations
*Define Yourself Before You are Defined*

*Dr. M. Gantt*

**Dr. M. Gantt – Supervisor of Education**
**Metropolitan Detention Center**



*C. Emile*

**Mrs. C. Emile - Teacher**
**September 3, 2020**

# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Completion

We present this certificate to

# GENARO GARCIA

## Effective Communication - Modified Operations
*Define Yourself Before You are Defined*

*Dr. M. Gantt*

**Dr. M. Gantt – Supervisor of Education**
**Metropolitan Detention Center**



*C. Emile*

**Mrs. C. Emile - Teacher**
**August 10, 2020**



# MDC Brooklyn
# Recreation Department

This is to Certify that

## Genaro Gacia

Has Successfully Completed:

### Sentry Journal Eat Smart Course

At MDC Brooklyn

This certificate is hereby issued this 17th day of July 2020

**D. Harper**

Recreation Specialist

EatSmart

# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Completion

We present this certificate to

# GENARO GARCIA-LUNA

## Resume Writing-Modified Operations

*Define Yourself Before You are Defined*



*Dr. M. Gantt*

**Dr. M. Gantt – Supervisor of Education**
**Metropolitan Detention Center**

*C. Emile*

**Mrs. C. Emile - Teacher**
**June 26, 2020**



# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Education Department

*Presents this Certificate*
*to*

# Genaro Garcia Luna

In recognition of your completion of self-study course

## Anger Management

C. BRAMBLE, EDUCATION TECHNICIAN

JUNE 10, 2020



# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Education Department

*Presents this Certificate of Completion*
*to*

# Genaro Garcia-Luna

In recognition of your completion of self-study course

## Health Course Blood Pressure

C. BRAMBLE, EDUCATION TECHNICIAN

MAY 1, 2020

# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Education Department

Presents this Certificate to

## Genaro Garcia Luna

In recognition of your completion of instruction course
of

## Effects of Incarceration on Children

MDC Brooklyn

**February 24th, 2020**

**C. Bramble – Education Technician**

# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Education Department

Presents this Certificate to

# Genaro Garcia

In recognition of your completion of instruction course

## Alternatives to Drug Dealing

at

MDC Brooklyn

**February 17th, 2020**

**C. Bramble – Education Technician**

# <u>Certificate of Achievement</u>

awarded to

# **Genaro Garcia-Luna**

for successfully completing a series of self-studies in the SHU

# Turning Point Series on Coping

<u>Dr. Wilson</u>
Staff Psychologist

<u>December 31, 2019</u>
Date