# **EXHIBIT B**

El Honorable Brian M. Cogan
Juez de Distrito de los Estado Unidos
Palacio de Justicia de los Estado Unidos
Distrito Este de Nueva York
225 Camdan Plaza Este
Brooklyn, Nueva York 11201

Soy Linda Cristina Pereyra Gálvez, esposa de Genaro García Luna  me dirijo a usted con respeto para compartirle algunas experiencias que hemos vivido durante los 35 años de nuestro matrimonio.

Genaro ha sido la persona con la que he compartido prácticamente toda mi vida. Él es un hombre honorable y de sólidos valores humanos. He sido testigo, a lo largo de nuestra vida como pareja,  su compromiso con en el bien común; es un hombre que sabe la importancia de la familia y que se destaca por tener  principios  como el respeto, lealtad, compasión, honestidad y solidaridad.

Al inicio de nuestra historia Genaro y yo tuvimos que trabajar duro para que el pudiera terminar su carrera como ingeniero ya que los dos trabajábamos y estudiábamos al mismo tiempo, nuestro primer reto era poder graduarnos; pero hicimos un gran equipo y tuvimos éxito. Genaro tiene un gran sentido de responsabilidad y compromiso lo pude comprobar cuando trabajamos juntos; siempre se distinguió del resto del equipo por eso rápidamente llamo la atención de sus superiores y ellos pusieron los ojos en él para darle proyectos de alta responsabilidad a su corta edad. Con el paso del tiempo pude observar que además tenia una gran capacidad de liderazgo y siempre buscaba en su trabajo la excelencia.

Cuando Genaro y yo nos casamos tuve que adaptar muchos aspectos de mi vida y aprender a vivir con alguien que siempre estaba trabajando en algún proyecto, alguien que estaba lleno de ideas y que las llevaba a la practica con éxito; creo que trabajar con el me dio la capacidad de entender la importancia de su trabajo para el bien común, para un bien mayor; el deber ser.

Genaro como esposo ha sido el mejor compañero,  es divertido, amable y siempre atento a mis necesidades, afortunadamente la confianza y la lealtad han sido los grandes valores que nos han acompañado durante todos estos años de matrimonio y que nos han ayudado superar los tropiezos que todo matrimonio tiene; un día mi hijo preocupado por el divorcio de los padres de un amigo cercano me pregunto: cual seria el motivo por el cual yo podría divorciarme de su papá y le respondí que yo solo me separaría de su padre si el me engañara o me fuera infiel, hoy sigo pensando lo mismo creo que la confianza una vez se rompe no se puede recuperar. Estoy muy orgullosa de saber que esa confianza nunca se ha vulnerado.

También ha sido un gran hermano e hijo; siempre ha tenido a su familia cerca, a sus padres y hermanos. En los momentos dificiles siempre esta presente para ayudar con lo que sea necesario. Él es un pilar muy importante en nuestra familia, su ejemplo de honorabilidad y responsabilidad nos han guiado siempre.

Recuerdo con claridad que uno de sus deseos en su vida era tener cerca a su madre y poder cuidar de ella y así fue, ella estuvo con nosotros hasta el día de su muerte. Cuando los médicos le diagnosticaron cáncer de estómago a mi suegra fue una terrible noticia, pero buscamos siempre que ella tuviera la mejor atención. Entendimos que solo nosotros podíamos darle la atención que necesitaba, así que los dos compartimos la responsabilidad de alimentarla, bañarla y atender todas sus necesidades básicas, para no depender de una enfermera. Genaro nunca quiso dejarla en un hospital y estuvo con ella hasta su muerte. Murió en nuestra casa y fue Genaro quien tuvo que cargarla en sus brazos para entregarla a los servicios funerarios él le había prometido a su madre que nunca la dejaría y lo cumplió a cabalidad.

Sin lugar a duda nuestros valores han sido pegamento en nuestro matrimonio y nuestro hilo conductor para educar a nuestros hijos. Nosotros estamos convencidos que la mejor educación esta en el ejemplo y lo practicamos en casa.Tenemos dos hijos de los cuales estamos muy orgullosos, por su calidad humana y profesionalismo. Hoy estamos seguros que gracias a estos valores, que les inculcamos desde muy pequeños, pueden emprender su propio camino y seguir cosechando valores familiares y humanos que  hacen tanta falta en el mundo.

En el ámbito profesional he sido testigo de los grandes proyectos que el ha emprendido gracias a su talento, ética y excelencia profesional. El ha tenido el reconocimiento nacional e internacional por su magnífico desempeño laboral en todos los proyectos que ha dirigido. Genaro desde muy joven fue capacitado por las mejores agencias internacionales y consta en todos sus reconocimientos a nivel internacional.

Nunca en la historia de México hubo una colaboración tan extensa entre México y Estados Unidos en materia de seguridad como la que el logró establecer cuando fue Secretario de Seguridad Pública. Amigos de estas agencias estuvieron en mi casa con sus familias compartiendo momentos importantes con nosotros. Genaro es una persona que deja huella en las personas que tienen el privilegio de contar con su amistad, siempre me lo decían.

Yo no tengo mas que agradecimiento y reconocimiento para mi esposo. Estuve en los buenos y malos momentos  así como el estuvo en los míos. Yo padezco de una enfermedad crónica degenerativa en los riñones desde hace 20 años. Por esta razón, tuve que someterme a un trasplante renal y pase un largo tiempo en el hospital. Durante esos años, Genaro siempre estuvo conmigo, llegaba al hospital de noche para dormir conmigo y salir muy temprano para poder bañarse y llevar a nuestros hijos a la escuela, Genaro y mi madre fueron las personas mas importantes que me mantuvieron a flote durante ese tiempo. Cuando las cosas no salían bien y tenía una recaída Genaro siempre tenía las mejores palabras de aliento. En los momentos más dificiles de mi enfermedad, nunca se dio por vencido incluso cuando yo no podía más y estaba

vencida, el me levanto y me animo a seguir adelante y no parar. Cuido a  nuestros hijos, muchas veces haciendo tareas que a mi me correspondían pero el supo encargarse con valentía y responsabilidad hasta que yo pude recuperarme.

Hoy le pido señoría, con respeto, que por favor tome en cuenta las palabras de la mujer que ha vivido con el por 35 años, que lo eligió para casarse con él, y que lo sigue eligiendo hasta el día de hoy por sus inquebrantables valores y resiliencia. Incluso me atrevería a decir que no hay persona que lo conozca mejor que yo, porque no solo ha sido mi esposo, sino también mi amigo, mi confidente. Conozco su corazón y conozco su alma y puedo afirmar que sigue siendo la misma persona que describo en esta carta; con su sonrisa franca y amable, dispuesto a compartir su conocimiento y ayudar a otros no importa que el este destruido por dentro siempre tendrá un espacio para darle la mano alguien que necesite de un consejo o un abrazo. La separación ha sido desgarradora para nuestra familia, en todo este tiempo Genaro ha perdido a tres de sus hermanos  por diferentes causas y ha sido terrible no poder estar en sus últimos momentos de vida sin poder  despedirse de ellos. Saber que se fueron con el corazón roto de saber que su hermano menor estaba detenido ha sido muy doloroso. Seguimos creyendo en las leyes y la justicia con la fuerza que Dios nos da cada día.

Gracias por su atención y que Dios lo bendiga.


Atentamente,
Linda Cristina Pereyra Gálvez

## **TRANSLATION**

Honorable Brian M. Cogan
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I am Linda Cristina Pereyra Gálvez, Genaro García Luna's wife. I respectfully write to you to share with you some experiences we have gone through during the 35 years of our marriage.

Genaro has been the person with whom I have basically shared my whole life. He is an honorable man with solid human values. Throughout our life as a couple, I have witnessed his commitment to the common good; he is a man who knows the importance of family and who stands out for having principles such as respect, loyalty, compassion, honesty and social responsibility.

At the outset of our story Genaro and I had to work hard so he could complete his university degree as an engineer, since both of us worked and studied at the same time. Our first challenge was to be able to graduate, but we made up a good team and were successful.  Genaro has a great sense of responsibility and commitment, which I was able to see for myself when we worked together; he always stood out from the rest of the team, that is why he was quickly noticed by his superiors, and they placed their eyes on him to entrust him with high-responsibility projects at his young age. Over time I was able to notice that, in addition, he had great leadership skills and always strove for excellence in his work.

When Genaro and I got married I had to adjust many aspects of my life and learn to live with someone who was always working on some project, someone who was full of ideas and successfully implemented them; I believe that working with him afforded me the ability to understand the significance of his work towards the common good, the greater good, what one ought to be.

As a husband, Genaro has been the best partner: he is funny, kind and is always attentive to my needs. Fortunately, trust and loyalty have been the great values that have gone hand in hand with us throughout these years of marriage, which have helped us overcome the challenges any marriage has. I was once asked by my son -- who was worried about the divorce of the parents of a close friend -- what would be the reason I might divorce his father. My reply to him was I would only leave his father if he would lie to me or were unfaithful to me. I still think the same thing today; I believe that trust, once broken, can never be gained back. I am very proud to know that trust has never been broken.

He has always been a great brother and son; he has always had his family close by, his parents and siblings. He is always there during difficult times to help with whatever is necessary. He is a very important pillar in our family, his example of honorableness and responsibility have always guided us.

I clearly remember that one of his life's wishes was to have his mother close to him and to be able to look after her, which happened to be the case. She stayed with us until the day she died. It was a terrible news when doctors diagnosed my mother-in-law with stomach cancer, but we always saw to it that she would get the best care. We understood that only we could provide the care she needed, so that both of us shared in the duties of feeding her, bathing her and taking care of all her basic needs so as not to rely on a nurse. Genaro never wanted to leave her in a hospital, and he stayed with her until her death. She died in our home, and it was Genaro who had to hold her in his arms to turn her over to the funeral services. He had promised his mother he would never leave her, and he fully kept his promise.

There is no question that our values have been the mortar in our marriage and our guiding principle to educate our children. We are convinced that the best education lies in leading by example and we practice it at home. We have two children of whom we are very proud, because of their human qualities and professionalism. Today we are confident that, thanks to these values we instilled in them since a very early age, they can set out on their own path and go on reaping family and human values so sorely needed in the world.

In professional terms, I have witnessed the great projects undertaken by him thanks to his talent, ethics and professional excellence. He has garnered both national and global recognition for his excellent performance at work in all projects led by him. From a very early age, Genaro was trained by the best international agencies, and this appears for the record in all his global commendations.

Never in the history of Mexico has there been such a widespread cooperation in the area of security between Mexico and the United States as the cooperation he managed to establish when he worked as Secretary of Public Security. Friends from those agencies were at my home with their families, sharing important moments with us. Genaro is a person who leaves a mark on the people who have the privilege of relying on his friendship – they would always tell me that.

I have nothing but gratitude to and appreciation for my husband. I have been beside him during his good and bad times, just as he has been during mine. I have been suffering from a chronic, degenerative kidney disease for 20 years. Because of this, I had to undergo a kidney transplant and spent a long time in the hospital. During those years, Genaro was always by my side; he would arrive at the hospital in the evening, to spend the night with me, and would leave very early to be able to take a shower and take our children to school. Both Genaro and my mother were the most important people who kept me afloat throughout that time. When things did not work out and I would suffer a relapse, Genaro always had the best words of encouragement. At the most difficult times during my illness he never gave up, even when I

could not take it anymore and had given up, he would lift my spirits and encourage me to go on and to not stop. He looked after our children, oftentimes doing chores that I was supposed to do, but he knew how to valiantly and responsibly take over things until I was able to recover.

Today I respectfully ask you, Your Honor, to please take into account the words of the woman who has lived with him for 35 years, who chose him to get married to him, and who still chooses him until the present day for his unshakeable values and resiliency. I would even dare say there is no one who knows him better than I do, for not only he has been my husband but he has also been my friend, my confidant. I know his heart and his soul and I can affirm that he still is the same person I describe herein, a man with a forthright and kind smile, who is willing to share his knowledge and to help other people no matter if he is broken inside, he will always have room to lend a hand to someone in need of a piece of advice or a hug. Being apart has been heartrending to our family; throughout this time, Genaro has lost three of his siblings for various reasons, and he has not been able to bid farewell to them in the last moments of their lives. Knowing that they were gone with a broken heart, in the knowledge that their youngest brother was in custody, has been very painful. We still believe in the laws and justice with the force God gives us each day.

Thank you for your attention, and may God bless you.


Yours very truly,
Linda Cristina Pereyra Gálvez

28 agosto 2024

Honorable Brian M Cogan
Juez de Distrito de los Estados Unidos
Palacio de Justicia de los Estados Unidos
Distrito Este de de Nueva York
225 Cadman Plaza Este
Brooklyn, Nueva York 11201


Hola Honrable Juez Hogan.


 Mi nombre es Gerardo Ruiz Mateos, conozco a Genaro García Luna desde el año 2006. Coincidimos en el gobierno del Presidente Felipe Calderón y tuve la oportunidad de tratarlo no nada más en el ámbito profesional, si no también en el ámbito personal.


Desde que lo conocí, siempre fue una persona increíblemente respetuosa y cariñosa con un servidor. Un hombre dedicado a su trabajo como pocos que me toco colaborar. Una persona que cumplió con todos los objetivos que se le plantearon. Pero sobre todo una persona que vivía para su familia.


Recuerdo muy bien cuando su esposa Cristina tuvo problemas de salud muy grave, su preocupación por ella era indescriptible, la preocupación por sus hijos, la forma como enfrento ese evento fue de una manera ejemplar; no solo por su profunda preocupación, también por la entereza, que fue factor fundamental para que ella pudiera salir adelante.

En otra ocasión por cuestiones de seguridad, Cristina y sus hijos tuvieron que salir de México. La preocupación de Genaro en esos momentos fue enorme, pero siguió hasta el ultima día de su encargo trabajando y demostrando la eficiencia en su actuar, que están demostrados con las estadísticas nacionales en su ámbito de acción.

Como es sabido, después de su encargo, tuvo que salir del país por razones de seguridad. Se tomo ese tiempo para hacer una maestría y desarrollar un indice de seguridad muy innovador con el objeto de seguir aportando al mejora de seguridad no nada más en México si no en todos los países que se pueda utilizar.

Genaro siempre fue una persona muy responsable, un hombre de familia, un amigo solidario, desde mi punto de vista una persona excepcional.

Espero Juez Hogan, que estas palabras aporten para bien en la sentencia próxima.

Queda con usted

Gerardo Ruiz Mateos

<u>**TRANSLATION**</u>

August 28, 2024

Honorable Brian M. Cogan
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Hello, Honrable Juez Hogan [*sic*],

My name is Gerardo Ruiz Mateos, I have known Genaro García Luna since 2006. We happened to meet during President's Felipe Calderón's Administration, and I had the chance of dealing with him not only professionaly but also personally.

Since I first met him, he has been an incredibly respectful and caring individual towards the undersigned. He is a man devoted to his work, as few men are that I have had to work with. A person who has met all targets set out for him. But, above all, he is a person who lives for his family.

I remember quite well when his wife Cristina had very serious health issues, his concern over her was beyond words, his concern over his children; he faced this event in an exemplary manner, not only because of his deep concern but also because of his fortitude, which was a key factor for her to be able to move forward.

On another occasion, Cristina and her children had to leave Mexico over security concerns. Genaro's concern at that time was huge, but he kept on working until the last day of his tenure while efficiently performing , which the domestic statistics in his area of activity can prove.

As known, at the end of his tenure he had to leave the country for security reasons. He used that time to get a master's degree and to develop a very innovative safety rating for purposes of continuing to contribute to improve security not only in Mexico but in all countries where it can be implemented.

Genaro has always been a very responsible individual, a family man, a supportive friend and, from my point of view, an exceptional individual.

I hope, Judge Hogan [*sic*], that these words will be useful for the upcoming sentencing.

I remain, yours faithfully,

Gerardo Ruiz Mateos

The Honorable Brian M. Cogan
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

My name is Genaro Garcia Pereyra, and I'm the son of Genaro Garcia Luna. I hope this letter helps provide a better understanding of the great man, amazing father, and positive influence my father has been throughout his life. I respectfully ask that you consider the positive impact he has had on my life and my community when determining the number of years he will be sentenced.

For as long as I can remember, my father has always been known for caring deeply about the well-being of his family. This has been one of the guiding principles of his life—providing for his family with honor and working hard to do so. From being a delivery driver after school in his teenage years in order to pay for the family groceries for the week, as my grandmother would tell me, to falling asleep in our kitchen while finishing work he brought home, his dedication has always been unwavering.

Even though the nature of his job required him to be constantly working, my father always prioritized the brief periods of time we had during the week to spend together. He was a very present father figure. During my younger years, he helped shape my character and made sure I understood that to achieve my goals, I had to work hard. In my later years, when my passion for soccer grew, he would attend my games, carefully watching and giving me advice on how I could improve and be better. For a certain period of time while trying out for a soccer youth club I would get bullied for being one of the younger and newer players on the team, and I will always remember my dad guiding me through that experience, always being by my side and giving me the words of encouragement to never quit and face that experience with fortitude.

As an introvert, I've always struggled to connect with strangers and the people around me. However, my father has always been a role model for how to overcome that barrier and positively influence others, regardless of the situation. I still remember when I was around 7 years old, my father would take me to a small quesadilla vendor on the street, right across from the barbershop where we got our haircuts together. I loved going to that barbershop with him, but I always felt anxious at the end of the haircut because I knew my father would encourage me to talk to one of the kids hanging around, selling anything from bubble gum to mazapanes. He would say, 'Go make a friend—ask him if he's in the same grade as you.' My father would then join our conversation, encouraging

the kid to stay in school, eventually inviting him to eat a quesadilla with us, and buying all the items the kid had planned to sell for the day.

During times of crisis within the family, my father would not only be there for my mother, sister, and me but would also find extra strength and time—sometimes going days with only a couple of hours of sleep—to ensure we were okay. When my mother came close to death, and our family seemed to be falling apart, my father made sure we stayed strong and never lost hope. I will never forget the sight of his extremely tired eyes as he briefly removed his face mask to smile at us—while sitting beside a huge pile of documents, just like the ones we were used to seeing in his office—reassuring us that everything went well with my mother's kidney transplant surgery and that everything was going to be okay.

