# **EXHIBIT C**



*Colombia* – May 2011, Award from government of Colombia for his outstanding work in the fight against transnational drug trafficking.



*Spain* – October 2001, Award from Spanish Order of Police Merit with Red Distinctive for his outstanding work in the fight against terrorism.



*Ecuador* – May 2005, Award from National Police in recognition of his valuable contribution and cooperation.



*Colombia* – April 2011, Award for outstanding work in the fight against drug trafficking.




*United States* – May 2006, Award from the Department of Homeland Security for his support and involvement in an initiative that led to the seizure of over $51 million.



*Russia* – Award from the Ministry of Interior of Russia.



*Ukraine* – Award from the Ministry of Internal Affairs of Ukraine.





*Mexico* – Award from the Attorney General's Office of the Republic of Mexico for his outstanding work to combat organized crime.

*United States* – June 2005, Award from the United States Drug Enforcement Administration ("DEA") in recognition for his valuable contribution in the fight against drug trafficking.





*Mexico* – Awards from CISEN for excellence and award of the medal of courage.



*United States* – Award from the Central Intelligence Agency ("CIA").



*Germany* – September 2005, Award from INTERPOL.



*United States* – April 2012, Award from CIA In Recognition of "Your Friendship, Collaboration and Support during your ten years as Secretary of Public Security".



*Colombia* – Award from Colombian National Army.



*United States* – Award from the DEA.



*France* – Award from French Police.



*Spain* – Award from Spanish Police.



*Bulgaria* – Award from Bulgarian Police.



*Mexico* – April 2007, Award from College of National Defense.



*United States* – 1999, Award from FBI National Academy.



*United States* – January 2003, Award from the DEA.



*Mexico* – October 2004, Award from INTERPOL.



*Honduras* – Award from Honduran Police.



*United Kingdom* – Award from the Information Commissioner's Office.



*Monaco* – Award from Public Safety.



*Spain* – Award from the Spanish Police.



*Mexico* – Award from State Attorney's Office.



*Panama* – Award from the Government of Panama.



*Mexico* – Award from CISEN.



*United States* – Award from the DEA.



*Mexico* – April 2008, Award from College of National Defense.



*United States* – May 2001, Award from the DEA.



*Mexico* – December 2011, Award from Chamber of Commerce.



*Mexico* – 1996, Award from CISEN.



*China* – 1998, Award from the Republic of China.



*Germany* – Award from German Federal Police.



**Mexico** – 2004, Award from International Association of Law Enforcement Intelligence Analysts ("IALEIA").



**Mexico** – December 2011, Award from XXIX Mining Convention.



*United States* – April 2011, Award from the International Drug Enforcement Conference ("IDEC").



*United States* – December 2002, Award from U.S. Customs Service.



*United States* – December 2002, Award from U.S. Immigration and U.S. Customs Service



*United States* – January 2007, Award from DEA.



*Mexico* – May 2005, Award from Chihuahua State Prison.



**Canada** – July 2004, Award from Canadian Police.



*Colombia* – July 2006, Award from Colombian Police.



*Costa Rica* – October 2005, Award from Costa Rican Police.



*Spain* – 2001, Award from Spanish Police.



*United States* – Award from DEA.



*Mexico* – October 2012, Award from CISEN.