# **EXHIBIT D**

Honorable Juez

Brain M Cogan

Con su mayor respeto lo saluda Gustavo Rodriguez ID 30692510 para hacerle saber
que conosco al Sr Genaro Garcia Luna desde el mes de Marzo del 2024 desde
el primer dia que lo conosco siempre se porto como una persona muy servicial
brindandose a los companeros y ayudando con clases a preparar el examen de GED
y los demas programas que nos ofrecen las instalaciones de MDC Brooklyn,
tambien es una persona que nos incentiva muchos a los companeros a prepararse,
seguir estudiando leyendo y practicar deportes, nos suele dar charlas muy informativas
ya que es una persona con muchos conocimientos en diferentes materias la cual ayuda
a los companeros en especial en la situacion en la que nos encontramos, nunca lo vi
violar alguna regla de la institucion al cotrario incentiva a los companeros que sigamos y
cumplamos las reglas como la institucion nos exige me despido con le mayor respeto y
espero que estas lineas puedan ayudar a  reflejar lo que el Sr Genaro Garcia Luna es
entre los companeros en esta institucion de MDC Brooklyn.

GUSTAVO RODRIGUEZ

**TRANSLATION**

--------------------------------------------------------------------------------

Honorable Judge

Brain [*sic*] M Cogan

I, Gustavo Rodríguez, ID 30692510, greet you with the utmost respect to let you know that I have known Mr. Genaro Garcia Luna since March, 2024. From the very first day I met him he has been very helpful and has offered his assistance to the fellow inmates, as well as has helped them with classes to get ready for the GED test and all other programs offered to us at the facilities of the MDC, Brooklyn. He also encourages many fellow inmates to get trained, to continue to study, to read and to practice sports; he usually gives us very informative talks, as he has a great deal of knowledge of various subjects, which is particularly helpful to the fellow inmates, especially in the situation in which we find ourselves. I have never seen him violate any of the institution's rules; on the contrary, he motivates the fellow inmates to go on and abide by the rules required of us by the institution.

I bid you farewell with the utmost respect and hope that these lines may help to reflect what Mr. Genaro Garcia Luna represents among the fellow inmates at this institution, the MDC, Brooklyn.

s/Gustavo Rodriguez

Honorable; Juez Brian M Cogan

La presente es para notificarle,
que Conozco al Sr Genaro Garcia Luna
desde que llegue aqui a MDC Brooklyn
y Me Complace hablar de este Señor
porque es un honor. El Señor
Garcia Luna es un educador de
excellencia y se preocupa por cada uno
de Sus estudiantes respecto al GED
y el ESL aunque yo no sea estudiante
de el, en lo personal me enseña
ciencia, valores y modales. El
Señor Garcia Luna excellente persona

Omar Castro Ortiz
19030-069

**TRANSLATION[1]**

Honorable Judge Brian M. Cogan

This is to advise you that I have known Mr. Genaro García Luna since I arrived here at the MDC, Brooklyn. I am pleased to speak about this man because it is an honor. Mr. García Luna is an excellent educator, who cares about each one of his GED and ESL students.  Although I am not a student of his, he personally teaches me science, values and manners.
Mr. García Luna is an excellent person.

s/Omar Castro López
19030-069

---

[1] Translator's Note: Handwritten letter.

Honorable juez

Brian M Cogan.

Soy Oscar Correa arango una persona privada de la libertad desde el 3 de febrero de 2021 detenido en brooklyn MDC e tenido el privilegio de conocer al Sr Genaro garcia luna en Este lugar, una persona muy generosa En Sus Capacidades y Conocimiento, muy culta y Con una Entrega muy grande Por los demas.

aca se le Conoce por Ser entre otras cosas Como El profesor de todos los que queremos aprovar el Examen de GED.

tiene el record de Ser el profesor DE los que mas an aprovado Este examen En Este Establecimiento.

Una persona lider en organizar todo lo que le Sirve a nosotros los presos.

Una persona muy disciplinada y
amante de los deportes, y para
mi personalmente un gran Sr.

att:
    Oscar Correa arango.
    N° 65803-510.

**TRANSLATION[1]**

Honorable Judge
Brian M. Cogan

I am Oscar Correa Arango, imprisoned at the MDC, Brooklyn, since February 3, 2021. I have had the privilege of meeting Mr. Genaro García Luna at this place, a very generous person with his abilities and knowledge. He is very educated and is greatly committed towards other people.

