THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

October 15, 2024

*Via* ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *United States v. Genaro Garcia Luna*, 19 Cr. 576 (BMC)

Dear Judge Cogan,

Attached is a letter to the Court from Mr. Garcia Luna for its consideration in connection with his sentencing.

Respectfully submitted,

    /s/

César de Castro
Valerie A. Gotlib
Shannon McManus
Florian Miedel

cc:    All Parties (*via* ECF)

Encl.:  Letter from Genaro Garcia Luna