Juez Brian Cougan

Su Señoría

Soy originario de México, provengo de una familia de Clase media conformada por mis padres y seis hermanos, soy el menor. Fui testigo del esfuerzo incansable de mis padres para proveernos comida, techo y educación; fuimos formados con valores de respeto, honor y amor por la vida; mis hermanos y yo culminamos nuestras carreras profesionales en Universidades Públicas con el apoyo y conducción de mis Padres, con gran sentido ético nos enseñaron a trabajar, respetar a nuestros semejantes, ser personas de bien en la comunidad, libres de vicios y con alto grado de respeto y amor por nuestro país.

Con esos principios me case con una maravillosa mujer con quien forme una familia integrada por dos hijos, quienes significan todo en mi vida. Mi esposa y yo luchamos incansablemente trabajando para mantener a nuestros hijos y ofrecerles en el marco de nuestras posibilidades las mejores condiciones para ser felices en la vida, sin abusos, sin excesos, acorde a nuestros ingresos.

Mi familia fue testigo de mi difícil profesión, con tiempos laborales extenuantes y esfuerzos sobre humanos para luchar contra el crimen y violencia que vive mi país. Somos una familia unida, solidaria, con mucho amor; todo mi tiempo libre era dedicado a mi familia, comíamos juntos, orabamos juntos, estudiamos juntos, hacíamos deporte juntos, caminábamos juntos, reíamos juntos, fuímos extremadamente felices juntos.

Mis hijos crecieron en este entorno, sin vicios, sin maldad, sin excesos, no consumen drogas, no consumen alcohol, no estan ni han estado vinculados con ningun acto de violencia ó delito, mi hija recientemente se graduó de su maestría en la Universidad John Hopkins y mi hijo en la Universidad de Perdue, ambos con becas y préstamos financieros; se trasladan en transporte público junto con mi esposa, mantienen su vida →

① 
② 
③

trabajando, estudiando y ayudando en todo lo posible a la comunidad, como siempre lo hemos hecho.

Desde niño, mis padres me enseñaron el terrible daño que causan las drogas, como destruyen personas, familias y comunidades, desde entonces siempre las he repudiado y rechazado; cuando tuve la responsabilidad de combatir el narcotráfico fui implacable en contra de los criminales que las producen, trafican y lucran con ella; nunca he consumido drogas, no tengo ningún vicio. Cambie mi residencia de México para EUA. buscando condiciones mejores de vida y educación para mis hijos, tengo firme respeto por la ley, comparto los valores de democracia, justicia y desarrollo humano que tiene este país.

Soy de profesión ingeniero con maestría en economía y negocios, como parte de mi formación profesional tuve la oportunidad de ser adiestrado en los servicios de seguridad e inteligencia más reconocidos en mi país, EUA y Europa. Soy el mexicano con más reconocimientos y condecoraciones en estos países por el combate al terrorismo y narcotráfico, sujeto a los más altos estandares de vigilancia, evaluación y control. Dentro de la escala más alta de mis responsabilidades fui depositario de información clasificada como secreta y de seguridad nacional entre EUA y México, tuve la oportunidad personal y profesional de compartir innumerables tareas oficiales del más alto nivel de seguridad para ambos países con profesionales de rango superior de las áreas de inteligencia y seguridad de EUA; impensable tener ese nivel de responsabilidad, información de Estado y de seguridad regional hemisférica, sujeto a niveles de control y vigilancia del mas alto nivel; y al mismo tiempo tener contacto o vínculos con criminales por lucro; son dimensiones totalmente inconsebibles, fuera de realidad.

Cuando la razón de las cosas, las convicciones, el sentido de la vida, los principios y promesas con nuestros Padres son la Familia, la Patria, la comunidad, el dinero NO tiene valor. Toda mi vida y la de mi familia es pública, nuestros ingresos-gastos han sido revisados año con año durante más de 20 años, en nuestra forma de vida no hay excesos, no hay abusos, nuestra conducta en la sociedad siempre ha sido respetuosa y fraterna con la gente que lo necesita, en nuestra historia de vida no hay un registro ó antecedente de contacto ó vínculo con ningún criminal.

