Your Honor,

I am originally from Mexico, I come from a middle class family made up of my parents and six siblings, I am the youngest. I witnessed my parents' tireless efforts to provide us with food, shelter, and education; we were formed with values of respect, honor and love for life; My brothers and I completed our professional chambers in public universities with the support and conclusion of my parents, with a great sense of ethics they taught us to work, respect our peers, be good people in the community, free of vices and a cobalt degree of respect and love for our country.

With those principles I married a wonderful woman with whom I formed a family made up of two children, who mean everything in my life. My wife and I fight tirelessly, working to support our children and offer them, within the framework of our possibilities, the best conditions to be happy in life, without abuse, without excesses, according to our income.

My family witnessed my difficult profession, with exhausting work hours and superhuman efforts to fight against the crime and violence that my country is experiencing. We are a united, supportive family, with a lot of love; All my free time was dedicated to my family, we ate together, we prayed together, we studied together, we played sports together, we walked together, we laughed together, we were extremely happy together.

My children grew up in this environment, without vices, without evil, without excesses, they do not consume drugs, they do not consume alcohol, they are not nor have they been linked to any act of violence or crime, my daughter recently graduated from her master's degree at John University Hopkins and my son at the University of Perdue, both with scholarships, financial loans; They travel by public transportation with my wife, they maintain their lives by working, studying and helping as much as possible as we have always done.

Since I was a child, my parents taught me the terrible damage that drugs cause, how they destroy people, families and communities. Since then I have always repudiated and rejected them. When I had the responsibility of combating drug trafficking, I was relentless against the criminals who produce them. , they traffic and profit from it; I have never used drugs, I don't have any vices. I changed my residence from Mexico to the USA looking for living conditions and education for my children. I have firm respect for the law, I share the values of democracy, justice and human development that this country has.

I am an engineer with a master's degree in economics and business, as part of my professional training I had the opportunity to be address in the most recognized security and intelligence services in my country, the USA and Europe. I am the Mexican with the most recognitions and decorations in these countries for the fight against terrorism and drug trafficking, subject to the highest standards of surveillance, evaluation and control. Within the scale beyond my responsibilities, I was the repository of information classified as secret and national security between the USA and Mexico, I had the personal and professional opportunity to share countless official tasks of the highest level of security for both countries with higher-ranking

professionals. from the US intelligence and security areas; unthinkable to have that level of responsibility, state information and hemispheric regional security, subject to levels of control and surveillance of the highest level; and at the same time have contact or ties with criminals for profit; They are totally inconceivable dimensions, outside of reality.

When the reason for things, the convictions, the meaning of life, the principles and promises with our parents are the family, the country, the community, money has no value. My entire life and that of my family is public, our income-expenses have been reviewed year after year for more than 20 years, in our way of life there are no excesses, there are no abuses, our conduct in society has always been respectful and fraternal with the people who need it, in our life history there is no record or history of contact or link with any criminal.

Experience in humanity indicates that the way women educate is by example, no one who is linked to crime, particularly drug trafficking, can keep their family from this phenomenon or keep their family from living or using money and the conditions that generate this type of crime and even less have the moral authority to educate and develop good people in society.

I have been detained at MDC Brooklyn for a period of 58 months, almost 5 years, in inhumane conditions, I have witnessed homicides, stabbings and systematic threats to my integrity, I was infected with COVID, held in cells to die or in the best case survive without medication , I had to see fellow unit members die. I was segregated for almost a year in punishment cells without having violated any regulation, I have no report or record of misconduct or infraction in all this time.

In all this adversity, my stay at MDC Brooklyn has been a reflection of my life, I have been working all this time in the different units I have been in; In the education department I am a GED instructor, I developed the program and academic content to accredit and obtain the GED certificate granted by the government of the District of Columbia. Likewise, I am an instructor in programs for drug users, to educate about the risks of drug use and motivate inmates to seek treatment during their incarceration.

This has allowed dozens linked to crimes with a high degree of violence, drug consumption and sale, and crimes with high impact on the community, to find a new path for their lives, with new alternatives to support their families. People who have obtained the GED certificate leave transformed with new knowledge to productively join the community and with a new perspective of respect for society.

In this context I was selected to take classes with Columbia University, in the prison education program. In short, I work, I teach classes, I continued my education and I do community work with inmates.

The extremely painful and sad part of this stay at MDC Brooklyn is that it has deprived me of being with my beloved family, sharing with them, laughing with them, I could not be at my children's graduations that I longed for, I have missed their development in one of the most

beautiful stages of life; My adorable daughter is about to marry a great human being whom I only know through my wife's voice and I have missed the performance of my adorable son making history in his profession and work.  At this same stage I had the painful loss of 2 brothers who died from COVID and the terrible circumstance of criticized of freedom from the current government of Mexico of 2 of my sisters for that… for being my sisters.

My country is suffering a great upheaval, by order of the current president of Mexico, the country's judicial power has just been dismantled (judges, magistrates, ministers, court) and they are seeking to imprison those of us who fight his political allies linked to drug trafficking, Mexico It is entering a very dangerous stage, moving away from democracy and constraining individual freedoms; A pause and suspension of official relations between the US and Mexico has just been declared, threatening and putting at risk the coordinated work between the US and Mexico to generate social well-being for the citizens of both countries, combat crime-drug trafficking and preserve hemispheric regional security.

Your honor, as you indicate, I have firm respect for the law, I respectfully ask for your consideration so that the framework of this sentence considers all the factors that gave rise to this trial, among others the false information provided by the current government of Mexico and the criminal witnesses, their complicity against me and my responsibility in the frontal combat against drug trafficking where powerful political interests also confront each other.

I have never been a threat or risk to the community, my values, convictions, conduct and life history do not have any criminal record, quite the opposite. Dirty money, bad habits, bad behavior cannot be hidden even in extreme conditions.

Your honor, with the deepest of my feelings, I respectfully request that you allow me to return as soon as possible to my family and rejoin the beloved society to which I respect and belong. Thank you.

Genaro Garcia Luna