**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

__Eastern__ District of __New York__

Caption:

__United States__ v.

__Genaro Garcia Luna__

Docket No.: __19-cr-576 (BMC)__

__Brian M. Cogan__
(District Court Judge)

Notice is hereby given that __Genaro Garcia Luna__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] _____ (specify) entered in this action on __October 18, 2024__. (date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✔]  Other [ ]

Defendant found guilty by plea [ ]  trial [✔]  N/A [ ].

Offense occurred after November 1, 1987? Yes [✔]  No [ ]  N/A [ ]

Date of sentence: __October 16, 2024__  N/A [ ]

Bail/Jail Disposition: Committed [✔]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [✔] No [ ]  If yes, provide the following information:

Defendant's Counsel: Cesar de Castro

Counsel's Address: 111 Fulton Street, Suite 602

New York, NY 10038

Counsel's Phone: 646-285-2077

Assistant U.S. Attorney: Erin Reid

AUSA's Address: 271 Cadman Plaza East

Brooklyn, NY 11201

AUSA's Phone: 718-254-6361

_____
Signature