For my father, education has always been a priority, and forging my own academic path was something he instilled in me. He influenced me to prioritize my educational journey, helping me understand how it would lead me to find my vocation and meaning in life. His desire to understand the world and explain the nature of things has always been contagious, shaping the way I think and view the world. Reflecting on every decision that led to my academic career in computer science at Purdue University, my father has always been my guiding north star and an inspiration to never lose the desire to grow and learn. From telling me stories of how he worked different jobs to ensure he could attend university, to witnessing him work past midnight on his projects while pursuing his MBA—even as a former secretary of state—he always sought to grow and fulfill that insatiable curiosity and desire to learn.

One of my father's greatest qualities is that he is a man who does the right thing, even if it means facing adversity or criticism. He has always been a principled trailblazer, and I witnessed this aspect of him during his post-career as a secretary of state. He took his ideas to various think tanks, chambers of commerce, and forums across the U.S., continually pushing the boundaries of what people expected of him, always with the mission of providing value to the nation he loved and honored. I would remember that during those times I would ask myself why my father would work that hard if we had already achieved so much in his career, but now I understand. My father needed to honor those core values that my grandparents instilled in him: hard work, selflessness, and most important of all to serve a greater purpose.

Everyone who had the opportunity to meet my father—outside the media and job-related activities—was always impressed by how loving and funny he was with his close circle. I remember having sleepovers at my house as a kid, and my friends would always say they thought 'my dad was the strict one,' to the point where we would joke

that they now believed my mom was actually the strict one in the family. As far back as I can remember, media pressure and public scrutiny have been constants in our lives, but that never stopped my father from showing his true self with family and friends. Every time we had an opportunity to gather as a family or have dinner with friends, he was always the one to come up with all kinds of jokes that would leave everyone dying of laughter. Even during this difficult time we have had to face as a family, he somehow finds a way to make us laugh, helping us forget, if only for a few seconds, the place and situation we're facing while visiting him at MDC.

Something that continues to amaze me about my father is his ability to fully enjoy the simple things in life, finding the greatest happiness and satisfaction in sharing those moments with the people he loves and cares about most. My father always found joy and wonder in the little things. As a young kid, I would sit with him by his beloved stereo, where he kept all his favorite CDs, ranging from Led Zeppelin to Aretha Franklin. We would sit there for hours as he encouraged me to distinguish the different instruments and explained how each played an important role in the song. Sometimes, he would even play his favorite bachata songs and teach me the basic counts and moves, as he always had a passion for dancing and loved to dance with my mom and grandmother. He would always say to me that the greatest satisfaction in life was to 'share the things that you love the most with the people that you love the most,' and that is something I've learned to embrace and cherish in this life.

Now that I no longer have the opportunity to have my father in my life as I once did, I'm more aware than ever of the great positive influence he has had on me. Without him as the teacher, leader, and friend who guided me through difficult times—even the one we're facing now as a family—I couldn't imagine becoming the man I am today. I have nothing but the deepest admiration, respect, and love for my father, for all the positive influence he has had on my life, always guiding me to do the right thing, strive to be of service, and create a positive impact in my community. For my father, the true meaning of success has always been measured by how much of a positive impact he has had on me and our family, knowing that seeing us grow would be the greatest satisfaction he could ever experience. I hope that one day, when I have the opportunity to start building my own family, I can be even a fraction of the amazing father that he has been to me.

Honorable Brian M. Cogan, I respectfully ask that you consider my experience of having Genaro Garcia Luna as my father while determining his sentencing. I hope I've been able to convey at least a glimpse of the amazing man he is and the positive influence he's had in my life. Please take this perspective of a great man into consideration. As my father taught me, I am a man of laws and will always respect the law. God bless you.

Kenneth Diaz

To Whom It May Concern,

My name is Kenneth Diaz, and I have been in the public service sector, as a teacher, for 7 years. I have not yet had the opportunity to meet the defendant, Mr. Genaro Garcia Luna, but I know him and his values through knowing the people that he loves the most; I am the fiancé of Mr. Genaro Garcia Luna's daughter, Luna. I have known Luna for over two and a half years and have asked her to marry me, based on her values, her morals, and her ethics.

I have seen the values that Mr. Genaro Garcia Luna has instilled in his family: integrity, loyalty, and resiliency. Each member of his family has exemplified these qualities in their daily lives. Additionally, they represent Mr. Genaro Garcia Luna's values of respect, service to others, and the importance of family. Luna and I met at work, where we taught in a Title 1, low-income, neighborhood city school that served a mostly minority and homeless population. Firsthand, I saw Luna's compassion, respect, and service to others through her relationships with her co-workers, her students, and their families. While working, I witnessed her integrity and resilience of teaching students who struggled with homelessness, abuse, and academic inequalities. As I started to know Luna further, she credited one person for her values and strong moral compass: her father, Mr. Genaro Garcia Luna.

When you fall in love with a person, you fall in love with their whole being and who they are. I have learned that Luna is the result of two very humble and compassionate people: her mother and her father. Cristina, her mother, is humble, giving, and caring for her family and all those around her. However, Luna most closely resembles her father, Genaro Garcia Luna, in her determination, her strength, and her willingness to sacrifice her own self-interests for the good of others. Through knowing Luna for over two and a half years, I have heard Luna being compared to her father countless times. "Just like your dad", says her brother and mother when she is determined with strong resolution to solve a problem. I proposed to Luna because I know who she is; therefore, I know that Genaro Garcia Luna is the type of man with determination, strength, and a willingness to sacrifice his own interests for the good of others.

While I may not know Genaro Garcia Luna personally, I believe that another way that you can get to know a person is through their works and acts. Genaro Garcia Luna obtained his Master of Business Administration from the University of Miami, while working and having two children, because he wanted to learn how to better serve his country. This is no small feat to raise a family and serve your country, while furthering your own education. I have also read two of Genaro Garcia Luna's publications, The New Public Security Model for Mexico and Security with Wellbeing: A New Comprehensive Security Model. While reading these texts, I learned new insights and beliefs about how to help a country; insights and beliefs that stemmed from his education and moral drive within Genaro Garcia Luna. While reading, I could see a man who was trying to help his country and his people.

I would like to thank the court for taking the time to read my letter. While I have not yet met him, I deeply know the people that are closest to his heart. I believe that the best way to know a person is to know the people that surround him. His daughter, son, and mother are people of the highest quality and integrity, which is in large part to Mr. Genaro Luna. Therefore, I know that Mr. Genaro Garcia Luna is a person of the highest quality and integrity. After reading Genaro Garcia Luna's publications, I learned to understand a highly education man who decided to use his education to better serve his country and his people in Mexico. As a fellow civil servant, while reading his texts, I could sense the strong passion that Genaro Garcia Luna had (and still has) to improve and help his country. As an advocate for the family, I ask for leniency and understanding of the entire person of Mr. Genaro Garcia Luna in sentencing; a man of integrity, determination, sacrifice, and willingness to help others. I am available for any clarification on any of my statements in my letter.

Kenneth Diaz

The Honorable Brian M. Cogan
Juez de Distrito de los Estado Unidos
Palacio de Justicia de los Estado Unidos
Eastern District of New York
225 Camdan Plaza Este
Brooklyn, New York 11201


I am Luna Sofia Garcia Pereyra, the daughter of Genaro Garcia Luna and I am respectfully
writing this letter to ask for leniency and consideration during sentencing given who my dad is as
a person. I am now twenty-six years-old and I can whole-heartedly say that my father and his
values have made me the person I am today: a proud educator of young minds who has the well-
being of her community as a priority.

Growing up I remember several moments where my dad's family values were put to the test. The
first moment that comes to mind was when my grandpa, Nicolás, suddenly passed away. There
were many people in our family that depended on him, including my grandmother. I can
remember falling asleep on a bench at our church in the early hours of the morning, and waking
up to my dad consoling all of his siblings and my grandmother. I was confused because he was
the youngest of all his siblings, yet he was taking care of everyone as if he had just become the
dad of his whole family. My grandpa's shoes were difficult shoes to fill as he was well-known in
his community for his drive to help kids in need; he was the first person to show my dad the
importance of one's community.

My grandma used to tell me that the neighborhood that they used to live in was not the best place
for kids to grow up in, so my grandpa and dad took it upon themselves to create a tutoring
program for these kids so that they would stay in school and graduate. They also created, what I
remember as the most fun times when my brother and I were little, a mini-Olympic games where
kids from that neighborhood could participate in and begin to see sports as something they can
do during their downtime, rather than drinking or smoking. This program lasted for a really long
time, back to when my dad was in school up to when my brother and I were born. This program
included track and field, soccer, and baseball. As I describe these things, one could picture
resources with uniforms and snacks but really it was all done with what my dad and grandpa
could find. Track and field lines were made with chalk on the street, the soccer field was at their
local park that had soda cans as goals, and the baseball field was at the same street where track
and field had been hosted the day before. The food that they could provide was donated by the
neighborhood market which consisted of rotten fruit, which my grandma was able to turn into
sweetened fruit and hot water with honey and lemon because they had no money to provide any
type of electrolytes for the kids, yet they knew they needed to take care of them.

I was only four-years-old when my grandpa died and had only spent four years seeing the impact
that he and my dad had in their community. But my dad's drive to make sure that everyone was
well rang true until the very last day of my grandma's life. My grandma was my dad's superhero,

she fought through extreme poverty to make sure her 7 children had food on the table. She worked long hours and days, and my dad saw this immeasurable effort and knew he wanted to take care of her one day.

That day came when my grandma got diagnosed with terminal stomach cancer, my parents decided to move her to our house so they could take care of her. By this, I mean they would do everything for her: feed her, bathe her, sleep next to her. During this time, I saw my dad performing every single one of these tasks with love, care, and so much gratitude. My dad was the person to bring my grandma down the stairs of our house and hand her to the funerary services after she had passed away a couple hours before. I had never seen my dad so broken to the point that I had to ask him to let her go, so that they could take her from his arms. She taught him the value of family, the importance of education, respect for oneself and others, and most importantly the drive to fight for a better future.

I want to also take this opportunity to bring to your attention, Honorable Judge Cogan, that if there are no letters received from my dad's parents or any of his siblings, this is not due to their lack of love or admiration of him but rather that they have unfortunately passed away. As I explain in this letter, my grandpa, Nicolás, passed away when I was 4-years-old and before grandpa Nico passed away, he made sure to designate my dad as the new head of the family despite his young age. My grandma, Chelito, passed in July of 2017, just two weeks after my dad's birthday. He was the last face she saw, as she said goodbye one last time. As for his siblings, all of them passed during the COVID pandemic and while he was in MDC, so he never got the chance to say goodbye.

Growing up with my dad was the best life adventure I have ever experienced. He taught my brother and me that the most important things in life are abstract; such as the importance of family, the drive to become better for oneself and your community, the value in loyalty and patriotism, and most importantly working hard for the greater good. Through his stories and lessons throughout school and sports, I learned the importance of family, community, loyalty, and working for the greater good.

While my brother and I were in sports such as swimming, soccer, and basketball, my dad would always remind us that sometimes it was not about winning but what you were able to do for your team. He would always inspire us by telling us that if we had exhausted every possible option in the field, or swimming pool in my case, then we had to feel nothing but pride. That is exactly what I felt and I knew he felt when he would show up at every single swimming meet during my swimming career from 8th grade all the way until 12th grade. Swimming, as a sport, was a foreign thing to him since he had devoted his time playing soccer or basketball so when I told my parents that I would really like to try for JV team and eventually Varsity team at school, I got nothing but support and inspiration to do the very best thing I could. My dad wanted to familiarize himself with each technique, especially the ones I would compete in, which were the freestyle and the backstroke. He watched videos, showed up to practice, and even talked to my coach to make sure he was supporting me every way he could. In 10th grade, I was chosen to

swim the mile which was made of about 20 laps. This really scared me because you have to know how to use your speed and strength. I told my dad this and the very next morning he woke up early and told me that we would go train. We did so until my first mile race. I remember getting nervous stepping onto the block, taking a deep breath, looking to the stands, and all I could see was my dad bursting with pride and nodding as if to say "you got this". However, in reality, I would not have been ready for this race if it was not for my dad. I do not really remember much of that race, I just remember hugging my parents at the end of the meet and feeling that I had given my very best and that was all I could have done, just like my dad had told me.

As I mentioned before, one of the biggest legacies my grandmother left my dad was the importance of education and that is another value my brother and I grew up with. Our education was something that we did not take lightly, we were aware of all the sacrifices our parents had made in order for us to get the best education out there. Both of my parents come from very humble beginnings and had to fight unimaginable circumstances in order to graduate college and find a job. But our parents were never afraid to share with us the hardships of their childhoods, especially my dad. Like I said, my dad's family was a big family comprised of 3 women and 4 men who would tirelessly help my grandparents clean other people's houses, do other people's laundry, and sell their own clothes at the Sunday flee market just so they could afford to pay the bills and buy enough food for everyone. My grandma would tell me that if her kids weren't working, they were going to school to study because they knew that education was the only way to create a better future for themselves.

My dad used to tell us how fortunate we were because our only job growing up was school; he explained to us that having a good education opened up the doors of the world. My dad knew that our best chance to get a good education was to go to a good college, so when it was time for me to begin preparing for my SATs/ACTs, he would stay up with me, explaining me a math problem or quizzing on vocabulary, but still making sure I would go sleep at a decent hour. As any teenager going into the test, I was extremely anxious but while I was leaving the car he would just say: "Now enjoy it! You have done everything you could do to prepare, and now you have to enjoy the product of all your effort". I did not get it back then. How can someone enjoy taking a test for 4 hours? But somehow he always found the silver-lining in a situation, and most importantly he was telling me to enjoy the process. That has been one of the most important lessons I have learned from him, after four years in undergraduate and three years in higher education, if I had not learned to love and enjoy the process, I would not have crossed that stage and graduated. Furthermore, that lesson goes beyond my academics or sports but what we have endured now as a family, understanding that we have to enjoy life and its sweet and bitter moments; that it is our job to look and fight for what we believe in. My dad used to say that a person's mesure of success is their children and I hope that I have given him enough things to feel proud of me.

Looking back now, I am so grateful for my dad taking the time to tell us these stories because they made my brother and me value greater what we had. Most importantly these stories helped

us understand that we represented more than just ourselves, but generations of a family that has been characterized by hard work, the ability to raise to any challenge, and our commitment for the greater good.

I believe that it was my grandma's drive for new challenges that pushed my dad to start his Master's in Business Administration. I hold these years dearly in my heart, given that my dad and I were both going through similar circumstances. We would both stay up really late to study, wake up really early to go to school, and do that all over again the next day. This had never happened before, due to his work in the government; my dad worked weekends and holidays when we were growing up but now he was back from school at the same time that we were. We would get to talk about our school projects, brainstorm, and push each other to give our very best. I have never met someone that is so eager to learn than my dad, and somehow he has found a way to inspire other people to see education as a pathway to a better future inside the Metropolitan Detention Center. When he told me that he was starting to give classes, he asked us to send him books about math, physics, chemistry, and history because he wanted to be prepared to give the best education he could. I think that really just sums up who my dad is: no matter where or how, he will always find a way to help someone. No matter his circumstances or well-being, he feels the most at peace when he is able to make a difference in someone's day, and in this case someone's life. He has been the person that has helped the most inmates to pass the GED in the history of MDC, which includes inmates who saw a positive change reflected in their sentencing since they have passed their GED. I think that this is a testament to who my dad is: a committed community member that has the well-being of other people before his own, and who is able to create a positive change in a hopeless place.

The dedication that he has put into his students at MDC is not something new. My dad has always shown a deep passion to help others and his hard work to change our country for the better made him a trailblazer in more than one way. As a child, I remember going to important events with journalists and, from what I understood even back then, very important people. Those people would tell me that my dad was making a positive change in Mexico and how proud I should be of him as his daughter. But his recognition did not come overnight, my dad worked tirelessly through weekends, holidays, and birthdays knowing that the best gift he could give my brother and me was a safer country and future. Sometimes, I wish that I was a little older back then, to fully grasp all the positive change and all the lives he changed, but I am so grateful to be able to write this letter and shine some light on who he is and all the positive things he did. I remember this one time when we were waiting for our table at a restaurant: both my grandmothers were there because my parents always made sure we spent time with them, and a man recognized my dad. This man's face lit up and fully went out of his way to hug my dad and thank him for his life. He quickly told his family to come back so he could introduce them to my dad and he explicitly told them that my dad was the reason he was alive. I was so confused because as a little girl I could not fully comprehend what that exactly meant but my dad very gracefully greeted the family and told the man that it was his job and he was very happy to see him well and with his family. It wasn't until later on that I found out that this person had been a

victim of a kidnapping and my dad had rescued him from his kidnappers. This was yet another time where I got to see how my dad helped other people.

My grandparents' passings were not the first nor last time that my dad was put into difficult family situations. When I was about eight or nine years-old, my mom was diagnosed with a renal failure and had to go through dialysis and eventually a kidney transplant. These years when my mom was sick, my brother and I had to depend on my dad since suddenly our mom was just not fully herself or was simply not at home. I remember that my brother and I would worry a lot about her and we would pray together either at school or at home for her well-being. My dad caught us many times, he knew that not being able to see her for months at a time was affecting us, so he created "sleep overs" with mom. In other words, he would pick us up from school and take us straight to the hospital, where he had been the whole day and night, and we would hang out there until they told us that we had to leave. On the days when we were lucky, the doctor would open the doors that separated us from our mom and we would wave at each other. Not hug, not kiss, but just wave because her immune system was so very low. For awhile, that is all we had: a wave. Somehow my dad made a traumatizing experience for a couple of kids, bearable enough during those long years.

Now, as an engaged woman, I only hope to love and be loved half as much as my dad loves my mom because everything he did back then was the biggest love proof I have ever seen. The sleepless nights, him carrying her into doctors appointments, the long meetings with doctors, and the uncertainty if my mom would actually be alive at the end of this long journey. There was never any hesitation or absence from my dad. That same certainty and support he gave my mom, my brother and I back then, is the certainty we want him to feel from us during this time.

I cannot imagine a world where my children will not have my dad's stories teaching them how to rise to a challenge or showing them how to solve a physics problem using what he calls "simple math" because to him, everything can be solved with a good equation. I have been blessed 21 years with him, but that is not nearly enough time to fully learn all the lesson he has yet to teach me. The most important lesson: finding happiness despite any and all circumstances, finding happiness and goodness in challenging and harsh environments, holding onto those people who make you a better person, and Honorable Judge Cogan, I assure you that my dad is one of them.