Among other things, he is known over here as being the teacher of all of us who want to pass the GED exam.  He holds the record as being the teacher with the most students who have passed this exam at this institution.

He is a leader organizing everything useful to us inmates.

He is a very disciplined person and a lover of sports. To me, personally, he is a great gentleman.

Vty,

s/Oscar Correa Arango
No. 65803-510

---

[1] Translator's Note: Handwritten letter.

Honorable Juez                28/8/24
Brian M. Cogan

mi nombre es Raimon Romero
# 64230-509 recluso en brooklyn MDC.

Le escribo para hablarle del señor
genaro garcia Luna.

Tengo a mediados de dos años y medio
de conocerlo, para mi el Señor genaro
ha sido de mucha ayuda del cual yo
estoy inmensamente agradecido gracias
a el hoy tengo mi diploma GED.

es una persona que siempre esta
dispuesto ayudar a los demas, siempre
saca de su tiempo para aconsejarnos y
motivarnos para cuando salgamos de
esta situacion poder integrarnos en
la sociedad y ser mejores personas
y podamos seguir estudiando para hacer
las cosas bien.

el señor genaro es un gran ser
humano con mucha integridad y
mucho valores al cual yo Respeto
mucho.

**<u>TRANSLATION<sup>1</sup></u>**

8/28/24

Honorable Judge
Brian M. Cogan

My name is Ramon Romero, #64230-509, an inmate at the MDC, Brooklyn.

I am writing to talk to you about Mr. Genaro García Luna.

I have known him for about two-and-a-half years. As far as I am concerned, Mr. Genaro has been a great help, to whom I am immensely grateful. Thanks to him, I now have my GED diploma.

He is a person who is always willing to help other people. He always takes time out of his own time to give us advice and to motivate us when we get this situation over with to be able to reintegrate into society, to be better persons and to be able to go on studying to do things right.

Mr. Genaro is a great human being with a great deal of integrity and many values, whom I respect a lot.

---

<sup>1</sup> Translator's Note: Handwritten letter.

HONORABLE JUEZ
BRIAN M COGAN
MI NOMBRE ES REHINNER MONTOYA GARCIA # PRESO 65799510
CONOZCO AL SEÑOR GARCIA LUNA GENARO HACE MUY POCOS
MESES, PERO HONORABLE JUEZ HA SIDO SUFICIENTE PARA
TENER UN GRAN RESPETO Y ADMIRACIÓN POR DICHO SEÑOR
SEÑOR JUEZ, EL SEÑOR GENARO A DEDICADO SU TIEMPO
SOLO A COMPARTIR SU GRAN CONOCIMIENTO A TODOS Y
CADA UNO DE NOSOTROS SIN NINGÚN REPARO NI RETRIBUCIÓN
ALGUNA. AYUDANDONOS CON NUESTROS PROGRAMAS Y ESTUDIO
DE EL G.E.D EL CUAL YO Y, MUCHOS DE MIS COMPAÑEROS
HEMOS LOGRADO CULMINAR CON EXITO
 HONORABLE JUEZ, EN ESTE HORRIBLE TIEMPO DE PRISION Y
EN LOS MESES QUE LLEVO EN ESTE EDIFICIO M.D.C BROOKLYN
A SIDO UNA PERSONA MUY IMPORTANTE, DEMASIADO
MOTIVANTE. ENSEÑANDONOS QUE SI SE PUEDE Y QUE ATRAVEZ
DE EL ESTUDIO SI PODREMOS.
SEÑOR JUEZ BRIAN M COGAN NUNCA HE VISTO A UNA PERSONA
DEFENDER TANTO UNA CAUSA, SABIENDO QUE ESTARIA EN RIESGO
SU LIBERTAD SU HOGAR, SU FAMILIA. HONORABLE JUEZ ES DE
GRAN PLACER ESCRIBIRLE Y TRATAR DE APORTAR A NUESTRO
COMPAÑERO ASI SEA CON ESTA BREVE CARTA.
AGRADECIENDOLE ASI SEA UN POCO TODO LO QUE EL HA
  HECHO POR NOSOTROS

MUCHAS GRACIAS POR SU ATENCION, QUE DIOS LO BENDIGA
REHINNER MONTOYA SFAM

**TRANSLATION**[1]

Honorable Judge
Brian M. Cogan

My name is Rehinner Montoya García, inmate # 65799510. I have known Mr. Garcia Luna Genaro for a very few months but this has been sufficient, Honorable Judge, to feel a great deal of respect and admiration for that man.