La experiencia en la humanidad señala que la mejor forma de educar es con el ejemplo, nadie que esté vinculado con el crimen en particular con el narcotráfico, puede mantener ajena a su familia de este fenómeno ó que su familia no viva o use el dinero y las condiciones que genera este tipo de delito y menos aún tener la autoridad moral para educar y desarrollar personas de bien en la sociedad.

He estado detenido en MDC Brooklyn por un periodo de 58 meses, casi 5 años, en condiciones infrahumanas, he presenciado homicidios, apuñalamientos y amenazas sistemáticas a mi integridad, fui contagiado de COVID recluido en celdas para morir ó en el mejor caso sobrevivir sin medicamento, me tocó ver morir compañeros de unidad. Fui segregado casi un año a celdas de castigo sin haber violado alguna norma al reglamento, no tengo ningún reporte ó registro de mala conducta ó infracción en todo éste tiempo.

En toda ésta adversidad, mi estancia en MDC Brooklyn ha sido reflejo de mi vida, he trabajado todo este tiempo en las diferentes unidades que he estado; en el departamento de Educación soy instructor de GED, desarrollé el programa y contenidos académicos para acreditar y obtener el Certificado de GED que otorga el Gobierno del Distrito de Columbia. De igual forma soy instructor de los programas para consumidores de droga, para educar acerca de los riesgos del uso de drogas y

motivar a los internos para buscar tratamiento durante su encarcelación.

Esto ha permitido que decenas de internos vinculados con delitos con alto grado de violencia, consumo y venta de drogas, y crímenes de alto impacto a la comunidad, encuentren un nuevo camino para su vida, con nuevas alternativas para llevar sustento a sus familias. Las personas que han obtenido el Certificado de GED salen transformados con nuevos conocimientos para incorporarse productivamente a la comunidad y con una nueva perspectiva de respeto por la sociedad.

En este contexto fui seleccionado para tomar clases con la Universidad de Columbia, en el Programa Educación en Prisión. En suma, trabajo, imparto clases, continúo mi educación y hago trabajo comunitario con los internos.

La parte extremadamente dolorosa y triste de esta estancia en MDC Brooklyn, es que me he privado de estar con mi amada familia, compartir con ellos, reir con ellos, no pude estar en las graduaciones de mis hijos que tanto anhelaba, me he perdido su desarrollo en una de las etapas más bonitas de la vida; mi adorable hija está a punto de contraer matrimonio con un gran ser humano al cual sólo conozco por voz de mi esposa y me he perdido el desempeño de mi adorable hijo haciendo historia en su profesión y trabajo. En esta misma etapa tuve la dolorosa pérdida de 2 hermanos que fallecieron por COVID y la terrible circunstancia de la privación de libertad por parte del actual gobierno de México de 2 de mis hermanas por eso... por ser mis hermanas.

Mi país está sufriendo una gran convulsión, por orden del actual Presidente de México se acaba de desmantelar el Poder Judicial del País (Jueces, magistrados, ministros, Corte), se busca encarcelar a los que combatimos a sus aliados políticos vinculados con el narcotráfico, México está entrando a una etapa muy peligrosa, alejándose de la

④

democracia y constriñendo libertades individuales; se acaba de decretar una pausa-suspensión de relaciones oficiales entre EUA y México, amenazando y poniendo en riesgo el trabajo coordinado entre EUA y México para generar bienestar social para los ciudadanos de ambos países, combatir el crimen-narcotráfico y preservar la seguridad regional hemisférica.

Su señoría como lo indique, tengo firme respeto por la ley, le pido respetuosamente su consideración para que en el marco de ésta sentencia se consideren todos los factores que dieron origen a este juicio, entre otros la información falsa aportada por el gobierno actual de México y los testigos-criminales, su complicidad en mi contra y mi responsabilidad en el combate frontal al narcotráfico donde además se enfrentan poderosos intereses políticos.

Yo nunca he sido una amenaza o riesgo para la comunidad, mis valores, convicciones, conducta e historia de vida no tienen ningún registro criminal, todo lo contrario. El dinero sucio, los malos hábitos, la mala conducta no se pueden ocultar inclusive en condiciones extremas.

Su señoría con el mar profundo de mis sentimientos le solicito respetuosamente me permita regresar lo antes posible con mi familia y reincorporarme a la entrañable sociedad a la cual respeto y pertenezco. Gracias.

*Genaro García Luna*

(5)