I really appreciate this opportunity, Honorable Judge Cogan, and I want to thank you for your time. I hope you take every word that I wrote in this letter into consideration and give my dad the minimum sentence based on who he is as a dad, husband, friend, and most importantly human being, along with all the great things he has done.

Respectfully,
Luna Sofía García Pereyra

Apreciable Juez, escribo esta carta esperando sea considerada para la sentencia de Genaro Garcia Luna.

Mi nombre es Cristina Gálvez González suegra de Genaro Garcia Luna, tengo el gusto de conocerlo desde el año 1990 cuando él era aún muy joven, entonces era novio de mi hija Cristina.

Genaro siempre fue un hombre respetuoso, honesto, trabajador y responsable, lo considero como un hijo.

Sus acciones y el trato que siempre le dio a mi hija y a su familia siempre fue ejemplar; conmigo siempre fue atento y respetuoso.

He tenido el privilegio de compartir momentos familiares muy importantes, como el nacimientos de sus hijos, cumpleaños, navidades etc. Si algo hace feliz a Genaro sin lugar a dudas es tener a su familia reunida, él es un hombre que disfruta de las cosas simples pero no menos importantes de la vida, y por la naturaleza de su trabajo el tiempo era un tesoro para él y lo aprovechaba con su familia cada vez que podía.

Tuve la oportunidad de conocer a toda su familia y ellos son una familia unida que con el esfuerzo y trabajo de sus padres lograron dar estudios a sus 7 hijos. Genaro el menor de la familia tuvo el ejemplo y apoyo de sus hermanos tres de ellos ingenieros por lo que él decide estudiar Ingeniería Mecánica. Su madre era una persona muy especial que entregó su vida y amor a su familia y Genaro fue testigo de eso, no cabe duda que Genaro heredó de ella su generosidad y tuvo en su madre el mejor ejemplo de amor incondicional y trabajo. Nadie que conozca a Genaro se sorprendería de las cosas que él era capaz de hacer para ayudar a la gente que lo necesita, yo fui testigo de lo generoso que era con todos. Yo viví de cerca cómo ayudaba a sus empleados en su compañía con cursos de capacitación o prestación de servicios que les ayudará a tener un mejor nivel de vida. Siempre buscaba cómo ayudar a la gente.

Mi hija fue diagnosticada con una enfermedad renal y después de algún tiempo fue sometida a un trasplante renal, creo que la enfermedad de mi hija nos hizo estar más unidos, sabíamos que estar unidos nos daría la fuerza para enfrentar ese momento tan complicado para todos, yo estaba muy nerviosa por mis hijos ya que mi otro hijo sería el donador y eso me tenía muy mal. Pero en Dios encontré la fuerza para seguir y también le dio la fuerza a Genaro para poder acompañar a mi hija en todo su proceso, yo tuve que ir a vivir con ellos todo ese tiempo ya que yo era quien lo ayudaba con sus hijos en casa mientras él estaba en el hospital con mi hija, muchas noches que ella tenía que estar en el hospital el dormia con ella ahí y después llegaba a casa muy temprano para llevar a sus hijos a la escuela. Lo vi trabajar los fines de semana desde su casa desde el hospital pero siempre cumpliendo con su trabajo y apoyando a mi hija, no tengo cómo agradecerle todo lo que hizo por nosotros.

Recuerdo muy bien el día que salieron de casa para ir al hospital para la cirugía y sus hijos se quedaron en casa conmigo y los dos me abrazaron y me dijeron no te preocupes abuelita mi papá los va a cuidar porque mi papá nos cuida a todos. Durante el tiempo que viví con ellos pude ser testigo de la relación que tenía Genaro con mi hija y sus hijos y me tranquilizo mucho saber que si por alguna complicación mi hija perdiera la vida Genaro tenía la capacidad y la fuerza de seguir adelante con mis nietos porque él no es el clásico proveedor de una familia que delega todas las demás responsabilidades a su esposa, él es el esposo que comparte todas las responsabilidades que hay en una familia, es un hombre excepcional.

Un día comiendo en restaurante un hombre se acercó a nuestra mesa y se dirigió a mis nietos y les dijo que eran muy afortunados de tener como padre a un hombre valiente y entregado a su trabajo y que él le debía la vida, que lo había rescatado de un secuestro y nos contó algunos detalles, Genaro se levantó de la mesa y lo abrazo.

Esta familia está incompleta, nos falta Genaro el hijo, el padre ,el hermano, nos falta su amor y sus consejos.

Apreciable Juez le suplico en nombre de toda mi familia y con el corazón en la mano tome en consideración esta carta a favor de mi hijo Genaro Garcia Luna.

Que Dios lo Bendiga.

**TRANSLATION**

Esteemed Judge, I am writing this letter in the hope that it will be taken into consideration at Genaro García Luna's sentencing.

My name is Cristina Gálvez González, Genaro García Luna's mother-in-law. I have had the pleasure of knowing him since 1990, when he was still very young and was the boyfriend of my daughter Cristina at the time.

Genaro has always been a respectful, honest, hard-working and responsible man, and I view him as a son.

His actions and the way he always treated my daughter and their family have always been exemplary; he has always been thoughtful and respectful towards me.

I have had the privilege of sharing very significant family moments, such as the birth of his children, birthdays, Christmases, etc.  If there is something that makes Genaro's happy it is unquestionably to have his family gathered around him; he is a man who enjoys the simple things in life, albeit no less important ones. Because of the nature of his work time was treasured by him, and he took advantage of it with his family each time he could.

I had the chance of meeting his whole family; they are a united family which, by dint of effort and his parents' work, was able to educate their seven children. Genaro, the youngest one of the family, had the example and support of his brothers, three of whom became engineers, and thus he decided to study mechanical engineering. His mother was a very special person, who dedicated her life and love to her family. Genaro was a witness to that; there is no question that Genaro inherited his generosity from her, and in his mother he had the best example of unconditional love and work. No one who knows Genaro would be surprised at the things he was capable of doing to help people in need, I was witness to how generous he was with everyone. I experienced first-hand how he helped his company's employees with training or service provision courses to help them achieve a better standard of living. He was always looking for a way to help people.

My daughter was diagnosed with a kidney disease and, after some time, she underwent a kidney transplant. I believe my daughter's illness drew us up closer together, we knew that being united would give us the strength to face such a difficult time for everyone. I was very nervous for my children's sake, since my other son would be the donor, and I was in a very bad way because of that. But I found the strength in God to go on and He also gave Genaro the strength to be able to be by my daughter's side throughout her process. I had to move in with them during all that time, as I helped him out with his children at home while he was in the hospital with my daughter.  She had to spend many nights in the hospital and he would spend the nights there with her and then would come home very early to take his children to school. I saw him work weekends from home and from the hospital, but he always got his job done while supporting my daughter. I cannot thank him enough for everything he did for us.

I remember very well the day they left home to go to the hospital for the surgery, their children stayed behind at home with me. Both of them hugged and told me, "Don't you worry, granny, my dad will look after us because dad looks after everyone." Throughout the time I lived with them I witnessed Genaro's relationship with my daughter and their children, and I was very relieved to know that, if my daughter would lose her life on account of some complication, Genaro had the ability and the strength to go on with my grandchildren, as he is not the classic family provider who delegates all other responsibilities to his wife but a husband who shares all the family's responsibilities. He is an exceptional man.

One day, while eating at a restaurant, a man approached our table and addressed my grandchildren. He told them they were very fortunate to have father a courageous man as a father, who was committed to his work, and that he owed his life to him. He had rescued him from a kidnapping, and he gave us some details. Genaro stood up from the table and gave him a hug.

This family is incomplete. We miss Genaro, the son, the father, the brother. We miss his love and his advice.

Esteemed Judge, I beseech you, on behalf of my whole family and with the heart on my hand, to take this letter into consideration in favor of my son, Genaro Garda Luna.

God bless you.

September 18, 2024

El Honorable Brian M. Cogan
Juez de Distrito de los Estados Unidos
Palacio de Justicia de los Estados Unidos
Distrito Este de Nueva York
225 Cadman Plaza Este
Brooklyn, Nueva York 11201

To the Honorable Brian M. Cogan:

My name is Jose A. Rodriguez Jr and I first met Genaro when I was assigned to Mexico City from 1998-2001 as a member of the United States Embassy diplomatic staff. In the years that followed, I met with Genaro two or three times for dinner in the Washington DC area following my retirement from the US government in 2008. After he retired and moved to Miami in 2012 to pursue a graduate degree and later to start his consulting business, he asked me to be a member of his Board of Advisors. I joined a very select and honorable group of former law enforcement, intelligence and private sector professionals from different countries who Genaro had selected to be on his Board of Advisors. We all agreed to be on the Board because we thought highly of Genaro, respected him and saw him as a visionary who wanted to bring big data analytics to the private sector in Mexico. None of us received an honorarium for our work on the Board, we did it because we believed in him and what he wanted to do for his country.

My intention in this letter is to go on record regarding my observations of Genaro having been to his home in Mexico City and Miami and getting to know his family. I also want to go on record regarding my own informal vetting of Genaro regarding all the rumors that plagued his tenure as a high level Mexican government official responsible for public security in his country.

Genaro's home in Mexico City would be considered very middle class in the United States. Nothing extraordinarily luxurious on the inside of his house. As with many neighborhoods in Mexico City it was a guarded community not just because of the rampant criminality of Mexico City but also because of the risk emanating from the drug cartels. After retiring from the Mexican government, he was provided with security guards and armored plated SUV's because of the danger posed by the cartels and the possibility of vindictive action by drug traffickers. At some point the Mexican government offered him a posting overseas as a way to protect him and his family from retaliatory action by the cartels. He chose to move to the United States to attend graduate school. It is significant to point out that he was very quickly provided with green cards for him and his family. So my question is, where were the American officials vetting his request for permanent residency status in the US? Why was he granted authority to reside in the US if there was any derogatory information regarding his collusion/involvement with the cartels? My suspicion is that there was no derogatory information in US government law enforcement and intelligence files at the time.

Likewise his rented house in North Miami was nothing out of this world. The boat in the canal in the back of the house was not his. The owners of the house kept it anchored there because they did not want to pay to move it somewhere else. The quid pro quo was that Genaro could use the boat whenever he wanted to. His office in the Aventura section of Miami was very modest and small. He drove a used Mercedes.

During my association with Genaro I tried the best I could to vet him with DEA, FBI and CIA. I kept asking my friends in law enforcement in particular if there was anything derogatory in their files on him. The answer that came back to me time and time again was nothing. Perhaps there was some derogatory information in a very secret data base in the files of law enforcement and intelligence that was very

closely held but I think that given the level of people I was asking in the law enforcement arena, I am skeptical.

There is another issue that needs to be considered here. The Mexican government is very corrupt and over the past six years the country has been governed by a leftist administration that despises Mexican governments from the past. Between this fact and the unscrupulous cartels that would like nothing better than to go after Genaro, is it possible that he is being framed? I trust the US judicial system and expect that it has sorted out the spider web of interests, misinformation and treachery involved in the case against Genaro.

Trusting that Genaro has been justly tried, my only request is that Genaro be given the minimum sentence possible under the law. My heart brakes for his wife Cristina and his kids. Genaro has a beautiful family and I am sure they miss him terribly. Those of us who are his friends and know his family, kindly and humbly request for a lower sentence.

With respect,

Jose A. Rodriguez Jr



VR GLOBAL SECURITY
CONSULTING & INVESTIGATIONS

The Honorable Brian M. Cogan.                    23 September 2024

United States District Judge

United States Courthouse

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201



Your honor, fist of all let me introduce myself.  My name is Carlos Villar.  I retired from the FBI after 35 years of service.  I am also a Vietnam veteran. While in the FBI, I was assigned as an Assistant Legal Attaché for the United States in Mexico and later on I was appointed as the Acting Legal Attaché at the direction of the Director of the FBI. This was in the year 2000 until 2005.

I worked with Genaro for five years while assigned to Mexico.  During this time we not only worked together but became friends.  I came to learn what an honorable, honest man and family man he was.  He was always concerned for his country, the way the crime was spreading and he prepared the law enforcement unit know as (AFI).  Genaro's decisions were based on his principals.  I was witness to a situation where Genaro had one of his top administrator and friend, arrested and put in custody due to discovering his dishonoesty.

He opened training facilities in Mexico and worked with the FBI to train the AFI leadership at the FBI Academy in Quantico, Virginia.  Genaro made sure anyone who was working and potentially would be working in AFI, would be polygraphed and a complete background check be conducted to include financials of the individual.

While I was associated with Genaro, I found him to be of high moral character.  When we would go to a business dinner or lunch, he would never allow anyone to pay for his meal.  This spoke to his integrity and honesty.

Genaro would sometimes travel to Utah with his family for them to experience a different way of life.  During the time I spent with him, I grew to love him as a brother.  I took him to meet my entire family and to break bread with us.  Everyone was so impressed with the love he showed his family and the respect and kindness he had for my family.

Genaro was widely respected throughout many countries.  Genaro just did not get the respect from the other foreign law enforcement entities, but earned his reputation for being honest and reliable.  He was not one to use his friendship for any type of political or personal gain.  Genaro would never cross the boundaries between his public life and the private life of he and his family.

Your honor, I would pray that Genaro be given a lenient sentence as it has been my experience with Genaro that incarceration would not serve any purpose as he is a good man.

Sincerely,

Carlos Villar/s/

.

Interviewee:  Photographs                          Interviewed on:  10 March 2017

Interviewed by:  CARLOS VILLAR                 Date Transcribed:  11 March 2017

El Honorable Juez Brian M. Cogan

Juez de Distrito de los Estados Unidos

Palacio de Justicia de los Estados Unidos

Distrito este de Nueva York

225 Cadman Plaza Este

Brooklyn, Nueva York 11201

Genaro García Luna es un hombre de Estado, un constructor de instituciones, un defensor de la ley y de las víctimas de la delincuencia, así lo hizo en sus 25 años de destacado servicio público. Es un maravilloso ser humano que ha dedicado su vida a servir a los demás y a México.

En1998 creó una innovadora metodología para sistematizar el combate al secuestro y la atención a la situación de crisis a la que se enfrentaban las familias de las víctimas, nadie en la historia de México ha logrado igualar sus resultados.

Bajo el mando de Genaro, en la Agencia Federal de Investigación (AFI) y en la Secretaría de Seguridad Pública federal (SSPF) de 2002 a 2012, logramos el rescatar y regresar con sus familias a 2,617 víctimas de secuestro, capturar a 2,790 secuestradores y desmantelar 360 bandas de secuestradores. El secuestro es un flagelo en México. Yo tuve el privilegio de servir en la AFI como la primera mujer directora general en una policía federal en mi país y como la primera subsecretaría de Seguridad Pública federal.

Su gran capacidad para llevar a la realidad sus ideas y su gran visión hicieron posible el diseño, desarrollo e instrumentación de Plataforma México, la creación de la Policía Federal (dependiente de la SSPF) con un nuevo Modelo Policial y el Nuevo Modelo Penitenciario.

En tiempo récord, construyó una institución policial con estándares internacionales al pasar de seis mil elementos a más de 36 mil en cinco años. Para esto impulsó una infraestructura que contempló la construcción del Centro de Mando de la Policía Federal, el Centro de Inteligencia, las áreas de Análisis Táctico y de la División Científica.

Conocí a Genaro en 2003, él era director de la AFI y yo era periodista, editora en jefe de la sección de Seguridad y Justicia en TV Azteca, una de las dos televisoras nacionales más importantes en México.

Lo que más me llamó la atención cuando lo conocí fue su enorme convicción de hacer de mi Nación un país mejor a través del eficiente combate a la delincuencia y el desarrollo de un nuevo modelo de policía que modificara estructuralmente a la corporación para un combate efectivo a la corrupción a través de un perfil universitario de los investigadores y un proyecto de vida para los policías y sus familias que los alejara de la corrupción.

Él no era un político más, era un agente de inteligencia con una visión sistémica para crear nuevas instituciones con la más avanzada tecnología con nuevos cuadros mejor preparados y capacitados.

A partir de la coincidencia en nuestras convicciones de construir un mejor país, más seguro para nuestros hijos y las nuevas generaciones se generó nuestra amistad.

Nunca olvidaré el 23 de noviembre de 2003, después del evento de aniversario de la AFI, que encabezó el presidente Vicente Fox, en la redacción de TV Azteca nos enteramos que tres policías federales estaban siendo linchados en la capital del país. En un hecho inédito, el conductor estelar Javier Alatorre Soria y su servidora, tomamos la decisión de transmitir en vivo el linchamiento de los tres policías. Los agentes del orden fueron linchados por horas sin que el secretario de seguridad de la Ciudad de México, Marcelo Ebrard ordenara contener a los agresores.

Fue hasta que el linchamiento se transmitió en red nacional que el Jefe de Gobierno de la Ciudad de México, Andrés Manuel López Obrador dio la orden de rescatar a los tres policías, para ese momento dos ya habían muerto después de ser sometidos a terribles torturas y ser quemados vivos, solo uno sobrevivió.

Soy abogada y estudié Derecho porque mi anhelo es que en México exista un verdadero Estado de Derecho y pleno respeto a las libertades, mi sueño es poder ir al supermercado a comprar leche por la noche y no tener miedo de ser víctima de la delincuencia. La noche del linchamiento de policías federales en la Ciudad de México fue un parteaguas en mi vida: qué país les deparaba a mis tres pequeños hijos.

Esa noche hablé con varios funcionarios de seguridad de mi país y al único que le importó fue a Genaro García Luna. A las horas, con las imágenes que transmitimos en la televisión, ordenó el arresto de las personas que participaron en el linchamiento con un operativo policial a gran escala.

Este caso, es el único en México, de personas que mataron a otros en un linchamiento han recibido sentencia firme por homicidio. Con enorme dolor le digo que en México los linchamientos quedan impunes por cuestiones políticas y electorales. Hubo mucha oposición política a detener a los asesinos, pero para Genaro el respeto a la ley y al orden es más importante que su cargo político.

Después de ver su enorme convicción y sus acciones para hacer prevalecer la ley, tomé la decisión de dejar el periodismo y sumarme a su proyecto de construir un nuevo modelo de policía en la AFI.