Your Honor, Mr. Genaro has devoted his time to sharing his great knowledge with each and every one of us, without any qualms or compensation. He has helped us with our programs and GED studies, so that I and many of my fellow inmates have successfully completed it.

Honorable Judge, during this horrible time in prison and throughout the months I have spent in this building, the MDC, Brooklyn, he has been a very important and motivating individual, who has taught us that things are possible and "yes, we can" achieve it through study.

Your Honor, Brian M. Cogan, I have never seen an individual champion a cause so much, knowing that he would jeopardize his freedom, his home, his family.

Honorable Judge, it is a great pleasure to write to you and to try to contribute on behalf of our fellow inmate, albeit by this brief letter, thus thanking him a little for everything he has done for us.

Thank you very much for your attention. God bless you.

s/Rehinner Montoya

---

[1] Translator's Note: Handwritten letter.

The Honorable
United States District Judge
Brian M. Gogan
Eastern District of New York
New York, NY

New York, August 31st., 2024

Your Honor,

I take the liberty to write to you in reference to Mr. Genaro Garcia Luna.

I had the pleasure of meeting Mr. Garcia Luna upon my arrival at MDC Brooklyn 4 months ago. Since then, we shared long conversations with him and discovered a well educated, gentle, generous person always available to listen to others showing empathy and moral support when we most need it. Also, thanks to Mr. Garcia Luna I passed my GED exam.

I can only hope that Your Honor will take this letter into consideration when sentencing Mr. Garcia Luna.

I remain at your entire service for any additional information.

Yours sincerely,

Maximilien de Hoop Cartier

To: Honorable Judge Brian M. Cogan,

I, Anthony Pangallo, am writing this letter on behalf of Genaro Garcia Luna.

Unfortunately I have been doing this prison thing for too long. But in that time I learned and observed a lot. When you sit back and watch people, you tend to find it easy to judge somebody and see that persons true character.

I first met Genaro in June 2023. Each morning I would see him with a group of people around him and I got curious why all these people were so concentrated on him. Then I realized it wasn't a regular group of people. Some mornings were Spanish speaking inmates, others were English speaking inmates. And these were inmates he was tutoring. When he would finish tutoring, I would hear him called to the office then disappear. When I started working in the library I learned where he went after tutoring our unit. He would be called to the library to tutor some more.

In my situation the prison was unable to verify my high school diploma and recommended I take the GED so I can work in certain places so I agreed. I told Genaro my situation and I assumed since I already graduated high school that it would be easy but

Genaro went out of his way to get a practice test and sat down with me. I realized I forgot a lot in over 20 years so he helped me and I can honestly say I passed because of him. I tried to pay him for his time but he refused. He genuinely helps people out of the goodness of his heart.

Genaro not only works on bettering himself each day, but he helps others try to be better also. And that is extremely rare, especially when it is someone that does not want anything in return.

It is very easy for inmates to see who deserves to be here, who should get more time, and who doesn't belong. Genaro has never once claimed innocence or denied responsibility. But in my opinion from spending time with him every day, Genaro Garcia Luna does not belong here. Your honor, I hope you can consider this and sentence Genaro to the minimum time possible. Genaro is a very positive and motivated person and I feel he can do more good outside with his family than in here. Thank you for your time and consideration.

Sincerely,

Anthony Pangallo   62645-510

Señor Juez : Brian M. Cogan.

Me llamo Jose Facundo Zarate Morales
#78530-509 resido en brooklin MDC.

Le escribo esta carta para comentarle
que genaro garcia luna es un ser humano
Impresionante, Siempre esta ayudando
a todas las personas de la unidad
para que puedad superarse y ser mejores
ciudadanos.

Les da muchos consejos positivos
para que puedan tomar buenas desiciones
en su vida, en lo Personal ami siempre
se preocupa por mis hijos y mi
familia, siempre me da animo para
seguir adelante.

El es un hombre educado y sobre
todo respetuoso, dedica su tiempo y
energias en ayudar alas demas personas
para que puedan progresar, es una
persona muy ejemplar para todos.

El es muy amable, sincero, pero
sobre todo es un amigo verdadero
que siempre esta dispuesto a sacrificarse
Por los demas, es un exelente Persona
y siempre me esta ayudando y aconsejarme
para poder tomar desiciones correctas
en la vida, para mi es uno de mis
mejores amigos.