Al ingresar a la AFI, trabajé hombro con hombro con Genaro y otros muy respetables profesionales de la ley. Siempre la orden de Genaro fue combatir con todo el peso de la ley a los criminales, eso me consta y por eso puedo ver a mis tres hijos a cara, siempre trabajé con un hombre honesto, hombre de familia, dispuesto a dar la vida por su país y por el cumplimiento de la ley.

Después de 2006 a 2012 acompañé a Genaro en la SSPF Secretaría de Seguridad Pública federal tuve el honor y el privilegio de servir a mi país desde distintas posiciones y como Subsecretaria.

Ahí fui testigo de su entrega y compromiso con el cumplimiento de la ley y el orden, incluso a riesgo de su vida y la de su familia que fueron amenazados de muerte por el Cártel de Sinaloa de acuerdo con una notificación de la Embajada de estados Unidos en México. Nuestras familias saben que trabajábamos día y noche por México, con un esquema de servicio las 24 horas del día los 7 días de la semana.

Me consta que todo lo que han dicho los criminales convertidos en testigos cooperantes es mentira, estuve ahí, vi como Genaro combatió a sus organizaciones criminales, logró el mayor decomiso de cocaína en la historia a nivel internacional, 23.5 toneladas equivalente a 2 mil 300 millones de dólares en 2007 que pertenecían al Cártel de Sinaloa, el mayor golpe a esta organización criminal. Realizó el mayor aseguramiento de efectivo a una organización criminal vinculada al trafico de metanfetaminas de China de 205 millones de dólares, también relacionada con el Cártel de Sinaloa. El Cártel de Sinaloa tiene muchos motivos para desear a Genaro fuera del combate a los criminales.

Como punto de referencia en 6 años de gobierno de Andrés Manuel López Obrador (01 de diciembre de 2018 al 20 agosto de 2024) todo el estado de fuerza federal integrado por **131 mil elementos** de la Guardia Nacional (antes Policía Federal), del Ejército y de la Marina, han detenido a **90 mil 103 presuntos delincuentes** de

Mientras que, del 1 de diciembre de 2006 al 30 de noviembre de 2012, la Policía Federal de la SSPF solamente con 36 mil policías, bajo el mando de Genaro, detuvo a **87 mil 571 presuntos delincuentes** y los presentó ante los fiscales federales.

- De los **87,751 detenidos** por la Policía Federal de la SSPF, destacan 2,720 personas vinculadas principalmente al narcotráfico.

- De las 2,720 personas detenidas por pertenecer a alguno de los cárteles del narcotráfico, **795 pertenecen al cártel de Sinaloa-Pacífico, destacan 50 por su nivel de mando superior en las estructuras jerárquicas de la organización a la que pertenecían o por su peligrosidad**. Muchas de esas detenciones se realizaron en coordinación con el gobierno de Estados Unidos. (Anexo nombres y fechas de captura)

Honorable Juez Cogan, algo que es importante que conozca es que, desde octubre de 2008 al 30 de noviembre de 2012, el Presidente Felipe Calderón ordenó que el combate a los carteles de las drogas se hiciera de la siguiente forma entre las dependencias del gabinete de Seguridad:

- Secretaría de la Defensa Naciones fue la encargada del combate al Cártel de Sinaloa y su escisión el Cártel de los Beltrán Leyva
- Secretaría de Marina; responsable del combate a el Cártel del Golfo
- Secretaría de Seguridad Pública federal: combate al cártel de la Familia Michoacana y del Cártel de los Zetas.

Algo que valoro es que personalmente tuve la oportunidad de acompañar a Genaro a dos giras a Washington para reuniones de alto nivel donde fui testigo del trato preferencial que le brindaron los procuradores de justicia Eric Holder, la ex secretaria de Seguridad Interior, Janet Napolitano, la directora de la DEA, Michele Leonhart. Así como el director de la CIA, David Petreus, el director de la Oficina de Política Nacional para el Control de las Drogas, Gil Kerlikoswske.

En México, con Karen Tandy ex directora de la DEA y con la ex secretaria de Estado Hilary Clinton. Es algo que atesoro en mi corazón.

Prueba de este respeto a la trayectoria profesional de Genaro son todos los reconocimientos otorgados por los gobiernos de Estados Unidos, México, Colombia y España a toda una vida dedicada al combate a los criminales y los terroristas.

Además, por la gran confianza de Estados Unidos a Genaro se le entregaron millones de dólares de los contribuyentes estadounidenses a la Secretaria de Seguridad Pública federal al mando de Genaro García Luna para el combate al narcotráfico y al terrorismo que operan de manera transnacional.

Desde 2003 que la vida me otorgó el privilegio de conocer a Genaro, ha sido mi mentor, mi jefe y mi amigo, trabajé con el hasta el día de su detención el 9 de diciembre de 2019 y me consta que es un hombre decente, honesto, profesional, en extremo exigente consigo mismo y con los demás, es un verdadero feminista, un padre y esposo amoroso, un amigo leal y solidario, por todo lo anterior le suplico clemencia al momento de dictar su sentencia.

Como a usted sabe, no hay ninguna prueba documental, ni una foto, correo electrónico, un solo dólar ilegal que muestre que Genaro sea corrupto, no hay prueba de eso porque no existe. Solo el dicho de testigos que mintieron por beneficios o venganza. Creo en la justicia y que en el sistema jurídico de Estados Unidos prevalecerá la justicia para un hombre que tanto aportó a los Estados Unidos combatiendo a terroristas y narcotraficantes que operaban internacionalmente.

Honorable Juez, le pido que tome en cuenta en su sentencia, que Genaro dedicó 25 años al combate a los criminales y terroristas que operan de manera internacional, salvó la vida de más de 2 mil víctimas de secuestro. Su trayectoria profesional fue destacada que recibió en Estados Unidos la visa E en reconocimiento al mérito.

Incluso en prisión el espíritu de servicio a los demás sigue vivo dentro de Genaro, he tenido la oportunidad de visitarlo en marzo y en julio pasados y tienen un gran compromiso de dar clases de matemáticas, física y química a otros internos para que acrediten grados académicos que les permitan una vida mejor.


Respetuosamente

_____

Lic. Olivia Lizeth Parra Salazar

Ex subsecretaria de Seguridad Pública Federal

**<u>TRANSLATION</u>**

Honorable Juez Brian M. Cogan

United States District Judge

United States Courthouse

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201


Genaro García Luna is a statesman, a builder of institutions, a defender of the law and victims of crime, and he did so throughout his 25 years of outstanding public service. He is a wonderful human being, who has devoted his life to serving others and Mexico.

In 1998, he developed a ground-breaking methodology to standardize the fight against kidnapping and the focus on crisis situations faced by the victims' families. No one in Mexico's history has managed to match his results.

Between 2002 and 2012, under Genaro's command, both at the Federal Investigative Agency (AFI, per its Spanish acronym) and the Federal Secretariat of Public Security (SSPF, per its Spanish acronym), we managed to rescue and return to their families 2,617 victims of kidnappings, we captured 2,790 kidnappers and dismantled 360 kidnappers' gangs. Kidnappings are a scourge in Mexico. I had the privilege of serving as AFI's first female Director General within the Federal Police in my country, as well as the first female federal Assistant Secretary of Public Security.

His great capacity to execute his ideas and his great vision made it possible to design, develop and implement the Mexico Platform, the creation of the Federal Police (under the SSPF) under a new Police Model and a New Penitentiary Model.

He built a police agency in record time based on international standards, which grew from 6,000 members to over 36,000 within five years. In order to do this, he promoted an infrastructure contemplating the building of a Federal Police Command Center, an Intelligence Center, a Tactical Analysis Unit and a Scientific Division.

I first met Genaro in 2003; he was AFI's Director and I was a journalist/editor-in-chief of the Security and Justice unit at TV Azteca, one of Mexico's two most important national TV stations.

What struck me the most when I first met him was his great conviction to make a better country out of my Nation through the efficient fight against crime and the development of a new police model aimed at structurally modifying the institution, in order to effectively fight against corruption by means of a university profile for investigators and a life project for policemen and their families, which would keep them away from corruption.

He was not merely one more politician, he was an intelligence agent with a systemic vision to create new institutions with the most leading-edge technology and with new, better educated and trained cadres.

Our friendship developed from the meeting of the minds of our convictions to build a better, safer country for our children and the new generations.

I shall never forget the date of November 23, 2003, after an event to celebrate AFI's anniversary, which was headed by President Vicente Fox.  We at the editorial offices of TV Azteca heard that three federal policemen were being lynched in the country's capital city. In an unprecedented move, star newscaster Javier Alatorre Soria and the undersigned took the decision to broadcast live the lynching of the three policemen. The law-enforcement agents were lynched for hours, and yet Mexico City's Security Secretary, Marcelo Ebrard, failed to order that the assailants be stopped.

Not until the lynching was broadcast on a national network did Mexico City's Chief of Government, Andrés Manuel López Obrador, issue the order to rescue the three policemen; by that time, two of them had already died, after being subjected to terrible tortures and being burnt alive. Only one of them survived.

I am a lawyer and studied law because I yearn for a true State where the rule of law will prevail in Mexico, with full respect for freedoms.  My dream is to be able to go to the supermarket to buy milk at night and to not be afraid of being a victim of crime. The night of the lynching of the federal policemen in Mexico City was a watershed in my life: what kind of country was in store for my three little children?

That night, I spoke with several security officers from my country and the only one who cared was Genaro García Luna. In a matter of hours, based on the images broadcast by us on TV, he ordered the arrest – by launching a large-scale police operation -- of the individuals who took part in the lynching.

This case is the only one in Mexico involving individuals who killed others in a lynching and received a final sentence for homicide. It greatly pains me to tell you that lynchings in Mexico go unpunished on account of political and electoral issues. There was a great deal of political opposition against arresting the murderers, yet respect for law and order was more important to Genaro than his political office.

After seeing his great conviction and his actions so that the law would prevail, I made the decision to give up journalism and joined in his project to build a new police model at AFI.

Upon joining AFI, I worked hand in hand with Genaro and other, very respectable law-enforcement professionals. Genaro's orders were to fight criminals with the full weight of the law at all times; I know this for a fact and thus I can look at my three children in the face; I always worked with an honest man, a family man willing to give his life for his country and for enforcing the law.

Afterwards, between 2006 and 2012, I worked together with Genaro at the SSPF. I had the honor and privilege of serving my country in various posts and as Assistant Secretary.

There I witnessed his devotion and commitment to law-enforcement and public order, even at the risk of his own life and that of his family as, according to a notice from the U.S. Embassy in Mexico, death threats had been made against them by the Sinaloa Cartel. Our families knew we were working day and night for Mexico, working 24 hours per day, seven days per week.

I know for a fact that everything said by criminals turned cooperating witnesses was a lie, for I was there. I witnessed how Genaro fought against their criminal organizations and achieved the largest global seizure of cocaine: 23.5 tons belonging to the Sinaloa Cartel, equal to U.S. $2.3 billion in 2007, the largest blow against this criminal organization. He achieved the largest cash seizure from a Chinese criminal organization linked to trafficking in methamphetamines, U.S. $205 million, also in connection with the Sinaloa Cartel. The Sinaloa Cartel has many reasons to wish that Genaro be put out of action vis-à-vis criminals.

By way of reference, during the six years of Andrés Manuel López Obrador's Administration (December 1, 2018, through August 20, 2024) the whole federal force, consisting of **131,000** National Guard **members** (formerly the Federal Police), the Army and the Navy, arrested **90,103 alleged criminals,** while between December 1, 2006, and November 30, 2012, the SSPF's Federal Police, with just 36,000 policemen, under Genaro's command, arrested **87,571 alleged criminals** and had them appear before federal prosecutors.

- Out of **87,751 individuals arrested** by the SSPF's Federal Police, 2,720 individuals stood out mainly for having links to drug trafficking.

- Out of the 2,720 individuals arrested for being members of any of the drug trafficking cartels, **795 were members of the Sinaloa-Pacific Cartel, 50 of whom stood out for their level of command within the hierarchical structures of the organization of which they were members or for their degree of danger**. Many of those arrests were made in coordination with the U.S. government. (Names and apprehension dates are attached hereto.)

Honorable Judge Cogan, something important you should know is that, between October, 2008, and November 30, 2012, President Felipe Calderón ordered that the fight against drug cartels be waged as follows among the various Security departments:

- The Secretariat of National Defense was mandated with the fight against the Sinaloa Cartel and the spin-off thereof into the Beltrán-Leyva Cartel
- Secretariat of the Navy: responsible for the fight against the Gulf Cartel
- Federal Secretariat of Public Security: fight against the Michoacán Family Cartel and the Zetas Cartel

Something I treasure is that I personally had the chance of accompanying Genaro during two trips to Washington to hold high-level meetings, allowing me to witness the preferential treatment afforded to him by [former] Attorney General Eric Holder; former Secretary of Homeland Security, Janet Napolitano; [former] DEA Administrator, Michele Leonhart, as well as by [former] CIA Director David Petreus, and the [former] Director, Office of National Drug Control Policy, Gil Kerlikoswske.

In Mexico, [such meetings were held] with Karen Tandy, former DEA Administrator, and former Secretary of State Hilary Clinton, which is something I treasure in my heart.

Proof of this respect for Genaro's professional track record were all the awards given by the governments of the United States, Mexico, Colombia and Spain in recognition of a whole life devoted to fighting criminals and terrorists.

In addition, given the great trust placed by the United States in Genaro, millions of U.S. taxpayers' dollars were handed to the Federal Secretariat of Public Security, under Genaro García Luna's command, for the fight against transnational drug trafficking and terrorism.

Since life granted me the privilege in 2003 of meeting Genaro, he has been my mentor, my boss and my friend. I worked with him until the day of his arrest on

December 9, 2019, and I know for a fact that he is a decent, honest and professional man, who is extremely demanding of himself and others; he is a true feminist, a loving father and husband, a loyal and supportive friend. By reason of the foregoing, I beg you to be lenient at the time of imposing your sentence.

As you know, there is not a single piece of documentary evidence, photograph, e-mail or a single illegal dollar showing that Genaro is corrupt. There is no evidence of that because it does not exist. Only the statement of witnesses who lied to get benefits or who were out for revenge. I believe in Justice and that the justice of the U.S. legal system shall prevail for a man who contributed so much to the United States in the fight against terrorists and drug dealers operating globally.

Honorable Judge, at sentencing, I ask you to take into account that Genaro devoted 25 years to fighting criminals and terrorists operating globally, he saved the lives of over 2,000 kidnapping victims. His professional track record was so outstanding that he received an E-type visa in recognition of merit.

Even in prison the spirit of service to others remains alive in Genaro. I had the chance of visiting with him last March and July, and he was very committed to teaching math, physics and chemistry to other inmates for academic accreditation degrees, thus allowing them to lead better lives.


Respectfully,

_____

Olivia Lizeth Parra Salazar, Esq.

Former federal Assistant Secretary of Public Security

CDMX a 28 de agosto de 2024

A quien corresponda:

Por medio de la presente yo Gerson Enrico Pereyra Gálvez redacto esta carta para los fines que así convengan.

La preocupación de mis padres era que mi hermana se casara con un hombre de buenos sentimientos con buenos valores recuerdo a mi mamá en especial orando a Dios por ese hombre.

Mi hermana al poco tiempo empezó a salir con Genaro al parecer fueron escuchas las oraciones de mi mamá,

Conozco a Genaro  más hace 30 años lo recuerdo como un joven trabajador y estudiante sin vicios, atento y respetuoso un ejemplo a seguir eso fue lo que vi en él.

A veces nos veíamos los fines de semana o en vacaciones recuerdo las pláticas siempre me motivaban a ser mejor persona a superarme a ser respetuoso con los demás.

A los dos años me casé y al siguen año se casó Genaro con mi hermana yo tuve tres hijos y Genaro con mi hermana tuvieron dos hijos y ya convivíamos más por los cumpleaños de los hijos y me daba cuenta como era ese matrimonio de respeto mutuo y amor hacia los hijos como lo dije antes un ejemplo a seguir y ahora como familia.

Recuerdo cada que teníamos la oportunidad de convivir en los cumpleaños siempre recibía un concejo de Genaro para poder mejorar en mi trabajo y con mi familia.

Y esos consejos de vida los compartía con toda la familia tanto de parte de él como la de mi hermana él quería ayudar a toda la familia a que fuéramos mejores hijos, esposos, padres dentro de nuestros hogares y también en la sociedad

Me di cuenta que Genaro tenía una visión más allá de su propia familia quería ayudar a la sociedad a su país pero en el 2008 sucedió algo que cambio aún más nuestras vidas aunque lo veíamos como algo difícil y oscuro,  mi hermana cristina se enfermó de sus riñones fue algo tan repentino que en pocos meses ya la estaban dializando y la única solución era un trasplante al ver esa situación tan difícil en la familia de Genaro y mi hermana cristina reflexione en todo lo que habían influenciado en mi vida para ser mejor como  persona y la gratitud que yo tenía hacia ellos y pensé es ahora como yo pudo pagarles algo de lo que ellos me han dado como su cariño su apoyo moral y como lo mencione antes no solo a su familia sino  también a la sociedad y fue cuando decidí ofrecerme como donador fui a consulta con el medico nefrólogo que estaba tratando a mi hermana cristina y me dijo que no era tan fácil tenía que hacerme estudios para ver cómo estaba de salud porque si estaba enfermo de algo o salía mal en mis estudios no podría donar el riñón y me dijo que el fin no era solucionar un problema y causar otro entonces empecé a hacerme los estudios y eso tomo como dos meses porque fueron muchos estudios y papeleo y cuando llegue con el nefrólogo para que revisara mis estudios me dijo que si podía donar entonces nos dieron fecha para el trasplante y llego ese día recuerdo que nos internamos en el hospital en la noche y la operación estaba programada para el siguiente día muy temprano recuero esa noche no pude dormir estuve orando a Dios pidiéndole que todo saliera bien por la mañana fueron por mi para llevarme a la sala de operación y antes de entrar a la sala de operaciones me pusieron a un lado de mi hermana y pudimos platicar

un momento y la plática era sobre Genaro que era un buen esposo y padre para sus hijos y le dije que él era un ejemplo a seguir para mí que era una persona  importante en mi vida así como tú hermanita le expresé.