**TRANSLATION[1]**

Judge: Brian M. Cogan

My name is Jose Facundo Zarate Morales, #78530-509, living at the MDC, Brooklyn.

I am writing this letter to let you know that Genaro García Luna is an impressive human being. He is always helping all people in the unit in order for them to be able to better themselves and to be better citizens.

He gives them a lot of positive advice so they can take good decisions in their lives. Personally, he always cares about my children and my family, he always encourages me to keep on going.

He is a polite man and, above all, respectful. He devotes his time and energy to helping other people so they can make progress, he is a very good example for all.

He is very kind, sincere but, in particular, he is a true friend who is always willing to sacrifice for others; he is an excellent person and is always helping me and giving me advice to be able to take the right decisions in life. He is one of my best friends to me.

---

[1] Translator's Note: Handwritten letter.

Dear Honorable Judge Brian M. Cogan

I am writing this letter on behalf of
Genaro Garcia Luna, whose subtle and random
acts of kindness have impacted my life in an
extraordinary way. By the way, my name is
Shawn Chappelle. Shawn Chappelle

Last year I've endured a very painful and
pivotal divorce. My mental health was severely affected
and I was secluding myself from others. Mr. Luna
noticed this and considering I am the laundry
porter here and is usually upbeat and social, he
asked me about my affairs and I confided in him,
to an extent, the nastiness and bitter taste of divorce.
The advice he gave me was simply not to stress things
beyond my control, however, Garcia Luna consistantly
checked on me and knowing here I loved chocolate
would suppliment his advice with a candy bar treat.
That means a lot in here Your Honor.
I've been around Garcia Luna for two years and
have watched him facilitate G.E.D. classes for both
spanish and english speaking Adults in Custody. Mr. Luna is
simply a gentleman. Very kind and considerate. Well
mannered and bAlanced. I would highly recommend that
Genaro Garcia luna be the recipient of your Honer's mercy and liency

TRULINCS 10568506 - GIRALDO-CARDOZA, EDUARDO F - Unit: BRO-K-B

--------------------------------------------------------------------------------

FROM: 10568506
TO: Eve, Eve
SUBJECT: legal
DATE: 08/28/2024 02:35:44 PM

Honorable Juez

Brian M Cogan

Mi nombre es Eduard Fernando Giraldo Cardoza mi ID es 10568506.

Respetuosamente me dirijo a su senoria, y le manifiesto que conozco hace 8 meses  al SR Genaro Garcia Luna, el es una persona con demaciada iniciativa para ensenar a sus companeros sobre como resolver los programas que nos ofrece las instalaciones... MDC Brooklyn. Tambien es una persona con mucha humanidad siempre amable con todos, dispuesto a ayudar en lo que pueda, es muy tranquilo y pacifico. Muchas gracias por su tan apreciada atencion.

**TRANSLATION**

------------------------------------------------------------------------------------------------

**TRULINCS 10568506 - GIRALDO-CARDOZA, EDUARDO F - Unit: BRO-K-B**


FROM: 10568506
TO: Eve, Eve
SUBJECT: legal
DATE: 08/28/2024 02:35:44 PM

Honorable Judge

Brian M Cogan

My name is Eduard Fernando Giraldo Cardoza, my ID is 10568506.

I respectfully address myself to Your Honor to state that I have known MR Genaro García Luna for eight months. He is an individual with a lot of initiative, who teaches his fellow inmates how to deal with the programs offered to us by the facility, MDC, Brooklyn. He is also a person with great humanity, he is always kind to everyone, he is willing to help to the extent that he can. He is very quiet and peace-loving. Thank you very much for your esteemed attention.

To Honorable Judge (BRIAN M COGAN)

My Name is DIMEL HICKMAN, I would like to write about a person i met name Genaro Garcia Luna who became a good friend of mine. Even though we've met due to our circumstances (Jail). Not all people you meet at bad places are even bad. Which in truth i can say about my friend Luna being one of the good people Just at a bad place. He's one person that keeps things Peaceful. When someone feeling down he will stop what he's doing to speak to them. I know family is very important to him. We spoke about that on numerous occassions. I know he cares about humanity overall. He never selfish, but selfless he do more for people than people do for him. I never wrote a support for anybody. I took my time out my day because my friend that i met at my lowest deserves another chance of freedom. to be home with his family sooner than later. He's helped alot of people get their GED and get college credits in here. He's a good man, I asked you Honorable Judge (BRIAN M COGAN) to please show leniency to my friend GENARO GARCIA LUNA thank you.