Después que salimos de la cirugía el médico cirujano me dijo que todo había salido bien y que venía lo más importante de un trasplante seguir muy bien las recomendaciones y cuidados del riñón creo que fue una enseñanza muy importante en nuestras vidas la importancia de compartir,

Mi hermana se recuperó rápido y en una ocasión que nos invitó a la fiesta de su hija fuimos juntos a comprar cosas para la fiesta y al salir de una tienda comercial unos niños se le acercaron a Genaro y a mi hermana y los niños vendían dulces Genaro les dio dinero  y también unos juguetes que les había comprado a sus hijos los niños se fueron muy felices  y pensé que tan importante es el compartir y no tan solo vida hasta un simple juguete puede hacer feliz a un niño eso siempre fue y ha sido el sello de Genaro por eso fue uno de mis motivos para dar y compartir vida a una familia tan dadivosa y amorosa.

En otra ocasión en unas vacaciones fuimos a comer unos tacos mi familia y Genaro y mi hermana y sus hijos en un puesto en la calle de esos clásicos en la ciudad de México donde comes parado y al pedir la cuenta Genaro dice yo pago y le dan la cuenta y al revisarla se da cuenta que le estaban cobrando de menos y le dice al que nos atendió que su cuenta estaba mal que nos estaba cobrando de menos y al revisarla el encargado le dio gracias a Genaro por su honestidad,

Y así podría contar muchas historias que viví con ellos siempre dándonos ejemplos buenos,

Por eso puedo decir de Genaro que él es una persona honesta, amorosa, compartida y bondadosa

Para mí Genaro es una persona a la cual le tengo un profundo Respeto y admiración

Los fines de año que nos reuníamos al final siempre cada uno de los presentes dábamos gracias por lo que vivíamos en el transcurso del año.

recuerdo en especial un año ya los hijos eran adolescentes y me tocó el turno de dar gracias y me puse en pie y agradecí a Genaro y a mi hermana Cristina por sus concejos de vida para yo poder educar a mis hijos de la mejor manera.

Ahora que están pasando por un tiempo difícil Genaro sigue siendo un ejemplo de vida para mí y mis hijos ahí donde se encuentra  él se ha certificado como maestro y ha ayudado a muchas personas a terminar sus estudios y una vez más demuestra lo que él es en la sociedad donde se encuentre un ejemplo a seguir ayudando y compartiendo a otros estoy seguro que el sigue dando esos consejos de vida a otras personas para ser mejores personas eso me sigue motivando a mi para seguir ayudando a otras personas a que puedan salir adelante en una sociedad tan llena de egoísmo y maldad.

Es por estos motivos que solicito un trato indulgente para GENARO GARCIA LUNA en la sentencia,

Por que el encarcelamiento prolongado no es necesario para disuadir a Genaro de futuras conductas delictivas.

Gracias Genaro por ser esa persona de convicciones firmes y buenos valores espero vernos pronto te mando un abrazo de parte de toda mi familia atentamente: GERSON ENRICO PREYRA GALVEZ.

**TRANSLATION**

Mexico City, August 28, 2024

To whom it may concern:

I, Gerson Enrico Pereyra Gálvez, hereby draft this letter for all applicable purposes.

My parents' concern was that my sister should marry a man with good feelings and good values. I particularly remember my mother praying to God for that man to come along.

Shortly thereafter, my sister began to date Genaro; apparently, my mother's prayers were heard.

I have known Genaro for over 30 years; I remember him as a hard-working young man, a student with no addictions, caring and respectful, an example to be followed. That is what I saw in him.

Sometimes we would meet on weekends or while on vacation. I remember the discussions with him, which always inspired me to be a better human being, to succeed and to be respectful towards other people.

I got married two years later and Genaro married my sister the following year. I had three children, and Genaro and my sister had two children. Then we would see each other more often because of the children's birthdays, and I could see what that marriage was like, a marriage of mutual respect and love for the children. As I said earlier, an example to be followed now as a family.

I remember that each time we had the chance to get together for birthdays I would always get a piece of advice from Genaro intended for me to be able to get better at my work and with my family.

And he would share that advice about living with the whole family, both his and my sister's. He wanted to help the whole family to be better sons and daughters, spouses, parents in our homes and also better in society.

I realized that Genaro had a vision beyond his own family, he wanted to be of help to society in his country. But something happened in 2008 which greatly changed our lives, which we looked at as something difficult and dark: my sister Cristina developed a kidney disease. This came so suddenly that within a few months she was undergoing dialysis and the only solution was a transplant. When I saw that difficult situation amidst the family of Genaro and my sister Cristina I thought about all the influence they had brought to bear on my life to be a better person and the appreciation I felt for them, and so I thought that it was then that I could pay them back in a small measure for what they had given me with their love and moral support which, as I mentioned earlier, was not only provided to his family but also to society. And it was then that I decided to volunteer as a donor. I went to see the kidney specialist who was treating my sister Cristina, who told me it was not so easy. Tests had to be run to check on my health because if I suffered from some condition or some tests did not yield the expected results I would not be able to donate my kidney. The doctor told me that the end was not to solve a problem and to cause another. Thus, tests were run, which took about two months given that there were many tests to be run and there was a lot of paperwork involved, and when I went to see the doctor he told me I could be a donor. Then we were given a date for the transplant and that day came. I remember we were admitted to the hospital in the evening and surgery was scheduled for very early the next day. I remember I was not able to sleep that night praying to God that everything would work out. In the morning, they came to take me to the OR and placed me beside my sister, so we were able to talk for a moment. The conversation was

about Genaro, who was a good husband and father to their children, and I told her he was an example to be followed, that he was a very important person in my life, as well as she, my little sister. After we came out of surgery the surgeon told me everything had turned out all right and that the most important thing after a transplant was ahead of us: to carefully adhere to the recommendations and to care for the kidneys. I think the importance of sharing was a very important lesson in our lives.

My sister quickly recovered. On one occasion, she invited us to a party for her daughter. We went out together to buy stuff for the party and, when leaving a store, some kids approached Genaro and my sister. The children were selling sweets and Genaro gave them money and also some toys he had purchased for his own children. The children went away very happy, and I thought how important it was to share in life, a mere toy could render a child happy. That is and has always been Genaro's hallmark, and that was one of the reasons that inspired me to give to and share my life with such a generous and loving family.

On another occasion while on vacation with my family, Genaro, my sister and their children went to eat some tacos at one of those classic street stands in Mexico City, where one eats standing up. When we asked for the check Genaro said he would pay. When he checked the bill he noticed he was being charged less, so he told the person who had waited on us that the bill was wrong. The person in charge thanked Genaro for his honesty.

Thus, I could tell many similar stories that I experienced with them, always setting a good example.

That is why I can say Genaro is an honest, loving, sharing and generous individual. As far as I am concerned, Genaro is an individual for whom I feel deep respect and admiration.

When we would get together for New Year's Eve, those in attendance would always give thanks for our experiences throughout the year. I particularly remember a year when the children were already in their teens; my turn came, I stood up and thanked Genaro and my sister Cristina for their advice about living so I would be better able to raise my children.

Now that they are going through hard times Genaro continues to be an example of life for me and my children; he has gotten his certificate as a teacher where he currently is and has helped many people finish their education. Once again, he demonstrates what he is in society, no matter where he happens to be: an example to be followed, a person who shares with others. I am sure he is still giving that advice about living to other people to be better persons. That still inspires me to continue to help other people to get ahead in a society so fraught with selfishness and wickedness.

For these reasons, I request that you deal leniently with GENARO GARCIA LUNA at sentencing. Because protracted imprisonment is not necessary to deter Genaro from criminal conducts in future.

Thank you, Genaro, for being that person of firm convictions and good values. I look forward to meeting you soon. I send you a hug from my whole family. Very truly yours, GERSON ENRICO PEREYRA GALVEZ.

Agosto 22 de 2024

**El Honorable Brian M. Cogan**
**Juez de Distrito de los Estados Unidos Palacio de Justicia de**
**los Estados Unidos Distrito Este de Nueva York**
**225 Cadman Plaza Este**
**Brooklyn, Nueva York 11201**

Me dirijo a usted con todo respeto para expresar mi más sincero e
incondicional apoyo a el Señor Genaro García Luna, a quien tengo
el honor de conocer desde hace aproximadamente 12 años.
Durante este tiempo, he tenido el privilegio de observar de cerca
su ejemplar desempeño en múltiples facetas de su vida, y puedo
decir sin lugar a duda que es una de las personas más admirables y
respetables que he conocido.
Como padre, el señor Genaro García Luna, demuestra un
compromiso y dedicación que son verdaderamente inspiradores.
Su habilidad para equilibrar el amor, la disciplina y el apoyo
incondicional hacia sus hijos es admirable.
He sido testigo de cómo ha fomentado un entorno familiar lleno de
amor, respeto y crecimiento, y estoy convencida de que su
influencia positiva y su guía sólida han tenido un impacto profundo
en la vida de sus hijos.
En su rol como amigo, el señor Genaro García Luna, es un pilar de
confianza y apoyo.
Su lealtad, generosidad y capacidad para escuchar son cualidades
que lo distinguen y lo convierten en una fuente constante de
inspiración y aliento para quienes lo rodeamos.

Recuerdo especialmente la primera oportunidad que tuvimos de compartir en la celebración de cumpleaños de su hija Luna, ellos estaban recién reubicándose aquí en la ciudad de Miami, tuve el privilegio de ser invitada junto a mi familia, espere encontrar un suntuoso festejo desbordante de lujos e invitados de alta sociedad, con lujos en exageración y derroche en todo sentido; Con gran sorpresa fue una de las reuniones mas amenas, edificantes y agradables a las que he asistido, los invitados eran personas sencillas, muchos de sus colaboradores en su negocio de restaurante, cocineros, personal de servicio en general, una celebración sencilla, llena de personas que expresaban su admiración y respeto por ser tratadas con dignidad y afecto, por todos los miembros de la familia, donde lo más importante era compartir.

Su calidad humana es admirable, un gran ejemplo a seguir, siempre afectuoso, dispuesto a ofrecer una mano amiga, su empatía, comprensión y generosidad son invaluables.

Como esposo, el Señor Genaro García Luna, es un ejemplo de compañerismo y respeto. Su relación con la Señora Cristina Pereyra es un testimonio de su compromiso, amor y la capacidad de construir una vida juntos con integridad y apoyo mutuo. Su habilidad para mantener una relación saludable y armoniosa es algo que muchos aspiran a emular.

Agradezco inmensamente la oportunidad que he tenido de compartir con ellos como familia y conocerlos en diferentes etapas. En el ámbito profesional, el señor Genaro García Luna, se ha destacado como un individuo brillante e inteligente. Su ética de trabajo, honestidad y transparencia son cualidades que reflejan su carácter y compromiso hacia la excelencia, siempre he admirado que el propósito principal de su brillantez, inteligencia y sabiduría es buscar aportar a la sociedad en general de manera positiva.

Su capacidad para emprender con éxito proyectos y colaborar de manera efectiva con otros demuestra su dedicación y habilidad en su campo.

Es un profesional que no solo se enfoca en sus propios objetivos, sino que también se preocupa genuinamente por el bienestar y el éxito de quienes lo rodean.

En resumen, el señor Genaro García Luna, es una persona de carácter impecable, honestidad inquebrantable y una profunda preocupación por los demás. Su inteligencia, emprendedorismo y compromiso en todos los aspectos de su vida son cualidades que lo convierten en un individuo sobresaliente y digno de admiración. No tengo dudas de que cualquier persona o entidad que tenga el placer de trabajar con él, o de contar con su amistad, será enormemente beneficiada.

Si requiere más información o desea discutir con mayor profundidad mis observaciones, no dude en contactarme a mi número de teléfono directo ███████████████ o al correo electrónico ██████████████████████

Atentamente,

Monica E Sarmiento

**<u>TRANSLATION</u>**

August 22, 2024  530, 670

**Honorable Brian M. Cogan**
**United States District Judge**
**United States Courthouse**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

I address you with all due respect to express my most sincere and unconditional support to Mr. Genaro García Luna, whom I have the honor to know for approximately 12 years. During this time, I have had the privilege to observe up close his exemplary performance in multiple aspects of his life, and I can say without doubt that he is one of the most admirable and respectable individuals I have known.

As a father, Mr. Genaro García Luna has shown a commitment and dedication that are truly inspiring. His ability to balance love, discipline and unconditional support to his children is admirable.

I have witnessed how he has fostered a family environment full of love, respect and growth, and I am convinced that his positive influence and his sound guidance had a deep impact on the lives of his children.

In his role as a friend, Mr. Genaro García Luna is a pillar of trust and support. His loyalty, generosity and ability to listen are attributes that set him apart, making him a constant source of inspiration and encouragement to those of us around him.

I particularly remember the first chance we had to spend time together during the birthday celebration of his daughter Luna. They were just relocating here to Miami, and I had the privilege of being invited with my family; I expected to find a sumptuous celebration, overflowing with luxuries and high-society guests, with hyped treats and excesses in every sense. To my great surprise, it was one of the most agreeable, edifying and pleasant gatherings I have been to. The guests were simple individuals, many of them his associates in his restaurant business, cooks, service staff in general. It was an unaffected celebration, full of people who expressed their admiration and respect for being treated with

dignity and affection by all family members, where the most important thing was to share.

His human quality is admirable. He is a great example to be followed, always affectionate, willing to offer a friendly hand; his empathy, understanding and generosity are priceless.

As a husband, Mr. Genaro García Luna is an example of partnership and respect. His relationship with Mrs. Cristina Pereyra is a testimony to his commitment, love and the ability to build a life together with integrity and mutual support. His ability to maintain a healthy, harmonious relationship is something many people strive to emulate.

I am immensely grateful for the opportunity I have had to share with them as a family and to get to know them at various stages.

Professionally, Mr. Genaro García Luna has stood out as a brilliant and intelligent individual. His work ethic, honesty and transparency reflect his character and commitment to excellence. I have always admired that the main purpose of his brilliancy, intelligence and wisdom is to contribute to society in general in a positive way.

His ability to successfully undertake projects and to efficiently cooperate with others demonstrate his commitment and ability in his field.

He is a professional who not only focuses on his own objectives but who also genuinely cares about the welfare and success of those around him.

In sum, Mr. Genaro García Luna is an individual with an impeccable character, unflinching honesty and a deep concern for other people. His intelligence, entrepreneurship and commitment in all aspects of his life are qualities that render him an outstanding individual who is worthy of admiration.

I have no doubt that any individual or institution having the pleasure of working with him or having him as a friend shall hugely benefit from it.

Should you require any further information, or if you should wish to discuss my remarks in further detail, do not hesitate to contact me at my direct telephone number, ███████████████ or via email, ███████████████

Yours very truly,

Monica E. Sarmiento

**H. JUEZ DE DISTRITO DE LOS ESTADOS UNIDOS BRIAN M. COGAN, CON RESIDENCIA EN EL PALACIO DE JUSTICIA DE LOS ESTADOS UNIDOS EN EL DISTRITO ESTE DE NUEVA YORK, CON DIRECCIÓN EN 225 CADMAN PLAZA ESTE BROOKLYN, NUEVA YORK, C.P. 11201**

**P R E S E N T E:**

Me permito dirigirme a usted con el más profundo respeto y consideración, deseándole éxito en el cumplimiento de sus nobles e importantes funciones.

Mi nombre es Rebeca Garcia Andrew, tengo 46 años y soy sobrina de Genaro Garcia Luna.

La razón por la cual me atrevo a escribirle es para ofrecerle una humilde pero sincera reflexión sobre la persona que he conocido durante toda mi vida.

Si bien mi relación con Genaro en los primeros años de mi vida fue esporádica, mi primer recuerdo significativo de él surge en su boda, cuando tenía entre 14 y 15 años. Aquel fue un día memorable, no solo por la celebración en sí misma, sino por la calidez, la gentileza y el sincero aprecio que Genaro mostró hacia cada uno de los asistentes. Este evento marcó el inicio de mi verdadera comprensión del hombre íntegro y devoto que él es.

Con el transcurso del tiempo, pude observar en él un ser humano profundamente comprometido con los valores familiares y sociales. Genaro ha sido un hijo ejemplar, un hermano protector y un tío siempre dispuesto a ofrecer un consejo sabio y desinteresado. A pesar de la naturaleza absorbente de sus responsabilidades profesionales, siempre demostró una notable sencillez y educación, virtudes que, como es de su conocimiento en México no son comunes entre quienes ocupan altos cargos en la administración pública.

En su ascenso profesional, particularmente como titular de la Agencia Federal de Investigación y luego como Secretario de Seguridad Pública, Genaro se condujo con un inquebrantable compromiso con la seguridad y el bienestar de México. Sus logros, que son vastos y reconocidos tanto a nivel nacional como internacional, se alzan como un testimonio de su dedicación incansable y de su amor por la patria.

Recuerdo vívidamente una conversación que tuve con un amigo de mi esposo, quien compartió aulas con Genaro durante su formación en la Universidad Autónoma Metropolitana. Este amigo me relató con admiración la empatía y el apoyo incondicional que Genaro brindaba a sus compañeros, así como su genuino deseo de contribuir a la seguridad del país. Estos relatos confirman mi percepción de él como un hombre de firmes convicciones y un profundo sentido del deber.

Genaro ha dejado un legado que perdura, siendo la creación de la Plataforma México uno de sus mayores logros en la lucha contra el crimen organizado. Esta iniciativa, entre muchas otras, refleja su inquebrantable compromiso con la construcción de un México más seguro y próspero.

Genaro siempre ha sido un hombre que enseñaba a los demás, los principios de legalidad, lealtad, honradez, ética y disciplina, en eso siempre fue un mentor y por eso siempre ha sido una persona íntegra, con sus principios y su forma de participar en la vida.

Es un hombre que se comprometió con México, recuerdo que al ir a visitarlo a su oficina, llamaba a mi atención, todas las oficinas de seguridad de los Estados Unidos que estaban junto a la suya, hombre convencido en colaborar con los norteamericanos, fue condecorado por varias agencias estadounidenses y se veía que colaboraban juntos con muchos logros en común, es una persona que admira a USA, tan es así que al terminar su gestión, se fue a residir a Miami, nunca imaginó seguramente, por lo que iba a tener que pasar en el territorio de sus amigos, ese gran territorio (land of the free, home of the brave).