Honorable Juez Brian M Cogan.
El dia de hoy le escribo esta carta con el
Fin de dejarle conocer mis motivos por
los cuales yo pianso que el señor Genaro
garcia luna es una paisana de bien y con
muchos cualidades, por lo cual usted podria
tener en cuenta y tener misericordia de el
en al momento de su condena.
Podria ampezar diciendo que es una persona
respetuosa, muy umable y siempre dispuesto
ayudar a los demas, tambien puedo dar Fé
que es una persona que se preocupa y se
sacrifica siempre con el fin de enseñar, como
Prueba la puedo decir que gracias a el, yo y
muchos de mis compañero logramos ganar el
examen de 6DE. otra de las cosas que le
puedo decir es que al señor garcia luna siempre
todo el tiempo nos inculca buenos valores
nos guia y nos da buenos consejos.
Y para terminar no me queda mas que decirle que
si me pongo a decir todos y cada una de
las cosas buenas que a echo el señor garcia luna
con nosotros y muchas paisanas no Termino de es
cribir esta carta mi nombre es Jey cardenas
y me encuentro en MDC, muchos gracias

**TRANSLATION[1]**

Honorable Judge Brian M. Cogan

I am writing this letter to you today in order to let you know my reasons why I think Mr. Genaro Garcia Luna is a good person with many qualities, which you could thus take into account and be lenient at the time of his sentencing.

I could start out by saying that he is a respectful individual, very kind, and he is always willing to help others. I can also attest that he is a person who cares and who is always committed to teaching. As evidence I can tell you that, thanks to him, myself and many of my fellow inmates managed to pass the GED exam. Another thing I can say is that Mr. García Luna instills good values in us all the time, he guides us and gives us good advice.

To conclude, all I have to say is that if I were to tell you each and every one of the good things Mr. Garcia Luna has done for us and many people, I would never finish writing this letter. My name is Jay Cardenas and I am at the MDC. Thank you very much.

---

[1] Translator's Note: Handwritten letter.

To Honarable Judge
Brian M, Cogan
United States District Court USA

Dear Honable Judge Brian Cogan,
I am writing to recommend
Mr. Garcia Luna has demonstrated
great Character and dedication
at the MDC. Facility. I have has
great plevure working and observed
him interacting with others, Mr. Luna
invested him time and energy into
teaching GED Classes to his fellow
inmates. His pavssion patence have
created a suppordive learnig environment
for his students,

Since I had time to been around
Mr. Luna he has demondstented respect
and Kindness towards staff and fellow
inmates. His love for America and it
democracy are evident of rehablitation
and his personal Growth,

I strongly believe that Mr. Luna
exceptional Character, Compassion to
helping other make him an ideal

Canadate for early Release,
Comparisade Relearc, And Time
served. He had been Achieuring
All his life And Consider these
quities and Achainments in Making
your decision.

Fill free to Contact me Mr. Stern
Jones.

**TRULINCS 00225510 - YU, QING MING - Unit: BRO-K-B**

---------------------------------------------------------------------------------------------------

FROM: 00225510
TO: Barbour, Tina
SUBJECT: DO NOT SEND
DATE: 08/28/2024 03:11:53 PM

Honorable Judge Cogan,

My name is Allen Yu. I am a small business owner here in New York, specializing in construction and development. I am also in custody at MDC Brooklyn in the same unit as Genaro Garcia Luna. I've known Genaro for about a year and a half now, meeting him in April 2023. Genaro is someone that I'm proud to call a friend. I respect and admire Genaro, not because of his accolades and success in the world, but because he is a man who genuinely wants to help and better others. During the high-stress process of my case and trial, Genaro was someone who helped a lot in many aspects. He helped me take my mind off things, which I saw as a very important part of fighting my case. He teaches a GED class at MDC, in both English and Spanish, and he has also been teaching me Spanish since we met. Teaching isn't just something to do for Genaro, it's his way of bringing people upward. Since I've known him, he has always provided positive energy and encourages his fellow people to make the most of their time, whether they be incarcerated or not. He's always willing to listen and help when possible. Genaro in my opinion, is the definition of a good man. He has never shown me anything other than that, and I'm very thankful that I met him.

Sincerely,

Allen Yu