Quisiera contarle a mi edad me tocó vivir ciertas etapas de mi país, vivíamos diferente, podíamos salir a caminar, andar en bici, en pocas palabras, podíamos ser libres, conforme fueron pasando los años México empezó a ser diferente, la inseguridad empezó a desbordarse y la vida de nosotros los ciudadanos, cambió radicalmente y las instituciones de seguridad fueron abandonadas y se convirtieron en una basura.

Genaro García, tuvo la grandiosa oportunidad de pertenecer en la institución del Centro de Investigación y Seguridad Nacional (especie de CIA y FBI), en dónde empezaba su carrera en seguridad pública y le trajo  gran experiencia, pero un día llegó el momento que el presidente de la república (Felipe Calderón Hinojosa), le llama y le pide que haga una de las tareas más difíciles del momento, crear nuevas instituciones de seguridad y vanguardia a nivel mundial, pero aunado a eso, la tarea de combatir al crimen, es decir de manera simultánea, crear nuevas instituciones y tener que enfrentar al crimen organizado, ya que el país presentaba un problema muy serio, en la seguridad interna, su profesión como ingeniero, le permitió crear nuevas agencias de seguridad, que fueron ejemplo a nivel mundial, hoy en día su creación es exactamente la misma que han venido usando todos estos años, desde que se retiró, lo extrañamos mucho como familia, pero su ausencia la resentimos como ciudadanos, mi país en este momento, está pasando por la crisis más grande de inseguridad de la que se tenga memoria, hay un descontrol total del crimen organizado y han ganado terreno al gobierno, situación que menciono, porque Genaro había podido lograr poner orden y lograr resultados en materia de seguridad y los ciudadanos lo percibíamos, ahora es todo lo contrario, estos logros fueron elogiados y reconocidos por el mismo país, que hoy en día lo acusa.

En México al escucharse la noticia de la detención, todos los actores políticos y ciudadanos, dieron la espalda y aprovecharon el momento electoral para usar su nombre, sin aún estar sentenciado, lo que hemos pasado aquí, por el desprestigio y el uso desmesurado de opiniones, sin conocer de fondo y sin que aún haya sido sentenciado, ha sido la peor de las pesadillas para todos nosotros, de las que quisiéramos despertar y decir, just a bad dream, se le ha destruido su vida, personal, profesional y lo peor y más indignante para él es perder su reputación y dignidad, no sólo la de él, la de sus hijos, esposa y su familia

No tengo interés más allá en esta carta más que poder transmitir a su honorable señoría, sobre quien es la persona que conocí durante todo estos años, lo extrañamos como nunca y sabemos muy bien la clase de hombre íntegro, decente y de un gran corazón, recuerdo que de él dependían también las cárceles de Máxima Seguridad y el velaba por una reinserción social adecuada y sobre todo humana, también fue galardonado por haber integrado un plan de educación pública, para todos los reos y estos pudieran superarse y ser mejores personas.

Es mi sincera esperanza que mis palabras, humildemente expresadas en esta carta, puedan servir como un pequeño reflejo del carácter y la integridad de Genaro Garcia Luna. Agradezco profundamente su atención y el valioso tiempo que ha dedicado a leer estas líneas.

Dios lo bendiga y bendiga a los Estados Unidos de Norte América.

Rebeca Garcia Andrew.

<u>**TRANSLATION**</u>

**HON. BRIAN M. COGAN, UNITED STATES DISTRICT JUDGE, RESIDING AT THE UNITED STATED COURTHOUSE, EASTERN DISTRICT OF NEW YORK, AT 225 CADMAN PLAZA EAST, BROOKLYN, NEW YORK 11201**

Allow me to address you with the deepest respect and consideration, wishing you success in the discharge of your lofty and important duties.

My name is Rebeca García Andrew. I am 46 years old and am Genaro García Luna's niece.

The reason why I venture to write you is to provide you with a humble albeit honest reflection on the individual I have known throughout my life.

Although my relationship with Genaro was sporadic in the early years of my life, my first significant memory of him dates back to the time of his wedding, when I was around 14 - 15 years old. That was a memorable day, not only because of the celebration itself, but also because of the warmth, kindness and genuine appreciation shown by Genaro towards each one of those who attended it. This event marked the beginning of my true understanding of the upright and devoted man he is.

Over time, I was able to see that he is a human being who is deeply committed to family and social values. Genaro has been an exemplary son, a protective brother and an uncle who has always been willing to dole out wise and uninterested advice. Despite the demanding nature of his professional duties, he always displayed a remarkable unaffectedness and good manners, virtues which, as you may know, are not common among those holding high-level positions in Mexico's public administration.

In his career advancement, particularly as head of the Federal Investigative Agency and then as Secretary of Public Security, Genaro was driven by an unshakeable commitment to Mexico's security and welfare. His wide-ranging and recognized achievements, both nationally and globally, are testimony to his tireless dedication and his love for the motherland.

I vividly remember a conversation I had with a friend of my husband's, who shared the same lecture halls with Genaro during his studies at the Autonomous Metropolitan University. This friend talked to me with admiration about the empathy and unconditional support given by Genaro to his fellow students, as well as his genuine wish to contribute to the safety of the country. These stories confirm my personal perception that he is a man of firm convictions with a deep sense of duty.

Genaro has left behind a lasting legacy, this being the establishment of the Mexico Platform, one of his greatest achievements in the fight against organized crime. This initiative, among many others, reflects his unwavering commitment to building a safer and more prosperous Mexico.

Genaro has always been a man who taught others the principles of legality, loyalty, honesty, ethics and discipline, always being a mentor in those fields, and that is why he has always been an upright person, with his principles and his manner of taking part in life.

He is a man who was committed to Mexico. I remember that when I would go visit him at this office I was struck by the fact that all U.S. security offices were next to his; he was a man convinced of cooperating with the Americans, who was decorated by several U.S. agencies; you could see that they jointly cooperated and had many common achievements. He is an admirer of the U.S.A., so much so that at the end of his tenure he moved to Miami to reside there. He certainly never imagined what he would have to go through in the land of his friends, that great land (land of the free, home of the brave).

I would like to tell you that at my age I have had to live through certain stages in my country. We used to live differently, we could go out for a walk, take a bike ride; in a few words, we could be free. As the years went by, Mexico became a different country: the lack of security began to get out of control and the lives of us, the citizens, radically changed. The security institutions were abandoned and turned into garbage.

Genaro García had the great opportunity of being a member of the Center of Investigation and National Security (a sort of CIA and FBI) at the outset of his career in public security, and he gained a great deal of experience. But the time came one day when the President of the Republic (Felipe Calderón Hinojosa) gave him a call and asked him to undertake one of the most difficult tasks at the time: to create new and state-of-the-arts security institutions worldwide and, added to this, the task of fighting crime; that is, to simultaneously create new institutions and to face organized crime, as the country had a very serious problem regarding its internal security. As an engineer by profession, he was able to create new security agencies that became a worldwide example; today, they are exactly the same in their design and have been used that way all these years since he retired. As a family, we miss him greatly, but we feel his absence as citizens. Right now, my country is going through the greatest lack of security crisis in living memory; there is an absolute lack of control due to organized crime, which has gained ground vis-à-vis .the government. I mention this situation because Genaro had managed to bring order and achieve results in the area of security, which we noticed as citizens. Now it is all the contrary. These achievements were praised and recognized by the same country accusing him today.

When news of his arrest reached Mexico, all political actors and citizens turned their backs and took advantage of the upcoming election to use his name, even though he had not yet been convicted. What we have gone through here on account of the disparagement and the excessive uttering of opinions, without having in-depth knowledge and with him not yet having been sentenced, has been the worst nightmare for all us, from which we would like to awake and say, it was just a bad dream. His life, both personal and professional, has been destroyed, and the worst and most infuriating thing for him is having forfeited his reputation and dignity – not only his, but that of his children, wife and family.

I have no other interest with this letter than to be able to convey to Your Honor who the person is that I knew during all these years. We miss him like never before and we know quite well the kind of upright, decent man that he is, with a great heart. I also remember that maximum security prisons were also under his control, and he would see to an adequate social reintegration – particularly a humane one. He was also awarded a prize for having included a public education scheme for all convicted felons towards their self-improvement and becoming better human beings.

It is my sincere hope that my words, humbly stated in this letter, may serve as a small reflection on Genaro García Luna's character and integrity. I deeply appreciate your attention and the valuable time devoted by you to reading these lines.

May God bless you and bless the United States of North America.


Rebeca García Andrew

Aítza Aguilar Sánchez
████████████████

Agosto 28, 2024

El Honorable Brian M. Cogan
Juez de Distrito de los Estados Unidos
Palacio de Justicia de los Estados Unidos
Distrito Este de Nueva York
225 Cadman Plaza Este
Brooklyn, Nueva York 11201

Estimado Juez Cogan,

Me permito dirigirme a usted para compartir mi perspectiva sobre Genaro García Luna, a quien conocí a finales de 2006, a unos días de asumir su responsabilidad como Secretario de Seguridad Pública. En aquel entonces, yo trabajaba en la oficina de la Presidencia de la República y desde ahí tuve el honor de conocer de cerca su trabajo, lo que me permitió constatar su desempeño personal y profesional así como su dedicación y compromiso con el servicio público, entablamos una amistad de respeto y colaboración.

Genaro García Luna es un mexicano de gran integridad y valor que siempre ha puesto sus capacidades y talentos al servicio de su país. Su trayectoria dentro del servicio público se distingue por su contribución al fortalecimiento y construcción de instituciones de seguridad en México, como la Policía Federal. Su liderazgo fue clave para diseñar e implementar un modelo de seguridad integral que respondiera a los retos de nuestro tiempo.

Es un hombre de disciplina y principios, profundamente comprometido con el respeto institucional y con un constante interés en el estudio y la mejora continua. Promovió la investigación académica y el debate público, estableciendo bases sólidas para la colaboración entre investigadores, académicos, autoridades gubernamentales y la sociedad en general en la formulación de políticas públicas de seguridad.

Durante su administración, logró expandir significativamente la Policía Federal, incrementando su fuerza de 6,000 a 36,000 elementos en tan solo

seis años. Este crecimiento no solo representó un aumento en número, sino también en calidad, al integrar a más de siete mil jóvenes egresados de universidades a funciones de investigación, análisis y generación de inteligencia operativa. Además, fue el impulsor de la Plataforma México, un sistema tecnológico innovador que facilitó la sistematización, procesamiento e intercambio de información táctica y estratégica entre los tres niveles de gobierno, mejorando de manera notable la eficiencia en la prevención del delito y en la respuesta ante amenazas a la seguridad.

Bajo su liderazgo, también demostró una profunda sensibilidad hacia los miembros de la institución, esforzándose por mejorar la calidad de vida de los hombres y mujeres que formaban parte de ella.

Uno de los momentos más destacados y admirables de su gestión se dio en octubre de 2008, cuando, frente a amenazas de interrupción violenta durante un importante debate legislativo sobre la reforma energética, el entonces Secretario García Luna dirigió personalmente con eficacia la protección del recinto, garantizando la integridad de los senadores y el desarrollo de la sesión. Este acto, calificado por muchos como inédito, fue un testimonio de su habilidad estratégica, su liderazgo y su compromiso con la democracia.

También tuve la oportunidad de conocer a su familia, formada por personas decentes, honestas, educadas y también comprometidas con su país. Esta cercanía me permitió observar de primera mano su unión familiar, basada en el respeto y la comunicación, lo cual refleja aún más su integridad personal.

Confío en que estos antecedentes sobre el carácter y las contribuciones de Genaro García Luna serán considerados por usted con detenimiento. Agradezco de antemano la atención prestada a la presente.

Respetuosamente,

Aítza Aguilar Sánchez

**TRANSLATION**

Aitza Aguilar Sánchez

August 28, 2024

Honorable Brian M. Cogan
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Cogan,

Allow me to write to you to share my point of view regarding Genaro García Luna, whom I met in late 2006, a few days after he took charge of his duties as Secretary of Public Security. At that time, I worked at the office of the President of the Republic and, from there, I had the honor of closely becoming acquainted with his work, which allowed me to confirm his personal and professional performance, as well as his dedication and commitment to public service. We struck up a friendship of respect and cooperation.

Genaro García Luna is a Mexican of great integrity and courage, who has always placed his skills and talent at the service of his country. His track record within the government sector was distinguished by his contribution to strengthening and building Mexico's security institutions, such as the Federal Police. His leadership was a key factor in designing and implementing a comprehensive security model adapted to the challenges of our times.

He is a man of discipline and principles, who is deeply committed to institutional respect and who has a continuing interest in education and self-improvement. He promoted academic research and public debate, thus establishing solid foundations for cooperation among researchers, academics, government authorities and society in general to formulate public security policies.

During his tenure he managed to significantly increase the Federal Police, by increasing their numbers, from 6,000 to 36,000, in only six years. This growth

not only represented an increase in number, but also in quality, as over 7,000 young university graduates joined in to discharge duties involving research, analysis and operational intelligence generation. In addition, he promoted the Mexico Platform, an innovative technological system that facilitated the systematization, processing and exchange of tactical and strategic information among the three branches of government, thus significantly improving efficiency regarding crime prevention and the response to security threats.

Under his leadership, he also displayed a deep sensitivity towards the agency's members, striving to improve the quality of life of the men and women making part of it.

One of the most outstanding and admirable moments of his tenure occurred in 2008, when, in the face of threats to violently interrupt an important legislative debate on energy reform, the then Secretary García Luna personally and efficiently led the protection of the chamber, thus guaranteeing the safety of the senators and the development of the session. This action, which was considered by many to be unheard-of, was a testimony to his strategic ability, his leadership and his commitment to democracy.

I also had the chance to meet his family, consisting of decent, honest, well-mannered and educated individuals, who are also committed to their country. This closeness allowed me to observe first-hand the family union, an union based on respect and communication, which reflects even more on his personal integrity.

I trust that this background information about Genaro García Luna's character and contributions will be carefully taken into consideration by you. I thank you in advance for your attention to this letter.

Respectfully,

Aítza Aguilar Sánchez

**August 29th, 2024**

**Ivan Ramirez**



**The Honorable Brian M. Cogan**
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Cogan,

I am writing to you in support of my dear friend, Genaro García-Luna, whom I have known for over twelve years. Throughout our long-standing friendship, I have come to know Genaro as a highly disciplined and professional individual, deeply committed to his work in the security and intelligence industry. He is not only a skilled businessman but also a compassionate and caring person who has significantly impacted my life and the lives of many others.

One of the most admirable aspects of Genaro's character is his dedication to education and mentorship. I have always been inspired by his passion for teaching and mentoring at the University of Miami, where he generously shared his knowledge and experience with his students. He was incredibly proud of the business he was building in the security and intelligence sector, aiming to provide comprehensive data and analytics on a global and national level to guide decisions on where to conduct business worldwide. Genaro often spoke of his high-profile partnerships with organizations such as the CIA and FBI, which he leveraged to further his goal of fostering a safer and more informed business environment.

Over the years, our friendship deepened as he welcomed me and my wife, Monica Sarmiento, into his family circle. We were honored to attend numerous birthday celebrations at his home, where we witnessed firsthand the deep love and devotion he has for his family. Genaro is a devoted father who has always prioritized raising his children with strong values of education and discipline. His pride in living in the United States was evident, and he was particularly proud of his children's achievements—both of whom graduated from high school with honors and were accepted into top universities.

I respectfully ask for leniency in Genaro's sentencing. Genaro is a respected individual, an excellent father, and an amazing husband. His commitment to his family and community reflects his character, and I believe he poses no harm to society. I ask that he be given the minimum sentence possible or even an opportunity to be set free.

If you require more information or would like to discuss my observations in greater depth, please do not hesitate to contact me at my direct phone number, █████████████, or via email at ███████████████

Thank you for considering my letter and considering the positive impact Genaro has had on so many lives. I trust that you will find him deserving of mercy and compassion.

Sincerely,
**Ivan Ramirez**

Guadalajara, Jalisco, México a 30 de agosto de 2024

**El Honorable Juez**
**Brian M. Cogan**
**Juez de Distrito de los Estados Unidos**
**Palacio de Justicia de los Estados Unidos**

Apreciable Juez Cogan, reciba un cordial saludo y me dirijo hacia Usted en estas líneas para poner a su consideración respecto a la sentencia que dictará al señor Genaro García Luna, que me une un lazo consanguíneo, ya que es el hermano menor de mi difunto padre, Felipe García Luna, mi nombre es Adrián García Padilla, mexicano y tengo 47 años.

Señoría, le comento que desde que tengo uso de razón, he estado muy cercano a Genaro (nunca le dije tío por la poca edad que me lleva), siempre ha sido un ser humano preocupado por su familia, a quienes nos apoyó en una o varias etapas de nuestras vidas e incluso sin solicitarlo, ya que para él, su prioridad era que su familia estuviera bien, recuerdo las convivencias los domingos en la casa de mis abuelos, en los que todos nos sentábamos alrededor de la mesa a degustar la comida que nos gustaba y a platicar, Genaro siempre bromeaba y se percibía alegre, gustoso de tener a su familia a su lado.

Hablar de Genaro es simplemente decir que es un mexicano que siempre antepuso a México sobretodo, que tenía un alto estándar de valores y moral que incluso nos exigía a nosotros desde que éramos niños; recuerdo una anécdota de esa época en la que habré tenido 8 o 9 años de edad, que nos visitó al estado de Sonora y mi padre, patrocinaba un equipo de soccer y durante su visita, Genaro se ofreció a ser nuestro entrenador y recuerdo que antes de cada partido nos reunía y nos decía que siempre diéramos nuestro máximo esfuerzo, que jugáramos limpio y ayudáramos a los demás compañeros para trabajar en equipo con el fin de obtener el mejor resultado, recuerdo de la pasión que tenía por entregar todo, regresaba sin voz de cada juego de la pasión, entrega y compromiso que le imprimía a su rol como entrenador y que, sin temor a equivocarme, le puso a cada uno de los puestos que tuvo como servidor público en nuestro país.

Honorable Juez Cogan, conozco a mi tío y le puedo decir que es una persona que siempre trabajó por el bien de nuestro país, que siempre tuvo en mente que nos fuera bien a todos, que desde sus padres, mis abuelos, nos enseñaron e inculcaron que el esfuerzo, preparación y trabajo honesto, son la directriz por la cual debíamos salir adelante en la vida.

Recuerdo que Genaro, escuchaba una canción que, desde mi punto de vista, la consideraba su segundo himno, fue compuesta por un cantautor español de nombre León Gieco, le comparto la letra de esa melodía que casi siempre que te subías a su auto, la estaba escuchando:

*"Solo le pido a Dios*
*Que el dolor no me sea indiferente*
*Que la reseca muerte no me encuentre*
*Vacío y solo sin haber hecho lo suficiente*

*Solo le pido a Dios*
*Que lo injusto no me sea indiferente*
*Que no me abofeteen la otra mejilla*
*Después que una garra me arañó esta suerte*

*Solo le pido a Dios*
*Que la guerra no me sea indiferente*
*Es un monstruo grande y pisa fuerte*
*Toda la pobre inocencia de la gente*
*Es un monstruo grande y pisa fuerte*
*Toda la pobre inocencia de la gente*

*Solo le pido a Dios*
*Que el engaño no me sea indiferente*
*Si un traidor puede más que unos cuantos*
*Que esos cuantos no lo olviden fácilmente*

*Solo le pido a Dios*
*Que el futuro no me sea indiferente*
*Desahuciado está el que tiene que marchar*
*A vivir una cultura diferente*

*Solo le pido a Dios*
*Que la guerra no me sea indiferente*
*Es un monstruo grande y pisa fuerte*
*Toda la pobre inocencia de la gente*
*Es un monstruo grande y pisa fuerte*
*Toda la pobre inocencia de la gente".*

Honorable Juez Cogan, considero que Genaro, le pido encarecidamente que considere mis palabras al juzgar a mi tío, que es un mexicano que sirvió a nuestro país de manera íntegra y honesta, que jamás se burlaría de la ley (de su país o del nuestro) y que siempre nos inculcó con el ejemplo, de hecho, de esa época que fue nuestro entrenador de soccer, yo cometí un error y agarré la pelota de soccer que había entrado en la portería contraria y con ello ganáramos el juego, pero dependía de que yo dijera la verdad de que si había o no agarrado la pelota, él me dijo, "no importa lo que resulte, pero tú siempre tienes que hablar con la verdad" y fue algo que quedó grabado en mí.

Agradezco la atención bridada a estas líneas que deseo las considere para sentencia que dictara a Genaro. Reciba un cordial saludo.

Respetuosamente

Adrián García Padilla
Examinador en Poligrafía

██████████████████

**TRANSLATION**

Guadalajara, Jalisco, Mexico, August 30, 2024

**Honorable Judge**
**Brian M. Cogan**
**United States District Judge**
**United States Courthouse**

Esteemed Judge Cogan, cordial greetings to you. I am writing these lines to you to submit to your consideration the sentence you will impose on Mr. Genaro García Luna, to whom I related by blood, as he is the youngest brother of my late father, Felipe García Luna. My name is Adrián García Padilla, Mexican, 47 years old.

Your Honor, as far as I can remember, I have been very close to Genaro (I never called him uncle due to the short age difference between us), he has always been an individual concerned for his family, who has supported us at one or several stages in our lives, even without requesting it, as his priority was for his family to be all right. I remember the times spent together Sundays at my grandparents', when we would always sit around the table to enjoy the food we liked and to talk. Genaro was always joking and you could see he was happy, glad to have his family by his side.

To talk about Genaro is simply to say that he is a Mexican who has always put Mexico above everything, who had a high standard of values and morals, who even made demands on us since we were kids; I remember an anecdote from that time, when I was maybe eight or nine years old, and he visited us in the state of Sonora. My father sponsored a soccer team and, during his visit, Genaro volunteered to be our coach. I remember he would gather us before each match and would tell us to always give our best effort, to play clean and to help the other team members work as a team to achieve the best result. I remember his passion for giving his all, he would come back hoarse from each game because of the passion, devotion and commitment in his role as a coach and, I can safely say, he infused the same qualities to each of the jobs held by him as a public servant of our country.

Honorable Judge Cogan, I know my uncle and I can tell you that he is an individual who always worked for the good of our country, who was always mindful that we should do all right; his parents -- my grandparents -- taught us and instilled in us that effort, preparation and honest work are the guiding thread to get ahead in life.

I remember that Genaro would listen to a song which, in my opinion, was considered by him to be his second hymn. It was written by a Spanish singer-songwriter by the name of León Gieco. I am sharing with you the lyrics of that song, which he would listen to almost every time you got into his car:

| | |
|---|---|
| *"I only pray to God* | *"Solo le pido a Dios* |
| *"Not to be indifferent to pain* | *Que el dolor no me sea indiferente* |
| *"That harsh death won't find me* | *Que la reseca muerte no me encuentre* |
| *"Empty and lonely not having done enough* | *Vacío y solo sin haber hecho lo suficiente* |

| | |
|---|---|
| *"I only pray to God* | *Solo le pido a Dios* |
| *"Not to be indifferent to unfairness* | *Que lo injusto no me sea indiferente* |
| *"Not to be slapped on the other cheek* | *Que no me abofeteen la otra mejilla* |
| *"After a claw scratched this fate of mine* | *Después que una garra me arañó esta suerte* |
| | |
| *"I only pray to God* | *Solo le pido a Dios* |
| *"Not to be indifferent to war* | *Que la guerra no me sea indiferente* |
| *"It is a big monster stepping heavily on* | *Es un monstruo grande y pisa fuerte* |
| *"All the poor innocence of the people* | *Toda la pobre inocencia de la gente* |
| | |
| *"I only pray to God* | *Solo le pido a Dios* |
| *"Not to be indifferent to deception* | *Que el engaño no me sea indiferente* |
| *"If a traitor can do more than a few people* | *Si un traidor puede más que unos cuantos* |
| *"Don't let those people to easily forget him* | *Que esos cuantos no lo olviden fácilmente* |
| | |
| *"I only pray to God* | *Solo le pido a Dios* |
| *"Not to be indifferent to the future* | *Que el futuro no me sea indiferente* |
| *"Hopeless is he who has to go away* | *Desahuciado está el que tiene que marchar* |
| *"To live in a different culture* | *A vivir una cultura diferente* |
| | |
| *"I only pray to God* | *Solo le pido a Dios* |
| *"Not to be indifferent to war* | *Que la guerra no me sea indiferente* |
| *"It is a big monster stepping heavily on* | *Es un monstruo grande y pisa fuerte* |
| *"All the poor innocence of the people."* | *Toda la pobre inocencia de la gente".* |

Honorable Judge Cogan, I consider that Genaro— I strongly urge you to consider my words when judging my uncle, who is a Mexican who served our country in an upright and honest manner, who would never made a mockery of the Law (either that of your country or ours) and who always led us by example, since that time when he was our soccer coach. I once made a mistake and grabbed the soccer ball that had gone into the adversary's goal and thus we would win the match, but this hinged on whether I would tell the truth as to whether or not I had grabbed the ball. He told me, "The result does not matter, but you always have to tell the truth." That was deeply etched within me.

I thank you for your attention to these lines that I wish you should consider for sentencing Genaro. I remain cordially yours.

Respectfully,

Adrián García Padilla
Polygraph Examiner

**El Honorable Brian M. Cogan**
**Juez de Distrito de los Estados Unidos**
**Palacio de Justicia de los Estados Unidos**
**Distrito Este de Nueva York**
**225 Cadman Plaza Este**
**Brooklyn, Nueva York 11201**

Con todo respeto me dirijo a usted, Sr. Juez, para hacer de su conocimiento mi experiencia profesional y, hasta cierto punto, personal con el Ing. Genaro García Luna, con el fin de que la sentencia que usted tenga a bien imponerle por los delitos que fue acusado y encontrado culpable, sea una justa y acorde a los valores humanos, dentro de la Ley, que la Justicia estadounidense ha dado ejemplo en innumerables ocasiones.

Mi experiencia profesional con él empieza en el período 2010-2012, cuando fui asesor en la Coordinación de Asesores del Secretario de Seguridad Pública Federal, cuyo titular era el Ing. García Luna.

Mi responsabilidad durante ese período fue trabajar como enlace, coadyuvante y apoyo a los principales proyectos de la Subsecretaria de Planeación y Desarrollo Institucional. Durante los 2 años que laboré en la Coordinación de Asesores, mi relación y trato con el Ing. García Luna se limitó a uno meramente de carácter profesional e institucional, con pocas interacciones directas con él, por la obvia naturaleza jerárquica; pero, siempre apoyó el trabajo realizado e incluso, exigía que fuéramos más proactivos y con la visión de que estábamos construyendo una institución fundamental para el Estado mexicano y era un proyecto a largo plazo, estuviera él o no encabezándolo.

Posteriormente, en la iniciativa privada (2014), durante un período de seis meses fue mi jefe directo; él como Director General y yo como Director de Información y Análisis. En este breve período, con un trato más directo y en cierto grado personal, encontré a una persona afable y respetuosa, orgullosa de su trayectoria profesional desde que empezó a trabajar en el Gobierno de México y hasta donde había llegado, siempre resaltando la importancia de que todo era por el bien de México, pero sobre todo de la gente, que merecía vivir en paz y protegida por sus autoridades. El proyecto no tuvo la viabilidad financiera requerida, por lo cual se nos liquidó a todos los empleados.

No omito mencionar que, durante esta etapa, generalmente a él le gustaba reunirse, dos o tres veces al mes, con el equipo de trabajo que yo encabezaba para conversar y compartirnos experiencias profesionales a fin de motivar y dar sentido de pertenencia a un proyecto, y que no éramos solamente empleados.

Poco más de un año después (2015), el Ing. García Luna me buscó para invitarme a su nuevo proyecto, una consultoría propia que estaba en proceso de constitución. Sin embargo, no llegamos a ningún acuerdo, ya que el sueldo que él me ofrecía no era atractivo, y él mismo lo reconocía, pero me pedía hacer el esfuerzo toda vez que apenas estaba empezando. Ofrecimiento que, si bien agradecí, también rechace.  Durante las dos reuniones que tuvimos para ese fin su comportamiento conmigo fue excepcional y comprensivo. Esa fue la última vez que lo vi de manera personal o tuve trato de manera directa con él.

En suma, Honorable Sr. Juez, hasta donde pude apreciar en el aspecto profesional y personal al Ing. García Luna, puedo decir que encontré un funcionario público comprometido con el país, orgulloso de ser un funcionario público por más de 20 años y del trabajo de construcción institucional que estaba encabezando para México y su seguridad, además de presumir el trabajo de cooperación que había logrado edificar con instituciones de Estados Unidos, España y Colombia. En el sector privado, a las características antes mencionadas, podría agregar dos: una persona afable y atenta, a la vez que a través de sus platicas/enseñanzas buscaba potencializar las capacidades de todos los integrantes del equipo.

Por lo anterior, le reitero con todo el respeto, que tenga a bien a considerar las cualidades apreciadas por quien esto escribe a fin de que la sentencia que Usted dictará en fechas próximas, sea acorde.

Sin otro particular, le reitero mi más atenta y distinguida consideración.


Luis Oliver Navarro

**TRANSLATION**

**Honorable Brian M. Cogan**
**United States District Judge**
**United States Courthouse**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, New York 11201**

I respectfully write to you, Your Honor, to bring to your attention my professional experience and, to a certain extent, my personal experience with Eng. Genaro García Luna, in order that the sentence you may see fit to impose on him for the crimes he was charged with and found guilty be a fair one, in accordance with human values, within the law, as the U.S. Justice has set an example on countless occasions.

My professional experience with him began in the 2010-2012 time period, when I worked as an advisor at the Coordinating Office of Advisors for the Federal Secretary of Public Security, the incumbent of which was Eng.  García Luna.

My duties during that time were to work as a liaison, as an adjunct and to provide support to the main projects undertaken by the Office of the Assistant Secretary for Planning and Institutional Development. During the two years I worked at the Coordinating Office, my relationship and dealings with Eng.  García Luna were merely professional and institutional, with a few direct interactions with him, given the obvious hierarchy; but he always supported the work carried out and even demanded that we should be more proactive and envision that we had set out to build, on a long-term basis, an essential institution for the Mexican State, regardless of whether or not he was heading it.

Subsequently, he was my direct boss for a period of six months during the Private Initiative  (2014); he worked as Director General and I worked as Director of Information and Analysis. During this brief period of time when we had more direct dealings with one another and, to a certain extent, personal, I found him to be an affable and respectful  individual , who was proud of both his professional  track record since he began to work for the Government of Mexico and how far he had come, while always stressing the importance  that everything  was for the good of Mexico and , above  all, for the people , who deserved to live in peace and protected by their authorities . The project did not meet with the required financial viability, that is why all employees were let go.

It would be remiss of me not to mention that, during this stage, he liked to meet two or three times a month with the working team headed by myself to discuss and to share professional experiences in order to motivate and to give a sense of belonging to a project, making us feel that we were not mere employees.

About a year later (2015), Eng. García Luna sought me out to invite me to join his new project, his own consulting business, which he was in the process of setting up. However, we did not reach any agreement, as the salary he was offering me was not attractive enough, as he himself admitted, but he asked me to make an effort as he was just starting. Although I appreciated the offer, I also refused it. During the two meetings I had with him for that purpose, his behavior towards me was exceptional and understanding. That was the last time I personally saw him or had direct dealings with him.

In sum, Honorable Judge, as far as I could see I can say that I found Eng. García Luna, both professionaly and personally, to be a civil servant committed to the country, proud to be a civil servant for over 20 years, as well as proud of heading the institutional-building project intended for Mexico's security, in addition to touting the cooperation he had managed to achieve with institutions in the United States, Spain and Colombia. In the private sector, I could add two characteristics to the above-mentioned ones: he was an affable and caring individual, while seeking to enhance the abilities of all team members through his discussions/teachings.

By virtue of the above, I respectfully reiterate to please consider the qualities noted by the undersigned, so that the sentence you shall impose shortly will be the appropriate one.

Yours faithfully,


Luis Oliver Navarro

CARTA PARA EL HONORABLE BRIAN M. COGAN
JUEZ DE DISTRITO DE LOS ESTADOS UNIDOS

Bogota,19 de septiembre de 2024.

HONORABLE JUEZ BRIAN M COGAN
JUEZ DE DISTRITO DE LOS ESTADOS UNIDOS
PALACIO DE JUSTICIA DE LOS ESTADOS UNIDOS
DISTRITO ESTE DE NUEVA YORK
225 CADMAN PLAZA ESTE
BROOKLYN,NUEVA YORK, 11201

COMEDIDAMENTE ME PRESENTO COMO EL GENERAL EN RETIRO DE LA
POLICIA LUIS MONTENEGRO M CON C           DE LA POLICIA DE
COLOMBIA,EN DONDE TUVE EL HONOR Y GLORIA DE PRESTAR SERVICIOS
DURANTE 44 AÑOS.

OSTENTE EL CARGO DE SUBDIRECTOR DE LA INSTITUCION.

RESPETUOSAMENTE ME DIRIJO A USTED HONORABLE JUEZ BRIAN M
COGAN,PARA INFORMARLE QUE CONOZCO HACE VARIOS AÑOS AL
INGENIERO GENARO GARCIA LUNA, EN MI CALIDAD DE MIEMBRO DE LA
POLICIA NACIONAL DE COLOMBIA, EN EL GRADO DE GENERAL.

LOS ENCUENTROS BUSCABAN INERCAMBIO DE INFORMACION PARA
LOGRAR ACIERTOS EN LA LUCHA,COMBATE TRANSNACIONAL CONTRA EL
CRIMEN ORGANIZADO.

CONSIDERANDO LO ANTERIOR , CONOCI AL INGENIERO GENARO GARCIA
CUANDO ERA JEFE DE LA OFICINA DE LA AFI EN EL 2001.

LA AGENCIA FEDERAL DE INVESTIGACION, REGISTRABA SU FORTALEZA EN
APLICAR EL CICLO DE INTELIGENCIA EN LA INVESTIGACION CONTRA EL
COMBATE AL CRIMEN ORGANIZADO.

PARA OCUPAR EL CARGO COMO JEFE DE ESTA OFICINA IMPLICABA
REGISTRAR EXCELENTES CUALIDADES DESTACANDO, HONESTIDAD,
HONORABILIDAD, PREVIA SELECCION ENTRE VARIOS CANDIDATOS.

SUS CONOCIMIENTOS EN EL AREA JUDICIAL, CORAJE Y PROFESIONALISMO., PERMITIERON A LOS MANDOS SUPERIORES UBICARLO COMO MAXIMO JEFE DE LA AFI.

POR ESTA RAZON , LA POLICIA DE COLOMBIA CONSIDERO QUE SE ESTABLECIERAN ALIANZAS PARA LOGRAR EFICIENCIA EN EL CONTROL DE DELITO.INTERNACIONAL.

POSTERIORMENTE ,EL SUSCRITO EN CALIDAD DE GENERAL EN RETIRO

FUI LLAMADO POR EL GOBIERNO DE MEXICO EN EL PERIODO 2006 AL 2012

COMO ASESOR DE LA SECRETARIA DE SEGURIDAD PUBLICA DE MEXICO,QUE ESTABA BAJO LA DIRECCION DEL INGENIERO GENARO GARCIA LUNA.( 2006)

EL PRESIDENTE FELIPE CALDERON LO NOMBRO COMO JEFE DE ESTE DE ESPACHO PORQUE FUE ESCOGIDO,SELECCIONADO ENTRE VARIOS CANDIDATOS, CONSIDERANDO SU EXPERIENCIA EN LA AFI Y OTRAS AGENCIAS DE SEGURIDAD,DONDE DEMOSTRO HONESTIDAD,ETICA, CORAJE,HABILIDADES PARA MANEJAR ESTA SECRETARIA O MINISTERIO., TENIENDO EN CUENTA QUE EN MEXICO AUMENTABA EL NUMERO DE CARTELES DEDICADOS AL TRAFICO DE DROGAS ESPECIALMENTE.

COMO CONSECUENCIA DE LO ANTERIOR AUMENTABA EL NUMERO DE VICTIMAS,ENFRENTAMIENTOS ENTRE BANDAS.

ENTRE LAS EJEMPLARES ESTRATEGIAS QUE EL INGENIERO ADOPTO FUE CREAR EN EL 2009 LA POLICIA FEDERAL,ENTIDAD ENCARGADA SOLAMENTE DE COMBATIR EL CRIMEN ORGANIZADO.

ASIMISMO CREO ESTRATEGIA INTEGRAL PREVENTIVA Y COMBATE AL DELITO.

LOS RESULTADOS DE ESTAS MEDIDAS SE PUEDEN SEÑALAR EN EL REGISTRO ESCRITO ESTADISTICO, DE LAS AUTORIDADES DE LA EPOCA, QUE INDICAN EL NUMERO DE CAPTURAS DE CABECILLAS DE LOS CARTELES,QUE PERMITIO DESMENBRAR ESTAS ORGANIZACIONES.

""ANTE LOS MAGNIFICOS RESULTADOS ALCANZADOS POR LA SECRETARIA Y POLICIA FEDERAL DE MEXICO,EL GOBIERNO DE COLOMBIA A TRAVES DE LA POLICIA NACIONAL CONDECORO EN BOGOTA , ALINGENIERO CON LA MEDALLA ""AL MERITO CATEGORIA EXCEPCIONAL"""EN EL AÑO 2011 IMPUESTA POR EL PRESIDENTE JUAN MANUEL SANTOS.

PARA QUE SE OTORGUE LA CITADA COONDECORACION EL GOBIERNO Y POLICIA DE COLOMBIA TUVO EN CUENTA EN PRIMERA INSTANCIA LAS CUALIDADES DEL CONDECORADO,COMO

HONORABILIDAD,ETICA.,CORAJE,EXPERIENCIA,ACERTADA TOMA DE DECISIONES AJUSTADAS,ORIENTADAS A LOGRAR EL CONTROL Y DESMANTELAMIENTO DEL CRIMEN ORGANIZADO.

ES PROPICIA LA OCASIÓN PARA SEÑALAR QUE LA RELACION PROFESIONAL Y AMISTOSAS Y DE RESULTADOS CONTRA EL DELITO, EN 2008, LA CONSIDERA EL GOBIERNO DE MX,DESIGNANDOME COMO MIEMBRO INTERNACIONAL DE EXPERTOS EN INTELIGENCIA EN MI CALIDAD DE ASESOR CONSULTOR EXTERNO EXTRANJERO EN TEMAS RELACIONADAS CON LAS TENDENCIAS DEL CRIMEN ORGANIZADO DURANTE TRES AÑOS,

DURANTE EL PERIODO QUE TUVE EL HONOR Y GLORIA DE ASESORAR AL INGENIERON GENARO GARCIA EN SU CALIDAD DE JEFE DE LA SECRETARIA DE SEGURIDAD,OBSERVE LAS CALIDADES MORALES Y PROFESIONALES QUE OSTENTABA Y APLICABA EN SU TRABAJO DIARIO FRENTE AL DELITO.

LO ANTERIOR CONSTITUIA LA RAZON UNICA POR LA CUAL EL SUSCRITO ACEPTO EL CARGO DE ASESOR DE LA SECRETARIA ,PORQUE ESTABA EN MANOS DE UN PROFESIONAL QUE DABA GUSTO Y HONOR PRESTARLE ASESORIA EN EL DESARRLLO DE SU TRABAJO.

AL FINALIZAR EL TRABAJO EN EL GOBIERNO, EL INGENIERO CREO LA EMPRESA CONSULTING,CONSULTORIA EN TEMAS DE SEGURIDAD,POLITICA Y ECONOMIA.

A RAIZ DE ESTAS RELACIONES PROFESIONALES NACIO UNA AMISTAD QUE PERMITIO QUE EL INGENIERO PUDIERA DEMOSTRAR SUS MAYORES CALIDADES HUMANA, SU HONORABILIDAD,BONDAD,GENEROSIDAD ,SENTIMIENTOS HUMANOS,RESPETO HACIA OPINIONES DE LOS DEMAS ACTORES DE LA EMPRESA.

LA EMPRESA DEL INGENIERO SE TITULABA GLAC SECURITY CONSULTING TECNOLOGY RISK MANAGEMENT

CUMPLIA CON ASESORAR EN EL CONTROL DEL DELITO CIBERNETICO, SE CREABA UN CORPORATIVO DE CIBERSEGURIDAD .INCLUIA ANALISIS PREDICTIVOS,EN LO ECONOMICO ,FINANCIERO Y EN SEGURIDAD.

SIMULTANEAMENTE EL Y SUSCRITO APORTABAMOS NUESTROS CONOCIMIENTOS Y EXPERIENCIA ADQUIRIDAS EN NUESTROS PAISES,,PARA DISEÑAR ESTRATEGIAS PARA CONTROLAR CRIMEN ORGANIZADO INTERNACIOAL.SE CUMPLIA ESTA TAREAS EN AÑOS 2016 Y 2018,19.

LAS ASESORIAS ERA ESPORADICAS,NO PERMANENTES AQUÍ EN BOGOTA
O EN CIUDAD DE MX. A LA EMPRESA CREADA POR EL INGENIERO.

""""APROVECHO EL FINAL PARA RELATAR UN CASO QUE MUESTRA SUS
,RASGOS Y CARACTERISTTICAS HUMANAS DEL INGENIERO GENARO
GARCIA LUNA, ASI ::::

"""EN EL AÑO 2009 ESTANDO EN MEX EN UNA PRESENTACION ANTE
FELIPE CALDERON SOBRE CONTROL DEL DELITO, SE ME PRESENTO UN
"""**VERTIGO**" DE CONSECUENCIAS MAYORES PARA MI ESTADO DE SALUD
AL CAER AL PISO.

GENARO ME LEVANTO DEL PISO Y ME PRESTO PERSONALEMENTE
PRIMEROS AUXILIOS Y LUEGO LLEVANDOME AL HOSPITAL
,PERMANECIENDO A MI LADO DURANTE TODA LA NOCHE,

. AL SIGUIENTE DIA ACOMPAÑADO VIAJE A BOGOTA DIRECTO AL HOSPITAL
DE LA POLICIA ."""

LA ATENCION INMEDIATA DEL INGENIERO GENARO GARCIA ,ME SALVO LA
VIDA,POR ESO LO LLEVO EN EL CORAZON"


ATENTAMENTE


General® Luis Montenegro R.

EX SUBDIRECTOR POLICIA NACONAL DE COLOMBIA


POR LEALTAD Y RESPETO ME PERMITO RELACIONAR LOS LIBROS DE
AUTORIA DEL ING GENARO GARCIA RELACIONADOS CON TEMAS DE
SEGURIDAD ESPECIALEMTE.

PARA QUE EL INGENIERO SE ATREVIERA A ESCRIBIR TAN EXCELENTES
OBRAS ,LA PRIMERA CUALIDAD QUE SOBRESALE ES SU AUTORIDAD
MORAL PARA TRATAR EN DETALLE EN LOS LIBROS EL MODUS OPERANDI
DELINCUENCIAL Y COMO COMBATIRLO.

5

REGISTRO ALGUNOS LIBROS DE SU AUTORIA,ASI ;;

PLATAFORMA MEX:TECNOLOGIA DEL NUEVO MODELO DE POLICIA(2012)

LAS BASES SOCIALES DEL CRIMEN ORGANIZAADO

INDICADORES DE SEGURIDAD PUBLICA EN MX

LA POLICIA FEDERAL:UNA NUEVA INSTITUCION PARA MX

UN NUEVO MODELO DE POLICIA EN MX

ATLAS DE LA SEGURIDAD Y LA  DEFENSA DE MEXICO 2016

CONTRA EL CRIME ¡¡¡PORQUE  1661 CORPORACIONES DE POLICIA NO BASTAN?

**TRANSLATION**

Letter to the Honorable Brian M. Cogan,
United States District Judge

Bogota, September 19, 2024

Honorable Judge Brian M. Cogan
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I respectfully introduce myself as Ret. Police General Luis Montenegro M., holder of Colombian Police I.D. ███████, where I had the honor and the glory of rendering services for 44 years and held the position of the agency's Assistant Director.

I respectfully write to you, Honorable Judge Brian M. Cogan, to advise you that I have known Engineer Genaro García Luna for several years, in my capacity as member of Colombia's National Police, with the rank of General.

The purpose of the meetings was to exchange information to succeed in the transnational fight against organized crime.

Because of the above, I first met Engineer Genaro García in 2001, when he was the chief of the Federal Investigative Agency (AFI, per its Spanish acronym).

AFI's strong suit was to implement the intelligence cycle in the investigation to fight organized crime.

To hold the position of chief of this agency meant possessing excellent qualities, among which honesty and uprightness stood out, after a selection process among several candidates.

His knowledge in the judicial area, his courage and professionalism made it possible for the high command to designate him as AFI's top chief.

Because of this, the Colombian Police deemed that alliances should be established to achieve efficiency in controlling international crime.

Subsequently, in my capacity as retired general, I was called by the Mexican government to act as advisor, between 2006 and 2012, at Mexico's Secretariat of Public Security, headed by Engineer Genaro Garcia Luna (2006).

President Felipe Calderón appointed him as head of this office because he had been chosen, selected, among several candidates, while considering his experience at AFI and other security agencies, where he demonstrated honesty, ethics, courage – abilities to run this department or ministry – and taking into account that the number of cartels in Mexico particularly engaged in drug trafficking was on the rise. As a consequence of the above, there was a spike in the number of victims and face-offs among gangs.

The establishment of the Federal Police, the agency in charge of doing nothing but fight against organized crime, was one among the exemplary strategies adopted by the engineer. He also established a comprehensive, preventive strategy to fight against crime.

The results of these measures can be pointed out in the written, statistical records kept by the then authorities, indicating the number of captured cartel ringleaders, thus allowing the dismantling of these organizations.

"""In view of the great results achieved by Mexico's Secretariat and Federal Police, the government of Colombia, through the National Police, honored the engineer in Bogota in 2011, by awarding him the ""Medal for Merit, in the exceptional category,""" given to him by President Juan Manuel Santos.

To grant the above-mentioned award the government and Colombian police took into account, first and foremost, the qualities of the honored individual, such as uprightness, ethics, courage, experience and proper decision-making aimed at achieving the control and dismantling of organized crime.

It is proper to point out that the professional and friendly relationship, as well as the results in the fight against crime, were taken into account by the Mexican government in 2008 by designating me as a member of international intelligence experts, for a period of three years, in my capacity as foreign, external advisor/consultant on issues relating to organized crime trends.

During that time period I had the honor and the glory to advise Engineer Genaro García in his capacity as Chief, Secretariat of [Public] Security. I noticed the moral and professional qualities possessed by him, which he applied to his daily work regarding crime.

The foregoing was the only reason why the undersigned accepted the position of advisor at the Secretariat, because it was in the hands of a professional, and it was a pleasure and an honor to provide him with advice to carry out his work.

At the conclusion of working for the government, the engineer established a consulting company, a consulting office in the areas of security, politics and economy.

A friendship developed as a result of these professional relationships, which allowed the engineer to demonstrate his greater human qualities, his uprightness, goodness, generosity, human feelings and respect for the opinions of other actors within the company.

The name of the engineer's company was Glac Security Consulting Technology Risk Management. It provided consulting services regarding cybercrime control, which included predictive analysis in the areas of economics, finances and security.

Simultaneously, he and the undersigned contributed our knowledge and experience acquired in our respective countries to design strategies to control international organized crime. Such tasks were carried out in 2016 and 2018, [20]19.

Consultancy services to the company established by the engineer were sporadic as opposed to permanent, either here in Bogota or in Mexico City.

"'I also take advantage of coming to an end to tell you about a case which demonstrates the human characteristics of Engineer Genaro García Luna, as follows ::::

"In 2009, while I was at a presentation on crime control in Mexico before Felipe Calderón I suffered a vertigo episode and fell down to the floor, with major consequences given my health condition.

"Genaro lifted me off the ground and personally provided first aid to me, he then took me to the hospital. He stayed by my side throughout the night.

"The next day I flew with an escort to Bogota and went straight to the police hospital.

"The immediate attention provided to me by Engineer Genaro García saved my life, that is why I hold him in my heart."

Very truly yours,

ATENTAMENTE

General Ret. Luis Montenegro R.

Former Assistant Director, Colombian National Police

█████████████████

Out of loyalty and respect, I take the liberty of listing books written by Eng. Genaro García, particularly in connection with the subject of security.

In order for the engineer to dare write such excellent works, the first outstanding quality is his moral authority to deal in detail in the books with the criminals' *modus* operandi and how to fight against it.

5

I am listing some books written by him, as follows:

*Mex Platform, Technology for the New Police Model/Plataforma* mex, tecnologia del nuevo modelo de policia (2012)

*Social Basis of Organized Crime/Las bases sociales* del crimen organizado

*Public Security Indicators in Mx/Indicadores de* seguridad publica en Mx

*The Federal Police, a New Institution for Mx/La policia federal, una nueva*

*institución para Mx*

*A New Model of Police in Mx/Un nuevo modelo de policia en Mx*

*Security Atlas and Mexico's Defense/Atlas de la seguridad y la  defensa de Mexico, 2016*

*Against Crime, Why are 1661 Police Corporations not Enough?!!! /Contra el crimen ¡¡¡por qué 1661 corporaciones de policia no bastan?*

30 de agosto del 2024

Por medio de la presente me dirijo a usted para expresar mi sentir por la situación del Ing. Genaro García Luna tengo de conocerle más de 30 años y conmigo siempre fue muy atento, respetuoso nunca fue grosero con las personas que estaban en su alrededor él y toda la familia hemos tenido una relación muy sana.

Todo lo que se refiere a su trabajo siempre lo ha llevado con honestidad y tratando de ayudar a todos y a todas que colaboraban con él.

Persona muy estudiosa y capaz de llevar su trabajo con respeto y honestidad, siempre pensando en mejorar el nivel de la policía, con capacitación, estudio, haciéndolo que ejercitaran para que ellos estuvieran con un nivel óptimo.

Esperando que la situación mejore en todos los sentidos.

Atte. Paola Gálvez (Cuñada)

**TRANSLATION**

August 30, 2024

I hereby write to you to express my feelings regarding Eng. Genaro García Luna's situation.  I have known him for over 30 years, and he has always been very caring and respectful towards me. He has never been rude towards the people around him, and the whole family has had a very healthy relationship with him.

Everything having to do with his work has been carried out with honesty, while trying to help all men and women working with him.

He is a very well-read individual, capable of performing his work with respect and honesty, while always thinking of improving the level of the police through training and study and making them work out so they would be at peak level.

I look forward that the situation will improve in all aspects.

Vty, Paola Gálvez (Sister-in-law)

30 de agosto del 2024

Por medio de la presente me dirijo a usted por la situación y expresar mi admiración y respeto por la imagen del ingeniero Genaro García Luna

Tengo de conocerle 13 años y conmigo siempre fue muy atento, respetuoso nunca fue grosero con las personas que estaban cerca del siempre hemos tenido una relación muy sana con toda la familia y sus conocidos.

Siempre que compartimos momentos con él fue excelente y generoso con todos.

En su vida laboral ha sido muy entregado y profesional con todo lo que se refiere a su trabajo lo ha llevado a ser un ejemplo para mí por la disciplina y empeño que mostró en su proceder hacia a la gente.

Atte. D█████ R████████ (Sobrino)

**<u>TRANSLATION</u>**

August 30, 2024

I hereby write to you on account of the situation and to express my admiration and respect for the image of Eng. Genaro García Luna.

I have known him for 13 years and he has always been very kind and respectful towards me; he has never been rude towards the people around him, we have always had a very healthy relationship with the whole family and acquaintances.

He has been excellent and generous with everyone whenever we have spent time together.

He has been very committed and professional during his working life in connection with everything having to do with his job; his discipline and commitment have been an example to me, as well as his conduct towards people.

Vty, D█████ R████████ (Nephew)

30 de agosto del 2024

Por medio de la presente, quiero expresar lo que siento respecto a la situación del Ing. Genaro García Luna, a quien tengo el privilegio de conocer desde hace 18 años. A lo largo de este tiempo, he llegado a admirar su disciplina, responsabilidad y el respeto con el que siempre se dirige a los demás. Su dedicación hacia su esposa e hijos es un ejemplo de cómo, pese a las adversidades que la vida pueda presentar, él les enseñó que la vida es como una montaña rusa: a veces estás en la cima, otras veces abajo, pero nunca debes rendirte, porque no intentarlo puede costar caro en la vida.

En su ámbito profesional, el Ing. García Luna siempre ha demostrado un profundo compromiso con su trabajo, desempeñándolo con disciplina y entregando lo mejor de sí. Además, su colaboración ha sido invaluable para facilitar la carga de quienes han trabajado a su lado.

Es una persona de gran dedicación y compromiso, que ha demostrado ser sumamente estudiosa y capaz en el desempeño de su labor. A lo largo de su carrera, ha mantenido un enfoque inquebrantable en la mejora continua de la institución policial, siempre actuando con respeto y honestidad. Su visión ha sido la de elevar los estándares a través de la formación y el estudio constante, asegurándose de que los elementos reciban la capacitación necesaria para alcanzar un nivel de excelencia. Además, ha subrayado la importancia de mantener una buena condición física, impulsando a los elementos a ejercitarse regularmente para estar en óptimas condiciones y así cumplir con sus responsabilidades de manera eficiente y efectiva. Su liderazgo se refleja en su compromiso de llevar a la policía a nuevos niveles de profesionalismo y rendimiento.

Atte. Carlos Ramírez (Sobrino)

**TRANSLATION**

August 30, 2024

I hereby want to express what I feel regarding Eng. Genaro García Luna's situation, whom I have the privilege of knowing for 18 years. Throughout this time, I have come to admire his discipline, responsibility and respect with which he addresses people. His devotion to his wife and children is an example of how, despite the adversities that life may throw one's way, he has taught them that life is like a roller coaster: sometimes you are up, sometimes you are down, but you must never give up, because failure to not try might cost you dearly.

Professionally, Eng. García Luna has always displayed a deep commitment to his work; he has performed with discipline, while always giving the best of himself. In addition, his cooperation has been priceless to ease off the burden on those who have worked side-by-side with him.

He is an individual with a great sense of dedication and commitment, who has proven to be extremely well-read and capable in the performance of his work. Throughout his career, he maintained an unwavering approach aimed at continuously improving the police force, while always acting with respect and honesty. His vision has been one of raising standards through training and continuing education, while assuring that members should get the required training to reach a level of excellency. In addition, he stressed the importance of keeping in good physical condition, while pushing members to regularly work out to be in top shape to thus efficiently and effectively discharge their duties. His leadership was reflected in his commitment to leading the police to new levels of professionalism and performance.

Vty, Carlos Ramírez (Nephew)